# Payoff/Paydown Quote Information

| Borrower: | HOWE W,IV HENRY | Address: | 334 DEERWANDER RD | Prin Bal: | $213,975.36 | Investor Type: | Other |
|---|---|---|---|---|---|---|---|
| Co-Borrower Name: | HOWE,MELANIE B | City: | HOLLIS CENTER | Add Prin Bal: | $23,199.73 (P) | Investor #: | A1U |
| Due Date: | 10/01/2014 | State: | ME | Account Type: | First Mortgage - Conventional With PMI | Investor Account #: | 17778856 |
| Last Pmt Appd On: | | Zip Code: | 04042 | Total Pmt Amt: | $1,530.13 | PLS Client ID: | |

## Quote Summary: [ dcs:644 ] Tue Aug 17 14:15:23 EDT 2021

| | |
|---|---:|
| As Of Date: | 08/31/2021 |
| Per Diem Amt: | $27.11 |
| Piggyback Per Diem Amt: | $0.00 |
| Total Principal Balance: | $237,175.09 |
| Total Interest Amt: | $69,301.46 |
| Pro Rata MIP/PMI Amt: | $34.67 |
| Escrow Advance Amt: | $36,035.81 |
| Escrow Balance: | $0.00 |
| Suspense Balance: | $0.00 |
| HUD Balance: | $0.00 |
| Rep Res Balance: | $0.00 |
| Restricted Escrow Balance: | $0.00 |
| Total Fees Amt: | $0.00 |
| Total Accumulated Late Charge Amt: | $588.00 |
| Total NSF Charge Fee Amt: | $0.00 |
| Total Other Fees Due Amt: | $0.00 |
| Total Penalty Interest Amt: | $0.00 |
| Total Flat Penalty Fee Amt: | $0.00 |
| Credit Life Orig Fee Rebate Amt: | $0.00 |
| Rec Corp Adv Balance: | $9,164.48 |
| Total Amt To Payoff: | $352,299.51 |

## Primary Rate Changes

Row Count = 2

| From Date | Rate | Interest Amount |
|---|---|---|
| 09/01/2014 | 4.625% | $69,301.46 |
| 08/31/2021 | | |

## Second Mortgage Rate Changes

Row Count = 1

| From Date | Rate | Interest Amount |
|---|---|---|
| 09/01/2014 | | |



EXHIBIT C