UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 | CIVIL ACTION NO: 2:21-cv-00278-NT |
| **Plaintiff** | LOCAL RULE 7.1 CORPORATE DISCLOSURE |
| vs. | RE: 334 Deerwander Road, Hollis Center, ME 04042 |
| Henry W. Howe IV and Melanie B. Howe | Mortgage: April 20, 2007 Book 15139, Page 0540 |
| **Defendants** | |

**PLAINTIFF'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiff submits the following Certificate of Interested Persons and Corporate Disclosure Statement.

**I. Corporate Disclosure**

Plaintiff, Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1

**II. Interested Persons**

The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action including subsidiaries, conglomerates, affiliates, parent corporations, public-traded companies that own 10% or more of a

party's stock and any other identifiable entities related to any party in this case are as follows:

    Doonan, Graves & Longoria, LLC - Counsel for Plaintiff
    Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 - Plaintiff
    Henry W. Howe IV - Defendant
    Melanie B. Howe - Defendant

Dated:  October 4, 2021

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

## CERTIFICATE OF SERVICE

  I, Reneau J. Longoria, Esq. hereby certify that on October 4, 2021, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

Henry W. Howe IV
350 River Road
Standish, ME 04084

Henry W. Howe IV
334 Deerwander Road
Hollis Center, ME 04042

Melanie B. Howe
334 Deerwander Road
Hollis Center, ME 04042

Melanie B. Howe
9118 Moulton Road
Bunker Hill, IL 62014

Melanie B. Howe
C/o Jonathan E. Selkowitz, Esq
Pine Tree Legal Assistance
88 Federal Street
Portland, ME 04101