UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 | CIVIL ACTION NO: 2:21-cv-00278-NT |
| Plaintiff | MOTION TO AMEND SCHEDULING ORDER TO EXTEND DEADLINES |
| vs. | RE:<br>334 Deerwander Road, Hollis Center, ME 04042 |
| Henry W. Howe IV and Melanie B. Howe | Mortgage:<br>April 20, 2007<br>Book 15139, Page 0540 |
| Defendants | |
| Melanie B. Howe | |
| Counter Plaintiff | |
| Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 and Fay Servicing, LLC | |
| Counter Defendants | |

NOW COMES the Plaintiff/Counter Defendant in this matter, Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1, by and through undersigned counsel, and hereby moves to amend the Scheduling Order issued on December 20, 2022, at ECF Document No. 42, to extend all deadlines by 60 days. The parties have conferred and consent to this extension. As grounds therefore, Plaintiff states that additional time is needed for an Amended Complaint to be filed and for the completion of discovery.

WHEREFORE, the Plaintiff/Counter Defendant requests that this Honorable Court amend

the Scheduling Order issued on December 20, 2022, at ECF Document No. 42 to extend all deadlines by 60 days

DATED:  March 6, 2023

/s/ Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq., hereby certify that on this 6th day of March 2023, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/ Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

Henry W. Howe IV
350 River Road
Standish, ME 04084

Henry W. Howe IV
334 Deerwander Road
Hollis Center, ME 04042

John Z Steed, Esq.
PO Box 386
Blue Hill, ME 04614