# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 | CIVIL ACTION NO: 2:21-cv-00278-NT |
| **Plaintiff** | **MOTION TO AMEND COMPLAINT** |
| vs. | RE:<br>334 Deerwander Road, Hollis Center, ME 04042 |
| Henry W. Howe IV and Melanie B. Howe | Mortgage:<br>April 20, 2007<br>Book 15139, Page 0540 |
| **Defendants** | |
| Melanie B. Howe | |
| **Counter-Plaintiff** | |
| Wilmington Trust, National Association, not in its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 and Fay Servicing LLC | |
| **Counter-Defendants** | |

**NOW COMES** the Plaintiff, Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 ("Wilmington"), by and through undersigned counsel, pursuant to Fed.R.Civ.P.15(a) and hereby moves to amend its Complaint to include specific information regarding the diversity and citizenship of the parties, to include information pertaining to the subject mortgage and the related assignments of said mortgage, to include a Count for Foreclosure and Sale, and to include a Credit Acceptance Corp. as a Party-in-Interest in this action. As grounds therefore, Plaintiff states the following:

1. Plaintiff's Complaint was filed on September 30, 2021.

2. The Defendants were served with the subject Complaint on December 6, 2021.

3. Proof of Service for Defendants was filed on December 9, 2021.

4. The original lender, Challenge Financial Investors Corp., ("Challenge") is for all intents and purposes a defunct Florida corporation, since its operations ceased, and it has been a suspended corporation for more than 12 years.

5. Although Challenge is a defunct corporation, it exists for the purposes of winding up its affairs only.

6. As Challenge was a defunct corporation, a signor for the execution of quitclaim assignment of mortgage was unavailable.

7. On August 26, 2022, Wilmington initiated an action (2022CA007254) in the State of Florida, where Challenge was incorporated, in the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, requesting the appointment of a Receiver for Challenge, for the sole purpose of winding up its affairs, including execution of Assignments of Mortgage, and more specifically, execution of an Assignment of the Howe Mortgage to Wilmington.

8. Service of the Complaint to Appoint Receiver was completed on October 21, 2022, with a response deadline of November 11, 2022.

9. On December 19, 2022, as a result of no answer or response being received, Plaintiff filed a Motion for Default against Challenge.

10. On December 27, 2022, the Clerk for the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida entered Default against Challenge.

11. On January 18, 2023, Wilmington filed a Motion to Appoint Receiver for Challenge.

12. On January 23, 2023, Wilmington filed an Affidavit in Support of Motion to Appoint Receiver.

13. On February 3, 2023, the Circuit Court Judge entered an Order granting Wilmington's Motion to Appoint Receiver, found that the appointment of a receiver was proper and

necessary for Wilmington to enforce its lien in Maine, appointed Paul W.ersant, Esq. as Receiver for Challenge, and specifically provided Receiver, Paul Wersant, Esq. with power to execute any documents on behalf of the Challenge, including but not limited to Assignments of Mortgage.

14. On February 21, 2023, Paul Wersant, Esq., solely as Receiver for Challenge Financial Investors Corp., as authorized by Order, dated February 3, 2023, of the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida in Case No. 22-CA-007254, executed a Quitclaim Assignment of Mortgage from Challenge to Plaintiff.

15. Said Quitclaim Assignment of Mortgage, dated February 21, 2023, was recorded in the York County Registry of Deeds in **Book 19238**, **Page 93**.

16. Said Quitclaim Assignment of Mortgage, dated February 21, 2023, was subsequently re-recorded, to include the Order Appointing Receiver for Challenge Financial Corp, in the York County Registry of Deeds in **Book 17568**, **Page 206**.

17. On April 14, 2023, the Defendants, Henry W. Howe IV and Melanie B. Howe, were sent and recieved a Notice of Mortgagor's Right to Cure, via Certificate of Mailing, certified mail and regular mail.

18. At this time, Plaintiff seeks to amend its Complaint to reference the Howe Mortgage, related Assignments of said Mortgage, and include a Count for Foreclosure and Sale, as it now has valid standing to foreclose said Mortgage, as a result of the executed Quitclaim Assignment of Mortgage.

19. Plaintiff also seeks to add Credit Acceptance Corp as a Party-in-Interest in this action, as the undersigned's most recent title examination reflects a Writ of Execution against the Defendants, Henry W. Howe, IV and Melanie B. Howe, dated February 3, 2017, in the amount of $9,308.19, and recorded in the York County Registry of Deeds in Book 17452,

    Page 826.

20. In addition, Plaintiff intends to amend its Complaint to include complete information pertaining to the diversity and citizenship of the parties in this action.

    WHEREFORE, Plaintiff respectfully requests that this Honorable Court allow Plaintiff to amend its Complaint to include specific information regarding the diversity and citizenship of the parties, to include information pertaining to the subject mortgage and the related assignments of said mortgage, to include a Count for Foreclosure and Sale, and to include a Credit Acceptance Corp. as a Party-in-Interest in this action.

| | |
|---|---|
| Dated: May 26, 2023 | /s/ Reneau J. Longoria, Esq. |
| | Reneau J. Longoria, Esq. Bar No. 005746 |
| | Attorney for Plaintiff |
| | Doonan, Graves & Longoria, LLC |
| | 100 Cummings Center, Suite 303C |
| | Beverly, MA 01915 |
| | (978) 921-2670 |
| | RJL@dgandl.com |

## CERTIFICATE OF SERVICE

    I, Reneau J. Longoria, Esq., hereby certify that on this 26th day of May, 2023 I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

                                                                    /s/ Reneau J. Longoria, Esq.
                                                                    Reneau J. Longoria, Esq. Bar No. 005746

Henry W. Howe IV
334 Deerwander Road
Hollis Center, ME 04042

Henry W. Howe IV
83 Deer Crossing Road
Limerick, ME 04048

John Z Steed, Esq.
Attorney for M. Howe
PO Box 386
Blue Hill, ME 04614

Credit Acceptance Corp.
c/o Corporation Service Company
45 Memorial Circle
Augusta, ME 04330