# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 | CIVIL ACTION NO: 2:21-cv-00278-NT |
| Plaintiff | MOTION TO STAY AND REFER MATTER TO STATE OF MAINE FORECLOSURE DIVERSION PROGRAM |
| vs. | RE: 334 Deerwander Road, Hollis Center, ME 04042 |
| Henry W. Howe IV and Melanie B. Howe | Mortgage: April 20, 2007 |
| Defendants | Book 15139, Page 0540 |
| Credit Acceptance Corp. | |
| Party-in-Interest | |
| Melanie B. Howe | |
| Counter-Plaintiff | |
| Wilmington Trust, National Association, not in its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 and Fay Servicing LLC | |
| Counter-Defendants | |

      NOW COMES the Plaintiff in this matter, Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1, and hereby moves this Honorable Court to stay this matter in its entirety and issue an Order referring the matter to the State of Maine Foreclosure Diversion Program, upon the Court's entry of an Order granting Plaintiff's Motion to Amend Complaint. As grounds therefore, Plaintiff states that this is an owner-occupied property. During her Deposition on May 24, 2023, Melanie Howe confirmed that she lives in the property with her two sons. Allowing the parties to attend mediation, confer and attempt to

resolve through settlement is in the best interest of all parties in this action. The parties will not be harmed or prejudiced in granting this motion. Upon the court's entry of an Order granting Plaintiff's Motion to Amend Complaint, Plaintiff respectfully requests that this matter be stayed in its entirety and requests that this Honorable Court enter an Order referring this matter to the Foreclosure Diversion Program.

WHEREFORE, Plaintiff respectfully requests, that upon this Honorable Court's entry of an Order granting Plaintiff's Motion to Amend Complaint, this Honorable Court stay this matter in its entirety and enter an Order referring this matter to the Maine Foreclosure Diversion Program.

DATED: May 26, 2023                    /s/ Reneau J. Longoria, Esq.
                                       Reneau J. Longoria, Esq. Bar No. 005746
                                       Attorney for Plaintiff
                                       Doonan, Graves & Longoria, LLC
                                       100 Cummings Center, Suite 303C
                                       Beverly, MA 01915
                                       (978) 921-2670
                                       RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq., hereby certify that on this 26th day of May 2023, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

                                       /s/ Reneau J. Longoria, Esq.
                                       Reneau J. Longoria, Esq. Bar No. 005746

Henry W. Howe IV
334 Deerwander Road
Hollis Center, ME 04042

Henry W. Howe IV
83 Deer Crossing Road
Limerick, ME 04048

John Z Steed, Esq.
Attorney for Melanie Howe
PO Box 386
Blue Hill, ME 04614

Credit Acceptance Corp.
c/o Corporation Service Company
45 Memorial Circle
Augusta, ME 04330