UNITED STATES DISTRICT COURT DISTRICT OF MAINE

| | |
|---|---|
| **WILMINGTON TRUST, NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2015-1**<br>    Plaintiff<br><br>v.<br><br>**HENRY W. HOWE IV**<br>&<br>**MELANIE B. HOWE**<br>    Defendants | CIVIL ACTION NO: 2:21-CV-00278-NT |
| **MELANIE B. HOWE**<br>    Counter Plaintiff<br><br>v.<br><br>**WILMINGTON TRUST, NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2015-1**<br>&<br>**FAY SERVICING LLC**<br>    Counter Defendants | |

**JOINT RECORD MATERIALS FOR MELANIE HOWE'S MOTION FOR SUMMARY JUDGMENT**

The parties hereby submit the following record materials for the purposes of briefing Melanie Howe's Motion for Summary Judgment. The parties agree that every exhibit listed here and submitted as part of the Record is a true and correct copy of the document or thing it purports to be, with the exception that information that is subject to the Court's privacy rules or the Confidentiality Order has been redacted.

| Table of Contents | | |
|---|---|---|
| **Exhibit Number** | **Exhibit Description** | |
| 1 | April 20, 2007, Note | |
| 2 | April 20, 2007, Mortgage | |
| 3 | July 24, 2010 and July 26, 2011 Loan Modification Agreement | |
| 4 | August 12, 2014 Loan Modification Agreement | |

| | | |
|---|---|---|
| 5 | The Complaint in the York Superior Court Action No: YORSC-CV-2017-161 (MTGLQ Investors, L.P. v. Challenge Financial Investors Corp., "MTGLQ v. Challenge Financial") | |
| 6 | The Docket in MTGLQ v. Challenge Financial | |
| 7 | September 29, 2017, Scheduling Order in MTGLQ v. Challenge Financial | |
| 8 | November 22, 2017, Party-in-Interest Howe's Response to Plaintiff's Motion for Substitution of Parties | |
| 9 | December 15, 2017, Order granting Motion to substitute Plaintiff Wilmington Trust, National Association, Not in Its Individual Capacity, but Soley as Trustee for MRFA Trust 2015-1 for MTGLQ Investors, L.P., ("Wilmington Trust v. Challenge Financial") | |
| 10 | Motion to Dismiss Nationstar dated January 2, 2018 in Wilmington Trust v. Challenge Financial | |
| 11 | February 14, 2018, Howe's Opposition to Plaintiff's Motion for Quiet Title Default Judgment and Judgment on the Pleadings and Incorporated Memorandum of Law | |
| 12 | The Order of Dismissal dated December 12, 2019, Wilmington Trust v. Challenge Financial | |
| 13 | March 11, 2020, Motion to Amend Judgment Pursuant to M.R.Civ.P. 59(e) | |
| 14 | April 7, 2021, Order Denying Motion to Amend Judgment Pursuant to M.R.Civ. P. 59(e) | |
| 15 | The Complaint for Declaratory Relief and Appointing Receiver in Wilmington Trust, National Ass'n, Not in Its Individual Capacity, but Solely as Tr. for MFRA TRUST 2015-1 v. Challenge Fin. Inv. Corp. No. 29-2022-CA 0072541001HC (Fla. Cir. Ct. Aug. 22, 2022) | |
| 16 | January 24, 2023, Motion to Appoint Receiver | |
| 17 | February 3, 2023, Order Granting Plaintiff's Motion to Appoint Receiver | |
| 18 | The Complaint on Note in the United States District Court District of Maine Action No: 2:21-CV-00278-NT (Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 v. Henry W. Howe IV and Melanie B. Howe, "MFRA v. H. Howe and M. Howe") | |
| 19 | Howe Answer and Affirmative Defenses, Counterclaims & Demand for Jury Trial | |
| 20 | Fay and MFRA response to Howe Answer and Counterclaim | |
| 21 | May 26, 2023, Motion to Amend Complaint | |
| 22 | 30(b)(6) Notice to Fay | |
| 23 | 30(b)(6) Notice to MFRA | |
| 24 | Deposition Transcript of Fay 30(b)(6) Witness Michael Paterno | |
| 25 | Deposition Transcript of MFRA 30(b)(6) Witness Michael Paterno | |
| 26 | Affidavit of Nationstar Mortgage and Attachments | |
| 27 | November 11, 2010, Nationstar Welcome Letter | |

| 28 | January 20, 2017, Notice of Assignment, Sale or Transfer of Ownership of Mortgage Loan to MTGLQ Investors, L.P. | |
| --- | --- | --- |
| 29 | March 1, 2017, Selene Welcome Letter | |
| 30 | June 29, 2017, Selene's offer for loan modification program | |
| 31 | August 15, 2017, Notice of Assignment, Sale or Transfer of Servicing Rights from Selene to Fay | |
| 32 | August 28, 2017, Notice of Sale of Ownership of Mortgage Loan to MFRA | |
| 33 | September 11, 2017, Fay Welcome Letter | |
| 34 | Selected Communications between Fay and Howe, from December 5, 2017 to January 25, 2023 | |
| 35 | Fay Mortgage Statements from September 11, 2017 to March 10, 2023 | |
| 36 | Fay Mortgage Statements while matter was pending from October 11, 2021 to March 10, 2023 | |
| 37 | Proofs of Service in MTGLQ v. Challenge Financial | |
| 38 | Howe Answer MTGLQ v. Challenge Financial | |
| 39 | Quitclaim Assignment of Mortgage | |
| 40 | Deposition Transcript of Melanie B. Howe | |
| 41 | Deposition Transcript of Anthony Knox | |

**Dated: September 3, 2023**

Respectfully submitted,

| /s/ John Z. Steed | /s/ Reneau J. Longoria |
| --- | --- |
| John Z. Steed, Esq. Bar # 5399 | Reneau J. Longoria, Esq., Bar No. 5746 |
| Island Justice | Doonan, Graves & Longoria, LLC |
| P.O. Box 711 | 100 Cummings Center, Suite 303C |
| Stonington, Maine 04681 | Beverly, MA 01915 |
| john@islandjusticelaw.com | (978) 921-2670 |
| (207) 200-7077 | RJL@dgandl.com |
| **Counsel for Counter Plaintiff** | **Counsel for Counter Defendants** |