ALFSC-CV-2017-00161
DOCKET RECORD

**MFRA v. Howe**

**Joint Exhibit 6**

Docket Events:

| Date | Event |
|---|---|
| 06/30/2017 | FILING DOCUMENT - COMPLAINT FILED ON 06/26/2017 |
| 06/30/2017 | Party(s): MTGLQ INVESTORS LP (SUBSTITUTED)<br>ATTORNEY - RETAINED ENTERED ON 06/26/2017<br>Plaintiff's Attorney: JOHN A DOONAN |
| 06/30/2017 | ASSIGNMENT - SINGLE JUDGE/JUSTICE ASSIGNED TO JUSTICE ON 06/30/2017<br>JOHN H ONEIL JR, JUSTICE |
| 09/05/2017 | Party(s): MELANIE B HOWE<br>OTHER FILING - ENTRY OF APPEARANCE FILED ON 09/01/2017<br>ENTRY OF APPEARANCE OF JONATHAN E. SELKOWITZ, ESQ., ON BEHALF OF PARTY-IN-INTEREST MELANIE B. HOWE |
| 09/05/2017 | Party(s): MELANIE B HOWE<br>ATTORNEY - RETAINED ENTERED ON 09/01/2017<br>Attorney: JONATHAN E SELKOWITZ |
| 09/18/2017 | Party(s): CHALLENGE FINANCIAL INVESTORS CORP<br>SUMMONS/SERVICE - CIVIL SUMMONS SERVED ON 06/27/2017<br>KCSO DEPUTY SERVED SECRETARY OF STATE, MAINE, WHO IS AUTHORIZED TO RECEIVE SERVICE FOR DEFENDANT CHALLENGE FINANCIAL INVESTORS, CORP |
| 09/18/2017 | Party(s): CHALLENGE FINANCIAL INVESTORS CORP<br>SUMMONS/SERVICE - CIVIL SUMMONS FILED ON 09/11/2017<br>Plaintiff's Attorney: JOHN A DOONAN |
| 09/18/2017 | Party(s): MORTGAGE ELECTRONIC REGISTRATION SYSTEMS<br>SUMMONS/SERVICE - PROOF OF SERVICE SERVED ON 07/03/2017<br>THOMAS WEAVER, PROCESS SERVER IN DE, SERVED AMY MCLAREN, AUTHORIZED AGENT OF MORTGAGE ELECTRONIC REG. SYSTEMS INC |
| 09/18/2017 | Party(s): MORTGAGE ELECTRONIC REGISTRATION SYSTEMS<br>SUMMONS/SERVICE - PROOF OF SERVICE FILED ON 09/11/2017<br>Plaintiff's Attorney: JOHN A DOONAN |
| 09/18/2017 | Party(s): NATIONSTAR MORTGAGE LLC (DISMISSED)<br>SUMMONS/SERVICE - CIVIL SUMMONS SERVED ON 06/27/2017<br>KCSO DEPUTY SERVED CORPORATION SERVICE CO, AGENT, AUTHORIZED TO RECEIVE SERVICE FOR DEFENDANT NATIONSTAR MORTGAGE LLC |
| 09/18/2017 | Party(s): NATIONSTAR MORTGAGE LLC (DISMISSED)<br>SUMMONS/SERVICE - CIVIL SUMMONS FILED ON 09/11/2017<br>Plaintiff's Attorney: JOHN A DOONAN |
| 09/18/2017 | Party(s): HENRY W HOWE IV<br>SUMMONS/SERVICE - CIVIL SUMMONS SERVED ON 06/28/2017<br>CCSO DEPUTY SERVED HENRY HOWE IV BY LEAVING A COPY OF THE COMPLAINT AND SUMMONS WITH DESIRAE HILL, A PERSON OF SUITABLE AGE WHO WAS THEN RESIDING AT DEFENDANT'S USUAL RESIDENCE |

ALFSC-CV-2017-00161
DOCKET RECORD

09/18/2017    Party(s):    HENRY W HOWE IV
SUMMONS/SERVICE - CIVIL SUMMONS FILED  ON 09/11/2017
Plaintiff's Attorney:  JOHN A DOONAN

09/18/2017    Party(s):    MELANIE B HOWE
SUMMONS/SERVICE - ACCEPTANCE OF SERVICE SERVED  ON 08/30/2017
ACCEPTANCE OF SERVICE ON BEHALF OF MELANIE B. HOWE BY ATTORNEY JONATHAN E. SELKOWITZ.

09/18/2017    Party(s):    MELANIE B HOWE
SUMMONS/SERVICE - ACCEPTANCE OF SERVICE FILED  ON 09/11/2017
Plaintiff's Attorney:  JOHN A DOONAN

09/18/2017    Party(s):    ASSET ACCEPTANCE LLC
SUMMONS/SERVICE - CIVIL SUMMONS SERVED  ON 06/27/2017
KCSO DEPUTY SERVED CORPORATION SERVICE CO, AGENT, WHO IS AUTHORIZED TO RECEIVE SERVICE FOR DEFENDANT ASSET ACCEPTANCE LLC

09/18/2017    Party(s):    ASSET ACCEPTANCE LLC
SUMMONS/SERVICE - CIVIL SUMMONS FILED  ON 09/11/2017
Plaintiff's Attorney:  JOHN A DOONAN

09/20/2017    Party(s):    MELANIE B HOWE
RESPONSIVE PLEADING - ANSWER & AFFIRMATIVE DEFENSE FILED  ON 09/18/2017
Defendant's Attorney: JONATHAN E SELKOWITZ

09/29/2017    ORDER - SCHEDULING ORDER ENTERED  ON 09/29/2017
JOHN H ONEIL JR , JUSTICE
"STANDARD SCHEDULING ORDER FILED.  DISCOVERY DEADLINE IS MAY 29, 2018."  COPIES TO PARTIES/COUNSEL SENT 9/29/17

09/29/2017    DISCOVERY FILING - DISCOVERY DEADLINE ENTERED  ON 05/29/2018

10/13/2017    NOTE - OTHER CASE NOTE ENTERED  ON 10/10/2017
COPY OF SCHEDULING ORDER MAILED TO CHALLENGE FINANCIAL INVESTORS CORP WAS RETURNED "RETURN TO SENDER.  ATTEMPTED - NOT KNOWN.  UNABLE TO FORWARD."

11/09/2017    NOTE - OTHER CASE NOTE ENTERED  ON 11/01/2017
COPY OF STANDARD SCHEDULING ORDER MAILED TO NATIONSTAR MORTGAGE LLC WAS RETURNED "MOVED - LEFT NO ADDRESS."

11/13/2017    Party(s):    MTGLQ INVESTORS LP (SUBSTITUTED)
MOTION - MOTION SUBSTITUTE PARTIES FILED WITH AFFIDAVIT  ON 11/07/2017
Plaintiff's Attorney:  JOHN A DOONAN
MOTION FOR SUBSTITUTION OF PARTIES, EXHIBITS, AFFIDAVIT IN SUPPORT OF MOTION FOR SUBSTITUTION OF PARTIES, STATEMENT OF MATERIAL FACTS, AND PROPOSED ORDER

11/27/2017    Party(s):    MELANIE B HOWE
OTHER FILING - REPLY MEMORANDUM FILED  ON 11/27/2017
PARTY-IN-INTEREST MELANIE HOWE'S RESPONSE TO PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTIES FILED BY ATTORNEY SELKOWITZ

| | |
|---|---|
| 12/15/2017 | Party(s):   MTGLQ INVESTORS LP (SUBSTITUTED)<br>MOTION - MOTION SUBSTITUTE PARTIES GRANTED   ON 12/15/2017<br>JOHN H ONEIL JR, JUSTICE<br>COPIES TO PARTIES/COUNSEL |
| 12/15/2017 | ORDER - COURT ORDER ENTERED   ON 12/15/2017<br>JOHN H ONEIL JR, JUSTICE<br>"THIS MATTER HAVING COME BEFORE THE COURT ON PLAINTIFF'S MOTION FOR SUBSTITUTION OF PARTIES AND GOOD CAUSE BEING SHOWN, IT IS HEREBY ORDERED THAT WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLEY AS TRUSTEE FOR MFRA TRUST 2015-1 IS SUBSTITUTED FOR MTGLQ INVESTORS, L.P. AS THE PLAINTIFF NAME.  OTHER THAN THE SUBSTITUTION OF THE PLAINTIFF NAME, ALL OTHER ASPECTS OF THE ORIGINAL DECLARATORY JUDGMENT COMPLAINT DATED JUNE 22, 2017, ARE STILL IN FULL FORCE AND EFFECT.  COPIES TO ATTORNEY DOONAN, CHALLENGE FINANCIAL INVESTORS CORP, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., NATIONSTAR MORTGAGE LLL, HENRY W. HOWE, IV, ATTORNEY SELKOWITZ, AND ASSET ACCEPTANCE, LLC ON 12/15/17 |
| 12/15/2017 | Party(s):   WILMINGTON TRUST NA TRUSTEE (SUBSTITUTE)<br>ATTORNEY - RETAINED ENTERED   ON 12/15/2017<br>Plaintiff's Attorney: JOHN A DOONAN |
| 12/15/2017 | Party(s):   WILMINGTON TRUST NA TRUSTEE (SUBSTITUTE)<br>ATTORNEY - RETAINED ENTERED   ON 12/15/2017<br>Plaintiff's Attorney: RENEAU J LONGORIA |
| 12/28/2017 | NOTE - OTHER CASE NOTE ENTERED   ON 12/21/2017<br>COPY OF ORDER SENT TO NATIONSTAR NIRTGAGE LLC RETURNED " MOVED, LEFT NO ADDRESS, UNABLE TO FORWARD." |
| 12/29/2017 | NOTE - OTHER CASE NOTE ENTERED   ON 12/29/2017<br>COPY OF ORDER SENT TO CHALLENGE FINANCIAL INVESTORS CORP. RETURNED "ATTEMPTED-NOT KNOWN. UNABLE TO FORWARD." |
| 01/16/2018 | Party(s):   NATIONSTAR MORTGAGE LLC (DISMISSED)<br>OTHER FILING - ENTRY OF APPEARANCE FILED   ON 01/05/2018<br>ENTRY OF APPEARNCE BY DUNCAN A. EDGAR, ESQ., ON BEHALF OF PARTY IN INTEREST NATIONALSTAR MORTGAGE LLC |
| 01/16/2018 | Party(s):   NATIONSTAR MORTGAGE LLC (DISMISSED)<br>ATTORNEY - RETAINED ENTERED   ON 01/05/2018<br>Attorney: DUNCAN A EDGAR |
| 01/16/2018 | Party(s):   NATIONSTAR MORTGAGE LLC (DISMISSED)<br>MOTION - MOTION TO DISMISS FILED   ON 01/05/2018<br>ASSENTED TO MOTION TO DISMISS NATIONSTAR MORTGAGE LLC, WITH PROPOSED ORDER, FILED BY ATTORNEY EDGAR |
| 01/19/2018 | Party(s):   NATIONSTAR MORTGAGE LLC (DISMISSED)<br>MOTION - MOTION TO DISMISS GRANTED   ON 01/18/2018<br>JOHN H ONEIL JR, JUSTICE |

ALFSC-CV-2017-00161
DOCKET RECORD

COPIES TO PARTIES/COUNSEL

| | |
|---|---|
| 01/19/2018 | Party(s):    NATIONSTAR MORTGAGE LLC (DISMISSED)<br>FINDING - DISMISSED WITHOUT PREJUDICE ENTERED   ON 01/18/2018<br>JOHN H ONEIL JR, JUSTICE<br>ASSENTED MOTION TO DISMISS NATIONSTAR MORTGAGE LLC, "GRANTED."  COPIES TO PARTIES/COUNSEL SENT 1/19/18 |
| 01/30/2018 | Party(s):    WILMINGTON TRUST NA TRUSTEE (SUBSTITUTE)<br>MOTION - OTHER MOTION FILED   ON 01/29/2018<br>Plaintiff's Attorney:  RENEAU J LONGORIA<br>MOTION FOR QUIET TITLE AND DECLARATORY DEFAULT JUDGMENT AND JUDGMENT ON THE PLEADINGS, WITH EXHIBITS AND PROPOSED ORDER |
| 02/12/2018 | NOTE - OTHER CASE NOTE ENTERED   ON 02/01/2018<br>COPY OF ASSENTED TO MOTION TO DISMISS NATIONSTAR MORTGAGE LLC SENT TO CHALLENGE FINANCIAL INVESTORS CORP WAS RETURNED "ATTEMPTED - NOT KNOW, UNABLE TO FORWARD." |
| 02/15/2018 | Party(s):    MELANIE B HOWE<br>OTHER FILING - OPPOSING MEMORANDUM FILED   ON 02/15/2018<br>Defendant's Attorney: JONATHAN E SELKOWITZ<br>PARTY-IN-INTEREST MELANIE HOWE'S OPPOSITION TO PLAINTIFF'S MOTION FOR QUIET TITLE, DEFAULT JUDGMENT AND JUDGMENT ON THE PLEADINGS AND INCORPORATED MEMORANDUM OF LAW |
| 05/11/2018 | Party(s):    WILMINGTON TRUST NA TRUSTEE (SUBSTITUTE)<br>OTHER FILING - NOTICE WITHDRAWAL OF COUNSEL FILED   ON 04/30/2018<br>Plaintiff's Attorney:  JOHN A DOONAN |
| 05/11/2018 | Party(s):    WILMINGTON TRUST NA TRUSTEE (SUBSTITUTE)<br>LETTER - FROM PARTY FILED   ON 05/11/2018<br>REQUEST THAT THE NOTICE OF WITHDRAWL SENT TO THE COURT ON OR ABOUT APRI 27, 2018 BE DISREGARDED OR WITHDRAWN.  FILED BY NICOLE DOVE, PARALEGAL AT DOONAN GRAVES AND LONGORIA |
| 06/14/2018 | Party(s):    WILMINGTON TRUST NA TRUSTEE (SUBSTITUTE)<br>OTHER FILING - WITNESS & EXHIBIT LIST FILED   ON 06/01/2018<br>Plaintiff's Attorney:  JOHN A DOONAN |
| 06/14/2018 | OTHER FILING - STATEMENT OF TIME FOR TRIAL FILED   ON 06/01/2018<br>Plaintiff's Attorney:  JOHN A DOONAN<br>(LOCATED AT THE BACK OF PLAINTIFF'S WITNES & EXHIBIT LIST) |
| 08/02/2018 | HEARING - OTHER MOTION SCHEDULED   FOR 09/12/2018 at 10:30 a.m.  in Room No.  1<br>JOHN H ONEIL JR, JUSTICE<br>MOTION FOR QUIET TITLE, DEFAULT JUDGMENT AND JUDGMENT ON THE PLEADINGS |
| 08/02/2018 | HEARING - OTHER MOTION NOTICE SENT   ON 08/03/2018<br>MOTION FOR QUIET TITLE, DEFAULT JUDGMENT AND JUDGMENT ON THE PLEADINGS |

ALFSC-CV-2017-00161
DOCKET RECORD

| | |
|---|---|
| 08/21/2018 | Party(s):   WILMINGTON TRUST NA TRUSTEE (SUBSTITUTE)<br>MOTION - MOTION TO CONTINUE FILED  ON 08/20/2018<br>Plaintiff's Attorney:  RENEAU J LONGORIA<br>CONSENTED TO MOTION TO CONTINUE WITH PROPOSED ORDER |
| 08/22/2018 | NOTE - OTHER CASE NOTE ENTERED  ON 08/14/2018<br>COPY OF MOTION HEARING LIST AND COVER LETTER MAILED TO CHALLENGE FINANCIAL WAS RETURNED AS "ATTEMPTED - NOT KNOWN." |
| 08/28/2018 | Party(s):   WILMINGTON TRUST NA TRUSTEE (SUBSTITUTE)<br>MOTION - MOTION TO CONTINUE GRANTED  ON 08/27/2018<br>JOHN H ONEIL JR, JUSTICE<br>COPIES TO PARTIES/COUNSEL |
| 08/28/2018 | ORDER - COURT ORDER ENTERED  ON 08/27/2018<br>JOHN H ONEIL JR, JUSTICE<br>"FINDING THAT THE PLAINTIFF HAS SHOWN GOOD CAUSE FOR CONTINUING THE HEARING IN THIS MATTER, THE COURT HEREBY GRANTS THE PLAINTIFF'S CONSENTED TO MOTION TO CONTINUE HEARING FOR 30 DAYS."  COPIES TO PARTIES/COUNSEL SENT 8/28/18 |
| 08/28/2018 | HEARING - OTHER MOTION CONTINUED  ON 08/27/2018<br>JOHN H ONEIL JR, JUSTICE<br>MOTION FOR QUIET TITLE, DEFAULT JUDGMENT AND JUDGMENT ON THE PLEADINGS |
| 09/05/2018 | HEARING - OTHER MOTION SCHEDULED  FOR 10/22/2018 at 10:00 a.m.  in Room No. 3<br>JOHN H ONEIL JR, JUSTICE<br>MOTION FOR QUIET TITLE, DECLARATORY DEFAULT JUDGMENT AND JUDGMENT ON THE PLEADINGS |
| 09/05/2018 | HEARING - OTHER MOTION NOTICE SENT  ON 09/05/2018<br>MOTION FOR QUIET TITLE, DECLARATORY DEFAULT JUDGMENT AND JUDGMENT ON THE PLEADINGS |
| 10/10/2018 | Party(s):   WILMINGTON TRUST NA TRUSTEE (SUBSTITUTE)<br>MOTION - MOTION STAY OF PROCEEDINGS FILED  ON 10/09/2018<br>Plaintiff's Attorney:  RENEAU J LONGORIA<br>JOINT REQUEST TO STAY MATTER PENDING APPEAL, WITH PROPOSED ORDER |
| 10/12/2018 | Party(s):   WILMINGTON TRUST NA TRUSTEE (SUBSTITUTE)<br>MOTION - MOTION STAY OF PROCEEDINGS GRANTED  ON 10/11/2018<br>JOHN H ONEIL JR, JUSTICE<br>COPIES TO PARTIES/COUNSEL |
| 10/12/2018 | HEARING - OTHER MOTION NOT HELD  ON 10/11/2018<br>MOTION FOR QUIET TITLE, DECLARATORY DEFAULT JUDGMENT AND JUDGMENT ON THE PLEADINGS |
| 10/12/2018 | ORDER - COURT ORDER ENTERED  ON 10/11/2018<br>JOHN H ONEIL JR, JUSTICE<br>"THE PARTIES' MOTION TO STAY THIS ACTION IS HEREBY GRANTED AND THE MATTER IS STAYED PENDING THE DECISION IN PEN-18-158."  COPIES TO ATTORNEY DOONAN, |

CHALLENGE FINANCIAL, MERS, HENRY HOWE, ATTORNEY SELKOWITZ, ASSET ACCEPTANCE, LLC SENT 10/12/18

12/12/2019    ORDER - COURT ORDER ENTERED ON 12/12/2019
JOHN H ONEIL JR, JUSTICE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT. COPIES TO PARTIES/COUNSEL    ORDER TO DISMISS WITH PREJUDICE UNLESS A PARTY REQUESTS TO RETAIN ON THE DOCKET

12/17/2019    Party(s): MTGLQ INVESTORS LP (SUBSTITUTED), WILMINGTON TRUST NA TRUSTEE (SUBSTITUTE)
MOTION - MOTION TO DISMISS FILED ON 12/17/2019
PLTF MOTION TO DISMISS WITHOUT PREJUDICE

12/26/2019    Party(s): MELANIE B HOWE
OTHER FILING - OPPOSING MEMORANDUM FILED ON 12/23/2019
PII MELANIE HOWE'S OPP TO PLTF MOTION TO DISMISS WITHOUT PREJUDICE WITH INCORPORATED REQUEST TO DISMISS WITH PREJUDICE

01/30/2020    HEARING - MOTION TO DISMISS SCHEDULED FOR 02/26/2020 at 01:00 p.m. in Room No. 3
MOTION TO DISMISS; COPIES TO ATTY DOONAN, ATTY SELKOWITZ, AND PRO SE PARTIES

01/30/2020    HEARING - MOTION TO DISMISS NOTICE SENT ON 01/30/2020

02/26/2020    HEARING - MOTION TO DISMISS HELD ON 02/26/2020
JOHN H ONEIL JR, JUSTICE
Defendant's Attorney: JONATHAN E SELKOWITZ
HEARING ON MOTION TO DISMISS WITH OR WITHOUT PREJUDICE, ATTY SELKOWITZ PRESENT. DIGITALLY RECORDED IN COURTROOM 1 FROM 1:33PM - 1:34PM. CASE DISMISSED WITH PREJUDICE

02/26/2020    Party(s): MTGLQ INVESTORS LP (SUBSTITUTED), WILMINGTON TRUST NA TRUSTEE (SUBSTITUTE)
MOTION - MOTION TO DISMISS DENIED ON 02/26/2020
JOHN H ONEIL JR, JUSTICE
ORALLY IN HEARING

02/26/2020    Party(s): MELANIE B HOWE
FINDING - DISMISSED WITH PREJUDICE ENTERED ON 02/26/2020
JOHN H ONEIL JR, JUSTICE
PII MELANIE HOWE MOTION TO DISMISS WITH PREJUDICE GRANTED COPIES TO PARTIES/COUNSEL

02/26/2020    FINDING - FINAL JUDGMENT CASE CLOSED ON 02/26/2020

03/13/2020    Party(s): MTGLQ INVESTORS LP (SUBSTITUTED), WILMINGTON TRUST NA TRUSTEE (SUBSTITUTE)
MOTION - MOTION ALTER/AMEND ORDER/JUDG FILED WITH AFFIDAVIT ON 03/12/2020
PLTF MOTION TO AMEND JUDGMENT W/ MEMO AND AFFIDAVIT IN SUPPORT OF MOTION TO AMEND JUDGMENT, AFFIRMATION FO COUNSEL, STATEMENT OF MATERIAL FACTS, PROPOSED AMENDED JUDGMENT PROPOSED ORDER ON MOTION TO AMEND JUDGMENT

ALFSC-CV-2017-00161
DOCKET RECORD

| Date | Entry |
|---|---|
| 03/18/2020 | Party(s):   MELANIE B HOWE<br>OTHER FILING - OPPOSING MEMORANDUM FILED   ON 03/18/2020<br>PII MELANIE HOWE'S OBJ TO PLTF MOTION TO AMEND JUDGEMENT |
| 09/14/2020 | HEARING - MOTION ALTER/AMEND ORDER/JUDG SCHEDULED FOR 09/24/2020 at 09:00 a.m.<br>VIA ZOOM |
| 09/23/2020 | Party(s):   WILMINGTON TRUST NA TRUSTEE (SUBSTITUTE)<br>OTHER FILING - OTHER DOCUMENT FILED   ON 09/23/2020<br>Plaintiff's Attorney:  JOHN A DOONAN<br>SUPPLEMENTAL MEMO IN SUPPROT OF MOTION TO AMEND JUDGEMENT |
| 09/24/2020 | HEARING - MOTION ALTER/AMEND ORDER/JUDG CONTINUED ON 09/24/2020<br>BY COURT |
| 09/24/2020 | Party(s):   MTGLQ INVESTORS LP (SUBSTITUTED),WILMINGTON TRUST NA TRUSTEE (SUBSTITUTE)<br>MOTION - MOTION FOR LATE ENTRY FILED   ON 09/24/2020<br>Plaintiff's Attorney:  JOHN A DOONAN<br>PLTF CONSENTED TO MOTION TO FILE LATE REPLY |
| 09/28/2020 | Party(s):   MTGLQ INVESTORS LP (SUBSTITUTED),WILMINGTON TRUST NA TRUSTEE (SUBSTITUTE)<br>MOTION - MOTION FOR LATE ENTRY GRANTED   ON 09/25/2020<br>WAYNE  DOUGLAS , JUSTICE<br>COPIES TO PARTIES/COUNSEL |
| 09/28/2020 | Party(s):   MTGLQ INVESTORS LP (SUBSTITUTED),WILMINGTON TRUST NA TRUSTEE (SUBSTITUTE)<br>OTHER FILING - OTHER DOCUMENT FILED   ON 09/28/2020<br>Plaintiff's Attorney:  JOHN A DOONAN<br>AMENDED CERTIFICATE OF SERVICE |
| 10/08/2020 | Party(s):   MELANIE B HOWE<br>MOTION - OTHER MOTION FILED   ON 10/08/2020<br>Defendant's Attorney: JONATHAN E SELKOWITZ<br>PII MELANIE HOWE CONSENTED TO MOTION TO FILE REPLY TO PLTF SUPPLEMENTAL MEMO IN SUPPORT OF MOTION TO AMEND JUDGEMENT |
| 10/14/2020 | Party(s):   MELANIE B HOWE<br>MOTION - OTHER MOTION GRANTED   ON 10/08/2020<br>WAYNE  DOUGLAS , JUSTICE<br>PII MELANIE HOWE CONSENTED TO MOTION TO FILE REPLY TO PLTF SUPPLEMENTAL MEMO IN SUPPORT OF MOTION TO AMEND JUDGEMENT |
| 04/08/2021 | Party(s):   MTGLQ INVESTORS LP (SUBSTITUTED),WILMINGTON TRUST NA TRUSTEE (SUBSTITUTE)<br>MOTION - MOTION ALTER/AMEND ORDER/JUDG OTHER DECISION ON 04/07/2021<br>PAUL A FRITZSCHE , JUSTICE<br>AS J. O'NEIL WAS NOT AVAILABLE TO REVIEW THE MOTION TO AMEND JUDGMENT I HAVE REVIEWED THE FILE, MOTION, AND AGREEMENTS FOR AND AGAINST IT. THE ENTRY IS: |

ALFSC-CV-2017-00161
DOCKET RECORD

MOTION TO AMEND JUDGMNET IS DISMISSED AS UNTIMELY. IF TIMELY THE MOTION TO AMEND JUDGMENT WOULD BE DENIED. COPIES TO ATTY DOONAN ATTY SELKOWITZ CHALLENGE FINANCIAL MERS HENRY HOWE & ASSET ACCEPTANCE LLC

Receipts

| Date | Type | Amount | Description | Status |
|---|---|---|---|---|
| 06/30/2017 | Misc Fee Payment | $150.00 | | paid. |
| 06/30/2017 | Misc Fee Payment | $5.00 | | paid. |
| 01/30/2018 | Misc Fee Payment | $200.00 | MOTION FOR QUIET TITLE AND DECLARATORY DEFAULT JUDGMENT AND JDGMT ON PLEADINGS | paid. |

A TRUE COPY
ATTEST: _____
       Clerk