MFRA v. Howe

Joint Exhibit 9

STATE OF MAINE  
YORK, SS.

SUPERIOR COURT  
LOCATION: ALFRED  
DOCKET NO: CV-2017-161

Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1

    Plaintiff

vs.

Challenge Financial Investors Corp.

    Defendant

Mortgage Electronic Registration Systems, Inc., as nominee for Challenge Financial Investors Corp.,  
Nationstar Mortgage LLC,  
Henry W. Howe IV,  
Melanie B. Howe,  
Asset Acceptance LLC,

    Parties-In-Interest

TITLE TO REAL ESTATE IS INVOLVED

MORTGAGED PREMISES:  
334 Deerwander Road  
Hollis Center, ME  
Book 15139, Page 0540

## ORDER

This matter having come before the Court on Plaintiff's Motion for Substitution of Parties and good cause being shown, it is hereby ordered that **Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1** is substituted for **MTGLQ Investors, L.P.** as the Plaintiff name. Other than the substitution of the Plaintiff name, all other aspects of the original declaratory judgment complaint dated June 22, 2017, are still in full force and effect.

DATED: 12\15\17

_____  
Justice, Superior Court

Date entered in the docket book: 12/15/17