MFRA v. Howe
Joint Exhibit 10

STATE OF MAINE  
YORK, SS.

SUPERIOR COURT  
CIVIL ACTION  
DOCKET NO. CV-17-161

MTGLQ INVESTORS, L.P.,

    Plaintiff,

v.

CHALLENGE FINANCIAL INVESTORS CORP.,

    Defendant,

and

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. as nominee for CHALLENGE FINANCIAL INVESTORS CORP., NATIONSTAR MORTGAGE LLC, HENRY W. HOWE, IV, MELANIE B. HOWE, and ASSET ACCEPTANCE LLC,

    Parties-in-Interest.

RECEIVED  
JAN 22 2018  
Pine Tree Legal Assistance, Inc.

**ASSENTED TO MOTION TO DISMISS NATIONSTAR MORTGAGE LLC**

NOW COMES Party-in-Interest Nationstar Mortgage LLC ("Nationstar"), by and through its attorneys, Sandelands Eyet LLP, and hereby submits the following Assented to Motion to Dismiss Nationstar from this action, and in support thereof, states as follows:

1. On or about April 20, 2007, Parties-In-Interest Henry W. Howe, IV and Melanie B. Howe (collectively referred to as the "Howes") executed and delivered a promissory note (the "Note") in the amount of $208,000.00 to Defendant Challenge Financial Investors Corp. ("Defendant").

2. To secure the debt evidenced by the Note, the Howes conveyed a mortgage (the "Mortgage") to Party-In-Interest Mortgage Electronic Registration Systems, Inc. ("MERS"), as nominee for Defendant, on or about April 20, 2007. The Mortgage encumbers the property

YORK COUNTY SUPERIOR  
JAN 5 '18 PM 12:08

located at 334 Deerwander Road, Hollis Center, Maine 04042 (the "Property"). The Mortgage was recorded in the York County Registry of Deeds at Book 15139, Page 540 on April 24, 2007.

3. By way of an assignment dated March 4, 2013, MERS as nominee for Defendant assigned the Mortgage to Nationstar. Said assignment was recorded in the York County Registry of Deeds at Book 16559, Page 45 on March 25, 2013.

4. By way of a further assignment dated January 17, 2017, Nationstar assigned the Mortgage to Plaintiff MTGLQ Investors, L.P. ("Plaintiff"). Said assignment was recorded in the York County Registry of Deeds at Book 17411, Page 360 on January 26, 2007. Accordingly, Nationstar no longer has any interest in the Mortgage.

5. On or about June 22, 2017, Plaintiff commenced this action seeking, among other things, a declaratory judgment that it is the owner of the Mortgage. Nationstar has no objection to the relief sought by the Plaintiff in this action.

6. The undersigned certifies that he contacted counsel for Plaintiff, who indicated that he assents to this Motion.

WHEREFORE, Nationstar respectfully requests this Court for the following:

A. An Order dismissing Party-in-Interest Nationstar Mortgage LLC from this case without prejudice; and

B. Such other and further relief as is just.

Respectfully submitted,<br>
NATIONSTAR MORTGAGE LLC<br>
<br>
By its Attorneys,<br>
SANDELANDS EYET LLP<br>

Dated: January 2, 2018

Duncan A. Edgar, Esq., Bar No. 005549
1545 US Highway 206, Suite 304

2

Bedminster, NJ 07921<br>
(908) 470-1200<br>
dedgar@se-llp.com

## NOTICE

Please be advised that pursuant to M.R. Civ. P. 7, any opposition to this Motion must be filed not later than twenty one (21) days after the filing of the Motion. Failure to file timely opposition will be deemed a waiver of all objections to the Motion, which may be granted without further notice or hearing.

JAN 1 8 2018

**GRANTED**

/s/ J. O'Neil

ENTERED ON THE DOCKET ON: 1/19/18

3