MFRA v. Howe

Joint Exhibit 12

## STATE OF MAINE

SUPERIOR COURT
YORK, SS,

## PROCEDURAL ORDER

In light of the Law Court's recent decision in *Beal Bank USA v. New Century Mortg. Corp.*, 2019 ME 150, the following action will be dismissed with prejudice on **January 10, 2020**, unless a party requests that an action be retained on the docket and files a memorandum no later than 21 days prior to said date:

| **Docket no.** | **Case Name** | **Attorney** |
| --- | --- | --- |
| CV-2017-161 | Wilmington Trust N.A. vs. Challenge Financial Investors Corp et al | Reneau Longoria Esq<br>John Doonan Esq<br>Challenge Financial Investors Corp.<br>MERS<br>Henry Howe IV<br>Jonathan Selkowitz Esq<br>Asset Acceptance LLC |

The clerk is directed to incorporate this order on the docket by reference pursuant to M.R.Civ.P. 79(a).

Date: 12/12/19

_____
Justice, Superior Court

ENTERED ON THE DOCKET ON: 12/12/19