MFRA v. Howe

Joint Exhibit 17

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT IN AND FOR HILLSBOROUGH COUNTY, FLORIDA.

CASE NO. 292022CA007254A001HC
DIVISION: E

WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2015-1
    Plaintiff,

vs.

CHALLENGE FINANCIAL INVESTORS CORP.
    Defendant(s).
_____/

### ORDER GRANTING PLAINTIFF'S MOTION TO APPOINT RECEIVER

THIS CAUSE came before the Court on January 24, 2023, Plaintiff's, WILMINGTON TRUST, NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2015-1, Motion to Appoint Receiver over the Defendant, counsel for the Plaintiff appeared, no party appeared for the Defendants, and the Court having reviewed the Motion, affidavit and otherwise being duly advised on the premises finds as follows:

1.     The Court adopts the undisputed facts outlined in Plaintiff's Motion and Affidavit which establish the need for the appointment of a receiver.

2.     The Court finds that the appointment of a receiver is proper and necessary for the Plaintiff to enforce its lien in Maine.

**ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED:**

3.     Plaintiff's Motion is hereby GRANTED.

1

Howe - 1128

02/03/2023 08:40:14 AM Electronically Filed: Hillsborough County/13th Judicial Circuit.   Page 1

4. Paul Wersant, Esq., is hereby appointed as the Receiver for the Defendant. The term of this receivership shall begin on the date of this Order. It shall terminate when the Receiver completes all tasks necessary to assist the Plaintiff with the enforcement of its lien.

5. Specifically, the Receiver shall have the power to execute any documents on behalf of the Defendant, including but not limited to any Assignments of Mortgages.

6. The Court shall retain jurisdiction in this cause to enter such further orders or to take any action as it deems appropriate.

7. The Receiver shall be immune from any and all liability of the Defendant. The Receiver and his agents and employees are hereby declared to be held harmless and not responsible for any or all claims, liability, demands, damages, expenses, fees, fines, penalties, suits, proceedings, actions and fees, including attorneys' fees, that have arisen or may raise out of the past operation of the Defendant.

8. The Plaintiff shall be entitled to enforce this Order against the Receiver if the Receiver fails to act out his duties.

DONE AND ORDERED in Chambers at _____, this _____ day of February 2023.

22-CA-007254 2/3/2023 8:40:13 AM
_____

Circuit Judge

Copies furnished to:
Adam A. Diaz, Esq.
Diaz Anselmo & Associates, P.A.
P.O. BOX 19519
Fort Lauderdale, FL 33318
Service E-mail: answers@dallegal.com

All other parties on the service list attached
1491-187175 / CRO

2

Howe - 1129
02/03/2023 08:40:14 AM Electronically Filed: Hillsborough County/13th Judicial Circuit.   Page 2

SERIVCE LIST
292022CA007254A001HC

CHALLENGE FINANCIAL INVESTORS CORP
C/O NATIONAL REGISTERED AGENTS, INC.
128 STATE ST. #3
AUGUSTA, ME 04300

3