MFRA v. Howe

Joint Exhibit 25

**In the Matter Of:**

Wilmington Trust N.A. vs Howe

# 30(B)(6) WILMINGTON TRUST VIA MICHAEL PATERNO

*May 31, 2023*



Gaige & Feliccitti, LLC
Litigation Services

75 York Street, Ste 2
Portland, Maine 04101
(207) 854-5296
scheduling@gandfreporting.com

Tax ID: 46-3855727



OUT-OF-TOWN DEPOSITIONS?
WWW.DEPOSPAN.COM
DEPOSPAN'S TRUSTED LOCAL CONNECTION



```
 1              UNITED STATES DISTRICT COURT
                      DISTRICT OF MAINE
 2

 3
    WILMINGTON TRUST,           )
 4  NATIONAL ASSOCIATION        )
    NOT IN ITS INDIVIDUAL       )
 5  CAPACITY, BUT SOLELY AS     )
    TRUSTEE FOR MFRA TRUST      )
 6  2015-1,                     )
                                )
 7         Plaintiff,           )
                                )   CIVIL ACTION NO:
 8     vs.                      )   2:21-CV-00278-NT
                                )
 9  HENRY W. HOWE IV and        )
    MELANIE B. HOWE,            )
10                              )
           Defendants.          )
11  _____   )
    MELANIE B. HOWE,            )
12                              )
      Counter Plaintiff,        )
13                              )
         Vs.                    )
14                              )
    WILMINGTON TRUST,           )
15  NATIONAL ASSOCIATION        )
    NOT IN ITS INDIVIDUAL       )
16  CAPACITY, BUT SOLELY AS     )
    TRUSTEE FOR MFRA TRUST      )
17  2015-1                      )
    And                         )
18  FAY SERVICING, LLC,         )
                                )
19  Counter Defendants.         )

20            VIDEOTAPE (30)(b)(6) DEPOSITION OF
         MICHAEL PATERNO/Wilmington Trust, National
21       Association, not in its individual capacity,
         but solely as trustee for MFRA Trust 2015-1
22

23       _____
                    GAIGE & FELICCITTI, LLC
24                  75 York Street, Suite 2
                    Portland, Maine 04101
25                      (207)854-5296
                scheduling@gandfreporting.com
```

Page 2

```
 2       VIDEOTAPE DEPOSITION OF MICHAEL PATERNO,
 3   taken pursuant to notice before Beth Gaige,
 4   RPR, a Notary Public in and for the State of
 5   Maine, at the offices of Gaige & Feliccitti,
 6   LLC, 75 York Street, Portland, Maine, on
 7   May 31, 2023, commencing at 1:05 p.m.

23            GAIGE & FELICCITTI, LLC
              75 York Street, Suite 2
24            Portland, Maine 04101
                  (207)854-5296
25         scheduling@gandfreporting.com
```

Page 3

```
 1            A P P E A R A N C E S
 2   FOR MELANIE B. HOWE
 3     JOHN ZACHARY STEED, ESQ.
       Island Justice
 4     43 School Street
       Stonington, Maine 04681
 5     Phone:  207.200.7077
       E-mail:  John@islandjusticelaw.com
 6
                        (Appearing via Zoom)
 7     PHILLIP R. ROBINSON, ESQ.
       Consumer Law Center, LLC
 8     10125 Colesville Road, Suite 378
       Silver Spring, Maryland 20901
 9     Phone:  (301) 448-1304
       E-mail:  Phillip@MarylandConsumer.com
10
11   FOR WILMINGTON TRUST, NATIONAL ASSOCIATION AS
     TRUSTEE FOR THE TRUST AND FAY SERVICING, LLC.
12
13     RENEAU J. LONGORIA, ESQ.
       Doonan, Graves & Longoria, LLC
14     100 Cummings Center, Suite 303C
       Beverly, MA 01915
15     Phone:  978.921.2670
       E-mail:  RJL@dgandl.com
16
17   THE REMOTE VIDEOGRAPHER,
18   Merissa Rhine, Technica LLC
19   ALSO APPEARING VIA ZOOM,
20   Kelly Hartigan
```

Page 4

```
 1                    INDEX
 2
     WITNESS:  MICHAEL PATERNO
 3
       Direct Examination by Mr. Robinson       6
 4

                    E X H I B I T S

     Exhibit No.    Exhibit Description      Page

12      (No exhibits were offered or admitted.)
```

Page 5

```
 1              - - - - - - - - - -
 2       THE VIDEOGRAPHER:  We are going on the
 3   record.  Today is May 31st, 2023.  The time is
 4   approximately 1:05 p.m.
 5       We are here today to take the deposition
 6   of Michael Paterno for Wilmington Trust,
 7   National Association, as trustee for MFRA
 8   Trust 2015-1 in the captioned case of
 9   Wilmington Trust, National Association, not in
10   its individual capacity, but solely as trustee
11   for MFRA Trust 2015-1, plaintiff, versus Henry
12   W. Howe, IV, and Melanie B. Howe and Melanie
13   B. Howe counter plaintiff versus Wilmington
14   Trust, National Association, not in its
15   individual capacity but solely as trustee for
16   MFRA Trust 20151-1, United States District
17   Court of Maine, Docket No. 2:21-cv-00278-NT.
18       My name is Merissa Rhine, the
19   videographer on behalf of Technica, LLC.  The
20   court reporter is Beth Gaige of Gaige &
21   Feliccitti, LLC.
22       At this time starting with the noticing
23   attorney will the attorneys please identify
24   themselves and the parties that they
25   represent.
```

**Page 6**

    MR. STEED: John Steed for Melanie Howe.
    MR. ROBINSON: Phillip Robinson for Melanie Howe.
    MS. LONGORIA: And Reneau Longoria for Wilmington Trust, National Association, as trustee, as well as Fay Servicing.
    THE VIDEOGRAPHER: And will the court reporter please swear in the witness.
    (The Witness was administered the oath.)
MICHAEL PATERNO, having been duly sworn by the Notary Public, was examined and testified as follows:

           DIRECT EXAMINATION
BY MR. ROBINSON:
Q. Good afternoon, Mr. Paterno. I understand you have been designated as the corporate designee for this deposition on behalf of Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1.
A. That is correct.
Q. And you earlier today sat as the corporate designee for Fay Servicing, LLC; is that right?
A. That is correct.

**Page 7**

Q. And if I asked you the same questions that I inquired with your Fay Servicing corporate designee hat to -- as the designee for the trust, would your answers being the same?
A. Yes, they would.
Q. And if I showed you the same documents that we reviewed earlier, would the trust dispute the authenticity of any of the documents that we went through earlier?
A. No, sir.
Q. And do you happen to know who is the managing agent for the trust?
A. I don't know that specifically.
Q. All right. And in preparation for the deposition, did you make any inquiries or discuss with anybody at the trust who the managing agent was or who the beneficiaries of the trust were or are?
A. No, sir.
Q. All right.
    MR. ROBINSON: I am going to conclude my questions for today but not adjourn the deposition in light of the amended -- proposed amended complaint that's been proposed that we need to respond to, but I have no more

**Page 8**

questions at this time.
    THE WITNESS: Understood.
    MR. ROBINSON: Your counsel may have questions.
    MS. LONGORIA: I do not. Thank you.
    MR. ROBINSON: All right. I don't know if it's a Maine thing. Do you need to instruct him on read and review on the record or how do you guys normally do that?
    MS. LONGORIA: He's generally going to be given a copy of it to review for accuracy and have the opportunity to correct, and we'll circulate it is our typical practice.
    MR. ROBINSON: All right. Thank you, Mr. Paterno, for your time today, and I was less than ten minutes.
    THE WITNESS: You're very welcome, sir. Thank you for that.
    THE REPORTER: And I'm sorry. I just have a question. We can do this off the record, just for orders.
    MR. ROBINSON: Sure.
    THE VIDEOGRAPHER: This concludes today's deposition of Michael Paterno for Wilmington Trust, National Association, as trustee for

**Page 9**

MFRA Trust 20-15 -- 2015-1. We are off record.
            * * * * *

## Page 10

STATE OF MAINE

I, Beth Gaige, RPR, a Notary Public in and for the State of Maine, do hereby certify that the within-named deponent was sworn to testify the truth, the whole truth, and nothing but the truth in the aforementioned cause of action.

I further certify that this deposition was stenographically reported by me and later reduced to print through computer-aided transcription, and the foregoing is a full and true record of the testimony given by the deponent.

I further certify that I am a disinterested person in the event or outcome of the above-named cause of action.

IN WITNESS WHEREOF, I have hereunto set my hand this   24th day of  June, 2023.

_____
Beth Gaige, RPR
My Commission Expires
August 22, 2026

## Page 11

Errata Sheet

NAME OF CASE:     Wilmington Trust N.A. vs Howe
DATE OF DEPOSITION: 05/31/2023
NAME OF WITNESS:    30(b)(6) Wilmington Trust via Michael Paterno
Reason Codes:  1. To clarify the record.
               2. To conform to the facts.
               3. To correct transcription errors.

Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____
Page _____ Line _____ Reason _____
From _____ to _____

_____
30(B)(6) WILMINGTON TRUST VIA MICHAEL PATERNO

2

## Page 12

I, 30(B)(6) WILMINGTON TRUST VIA MICHAEL PATERNO, do hereby certify that the foregoing testimony taken on 05/31/2023, is true and accurate to the best of my knowledge and belief.

_____        _____
DATE              30(B)(6) WILMINGTON TRUST VIA MICHAEL PATERNO

At_____in said County of_____ this day of _____ 2020 personally appeared 30(B)(6) WILMINGTON TRUST VIA MICHAEL PATERNO, and made oath to the truth of the foregoing answers by their subscribed.

Before me,_____, a Notary Public, in and for the State of Maine.

My Commission Expires:_____

## Page 13

GAIGE & FELICCITTI, LLC
75 York Street, Ste. 2
Portland, Maine 04101
scheduling@gandfreporting.com ~ (207) 854-5296
www.gandfreporting.com

06-28-2023

30(b)(6) Wilmington Trust via Michael Paterno
Re:  Wilmington Trust N.A. vs Howe
     Deposition taken on 05/31/2023

Enclosed please find your copy of the deposition of 30(b)(6) Wilmington Trust via Michael Paterno taken in the above-mentioned action on 05/31/2023.  Also enclosed is the original signature page and a sheet for corrections.

Please read your copy of the deposition and sign the original signature page before a Notary Public.  If there are any corrections 30(b)(6) Wilmington Trust via Michael Paterno wishes to make, they should be made on the enclosed errata correction sheet.  Do not mark on the deposition. Please send a copy of the signed original signature page and correction sheet to other counsel within 30 days.
Very Truly Yours,
Michelle R. Feliccitti
Production Department

Gaige & Feliccitti, LLC
production@gandfreporting.com |  phone: 207.854.5296.  |

Ref: 6076

**1**

**1:05**  5:4

**2**

**2015-1**  5:8,11 6:20
**20151-1**  5:16
**2023**  5:3
**2:21-cv-00278-nt**  5:17

**3**

**31st**  5:3

**A**

**accuracy**  8:11
**adjourn**  7:22
**administered**  6:9
**afternoon**  6:15
**agent**  7:12,17
**amended**  7:23,24
**answers**  7:4
**approximately**  5:4
**Association**  5:7,9,14 6:5,18 8:25
**attorney**  5:23
**attorneys**  5:23
**authenticity**  7:8

**B**

**behalf**  5:19 6:17
**beneficiaries**  7:17
**Beth**  5:20

**C**

**capacity**  5:10,15 6:19
**captioned**  5:8
**case**  5:8

**circulate**  8:13
**complaint**  7:24
**conclude**  7:21
**concludes**  8:23
**copy**  8:11
**corporate**  6:16,22 7:2
**correct**  6:21,25 8:12
**counsel**  8:3
**counter**  5:13
**court**  5:17,20 6:7

**D**

**deposition**  5:5 6:17 7:15,23 8:24
**designated**  6:16
**designee**  6:16,23 7:3
**DIRECT**  6:13
**discuss**  7:16
**dispute**  7:7
**District**  5:16
**Docket**  5:17
**documents**  7:6,8
**duly**  6:10

**E**

**earlier**  6:22 7:7,9
**EXAMINATION**  6:13
**examined**  6:11

**F**

**Fay**  6:6,23 7:2
**Feliccitti**  5:21

**G**

**Gaige**  5:20
**generally**  8:10
**Good**  6:15

**guys**  8:9

**H**

**happen**  7:11
**hat**  7:3
**Henry**  5:11
**Howe**  5:12,13 6:1,3

**I**

**identify**  5:23
**individual**  5:10,15 6:19
**inquired**  7:2
**inquiries**  7:15
**instruct**  8:8
**IV**  5:12

**J**

**John**  6:1

**L**

**light**  7:23
**LLC**  5:19,21 6:23
**Longoria**  6:4 8:5,10

**M**

**Maine**  5:17 8:7
**make**  7:15
**managing**  7:11,17
**Melanie**  5:12 6:1,3
**Merissa**  5:18
**MFRA**  5:7,11,16 6:20
**Michael**  5:6 6:10 8:24
**minutes**  8:16

**N**

**National**  5:7,9,14 6:5,18 8:25

Case 2:21-cv-00278-NT   Document 63-25   Filed 09/03/23   Page 7 of 7   PageID #: 1063

Wilmington Trust N.A. vs Howe
VIA MICHAEL PATERNO, 30(B)(6) WILMINGTON TRUST on 05/31/2023     Page 15  Index: Notary..Wilmington

**Notary** 6:11

**noticing** 5:22

### O

**oath** 6:9

**opportunity** 8:12

**orders** 8:21

### P

**p.m.** 5:4

**parties** 5:24

**Paterno** 5:6 6:10,15 8:15,24

**Phillip** 6:2

**plaintiff** 5:11,13

**practice** 8:13

**preparation** 7:14

**proposed** 7:23,24

**Public** 6:11

### Q

**question** 8:20

**questions** 7:1,22 8:1,4

### R

**read** 8:8

**record** 5:3 8:8,21

**Reneau** 6:4

**reporter** 5:20 6:8 8:19

**represent** 5:25

**respond** 7:25

**review** 8:8,11

**reviewed** 7:7

**Rhine** 5:18

**Robinson** 6:2,14 7:21 8:3,6,14,22

### S

**sat** 6:22

**Servicing** 6:6,23 7:2

**showed** 7:6

**sir** 7:10,19 8:17

**solely** 5:10,15 6:19

**specifically** 7:13

**starting** 5:22

**States** 5:16

**Steed** 6:1

**swear** 6:8

**sworn** 6:10

### T

**Technica** 5:19

**ten** 8:16

**testified** 6:11

**thing** 8:7

**time** 5:3,22 8:1,15

**today** 5:3,5 6:22 7:22 8:15

**today's** 8:23

**trust** 5:6,8,9,11,14,16 6:5,18,20 7:4,7,12,16,18 8:25

**trustee** 5:7,10,15 6:6,19 8:25

**typical** 8:13

### U

**understand** 6:15

**Understood** 8:2

**United** 5:16

### V

**versus** 5:11,13

### W

**Wilmington** 5:6,9,13 6:5,17 8:24