**Nationstar**
MORTGAGE
350 Highland Drive
Lewisville, TX 75067

www.MyNationstarMtg.com

MFRA v. Howe

November 11, 2010

Joint Exhibit 27

49090 0067478 014
HENRY W HOWE
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME   04042-3613

**Re: New Nationstar Loan Number** ▮▮▮▮▮▮

Dear Henry W Howe,

Welcome to Nationstar Mortgage! Effective 11/01/10 Nationstar Mortgage is now the servicer for your mortgage account. We're excited about the opportunity to serve you. You can count on Nationstar Mortgage to meet your needs whether you're looking to make a payment or refinance your loan. We offer many exciting features including 24-hour account access through our Internet website at www.MyNationstarMtg.com, various payment options, and a toll free line (1-888-850-9344) with automated account information. You will be receiving a "Welcome Call" sometime over the next few weeks to welcome you to our company and to answer any immediate questions you may have.

Every month you will receive a billing statement detailing your loan information, payment amount, and important messages. In addition, the back of your billing statement includes helpful hints and important information. Each billing statement will include a remittance coupon. Expect to receive your billing statement approximately 7-10 days prior to each scheduled payment due date. Important payment information and other notices are included on the reverse of this letter for your reference.

To ensure accuracy, please verify the following loan information:

| | | | |
|---|---|---|---|
| Name: | HENRY W HOWE | Home Phone Number: | 000-000-0000 |
| Property Address: | 334 DEERWANDER ROAD | Work Phone Number: | 000-000-0000 |
| | HOLLIS CENTER ME 04042 | | |
| Mailing Address: | MELANIE B HOWE | | |
| | 334 DEERWANDER RD | | |
| | HOLLIS CENTER ME  04042-3613 | | |

If you find any of the information listed above to be incorrect, please contact us immediately at 1-888-850-9344.

As a reminder, your first monthly payment amount of $2,707.84 is due on 11/01/2010. You should have already received your November coupon in a letter we sent you previously, but for your convenience, we've provided an additional copy Timely remittance of your monthly payments will protect your home and credit. In the event that you do not receive your billing statement as scheduled, please do not delay making your payment. Be sure to indicate your loan number, as referenced above, on your payment and allow adequate mailing time. Simply mail your payment to:

Nationstar Mortgage
P.O. Box 650783
Dallas, Texas 75265-0783

IF YOU CURRENTLY HAVE AUTOMATIC DRAFT/DEBIT (ACH) SET-UP WITH CITIMORTGAGE, INC. AND YOUR BANK - Due to the timing of your loan information being loaded into Nationstar's systems, your automatic draft may be delayed in November. If your automatic draft (ACH) usually takes place during the first few days of the month, you will notice a change. We expect ACH payments to take place on or around the second week of November. Please plan accordingly. Your automatic draft will return to the normally scheduled day of the month in December 2010.

If you would like to enroll in our automatic payment program, please complete the form available on our website at www.MyNationstarMtg.com under Payment Options.

At Nationstar Mortgage, your business and total satisfaction are important to us. Any time you have questions regarding your account, do not hesitate to contact us at 1-888-850-9344, 7:00 a.m. to 11:00 p.m. CST Mon - Thurs, 7:00 a.m. to 7:00 p.m. CST on Fri, 8:00 a.m. to 6:00 p.m. CST on Sat and 9:00 a.m. to 7:00 p.m. CST on SUN. We look forward to a long and lasting relationship with you.

Sincerely, Nationstar Mortgage

*This is an attempt to collect a debt and any information obtained will be used for that purpose.*

DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY.

**Nationstar**
MORTGAGE www.MyNationstarMtg.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS
OR PHONE NUMBER HAS CHANGED.
ENTER CHANGES ON BACK OF COUPON

| LOAN NUMBER | TOTAL CURRENT AMOUNT DUE | |
|---|---|---|
| ▮▮▮▮▮▮ | $2,707.84 | 11/01/2010 |
| WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE. | **LATE PAYMENT IF RECEIVED ON OR AFTER** | |
| | $2,749.27 | 11/17/2010 |

NATIONSTAR MORTGAGE
PO BOX 650783
DALLAS TX 75265-0783

ADDITIONAL PRINCIPAL _____

TOTAL AMOUNT OF YOUR CHECK
*DO NOT SEND CASH*    $ _____

692-4014-0807F

INTERNET REPRINT

```
MTGLQ Investors, LP
Bowling Green Station
PO Box 1110
NY, NY 10274
```

```
HENRY HOWE
MELANIE HOWE
334 DEERWANDER RD
HOLLIS CENTER, ME 4042
```