Selene Finance LP
9990 Richmond Avenue
Suite 400 South
Houston, TX  77042



Temp-Return Service Requested

**MFRA v. Howe**

**Joint Exhibit 29**

000866-010070-000010-010070 2013415 4595LT01_F
HENRY HOWE IV
MELANIE HOWE
334 DEERWANDER RD
HOLLIS CENTER, ME  04042-3613

 

9990 Richmond Avenue
Suite 400 South
Houston, TX  77042
Telephone (877) 735-3637
www.selenefinance.com

Hours of Operation (CT)
Monday - Thursday: 8 a.m. - 9 p m.
Friday: 8 a.m. - 5 p.m.

SERVICING TRANSFER INFORMATION

03/01/2017

HENRY HOWE IV  
MELANIE HOWE  
334 DEERWANDER RD  
HOLLIS CENTER, ME  040420000  

Selene Finance Loan #:  
Current UPB:           $213,975.36  
Mortgagor(s):          HENRY HOWE IV  
                       MELANIE HOWE  
Property:              334  DEERWANDER RD  
                       HOLLIS CENTER, ME  04042  

Dear Mortgagor (s):

Welcome to Selene Finance LP ("Selene").  The servicing of your mortgage loan is transferring from Nationstar Mortgage LLC to Selene.  Please review the following important information regarding your loan payments.

Effective 02/21/2017, please begin sending your mortgage payments to Selene using one of the options below.

| Payment Options: | **Mail** | **Phone** |
|---|---|---|
| | Selene Finance LP | Loan Resolution Department |
| | Attention: Cashiering Department | (877) 768-3759 |
| | P. O. Box 71243 | |
| | Philadelphia, PA 19176-6243 | |

Please contact your insurance agent to ensure that Selene receives proof that your property is insured with a Hazard Policy and for Flood and Windstorm, where applicable.  Please take the necessary steps to have all future bills and proof of insurance forwarded to the addresses below:

| | **Insurance Department** | **Property Taxes** |
|---|---|---|
| | Selene Finance LP | Selene Finance LP #11740 |
| | P. O. Box 461470 | P. O. Box 9217 |
| | San Antonio, TX 78246 | Coppell, TX 75019 |
| | Tel: (866) 318-1084 | |
| | Fax: (866) 816-6837 | |

Selene will send you a Billing Statement each month; however, if you do not receive the statement before your 10/01/2014 payment is due, please send your payment with one of the Temporary Coupons enclosed.

If more than one loan is transferring to Selene, this letter refers only to loan number ▮▮▮▮▮.  Selene will send you a Welcome Letter and Temporary Coupons for each loan.  When making payments, please send the correct amount for each loan and include the payment coupon(s) with your remittance.

If your previous servicer automatically drafted payments from your checking or savings account, this service is not transferable.  Enclosed is an automatic drafting authorization form, which will allow you to establish an ACH draft with Selene.  Please return the completed form to Selene Finance LP, Attention: Cashiering Department, P. O. Box 422039, Houston, TX 77242-4239.  Please send payments by check or money order until Selene notifies you in writing that the automatic draft process is complete.

By January 31 of each year, Selene will provide an Annual Tax and Interest Statement for your IRS reporting for the portion of the previous year that Selene serviced your loan.

If your loan is currently escrowed for taxes and/or insurance, Selene is required by law to analyze your loan.  Selene will notify you in writing if your payment amount changes.

Premiums for mortgage life, accidental death, or disability insurance will not be transferred from your previous servicer.  You may contact your carrier for arrangements to maintain your coverage through direct billing.  Please contact your previous servicer if you are unsure of your carrier's name.

NOTICE REGARDING REAL ESTATE SETTLEMENT PROCEDURES ACT (RESPA):  Please review the attached Notice of Assignment, Sale or Transfer of Servicing Rights.  This is the official notification required by law from the transferee, Selene Finance LP.  **That notice also includes important information about your consumer rights under federal and state law.**

NOTICE REGARDING FAIR AND ACCURATE CREDIT TRANSACTIONS ACT OF 2003 (FACTA):  Selene may report information about your account to credit bureaus.  Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Partial Payment Policy** - Your lender may hold partial payments in a separate account until you pay the remainder of the payment, and then apply the full payment to your loan.  If this loan is sold, your new lender may have a different policy.

Should you have questions, please contact Selene's Customer Service Department at (877) 735-3637 during the hours indicated above or visit our website at www.selenefinance.com.  Any written correspondence should be sent to Selene Finance LP, Attention Customer Service Department, P. O. Box 422039, Houston, TX 77242-4239.  You may also contact Nationstar Mortgage LLC at 1-888-480-2432, 8:00 AM to 8:00 PM Monday -Thursday, 8:00 AM to 6:00 PM Friday and 8:00 AM to 2:00 PM Saturday CST.

Sincerely,

Selene Finance LP

Enclosure:  Notice of Assignment, Sale, or Transfer of Servicing Rights; Notice of your Financial Privacy Rights; Authorization Agreement for Pre-Authorized Payments; Temporary Coupon

1031

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

Please note that if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally.

**Attention Servicemembers and Dependents:** The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Selene will not foreclose on the property of a servicemember or his or her dependent during that time, unless pursuant either to a court order or a servicemember's written waiver agreement.

1032