

9990 Richmond Avenue
Suite 400 South
Houston, TX 77042
Telephone (877) 768-3759
Fax (866) 926-5498
www.selenefinance.com

MFRA v. Howe

Joint Exhibit 30

Hours of Operation (CT)
Monday – Thursday: 8 a. m. - 9 p.m.
Friday: 8 a. m. – 5 p.m.

06/29/2017

HENRY HOWE IV
MELANIE HOWE
334 DEERWANDER RD
HOLLIS CENTER, ME 040420000

| Re: | Account Number: | |
|---|---|---|
| | Mortgagor(s): | HENRY HOWE IV |
| | | MELANIE HOWE |
| | Property: | 334  DEERWANDER RD |
| | | HOLLIS CENTER, ME 04042 |

Dear Mortgagor(s):

Congratulations! We are excited to make you an offer for a modification program that is designed to make your mortgage payments more affordable and help you keep your home.

TO ACCEPT THIS OFFER

Provide documentation of your monthly income and expense information. If your mortgage payment to monthly income ratio is less than 35% and your total monthly expenses (including your mortgage payment) to monthly income ratio is less than 55%; you will be provided with modification terms, a three month trial plan with a new principal balance of $175,000.00 and an estimated monthly payment of $1,352.22. If you make all three payments successfully, we will permanently modify your mortgage account!

TIME IS OF THE ESSENCE

This modification program is based upon a valuation dated 5/30/2017 that is only valid for sixty (60) days.

Please note that the estimated monthly payment assumes escrow amounts for taxes and insurance remain unchanged. As a part of this modification if you are not already escrowed, we will establish an escrow account for you. An escrow analysis will be completed once this offer is accepted. Tax and insurance amounts may adjust upwards or downwards based on this analysis. In the event we have not heard from you within sixty (60) days from the date of this offer, you still may be eligible for this program; however, a new valuation will be required. The estimated amount of debt forgiveness may change. All other terms of this offer would remain applicable.

LM661
NMLS #6312

Our goal is to replace your current home account terms with a reduced balance, a fixed interest rate (if your account is an Adjustable Rate Mortgage), and a monthly payment that is more affordable. There are no fees or out of pocket expenses charged to you to complete an account modification.

If you do not intend to stay in your home, we are able to offer you other alternatives including a Short Sale or Deed in Lieu of Foreclosure. While these loss mitigation options will not save your home, they will satisfy your obligations on your account and extinguish your debt related to the mortgage account.

Your mortgage account has been assigned to me and I am ready to help you resolve your current mortgage situation.  Please contact us right away at 877-768-3759 to get this process started. In addition, you may also complete the attached Borrower Assistance Form and fax it to 877-926-5498.

Sincerely,

Loan Resolution
Selene Finance LP

Enclosure:     Borrower Assistance Form

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

If you received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally.

**For Servicemembers and their Dependents**: The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including, under most circumstances, a prohibition on foreclosure during and twelve months after the servicemember's active duty service.  Selene will not foreclose on the property of a servicemember or his or her dependent during that time, except pursuant to a court order.  You also may be entitled to other protections under these laws, including interest rate and fee relief. Please contact us to learn more about your rights.