Selene Finance LP
9990 Richmond Avenue
Suite 400 South
Houston, TX  77042



Temp-Return Service Requested

MFRA v. Howe

Joint Exhibit 31

000038-000077-000002-000077 2015881 4595LT01_1
HENRY HOWE IV
MELANIE HOWE
334 DEERWANDER RD
HOLLIS CENTER, ME  04042-3613

 

9990 Richmond Avenue
Suite 400 South
Houston, TX  77042
Telephone (877) 735-3637
www.selenefinance.com

Hours of Operation (CT)
Monday - Thursday: 8 a.m. - 9 p.m.
Friday: 8 a.m. - 5 p.m.

SERVICING TRANSFER INFORMATION

08/15/2017

HENRY HOWE IV  
MELANIE HOWE  
334 DEERWANDER RD  
HOLLIS CENTER, ME  040420000

Selene Finance Loan #: ▆▆▆▆▆▆▆▆  
Mortgagor(s):  HENRY HOWE IV  
MELANIE HOWE  
Property:  334 DEERWANDER RD  
HOLLIS CENTER, ME  04042

Dear Mortgagor (s):

The servicing of your mortgage loan is transferring from Selene Finance LP ("Selene") to Fay Servicing, LLC.  The effective transfer date is 09/05/2017.  Until that date, you should continue to send your mortgage payments to Selene using one of the options below.

| Payment Options: | Mail | Phone |
|---|---|---|
| | Selene Finance LP<br>Attention: Cashiering Department<br>P. O. Box 71243<br>Philadelphia, PA 19176-6243 | Loan Resolution Department<br>(877) 768-3759 |

It is important that we receive and are able to post all payments that are due prior to the transfer date; therefore, any payment made between the date of this letter and 09/04/2017, should be made to Selene.

Beginning 09/05/2017, please send your payments and correspondence to Fay Servicing, LLC using the appropriate address below.  We will forward payments received after the transfer date to Fay Servicing, LLC.

| | Payments | Correspondence |
|---|---|---|
| | Fay Servicing, LLC<br>PO Box 88009<br>Chicago, IL 60680-1009 | Fay Servicing, LLC<br>Attn: Customer Service Department PO Box 809441<br>Chicago, IL 60680-9441 |

This transfer of servicing notice pertains only to loan ▆▆▆▆▆▆▆▆ Selene may continue to service other loans for you.

If your payments are automatically deducted from your checking or savings account, Selene will discontinue this service.  Premiums for mortgage life, accidental death, or disability insurance will not be transferred to your new servicer.  However, you may contact your carrier for arrangements to maintain your coverage through direct billing.  Please contact Selene if you are unsure of your carrier's name.

By January 31 of each year, you will receive an Annual Tax and Interest Statement from each company that has serviced your loan during the previous year.  Each statement will contain IRS reporting information for the time your loan was serviced by Selene or another servicer.

Should you have questions, please contact Selene's Customer Service Department at (877) 735-3637 during the hours indicated above or visit our website at www.selenefinance.com.  Beginning 09/05/2017, you should contact Fay Servicing, LLC at 1-800-495-7166 Monday through Thursday 8:00 a.m. - 9:00 p.m., Friday 8:30 a.m. - 5:00 p.m. and Saturday 10:00 a.m. - 4:00 p.m. (CST).  We assure you that Selene will do everything possible to make this a smooth transition.

Sincerely,

Selene Finance LP

Enclosure:   Notice of Assignment, Sale, or Transfer of Servicing Rights

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

Please note that if you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally.

**For Servicemembers and their Dependents:** The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including, under most circumstances, a prohibition on foreclosure during and twelve months after the servicemember's active duty service.  Selene will not foreclose on the property of a servicemember or his or her dependent during that time, except pursuant to a court order.  You also may be entitled to other protections under these laws, including interest rate and fee relief. Please contact us to learn more about your rights.

1028

### NOTICE OF ASSIGNMENT, SALE, OR TRANSFER OF SERVICING RIGHTS

You are hereby notified that the servicing of your mortgage loan, that is, the right to collect payments from you, is being assigned, sold, or transferred from Selene Finance LP to Fay Servicing, LLC, effective 09/05/2017.

The assignment, sale, or transfer of the servicing of the mortgage loan does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan.

Except in limited circumstances, the law requires that your present servicer send you this notice at least 15 days before the effective date of transfer or at closing. Your new servicer must also send you this notice no later than 15 days after this effective date or at closing.

Your present servicer is Selene Finance LP. If you have any questions relating to the transfer of servicing from your present servicer, call Selene Finance LP at (877) 735-3637 Monday through Thursday from 8:00 a.m. to 9:00 p m. and Friday from 8:00 a m. to 5:00 p m. (CT). This is a toll-free number.

Your new servicer will be Fay Servicing, LLC. The business address for your new servicer is Attn: Customer Service Department PO Box 809441, Chicago, IL 60680-9441. The toll-free telephone number of your new servicer is 1-800-495-7166. If you have any questions relating to the transfer of servicing to your new servicer, call Fay Servicing, LLC at 1-800-495-7166 Monday through Thursday 8:00 a m. - 9:00 p.m., Friday 8:30 a.m. - 5:00 p m. and Saturday 10:00 a m. - 4:00 p m. (CST).

The date that your present servicer will stop accepting payments from you is 09/04/2017. The date that your new servicer will start accepting payments from you is 09/05/2017. Send all payments due on or after that date to your new servicer.

The transfer of servicing rights may affect the terms of or the continued availability of mortgage life or disability insurance or any other type of optional insurance in the following manner: premiums for mortgage life, accidental death, or disability insurance will not be transferred from your previous servicer. You may contact your carrier for arrangements to maintain your coverage by direct billing. Please contact Selene Finance LP if you are unsure of your carrier's name.

You should also be aware of the following information, which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 USC 2605):

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA (12 USC 2605) gives you certain consumer rights. If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgment within 5 business days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name, account number, and reasons for the request. If you want to send a "qualified written request" regarding the servicing of your loan, it must be sent to Fay Servicing, LLC, Attn: Customer Service Department PO Box 809441, Chicago, IL 60680-9441.

Not later than 30 business days after receiving your request, your servicer must make any appropriate corrections to your account and must provide you with a written clarification regarding any dispute. During the 60 -day period, beginning on the date of receipt of your request, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents.

A business day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section. You should seek legal advice if you believe your rights have been violated.

Selene Finance LP
08/15/2017