

P.O. Box 619063
Dallas, TX 75261-9063

MFRA v. Howe

Joint Exhibit 32

August 28, 2017

8-775-06489-0000014-001-01-000-000-000-000



HENRY W HOWE IV
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

## 404 NOTICE

## NOTICE OF SALE OF OWNERSHIP OF MORTGAGE LOAN

Under federal law, borrowers are required to be notified in writing whenever ownership of a mortgage loan secured by their principal dwelling is sold, transferred or assigned (collectively, "sold") to a new lender. This notice is to inform you that your prior lender has sold your mortgage loan (see loan information below) to the new lender identified below.

**The new lender identified below is not the servicer of your loan.  The servicer (identified below) acts on behalf of the new lender to handle the ongoing administration of your loan, including the collection of mortgage payments.  Please send your mortgage payments as directed by the servicer, and not to the new lender. <u>Payments sent to the new lender instead of the servicer may result in late charges on your loan and your account becoming past due.  Neither the new lender nor the servicer is responsible for late charges or other consequences of payments sent to the new lender.</u>**

SHOULD YOU HAVE ANY QUESTIONS REGARDING YOUR LOAN, PLEASE CONTACT THE SERVICER USING THE CONTACT INFORMATION SET FORTH BELOW.  The servicer is authorized to handle routine inquiries and requests regarding your loan and, if necessary, to inform the new lender of your request and communicate to you any decision with respect to such request.

Please note that the sale of your loan to the new lender may also result in a change of servicer.  If this occurs, you will receive a separate notice, required under federal law, providing information regarding the new servicer.

**LOAN INFORMATION**

Date of Loan: 4/20/2007
Original Amount of Loan: $208,000.00
Date Your Loan was Sold to the New Lender: 8/8/2017
Prior Loan Number: ███████
Current Loan Number: ███████
Address of Mortgaged Property:  334 DEERWANDER RD
                                HOLLIS CENTER ME  04042

| SERVICER INFORMATION | |
|---|---|
| Name: | Selene Finance LP |
| Mailing Address: | 9990 Richmond Ave<br>Suite 400 South<br>Houston, TX 77042 |
| Telephone Number (Toll free): | (877) 735-3637 |
| Website: | www.selenefinance.com |

Scope of responsibilities: The servicer is responsible for all ongoing administration of your loan, including receipt and processing of payments, resolution of payment-related issues, and response to any other inquiries you may have regarding your loan.

| NEW LENDER INFORMATION | |
|---|---|

**Please be advised that all questions involving the administration of your loan (including questions related to payments, deferrals, modifications or foreclosures) should be directed to the servicer at the number above and/or the agent (if any) of the new lender identified below, and not to the new lender. The new lender does not have access to information relating to the administration of your loan, and will not be able to answer most loan-related questions.**

| | |
|---|---|
| Name: | Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 |
| Mailing Address **(not for payments)**: | c/o MFResidential Assets I, LLC<br>P.O. Box 306<br>New York, NY 10040-0306 |
| Telephone Number: | (212) 202-3274 |

**AGENT INFORMATION** (If the new creditor has granted an agent other than the servicer authority to act on its behalf, contact information for such agent will appear below):

Name:
Mailing Address:


Telephone Number (Toll free):

**Partial Payments:** The Servicer, on behalf of the lender, may hold partial payments in a separate account until you pay the remainder of the payment, and will then apply the full periodic payment to your loan. If your loan is sold, the new lender may have a different partial payment policy.

The transfer of the lien associated with your loan is, or in the future may be, recorded in the public records of the local County Recorder's office for the county or local jurisdiction where your property is located. Ownership of your loan may also be recorded on the registry of the Mortgage Electronic Registrations System at 1818 Library Street, Suite 300, Reston, VA 20190.



**FAY SERVICING**

P.O. Box 619063
Dallas, TX 75261-9063



2-775-06547-0000004-001-01-000-000-000-000

HENRY W HOWE IV
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613