# F AY SERVICING

RETURN SERVICE ONLY
P.O. BOX 619063
DALLAS,TX 75261-9063

12/05/2017

4-775-07008-0002876-001-000-000-000-000
IV HOWE W
MELANIE HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

Loan Number: ▮▮▮▮▮▮▮
Property Address:  334 DEERWANDER RD
HOLLIS CENTER  ME 04042

Dear Iv Howe W

If you are having difficulty making your mortgage payments, we may be able to assist you.  If you need help, you may qualify for the following options, subject to owner of the loan approval:

- Refinance your loan with us or another lender;

- Modify your loan terms with us; or

- Payment Forbearance, Repayment Plan and/or Deferment Plan, which temporarily gives you more time to make your monthly payment.

If you are not able to keep paying your mortgage, another option may be to find more affordable housing.  As an alternative to foreclosure, the following non-retention options may be available to you, subject to owner of the loan approval:

- Sell your property and use the proceeds to pay off your current loan;

- Short Sale of the property, where the owner of the loan may accept less than the amount owed*; or

- Deed-in-Lieu of Foreclosure, whereby you deed the property to the owner of the loan in exchange for forgiveness of all or a portion of the loan*.

*Forgiveness of debt may have federal tax consequences.  Consult with a tax professional.

For help exploring your options, the federal government provides contact information for housing counselors, which you can access by contacting the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/find-a-housing-counselor/, the Department of Housing and Urban Development at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm, or by calling (800) 569-4287.

**Here's how it works:**  We will first determine if you are eligible for any available options based on your situation.  To conduct this evaluation, we need you to submit a complete Loss Mitigation Application consisting of a completed Borrower Assistance Form and all required documentation. The documents required for loss mitigation may vary depending on the owner of your loan.  Your Fay Servicing Account Manager will be able to provide you with the list of documents needed for your loss mitigation review, however, if you are unable to speak with your Fay Servicing Account Manager, you may submit the applicable documents listed on the Document Checklist. You may obtain the Borrower Assistance Form and Document Checklist at www.fayservicing.com by clicking the link, "Available Assistance Options" or by calling your personal Fay Servicing Account Manager at (800) 495-7166.

*If you have other types of income, cannot locate required documents, or have questions about the documentation required, please contact us at (800) 495-7166.*

Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are 8:00 AM to 9:00 PM Monday - Thursday, 8:30 AM to 5:00 PM Friday, & 10:00 AM to 4:00 PM Saturday Central Time. Call today: 1-800-495-7166. NMLS ID# 88244.



---

### STEP 1: GATHER THE INFO WE NEED TO HELP YOU

To take advantage of options available to you, contact us as soon as possible at **(800) 495-7166**. To help speed the process, it will be helpful if you have the following information when you call:

- Loan number;
- Monthly pre-tax income of each borrower; and
- Information about any financial hardship you are suffering.

If you do not qualify for a loan modification or do not want to stay in your home or keep your rental property, we will work with you to explore other options available to help you keep your property or ease your transition to a new home, if applicable.

### STEP 2: CONTACT US

We want to make exploring your options as easy as possible. Call us today at (800) 495-7166 to learn more about your options and for instructions about how to apply. The longer you wait or the further you fall behind on payments, the more difficult it will be to find a solution.

**You may also submit your complete Loss Mitigation Application to one of the following locations:**

| Mail: | Fax: | Email: |
|---|---|---|
| **Attn: Applications** **Fay Servicing, LLC** **440 S. LaSalle St., Suite 2000** **Chicago, IL 60605** | **(312) 509-4794** | **applications@fayservicing.com** |

**The following mailing address must be used to submit all Notices of Error and Information Requests:**
**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

---

### IMPORTANT NOTICE: We want to help you avoid foreclosure scams.

#### Beware of Foreclosure Rescue Scams, Help is Free!

- There is never a fee to get assistance from your lender or a HUD-approved housing counselor.
- Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.
- Beware of anyone who says they can "save" your home if you sign or transfer over the deed to your house. Do not sign over the deed to your property to any organization or individual unless you are working directly with your mortgage company to forgive your debt.
- Never make your mortgage payments to anyone other than your mortgage company without their approval.

Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are 8:00 AM to 9:00 PM Monday – Thursday, 8:30 AM to 5:00 PM Friday, & 10:00 AM to 4:00 PM Saturday, Central Time. NMLS ID #88244.

**F**AY
**SERVICING**

RETURN SERVICE ONLY
P.O. BOX 619063
DALLAS, TX 75261-9063

05/29/2018

6-775-07877-0001732-001-000-000-000-000
IV HOWE W
MELANIE HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

Loan Number: ▉▉▉▉▉▉
Property Address:  334  DEERWANDER RD
HOLLIS CENTER  ME 04042

Dear Iv Howe W

If you are having difficulty making your mortgage payments, we may be able to assist you.  If you need help, you may qualify for the following options, subject to owner of the loan approval:

- Refinance your loan with us or another lender;

- Modify your loan terms with us; or

- Payment Forbearance, Repayment Plan and/or Deferment Plan, which temporarily gives you more time to make your monthly payment.

If you are not able to keep paying your mortgage, another option may be to find more affordable housing.  As an alternative to foreclosure, the following non-retention options may be available to you, subject to owner of the loan approval:

- Sell your property and use the proceeds to pay off your current loan;

- Short Sale of the property, where the owner of the loan may accept less than the amount owed*; or

- Deed-in-Lieu of Foreclosure, whereby you deed the property to the owner of the loan in exchange for forgiveness of all or a portion of the loan*.

*Forgiveness of debt may have federal tax consequences.  Consult with a tax professional.

For help exploring your options, the federal government provides contact information for housing counselors, which you can access by contacting the Consumer Financial Protection Bureau at http://www.consumerfinance.gov/find-a-housing-counselor/, the Department of Housing and Urban Development at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm, or by calling (800) 569-4287.

**Here's how it works:**  We will first determine if you are eligible for any available options based on your situation.  To conduct this evaluation, we need you to submit a complete Loss Mitigation Application consisting of a completed Borrower Assistance Form and all required documentation.  The documents required for loss mitigation may vary depending on the owner of your loan.  Your Fay Servicing Account Manager will be able to provide you with the list of documents needed for your loss mitigation review, however, if you are unable to speak with your Fay Servicing Account Manager, you may submit the applicable documents listed on the Document Checklist.  You may obtain the Borrower Assistance Form and Document Checklist at www.fayservicing.com by clicking the link, "Available Assistance Options" or by calling your personal Fay Servicing Account Manager at (800) 495-7166.

*If you have other types of income, cannot locate required documents, or have questions about the documentation required, please contact us at (800) 495-7166.*

Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are 8:00 AM to 9:00 PM Monday - Thursday, 8:30 AM to 5:00 PM Friday, & 10:00 AM to 4:00 PM Saturday Central Time. Call today: 1-800-495-7166. NMLS ID# 88244.



**STEP 1: GATHER THE INFO WE NEED TO HELP YOU**

To take advantage of options available to you, contact us as soon as possible at **(800) 495-7166**. To help speed the process, it will be helpful if you have the following information when you call:

- Loan number;
- Monthly pre-tax income of each borrower; and
- Information about any financial hardship you are suffering.

If you do not qualify for a loan modification or do not want to stay in your home or keep your rental property, we will work with you to explore other options available to help you keep your property or ease your transition to a new home, if applicable.

**STEP 2: CONTACT US**

We want to make exploring your options as easy as possible. Call us today at (800) 495-7166 to learn more about your options and for instructions about how to apply. The longer you wait or the further you fall behind on payments, the more difficult it will be to find a solution.

**You may also submit your complete Loss Mitigation Application to one of the following locations:**

| Mail:<br>**Attn: Applications**<br>**Fay Servicing, LLC**<br>**440 S. LaSalle St., Suite 2000**<br>**Chicago, IL 60605** | Fax:<br>**(312) 509-4794** | Email:<br>**applications@fayservicing.com** |
|---|---|---|

**The following mailing address must be used to submit all Notices of Error and Information Requests:**
**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**IMPORTANT NOTICE: We want to help you avoid foreclosure scams.**

**Beware of Foreclosure Rescue Scams, Help is Free!**

- There is never a fee to get assistance from your lender or a HUD-approved housing counselor.
- Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.
- Beware of anyone who says they can "save" your home if you sign or transfer over the deed to your house. Do not sign over the deed to your property to any organization or individual unless you are working directly with your mortgage company to forgive your debt.
- Never make your mortgage payments to anyone other than your mortgage company without their approval.

Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are 8:00 AM to 9:00 PM Monday – Thursday, 8:30 AM to 5:00 PM Friday, & 10:00 AM to 4:00 PM Saturday, Central Time. NMLS ID #88244.



RETURN SERVICE ONLY
P.O. BOX 619063
DALLAS, TX 75261-9063

11/19/2018

4-775-08851-0001185-001-000-000-000-000
IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME 04042-3613

Loan Number: ████████
Property Address: 334 DEERWANDER RD
HOLLIS CENTER ME 04042

Dear Iv Henry Howe W:

If you are having difficulty making your mortgage payments, we may be able to assist you. If you need help, you may qualify for the following options, subject to the owner of the loan approval:

- Refinance your loan with us or another lender;
- Modify your loan terms with us; or
- Payment Forbearance, Repayment Plan and/or Deferment Plan, which temporarily gives you more time to make your monthly payment.

If you are not able to keep paying your mortgage, another option may be to find more affordable housing. As an alternative to foreclosure, the following non-retention options may be available to you, subject to owner of the loan approval:

- Sell your property and use the proceeds to pay off your current loan;
- Short Sale of the property, where the owner of the loan may accept less than the amount owed*; or
- Deed-in-Lieu of Foreclosure, whereby you deed the property to the owner of the loan in exchange for forgiveness of all or a portion of the loan*.

*Forgiveness of debt may have federal tax consequences. Consult with a tax professional.

For help exploring your options, the federal government provides contact information for housing counselors, which you can access by contacting the Consumer Financial Protection Bureau at https://www.consumerfinance.gov/find-a-housing-counselor/, the Department of Housing and Urban Development at https://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm, or by calling (800) 569-4287.

**Here's how it works:** We will first determine if you are eligible for any available options based on your situation. **To conduct this evaluation, we need you to submit a complete Loss Mitigation Application consisting of a completed Borrower Assistance Form and all required documentation. The documents required for loss mitigation may vary depending on the owner of your loan. Your Fay Servicing Account Manager will be able to provide you with the list of documents needed for your loss mitigation review, however, if you are unable to speak with your Fay Servicing Account Manager, you may submit the applicable documents listed on the Document Checklist. You may obtain the Borrower Assistance Form and Document Checklist at www.fayservicing.com by clicking the link, "Available Assistance Options" or by calling your personal Fay Servicing Account Manager at (800) 495-7166.

*If you have other types of income, cannot locate required documents, or have questions about the documentation required, please contact us at (800) 495-7166.*

**Certain restrictions may apply if there is a scheduled foreclosure sale date.** The owner of your loan does not offer loss mitigation options to borrowers who submit applications less than the applicable number of days before a scheduled foreclosure sale explained here. Generally, all documents required to complete your loss mitigation application must be received more than thirty seven (37) days before scheduled foreclosure sale in order for you to be eligible for loss mitigation options. Please note, however, that certain states have established additional loss mitigation requirements for properties that are a borrower's principal residence. For such properties located in the state of Washington, all documents required to complete a loss mitigation application must be received at least fifteen (15) days before a scheduled foreclosure sale in order for a borrower to be eligible for loss mitigation options. For such properties located in the state of California, Nevada, Minnesota, or Georgia all documents required to complete a loss mitigation application (substantially complete for Minnesota) must be received at least seven (7) days before a scheduled foreclosure sale in order for a

Fay Servicing, LLC is a debt collector, and any information you provide to us will be used for the purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are 8:00 A.M. to 9:00 P.M. Monday - Thursday, 8:30 A.M. to 5:00 P.M. Friday, & 10:00 A.M. to 4:00 P.M. Saturday, Central Standard Time. Call today: 1-800-495-7166. NMLS ID# 88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.



borrower to be eligible for loss mitigation options. If a complete (substantially complete for Minnesota) loss mitigation application is not received by the dates identified in this paragraph, you will not be eligible for any loss mitigation options and the foreclosure sale may proceed.

## STEP 1: GATHER THE INFO WE NEED TO HELP YOU

To take advantage of options available to you, contact us as soon as possible at **(800) 495-7166**. To help speed the process, it will be helpful if you have the following information when you call:

- Loan number;
- Monthly pre-tax income of each borrower; and
- Information about any financial hardship you are suffering.

If you do not qualify for a loan modification or do not want to stay in your home or keep your rental property, we will work with you to explore other options available to help you keep your property or ease your transition to a new home, if applicable.

## STEP 2: CONTACT US

We want to make exploring your options as easy as possible. Call us today at (800) 495-7166 to learn more about your options and for instructions about how to apply. The longer you wait or the further you fall behind on payments, the more difficult it will be to find a solution.

**You may also submit your complete Loss Mitigation Application to one of the following locations:**

| **Mail:**<br>**Attn: Applications**<br>**Fay Servicing, LLC**<br>**440 S. LaSalle St., Suite 2000**<br>**Chicago, IL 60605** | **Fax:**<br>(312) 509-4794 | **Email:**<br>applications@fayservicing.com |
|---|---|---|

**The following mailing address must be used to submit all Notices of Error and Information Requests:**
**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

## IMPORTANT NOTICE: We want to help you avoid foreclosure scams.

### Beware of Foreclosure Rescue Scams, Help is Free!

- There is never a fee to get assistance from your lender or a HUD-approved housing counselor.
- Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.
- Beware of anyone who says they can "save" your home if you sign or transfer over the deed to your house. Do not sign over the deed to your property to any organization or individual unless you are working directly with your mortgage company to forgive your debt.
- Never make your mortgage payments to anyone other than your mortgage company without their approval.

Fay Servicing, LLC is a debt collector, and any information you provide to us will be used for the purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are 8:00 A.M. to 9:00 P.M. Monday – Thursday, 8:30 A.M. to 5:00 P.M. Friday, & 10:00 A.M. to 4:00 P.M. Saturday, Central Standard Time. Call today: 1-800-495-7166. NMLS ID #88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.



RETURN SERVICE ONLY
P.O. BOX 619063
DALLAS,TX 75261-9063

05/13/2019

0-775-10063-0001261-001-000-000-000-000
IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME 04042-3613

Loan Number: ▮▮▮▮▮▮▮▮
Property Address: 334 DEERWANDER RD
HOLLIS CENTER  ME 04042

Dear Iv Henry Howe W:

If you are having difficulty making your mortgage payments, we may be able to assist you. If you need help, you may qualify for the following options, subject to the owner of the loan approval:

- Refinance your loan with us or another lender;
- Modify your loan terms with us; or
- Payment Forbearance, Repayment Plan and/or Deferment Plan, which temporarily gives you more time to make your monthly payment.

If you are not able to keep paying your mortgage, another option may be to find more affordable housing. As an alternative to foreclosure, the following non-retention options may be available to you, subject to owner of the loan approval:

- Sell your property and use the proceeds to pay off your current loan;
- Short Sale of the property, where the owner of the loan may accept less than the amount owed*; or
- Deed-in-Lieu of Foreclosure, whereby you deed the property to the owner of the loan in exchange for forgiveness of all or a portion of the loan*.

*Forgiveness of debt may have federal tax consequences. Consult with a tax professional.

For help exploring your options, the federal government provides contact information for housing counselors, which you can access by contacting the Consumer Financial Protection Bureau at https://www.consumerfinance.gov/find-a-housing-counselor/, the Department of Housing and Urban Development at https://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm, or by calling (800) 569-4287.

**Here's how it works:** We will first determine if you are eligible for any available options based on your situation. **To conduct this evaluation, we need you to submit a complete Loss Mitigation Application consisting of a completed Borrower Assistance Form and all required documentation. The documents required for loss mitigation may vary depending on the owner of your loan. Your Fay Servicing Account Manager will be able to provide you with the list of documents needed for your loss mitigation review, however, if you are unable to speak with your Fay Servicing Account Manager, you may submit the applicable documents listed on the Document Checklist. You may obtain the Borrower Assistance Form and Document Checklist at www.fayservicing.com by clicking the link, "Available Assistance Options" or by calling your personal Fay Servicing Account Manager at (800) 495-7166.

*If you have other types of income, cannot locate required documents, or have questions about the documentation required, please contact us at (800) 495-7166.*

**Certain restrictions may apply if there is a scheduled foreclosure sale date.** The owner of your loan does not offer loss mitigation options to borrowers who submit applications less than the applicable number of days before a scheduled foreclosure sale explained here. Generally, all documents required to complete your loss mitigation application must be received more than thirty seven (37) days before scheduled foreclosure sale in order for you to be eligible for loss mitigation options. Please note, however, that certain states have established additional loss mitigation requirements for properties that are a borrower's principal residence. For such properties located in the state of Washington, all documents required to complete a loss mitigation application must be received at least fifteen (15) days before a scheduled foreclosure sale in order for a borrower to be eligible for loss mitigation options. For such properties located in the state of California, Nevada, Minnesota, or Georgia all documents required to complete a loss mitigation application (substantially complete for Minnesota) must be received at least seven (7) days before a scheduled foreclosure sale in order for a

Fay Servicing, LLC is a debt collector, and any information you provide to us will be used for the purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are 8:00 A.M. to 9:00 P.M. Monday - Thursday, 8:30 A.M. to 5:00 P.M. Friday, & 10:00 A.M. to 4:00 P.M. Saturday, Central Standard Time. Call today: 1-800-495-7166. NMLS ID# 88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.



borrower to be eligible for loss mitigation options. If a complete (substantially complete for Minnesota) loss mitigation application is not received by the dates identified in this paragraph, you will not be eligible for any loss mitigation options and the foreclosure sale may proceed.

| STEP 1: GATHER THE INFO WE NEED TO HELP YOU |
| --- |

To take advantage of options available to you, contact us as soon as possible at **(800) 495-7166**. To help speed the process, it will be helpful if you have the following information when you call:

- Loan number;
- Monthly pre-tax income of each borrower; and
- Information about any financial hardship you are suffering.

If you do not qualify for a loan modification or do not want to stay in your home or keep your rental property, we will work with you to explore other options available to help you keep your property or ease your transition to a new home, if applicable.

| STEP 2: CONTACT US |
| --- |

We want to make exploring your options as easy as possible. Call us today at (800) 495-7166 to learn more about your options and for instructions about how to apply. The longer you wait or the further you fall behind on payments, the more difficult it will be to find a solution.

**You may also submit your complete Loss Mitigation Application to one of the following locations:**

| **Mail:**<br>**Attn: Applications**<br>**Fay Servicing, LLC**<br>**440 S. LaSalle St., Suite 2000**<br>**Chicago, IL 60605** | **Fax:**<br>(312) 509-4794 | **Email:**<br>applications@fayservicing.com |
| --- | --- | --- |

**The following mailing address must be used to submit all Notices of Error and Information Requests:**
**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

| IMPORTANT NOTICE: We want to help you avoid foreclosure scams. |
| --- |
| **Beware of Foreclosure Rescue Scams. Help is Free!** |

- There is never a fee to get assistance from your lender or a HUD-approved housing counselor.
- Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.
- Beware of anyone who says they can "save" your home if you sign or transfer over the deed to your house. Do not sign over the deed to your property to any organization or individual unless you are working directly with your mortgage company to forgive your debt.
- Never make your mortgage payments to anyone other than your mortgage company without their approval.

Fay Servicing, LLC is a debt collector, and any information you provide to us will be used for the purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are 8:00 A.M. to 9:00 P.M. Monday – Thursday, 8:30 A.M. to 5:00 P.M. Friday, & 10:00 A.M. to 4:00 P.M. Saturday, Central Standard Time. Call today: 1-800-495-7166. NMLS ID #88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.



RETURN SERVICE ONLY
P.O. BOX 619063
DALLAS, TX 75261-9063

10/31/2019

9-775-11353-0000626-001-000-000-000-000
IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

Loan Number: ███████
Property Address: 334 DEERWANDER RD
HOLLIS CENTER  ME 04042

Dear Iv Henry Howe W and  Melanie B Howe:

If you are having difficulty making your mortgage payments, we may be able to assist you.  If you need help, you may qualify for the following options, subject to the owner of the loan approval:

- Refinance your loan with us or another lender;
- Modify your loan terms with us; or
- Payment Forbearance, Repayment Plan and/or Deferment Plan, which temporarily gives you more time to make your monthly payment.

If you are not able to keep paying your mortgage, another option may be to find more affordable housing.  As an alternative to foreclosure, the following non-retention options may be available to you, subject to owner of the loan approval:

- Sell your property and use the proceeds to pay off your current loan;
- Short Sale of the property, where the owner of the loan may accept less than the amount owed*; or
- Deed-in-Lieu of Foreclosure, whereby you deed the property to the owner of the loan in exchange for forgiveness of all or a portion of the loan*.

*Forgiveness of debt may have federal tax consequences.  Consult with a tax professional.

For help exploring your options, the federal government provides contact information for housing counselors, which you can access by contacting the Consumer Financial Protection Bureau at https://www.consumerfinance.gov/find-a-housing-counselor/, the Department of Housing and Urban Development at https://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm, or by calling (800) 569-4287.

**Here's how it works:**  We will first determine if you are eligible for any available options based on your situation.  **To conduct this evaluation, we need you to submit a complete Loss Mitigation Application consisting of a completed Borrower Assistance Form and all required documentation. The documents required for loss mitigation may vary depending on the owner of your loan. Your Fay Servicing, LLC Account Manager will be able to provide you with the list of documents needed for your loss mitigation review, however, if you are unable to speak with your Fay Servicing, LLC Account Manager, you may submit the applicable documents listed on the Document Checklist. You may obtain the Borrower Assistance Form and Document Checklist at www.fayservicing.com by clicking the link, "Available Assistance Options" or by calling your personal Fay Servicing, LLC Account Manager at (800) 495-7166.

*If you have other types of income, cannot locate required documents, or have questions about the documentation required, please contact us at (800) 495-7166.*

**Certain restrictions may apply if there is a scheduled foreclosure sale date.** The owner of your loan does not offer loss mitigation options to borrowers who submit applications less than the applicable number of days before a scheduled foreclosure sale explained here. Generally, all documents required to complete your loss mitigation application must be received more than thirty seven (37) days before scheduled foreclosure sale in order for you to be eligible for loss mitigation options. Please note, however, that certain states have established additional loss mitigation requirements for properties that are a borrower's principal residence. For such properties located in the state of Washington, all documents required to complete a loss mitigation application must be received at least fifteen (15) days before a scheduled foreclosure sale in order for a borrower to be eligible for loss mitigation options. For such properties

Fay Servicing, LLC is a debt collector, and any information you provide to us will be used for the purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are 8:00 A.M. to 9:00 P.M. Monday - Thursday, 8:30 A.M. to 5:00 P.M. Friday, & 10:00 A.M. to 4:00 P.M. Saturday, Central Standard Time. Call today: 1-800-495-7166. NMLS ID# 88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 425 S. Financial St., Suite 2000, Chicago, IL 60605-6011.



located in the state of California, Nevada, Minnesota, or Georgia all documents required to complete a loss mitigation application (substantially complete for Minnesota) must be received at least seven (7) days before a scheduled foreclosure sale in order for a borrower to be eligible for loss mitigation options. If a complete (substantially complete for Minnesota) loss mitigation application is not received by the dates identified in this paragraph, you will not be eligible for any loss mitigation options and the foreclosure sale may proceed.

### STEP 1: GATHER THE INFO WE NEED TO HELP YOU

To take advantage of options available to you, contact us as soon as possible at **(800) 495-7166**. To help speed the process, it will be helpful if you have the following information when you call:

- Loan number;
- Monthly pre-tax income of each borrower; and
- Information about any financial hardship you are suffering.

If you do not qualify for a loan modification or do not want to stay in your home or keep your rental property, we will work with you to explore other options available to help you keep your property or ease your transition to a new home, if applicable.

### STEP 2: CONTACT US

We want to make exploring your options as easy as possible. Call us today at (800) 495-7166 to learn more about your options and for instructions about how to apply. The longer you wait or the further you fall behind on payments, the more difficult it will be to find a solution.

**You may also submit your complete Loss Mitigation Application to one of the following locations:**

| Mail: | Fax: | Email: |
|---|---|---|
| Attn: Applications | (312) 509-4794 | applications@fayservicing.com |
| Fay Servicing, LLC | | |
| 425 S. Financial St., Suite 2000 | | |
| Chicago, IL 60605-6011 | | |

The following mailing address must be used to submit all Notices of Error and Information Requests:
Fay Servicing, LLC
901 S. 2nd Street, Suite 201
Springfield, IL 62704

### IMPORTANT NOTICE: We want to help you avoid foreclosure scams.
#### Beware of Foreclosure Rescue Scams, Help is Free!

- There is never a fee to get assistance from your lender or a HUD-approved housing counselor.
- Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.
- Beware of anyone who says they can "save" your home if you sign or transfer over the deed to your house. Do not sign over the deed to your property to any organization or individual unless you are working directly with your mortgage company to forgive your debt.
- Never make your mortgage payments to anyone other than your mortgage company without their approval.

Fay Servicing, LLC is a debt collector, and any information you provide to us will be used for the purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are 8:00 A.M. to 9:00 P.M. Monday – Thursday, 8:30 A.M. to 5:00 P.M. Friday, & 10:00 A.M. to 4:00 P.M. Saturday, Central Standard Time. Call today: 1-800-495-7166. NMLS ID #88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 425 S. Financial St., Suite 2000, Chicago, IL 60605-6011.



RETURN SERVICE ONLY
P.O. BOX 619063
DALLAS, TX 75261-9063

04/20/2020

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME 04042-3613

Loan Number: ▮▮▮▮▮▮▮
Property Address: 334 DEERWANDER RD
HOLLIS CENTER ME 04042

Dear Iv Henry Howe W and Melanie B Howe:

If you are having difficulty making your mortgage payments, we may be able to assist you.  If you need help, you may qualify for the following options, subject to the owner of the loan approval:

- Refinance your loan with us or another lender;
- Modify your loan terms with us; or
- Payment Forbearance, Repayment Plan and/or Deferment Plan, which temporarily gives you more time to make your monthly payment.

If you are not able to keep paying your mortgage, another option may be to find more affordable housing.  As an alternative to foreclosure, the following non-retention options may be available to you, subject to owner of the loan approval:

- Sell your property and use the proceeds to pay off your current loan;
- Short Sale of the property, where the owner of the loan may accept less than the amount owed*; or
- Deed-in-Lieu of Foreclosure, whereby you deed the property to the owner of the loan in exchange for forgiveness of all or a portion of the loan*.

*Forgiveness of debt may have federal tax consequences.  Consult with a tax professional.

For help exploring your options, the federal government provides contact information for housing counselors, which you can access by contacting the Consumer Financial Protection Bureau at https://www.consumerfinance.gov/find-a-housing-counselor/, the Department of Housing and Urban Development at https://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm, or by calling (800) 569-4287.

**Here's how it works:**  We will first determine if you are eligible for any available options based on your situation.  **To conduct this evaluation, we need you to submit a complete Loss Mitigation Application consisting of a completed Borrower Assistance Form and all required documentation. The documents required for loss mitigation may vary depending on the owner of your loan. Your Fay Servicing, LLC Account Manager will be able to provide you with the list of documents needed for your loss mitigation review, however, if you are unable to speak with your Fay Servicing, LLC Account Manager, you may submit the applicable documents listed on the Document Checklist. You may obtain the Borrower Assistance Form and Document Checklist at www.fayservicing.com by clicking the link, "Available Assistance Options" or by calling your personal Fay Servicing, LLC Account Manager at (800) 495-7166.

*If you have other types of income, cannot locate required documents, or have questions about the documentation required, please contact us at (800) 495-7166.*

**Certain restrictions may apply if there is a scheduled foreclosure sale date.** The owner of your loan does not offer loss mitigation options to borrowers who submit applications less than the applicable number of days before a scheduled foreclosure sale explained here. Generally, all documents required to complete your loss mitigation application must be received more than thirty seven (37) days before scheduled foreclosure sale in order for you to be eligible for loss mitigation options. Please note, however, that certain states have established additional loss mitigation requirements for properties that are a borrower's principal residence. For such properties located in the state of Washington, all documents required to complete a loss mitigation application must be received at least fifteen (15) days before a scheduled foreclosure sale in order for a borrower to be eligible for loss mitigation options. For such properties located in the state of California, Nevada, Minnesota, or Georgia all documents required to complete a loss mitigation application (substantially complete for Minnesota) must be received at least seven (7) days before a scheduled foreclosure sale in order for a borrower to be eligible for loss mitigation options. If a complete (substantially complete for Minnesota) loss mitigation application is not

Fay Servicing, LLC is a debt collector, and any information you provide to us will be used for the purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability.  Our office hours are 8:00 A.M. to 9:00 P.M. Monday – Thursday, 8:30 A.M. to 5:00 P.M. Friday, & 10:00 A.M. to 4:00 P.M. Saturday, Central Standard Time. Call today: 1-800-495-7166. NMLS ID #88244.  NC residents:  Fay Servicing, LLC, NC Permit Number 112302, 425 S. Financial St., Suite 2000, Chicago, IL 60605-6011.

# FAY SERVICING

received by the dates identified in this paragraph, you will not be eligible for any loss mitigation options and the foreclosure sale may proceed.

## STEP 1: GATHER THE INFO WE NEED TO HELP YOU

To take advantage of options available to you, contact us as soon as possible at **(800) 495-7166**. To help speed the process, it will be helpful if you have the following information when you call:

- Loan number;
- Monthly pre-tax income of each borrower; and
- Information about any financial hardship you are suffering.

If you do not qualify for a loan modification or do not want to stay in your home or keep your rental property, we will work with you to explore other options available to help you keep your property or ease your transition to a new home, if applicable.

## STEP 2: CONTACT US

We want to make exploring your options as easy as possible. Call us today at (800) 495-7166 to learn more about your options and for instructions about how to apply. The longer you wait or the further you fall behind on payments, the more difficult it will be to find a solution.

**You may also submit your complete Loss Mitigation Application to one of the following locations:**

| Mail: | Fax: | Email: |
|---|---|---|
| Attn: Applications<br>Fay Servicing, LLC<br>425 S. Financial St., Suite 2000<br>Chicago, IL 60605-6011 | (312) 509-4794 | applications@fayservicing.com |

**The following mailing address must be used to submit all Notices of Error and Information Requests:**
**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

## IMPORTANT NOTICE: We want to help you avoid foreclosure scams.

### Beware of Foreclosure Rescue Scams, Help is Free!

- There is never a fee to get assistance from your lender or a HUD-approved housing counselor.

- Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.

- Beware of anyone who says they can "save" your home if you sign or transfer over the deed to your house. Do not sign over the deed to your property to any organization or individual unless you are working directly with your mortgage company to forgive your debt.

- Never make your mortgage payments to anyone other than your mortgage company without their approval.

Fay Servicing, LLC is a debt collector, and any information you provide to us will be used for the purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are 8:00 A.M. to 9:00 P.M. Monday – Thursday, 8:30 A.M. to 5:00 P.M. Friday, & 10:00 A.M. to 4:00 P.M. Saturday, Central Standard Time. Call today: 1-800-495-7166. NMLS ID #88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 425 S. Financial St., Suite 2000, Chicago, IL 60605-6011.



RETURN SERVICE ONLY
P.O. BOX 619063
DALLAS,TX 75261-9063

10/08/2020

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

Loan Number:
Property Address: 334 DEERWANDER RD
HOLLIS CENTER ME  04042

Dear Iv Henry Howe W and  Melanie B Howe:

If you are having difficulty making your mortgage payments, we may be able to assist you.  If you need help, you may qualify for the following options, subject to the owner of the loan approval:

- Refinance your loan with us or another lender;
- Modify your loan terms with us; or
- Payment Forbearance, Repayment Plan and/or Deferment Plan, which temporarily gives you more time to make your monthly payment.

If you are not able to keep paying your mortgage, another option may be to find more affordable housing.  As an alternative to foreclosure, the following non-retention options may be available to you, subject to owner of the loan approval:

- Sell your property and use the proceeds to pay off your current loan;
- Short Sale of the property, where the owner of the loan may accept less than the amount owed*; or
- Deed-in-Lieu of Foreclosure, whereby you deed the property to the owner of the loan in exchange for forgiveness of all or a portion of the loan*.

*Forgiveness of debt may have federal tax consequences.  Consult with a tax professional.

For help exploring your options, the federal government provides contact information for housing counselors, which you can access by contacting the Consumer Financial Protection Bureau at https://www.consumerfinance.gov/find-a-housing-counselor/, the Department of Housing and Urban Development at https://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm, or by calling (800) 569-4287.

**Here's how it works:**  We will first determine if you are eligible for any available options based on your situation.  **To conduct this evaluation, we need you to submit a complete Loss Mitigation Application consisting of a completed Borrower Assistance Form and all required documentation. The documents required for loss mitigation may vary depending on the owner of your loan. Your request for assistance can be submitted online at www.fayservicing.com where you will find a list of documents needed for your loss mitigation review as well as the Borrower Assistance Form. Your Fay Servicing, LLC Account Manager is also able to provide you with the list of required documents. You can contact your personal Fay Servicing, LLC Account Manager at (800) 496-7188.

*If you have other types of income, cannot locate required documents, or have questions about the documentation required, please contact us at (800) 495-7166.*

**Certain restrictions may apply if there is a scheduled foreclosure sale date.** The owner of your loan does not offer loss mitigation options to borrowers who submit applications less than the applicable number of days before a scheduled foreclosure sale explained here. Generally, all documents required to complete your loss mitigation application must be received more than thirty seven (37) days before scheduled foreclosure sale in order for you to be eligible for loss mitigation options. Please note, however, that certain states have established additional loss mitigation requirements for properties that are a borrower's principal residence. For such properties located in the state of Washington, all documents required to complete a loss mitigation application must be received at least fifteen (15) days before a scheduled foreclosure sale in order for a borrower to be eligible for loss mitigation options. For such properties located in the state of Nevada, or Minnesota all documents required to complete a loss mitigation application (substantially complete for

Fay Servicing, LLC is a debt collector, and any information you provide to us will be used for the purpose.  To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability.  Our office hours are 8:00 A.M. to 9:00 P.M. Monday – Thursday, 8:30 A.M. to 5:00 P.M. Friday, & 10:00 A.M. to 4:00 P.M. Saturday, Central Standard Time. Call today: 1-800-495-7166. NMLS ID #88244.  NC residents: Fay Servicing, LLC, NC Permit Number 112302, 425 S. Financial St., Suite 2000, Chicago, IL 60605-6011.

# FAY SERVICING

Minnesota) must be received at least seven (7) days before a scheduled foreclosure sale in order for a borrower to be eligible for loss mitigation options. For such properties located in the state of California, all documents require to complete a loss mitigation application must be received at least five (5) business days before a scheduled foreclosure sale in order for a borrower to be eligible for loss mitigation options. If a complete (substantially complete for Minnesota) loss mitigation application is not received by the dates identified in this paragraph, you will not be eligible for any loss mitigation options and the foreclosure sale may proceed.

## STEP 1: GATHER THE INFO WE NEED TO HELP YOU

To take advantage of options available to you, contact us as soon as possible at **(800) 495-7166**. To help speed the process, it will be helpful if you have the following information when you call:

- Loan number;
- Monthly pre-tax income of each borrower; and
- Information about any financial hardship you are suffering.

If you do not qualify for a loan modification or do not want to stay in your home or keep your rental property, we will work with you to explore other options available to help you keep your property or ease your transition to a new home, if applicable.

## STEP 2: CONTACT US

We want to make exploring your options as easy as possible. Call us today at (800) 495-7166 to learn more about your options and for instructions about how to apply. The longer you wait or the further you fall behind on payments, the more difficult it will be to find a solution.

**You may also submit your complete Loss Mitigation Application to one of the following locations:**

| Online:<br>www.fayservicing.com | Email:<br>applications@fayservicing.com<br><br>Fax:<br>(312) 509-4794 | Mail:<br>Attn: Applications<br>Fay Servicing, LLC<br>P.O. Box 814609<br>Dallas, TX 75381-4609 |
|---|---|---|

**The following mailing address must be used to submit all Notices of Error and Information Requests:**
**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

## IMPORTANT NOTICE: We want to help you avoid foreclosure scams.

### Beware of Foreclosure Rescue Scams, Help is Free!

- There is never a fee to get assistance from your lender or a HUD-approved housing counselor.

- Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.

- Beware of anyone who says they can "save" your home if you sign or transfer over the deed to your house. Do not sign over the deed to your property to any organization or individual unless you are working directly with your mortgage company to forgive your debt.

- Never make your mortgage payments to anyone other than your mortgage company without their approval.

Fay Servicing, LLC is a debt collector, and any information you provide to us will be used for the purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are 8:00 A.M. to 9:00 P.M. Monday – Thursday, 8:30 A.M. to 5:00 P.M. Friday, & 10:00 A.M. to 4:00 P.M. Saturday, Central Standard Time. Call today: 1-800-495-7166. NMLS ID #88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 425 S. Financial St., Suite 2000, Chicago, IL 60605-6011.



RETURN SERVICE ONLY
P.O. BOX 619063
DALLAS, TX 75261-9063

03/29/2021

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

Loan Number: ▮▮▮▮▮▮▮▮
Property Address: 334 DEERWANDER RD
HOLLIS CENTER ME  04042

Dear Iv Henry Howe W and Melanie B Howe:

If you are having difficulty making your mortgage payments, we may be able to assist you.  If you need help, you may qualify for the following options, subject to the owner of the loan approval:

- Refinance your loan with us or another lender;
- Modify your loan terms with us; or
- Payment Forbearance, Repayment Plan and/or Deferment Plan, which temporarily gives you more time to make your monthly payment.

If you are not able to keep paying your mortgage, another option may be to find more affordable housing.  As an alternative to foreclosure, the following non-retention options may be available to you, subject to owner of the loan approval:

- Sell your property and use the proceeds to pay off your current loan;
- Short Sale of the property, where the owner of the loan may accept less than the amount owed*; or
- Deed-in-Lieu of Foreclosure, whereby you deed the property to the owner of the loan in exchange for forgiveness of all or a portion of the loan*.

*Forgiveness of debt may have federal tax consequences.  Consult with a tax professional.

For help exploring your options, the federal government provides contact information for housing counselors, which you can access by contacting the Consumer Financial Protection Bureau at https://www.consumerfinance.gov/find-a-housing-counselor/, the Department of Housing and Urban Development at https://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm, or by calling (800) 569-4287.

**Here's how it works:**  We will first determine if you are eligible for any available options based on your situation.  **To conduct this evaluation, we need you to submit a complete Loss Mitigation Application consisting of a completed Borrower Assistance Form and all required documentation. The documents required for loss mitigation may vary depending on the owner of your loan. Your request for assistance can be submitted online at www.fayservicing.com where you will find a list of documents needed for your loss mitigation review as well as the Borrower Assistance Form. Your Fay Servicing, LLC Account Manager is also able to provide you with the list of required documents. You can contact your personal Fay Servicing, LLC Account Manager at (800) 495-7166.

*If you have other types of income, cannot locate required documents, or have questions about the documentation required, please contact us at (800) 495-7166.*

**Certain restrictions may apply if there is a scheduled foreclosure sale date.** The owner of your loan does not offer loss mitigation options to borrowers who submit applications less than the applicable number of days before a scheduled foreclosure sale explained here. Generally, all documents required to complete your loss mitigation application must be received more than thirty seven (37) days before scheduled foreclosure sale in order for you to be eligible for loss mitigation options. Please note, however, that certain states have established additional loss mitigation requirements for properties that are a borrower's principal residence. For such properties located in the state of Washington, all documents required to complete a loss mitigation application must be received at least fifteen (15) days before a scheduled foreclosure sale in order for a borrower to be eligible for loss mitigation options. For such properties located in the state of Nevada, or Minnesota all documents required to complete a loss mitigation application (substantially complete for

Fay Servicing, LLC is a debt collector, and any information you provide to us will be used for the purpose.  To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability.  Our office hours are 8:00 A.M. to 9:00 P.M. Monday – Thursday, 8:30 A.M. to 5:00 P.M. Friday, & 10:00 A.M. to 4:00 P.M. Saturday, Central Standard Time. Call today: 1-800-495-7166. NMLS ID #88244.  NC residents: Fay Servicing, LLC, NC Permit Number 112302, 425 S. Financial St., Suite 2000, Chicago, IL 60605-6011.

**F**AY
**SERVICING**

Minnesota) must be received at least seven (7) days before a scheduled foreclosure sale in order for a borrower to be eligible for loss mitigation options. For such properties located in the state of California, all documents require to complete a loss mitigation application must be received at least five (5) business days before a scheduled foreclosure sale in order for a borrower to be eligible for loss mitigation options. If a complete (substantially complete for Minnesota) loss mitigation application is not received by the dates identified in this paragraph, you will not be eligible for any loss mitigation options and the foreclosure sale may proceed.

| STEP 1: GATHER THE INFO WE NEED TO HELP YOU |
| --- |

To take advantage of options available to you, contact us as soon as possible at **(800) 495-7166**. To help speed the process, it will be helpful if you have the following information when you call:

- Loan number;
- Monthly pre-tax income of each borrower; and
- Information about any financial hardship you are suffering.

If you do not qualify for a loan modification or do not want to stay in your home or keep your rental property, we will work with you to explore other options available to help you keep your property or ease your transition to a new home, if applicable.

| STEP 2: CONTACT US |
| --- |

We want to make exploring your options as easy as possible. Call us today at (800) 495-7166 to learn more about your options and for instructions about how to apply. The longer you wait or the further you fall behind on payments, the more difficult it will be to find a solution.

**You may also submit your complete Loss Mitigation Application to one of the following locations:**

| Online:<br>www.fayservicing.com | Email:<br>applications@fayservicing.com<br><br>Fax:<br>(312) 509-4794 | Mail:<br>Attn: Applications<br>Fay Servicing, LLC<br>P.O. Box 814609<br>Dallas, TX 75381-4609 |
| --- | --- | --- |

**The following mailing address must be used to submit all Notices of Error and Information Requests:**
**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

| IMPORTANT NOTICE: We want to help you avoid foreclosure scams. |
| --- |

**Beware of Foreclosure Rescue Scams, Help is Free!**

- There is never a fee to get assistance from your lender or a HUD-approved housing counselor.

- Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.

- Beware of anyone who says they can "save" your home if you sign or transfer over the deed to your house. Do not sign over the deed to your property to any organization or individual unless you are working directly with your mortgage company to forgive your debt.

- Never make your mortgage payments to anyone other than your mortgage company without their approval.

Fay Servicing, LLC is a debt collector, and any information you provide to us will be used for the purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are 8:00 A.M. to 9:00 P.M. Monday – Thursday, 8:30 A.M. to 5:00 P.M. Friday, & 10:00 A.M. to 4:00 P.M. Saturday, Central Standard Time. Call today: 1-800-495-7166. NMLS ID #88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 425 S. Financial St., Suite 2000, Chicago, IL 60605-6011.



RETURN SERVICE ONLY
P.O. BOX 619063
DALLAS, TX 75261-9063

04/01/2021

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

Loan Number:
Property Address: 334 DEERWANDER RD
HOLLIS CENTER ME  04042

Dear Iv Henry Howe W and  Melanie B Howe:

If you are having difficulty making your mortgage payments, we may be able to assist you.  If you need help, you may qualify for the following options, subject to the owner of the loan approval:

- Refinance your loan with us or another lender;
- Modify your loan terms with us; or
- Payment Forbearance, Repayment Plan and/or Deferment Plan, which temporarily gives you more time to make your monthly payment.

If you are not able to keep paying your mortgage, another option may be to find more affordable housing.  As an alternative to foreclosure, the following non-retention options may be available to you, subject to owner of the loan approval:

- Sell your property and use the proceeds to pay off your current loan;
- Short Sale of the property, where the owner of the loan may accept less than the amount owed*; or
- Deed-in-Lieu of Foreclosure, whereby you deed the property to the owner of the loan in exchange for forgiveness of all or a portion of the loan*.

*Forgiveness of debt may have federal tax consequences.  Consult with a tax professional.

For help exploring your options, the federal government provides contact information for housing counselors, which you can access by contacting the Consumer Financial Protection Bureau at https://www.consumerfinance.gov/find-a-housing-counselor/, the Department of Housing and Urban Development at https://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm, or by calling (800) 569-4287.

**Here's how it works:**  We will first determine if you are eligible for any available options based on your situation.  **To conduct this evaluation, we need you to submit a complete Loss Mitigation Application consisting of a completed Borrower Assistance Form and all required documentation.  The documents required for loss mitigation may vary depending on the owner of your loan.  Your request for assistance can be submitted online at www.fayservicing.com where you will find a list of documents needed for your loss mitigation review as well as the Borrower Assistance Form.  Your Fay Servicing, LLC Account Manager is also able to provide you with the list of required documents.  You can contact your personal Fay Servicing, LLC Account Manager at (800) 495-7166.

*If you have other types of income, cannot locate required documents, or have questions about the documentation required, please contact us at (800) 495-7166.*

**Certain restrictions may apply if there is a scheduled foreclosure sale date.** The owner of your loan does not offer loss mitigation options to borrowers who submit applications less than the applicable number of days before a scheduled foreclosure sale explained here.  Generally, all documents required to complete your loss mitigation application must be received more than thirty seven (37) days before scheduled foreclosure sale in order for you to be eligible for loss mitigation options. Please note, however, that certain states have established additional loss mitigation requirements for properties that are a borrower's principal residence.  For such properties located in the state of Washington, all documents required to complete a loss mitigation application must be received at least fifteen (15) days before a scheduled foreclosure sale in order for a borrower to be eligible for loss mitigation options. For such properties located in the state of Nevada, or Minnesota all documents required to complete a loss mitigation application (substantially complete for

Fay Servicing, LLC is a debt collector, and any information you provide to us will be used for the purpose.  To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability.  Our office hours are 8:00 A.M. to 9:00 P.M. Monday – Thursday, 8:30 A.M. to 5:00 P.M. Friday, & 10:00 A.M. to 4:00 P.M. Saturday, Central Standard Time. Call today: 1-800-495-7166. NMLS ID #88244.  NC residents: Fay Servicing, LLC, NC Permit Number 112302, 425 S. Financial St., Suite 2000, Chicago, IL 60605-6011.

# FAY SERVICING

Minnesota) must be received at least seven (7) days before a scheduled foreclosure sale in order for a borrower to be eligible for loss mitigation options. For such properties located in the state of California, all documents require to complete a loss mitigation application must be received at least five (5) business days before a scheduled foreclosure sale in order for a borrower to be eligible for loss mitigation options. If a complete (substantially complete for Minnesota) loss mitigation application is not received by the dates identified in this paragraph, you will not be eligible for any loss mitigation options and the foreclosure sale may proceed.

## STEP 1: GATHER THE INFO WE NEED TO HELP YOU

To take advantage of options available to you, contact us as soon as possible at **(800) 495-7166**. To help speed the process, it will be helpful if you have the following information when you call:

- Loan number;
- Monthly pre-tax income of each borrower; and
- Information about any financial hardship you are suffering.

If you do not qualify for a loan modification or do not want to stay in your home or keep your rental property, we will work with you to explore other options available to help you keep your property or ease your transition to a new home, if applicable.

## STEP 2: CONTACT US

We want to make exploring your options as easy as possible. Call us today at (800) 495-7166 to learn more about your options and for instructions about how to apply. The longer you wait or the further you fall behind on payments, the more difficult it will be to find a solution.

**You may also submit your complete Loss Mitigation Application to one of the following locations:**

| Online:<br>www.fayservicing.com | Email:<br>applications@fayservicing.com<br><br>Fax:<br>(312) 509-4794 | Mail:<br>Attn: Applications<br>Fay Servicing, LLC<br>P.O. Box 814609<br>Dallas, TX 75381-4609 |
|---|---|---|

**The following mailing address must be used to submit all Notices of Error and Information Requests:**
**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

## IMPORTANT NOTICE: We want to help you avoid foreclosure scams.

### Beware of Foreclosure Rescue Scams, Help is Free!

- There is never a fee to get assistance from your lender or a HUD-approved housing counselor.

- Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.

- Beware of anyone who says they can "save" your home if you sign or transfer over the deed to your house. Do not sign over the deed to your property to any organization or individual unless you are working directly with your mortgage company to forgive your debt.

- Never make your mortgage payments to anyone other than your mortgage company without their approval.

Fay Servicing, LLC is a debt collector, and any information you provide to us will be used for the purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are 8:00 A.M. to 9:00 P.M. Monday – Thursday, 8:30 A.M. to 5:00 P.M. Friday, & 10:00 A.M. to 4:00 P.M. Saturday, Central Standard Time. Call today: 1-800-495-7166. NMLS ID #88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 425 S. Financial St., Suite 2000, Chicago, IL 60605-6011.

 

P.O.Box 111209
Nashville Tn 37222

**Return Service Requested**                                                                 FEBRUARY 10, 2022

1592
HENRY W HOWE, IV
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER, ME 04042

Loan Number:
Property Address:          334 DEERWANDER RD,
                           HOLLIS CENTER ME 04042

Dear HENRY W HOWE, IV and MELANIE B HOWE,

This is a legally required notice. We are sending this notice to you because you are behind on your mortgage payment. We want to notify you of possible ways to avoid losing your home. We have a right to invoke foreclosure based on the terms of your mortgage contract. Please read this letter carefully.

If you are having difficulty making your mortgage payments, we may be able to assist you. If you need help, you may qualify for the following options, subject to the owner of the loan approval:

- Refinance your loan with us or another lender;
- Modify your loan terms with us; or
- Payment Forbearance, Repayment Plan and/or Deferment Plan, which temporarily gives you more time to make your monthly payment.

If you are not able to keep paying your mortgage, another option may be to find more affordable housing. As an alternative to foreclosure, the following non-retention options may be available to you, subject to owner of the loan approval:

- Sell your property and use the proceeds to pay off your current loan;
- Short Sale of the property, where the owner of the loan may accept less than the amount owed*; or
- Deed-in-Lieu of Foreclosure, whereby you deed the property to the owner of the loan in exchange for forgiveness of all or a portion of the loan*.

*Forgiveness of debt may have federal tax consequences. Consult with a tax professional.

For help exploring your options, the federal government provides contact information for housing counselors, which you can access by contacting the Consumer Financial Protection Bureau at https://www.consumerfinance.gov/find-a-housing-counselor/, the Department of Housing and Urban Development at https://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm, or by calling (800) 569-4287.

CA014                                                                                                        Page 1

**Here's how it works:** We will first determine if you are eligible for any available options based on your situation. **\*\*To conduct this evaluation, we need you to submit a complete Loss Mitigation Application consisting of a completed Borrower Assistance Form and all required documentation. The documents required for loss mitigation may vary depending on the owner of your loan. Your Fay Servicing, LLC Account Manager will be able to provide you with the list of documents needed for your loss mitigation review, however, if you are unable to speak with your Fay Servicing, LLC Account Manager, you may submit the applicable documents listed on the Document Checklist. You may obtain the Borrower Assistance Form and Document Checklist at www.fayservicing.com by clicking the link, "Available Assistance Options" or by calling your personal Fay Servicing, LLC Account Manager at (800) 495-7166.

*If you have other types of income, cannot locate required documents, or have questions about the documentation required, please contact us at (800) 495-7166..*

**\*\*Certain restrictions may apply if there is a scheduled foreclosure sale date.** The owner of your loan does not offer loss mitigation options to borrowers who submit applications less than the applicable number of days before a scheduled foreclosure sale explained here. Generally, all documents required to complete your loss mitigation application must be received more than thirty seven (37) days before scheduled foreclosure sale in order for you to be eligible for loss mitigation options. Please note, however, that certain states have established additional loss mitigation requirements for properties that are a borrower's principal residence. For such properties located in the state of Washington, all documents required to compete a loss mitigation application must be received at least fifteen (15) days before a scheduled foreclosure sale in order for a borrower to be eligible for loss mitigation options. For such properties located in the state of California, Nevada, Minnesota, or Georgia all documents required to complete a loss mitigation application (substantially complete for Minnesota) must be received at least seven (7) days before a scheduled foreclosure sale in order for a borrower to be eligible for loss mitigation options. If a complete (substantially complete for Minnesota) loss mitigation application is not received by the dates identified in this paragraph, you will not be eligible for any loss mitigation options and the foreclosure sale may proceed.

---

### STEP 1: GATHER THE INFO WE NEED TO HELP YOU

To take advantage of options available to you, contact us as soon as possible at (800) 495-7166. To help speed the process, it will be helpful if you have the following information when you call:

- Loan number;
- Monthly pre-tax income of each borrower; and
- Information about any financial hardship you are suffering.

If you do not qualify for a loan modification or do not want to stay in your home or keep your rental property, we will work with you to explore other options available to help you keep your property or ease your transition to a new home, if applicable.

---

### STEP 2: CONTACT US

We want to make exploring your options as easy as possible. Call us today at (800) 495-7166 to learn more about your options and for instructions about how to apply. The longer you wait or the further you fall behind on payments, the more difficult it will be to find a solution.

**You may also submit your complete Loss Mitigation Application to one of the following locations:**

| | | |
|---|---|---|
| Mail:<br>Attn: Applications<br>Fay Servicing, LLC<br>425 S Financial St., Suite 2000<br>Chicago, IL 60605-6011 | Fax:<br>312-509-4794 | Email:<br>applications@fayservicing.com |

**The following mailing address must be used to submit all Notices of Error and Information Requests:**
**Fay Servicing, LLC**
**3000 Professional Drive, Suite A**
**Springfield, IL 62703**

---

### IMPORTANT NOTICE: We want to help you avoid foreclosure scams.

---

#### Beware of Foreclosure Rescue Scams, Help is Free!

- There is never a fee to get assistance from your lender or a HUD-approved housing counselor.
- Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.
- Beware of anyone who says they can "save" your home if you sign or transfer over the deed to your house. Do not sign over the deed to your property to any organization or individual unless you are working directly with your mortgage company to forgive your debt.
- Never make your mortgage payments to anyone other than your mortgage company without their approval.



# DISCLOSURES

Federal law requires us to advise you that Fay Servicing, LLC (NMLS ID 88244) as the servicer of your loan, is responsible for collecting your payments; however, in some circumstances we may be acting as a debt collector, in those circumstances, this communication is from a debt collector attempting to collect a debt and any information obtained may be used for that purpose.

## CREDIT REPORTING
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

## IMPORTANT BANKRUPTCY NOTICE
**Bankruptcy (if applicable)** - To the extent your original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the U.S. Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, Fay Servicing, LLC retains rights under its security instrument, including the right to foreclose its lien.

## NOTICE TO CUSTOMERS
To provide us with a Notice of Error about the servicing of your loan, or make a Request for Information about the servicing of your loan, please contact us at: Fay Servicing, LLC, **Attn: Customer Service Department,** 3000 Professional Drive, Suite A,, Springfield, IL 62703

Should you have any questions or concerns regarding your loan, please contact us at (800) 495-7166. Our office is open 8am-7pm CST Mon-Thur, 8:am-5pm Fri and 9am-12pm CST on Sat.

## MINI MIRANDA
This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

## U.S. Department of Housing and Urban Development (HUD)
Pursuant to Section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home.
For a list of homeownership counselors or counseling organizations in your area contact:
- The Consumer Financial Protection Bureau: consumerfinance.gov/find-a-housing counselor
- The Department of Housing and Urban Development (HUD): hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling (800) 569-4287 or TDD (800) 877-8339

## EQUAL CREDIT OPPORTUNITY ACT NOTICE
The Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Customer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is:

Federal Trade Commission<br>
Equal Credit Opportunity<br>
600 Pennsylvania Avenue, NW<br>
Washington, DC 20580<br>
1-877-FTC-HELP (1-877-382-4357); TTD: 1-866-653-4261<br>
www.ftc.gov

**SERVICEMEMBERS CIVIL RELIEF ACT (SCRA)** - If you or any other person on this mortgage is a servicemember or dependent of a servicemember, you may be entitled to certain protections under the Federal Servicemembers Civil Relief Act (50 U.S.C. Sec 501) regarding the servicemember's interest rate and the risk of foreclosure. Counseling for qualified individuals is available at agencies such as Military OneSource and Armed Forces Legal Assistance. To obtain information on counseling assistance, contact the OneSource Center, toll free, at (800)-342-9647 or visit their website: http://legalassistance.law.af.mil.content/locator.php.

## PROPERTY INSPECTIONS
If your loan account is in default, in accordance with the terms of your Mortgage/Deed of Trust, Fay Servicing, LLC may inspect your property to determine that it is being maintained and occupied. As needed or required, Fay Servicing, LLC may secure the property. Securing the property may result in locks being added or changed in an effort to protect the property and may also include winterizing and/or mowing the property as necessary. Any fees for such an inspection and/or property services may be charged to your account.

Disputed Debts: If you are disputing the debt, or a portion of the debt, please note that this statement is for information and compliance purpose only. It is not an attempt to collect a debt against you.



P.O.Box 111209
Nashville TN 37222

**Return Service Requested**                                                                           AUGUST 01, 2022

676
HENRY W HOWE, IV
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER, ME 04042

Loan Number:
Property Address:          334 DEERWANDER RD,
                           HOLLIS CENTER ME 04042

Dear HENRY W HOWE, IV and MELANIE B HOWE,

This is a legally required notice. We are sending this notice to you because you are behind on your mortgage payment. We want to notify you of possible ways to avoid losing your home. We have a right to invoke foreclosure based on the terms of your mortgage contract. Please read this letter carefully.

If you are having difficulty making your mortgage payments, we may be able to assist you. If you need help, you may qualify for the following options, subject to the owner of the loan approval:

- Refinance your loan with us or another lender;
- Modify your loan terms with us; or
- Payment Forbearance, Repayment Plan and/or Deferment Plan, which temporarily gives you more time to make your monthly payment.

If you are not able to keep paying your mortgage, another option may be to find more affordable housing. As an alternative to foreclosure, the following non-retention options may be available to you, subject to owner of the loan approval:

- Sell your property and use the proceeds to pay off your current loan;
- Short Sale of the property, where the owner of the loan may accept less than the amount owed*; or
- Deed-in-Lieu of Foreclosure, whereby you deed the property to the owner of the loan in exchange for forgiveness of all or a portion of the loan*.

*Forgiveness of debt may have federal tax consequences. Consult with a tax professional.

For help exploring your options, the federal government provides contact information for housing counselors, which you can access by contacting the Consumer Financial Protection Bureau at https://www.consumerfinance.gov/find-a-housing-counselor/, the Department of Housing and Urban Development at https://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm, or by calling (800) 569-4287.

716

CA014                                                                                                          Page 1

**Here's how it works:** We will first determine if you are eligible for any available options based on your situation. **\*\*To** conduct this evaluation, we need you to submit a complete Loss Mitigation Application consisting of a completed Borrower Assistance Form and all required documentation. The documents required for loss mitigation may vary depending on the owner of your loan. Your Fay Servicing, LLC Account Manager will be able to provide you with the list of documents needed for your loss mitigation review, however, if you are unable to speak with your Fay Servicing, LLC Account Manager, you may submit the applicable documents listed on the Document Checklist. You may obtain the Borrower Assistance Form and Document Checklist at www.fayservicing.com by clicking the link, "Available Assistance Options" or by calling your personal Fay Servicing, LLC Account Manager at (800) 495-7166.

*If you have other types of income, cannot locate required documents, or have questions about the documentation required, please contact us at (800) 495-7166..*

**\*\*Certain restrictions may apply if there is a scheduled foreclosure sale date.** The owner of your loan does not offer loss mitigation options to borrowers who submit applications less than the applicable number of days before a scheduled foreclosure sale explained here. Generally, all documents required to complete your loss mitigation application must be received more than thirty seven (37) days before scheduled foreclosure sale in order for you to be eligible for loss mitigation options. Please note, however, that certain states have established additional loss mitigation requirements for properties that are a borrower's principal residence. For such properties located in the state of Washington, all documents required to compete a loss mitigation application must be received at least fifteen (15) days before a scheduled foreclosure sale in order for a borrower to be eligible for loss mitigation options. For such properties located in the state of California, Nevada, Minnesota, or Georgia all documents required to complete a loss mitigation application (substantially complete for Minnesota) must be received at least seven (7) days before a scheduled foreclosure sale in order for a borrower to be eligible for loss mitigation options. If a complete (substantially complete for Minnesota) loss mitigation application is not received by the dates identified in this paragraph, you will not be eligible for any loss mitigation options and the foreclosure sale may proceed.

## STEP 1: GATHER THE INFO WE NEED TO HELP YOU

To take advantage of options available to you, contact us as soon as possible at (800) 495-7166. To help speed the process, it will be helpful if you have the following information when you call:

- Loan number;
- Monthly pre-tax income of each borrower; and
- Information about any financial hardship you are suffering.

If you do not qualify for a loan modification or do not want to stay in your home or keep your rental property, we will work with you to explore other options available to help you keep your property or ease your transition to a new home, if applicable.

## STEP 2: CONTACT US

We want to make exploring your options as easy as possible. Call us today at (800) 495-7166 to learn more about your options and for instructions about how to apply. The longer you wait or the further you fall behind on payments, the more difficult it will be to find a solution.

**You may also submit your complete Loss Mitigation Application to one of the following locations:**

| Mail: | Fax: | Email: |
|---|---|---|
| Attn: Applications | 312-509-4794 | applications@fayservicing.com |
| Fay Servicing, LLC | | |
| 425 S Financial St., Suite 2000 | | |
| Chicago, IL 60605-6011 | | |

**The following mailing address must be used to submit all Notices of Error and Information Requests:**
**Fay Servicing, LLC**
**3000 Professional Drive, Suite A**
**Springfield, IL 62703**

## IMPORTANT NOTICE: We want to help you avoid foreclosure scams.

### Beware of Foreclosure Rescue Scams, Help is Free!

- There is never a fee to get assistance from your lender or a HUD-approved housing counselor.
- Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.
- Beware of anyone who says they can "save" your home if you sign or transfer over the deed to your house. Do not sign over the deed to your property to any organization or individual unless you are working directly with your mortgage company to forgive your debt.
- Never make your mortgage payments to anyone other than your mortgage company without their approval.



# DISCLOSURES

Federal law requires us to advise you that Fay Servicing, LLC (NMLS ID 88244) as the servicer of your loan, is responsible for collecting your payments; however, in some circumstances we may be acting as a debt collector, in those circumstances, this communication is from a debt collector attempting to collect a debt and any information obtained may be used for that purpose.

## CREDIT REPORTING
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

## IMPORTANT BANKRUPTCY NOTICE
**Bankruptcy (if applicable)** - To the extent your original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the U.S. Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, Fay Servicing, LLC retains rights under its security instrument, including the right to foreclose its lien.

## NOTICE TO CUSTOMERS
To provide us with a Notice of Error about the servicing of your loan, or make a Request for Information about the servicing of your loan, please contact us at:

Fay Servicing, LLC
**Attn: Customer Service Department**
3000 Professional Drive, Suite A
Springfield, IL 62703

Should you have any questions or concerns regarding your loan, please contact us at (800) 495-7166. Our office is open 8am-7pm Mon-Thur, 8am-5pm Fri, 9am-12pm Sat, Operating hours are Central Time.

## MINI MIRANDA
This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

## U.S. Department of Housing and Urban Development (HUD)
Pursuant to Section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home.
For a list of homeownership counselors or counseling organizations in your area contact:
* The Consumer Financial Protection Bureau: consumerfinance.gov/find-a-housing counselor
* The Department of Housing and Urban Development (HUD): https://hudgov-answers.force.com/housingcounseling/s/ or by calling (800) 569-4287 or TDD (800) 877-8339

## EQUAL CREDIT OPPORTUNITY ACT NOTICE
The Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Customer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is:

Federal Trade Commission
Equal Credit Opportunity
600 Pennsylvania Avenue, NW
Washington, DC 20580
1-877-FTC-HELP (1-877-382-4357); TTD: 1-866-653-4261
www.ftc.gov

**SERVICEMEMBERS CIVIL RELIEF ACT (SCRA)** - If you or any other person on this mortgage is a servicemember or dependent of a servicemember, you may be entitled to certain protections under the Federal Servicemembers Civil Relief Act (50 U.S.C. Sec 501) regarding the servicemember's interest rate and the risk of foreclosure. Counseling for qualified individuals is available at agencies such as Military OneSource and Armed Forces Legal Assistance. To obtain information on counseling assistance, contact the OneSource Center, toll free, at (800)-342-9647 or visit their website:
http://legalassistance.law.af.mil.content/locator.php.

**PROPERTY INSPECTIONS**

If your loan account is in default, in accordance with the terms of your Mortgage/Deed of Trust, Fay Servicing, LLC may inspect your property to determine that it is being maintained and occupied.  As needed or required, Fay Servicing, LLC may secure the property.  Securing the property may result in locks being added or changed in an effort to protect the property and may also include winterizing and/or mowing the property as necessary.  Any fees for such an inspection and/or property services may be charged to your account.

Disputed Debts: If you are disputing the debt, or a portion of the debt, please note that this statement is for information and compliance purpose only. It is not an attempt to collect a debt against you.



P.O.Box 111209
Nashville TN 37222

**Return Service Requested**

JANUARY 25, 2023

455

HENRY W HOWE, IV
MELANIE B HOWE
334 DEERWANDER R
HOLLIS CENTER, ME 04042

Loan Number:
Property Address:      334 DEERWANDER RD,
                       HOLLIS CENTER ME 04042

Dear HENRY W HOWE, IV and MELANIE B HOWE,

This is a legally required notice. We are sending this notice to you because you are behind on your mortgage payment. We want to notify you of possible ways to avoid losing your home. We have a right to invoke foreclosure based on the terms of your mortgage contract. Please read this letter carefully.

If you are having difficulty making your mortgage payments, we may be able to assist you. If you need help, you may qualify for the following options, subject to the owner of the loan approval:

- Refinance your loan with us or another lender;
- Modify your loan terms with us; or
- Payment Forbearance, Repayment Plan and/or Deferment Plan, which temporarily gives you more time to make your monthly payment.

If you are not able to keep paying your mortgage, another option may be to find more affordable housing. As an alternative to foreclosure, the following non-retention options may be available to you, subject to owner of the loan approval:

- Sell your property and use the proceeds to pay off your current loan;
- Short Sale of the property, where the owner of the loan may accept less than the amount owed*; or
- Deed-in-Lieu of Foreclosure, whereby you deed the property to the owner of the loan in exchange for forgiveness of all or a portion of the loan*.

*Forgiveness of debt may have federal tax consequences. Consult with a tax professional.

For help exploring your options, the federal government provides contact information for housing counselors, which you can access by contacting the Consumer Financial Protection Bureau at https://www.consumerfinance.gov/find-a-housing-counselor/, the Department of Housing and Urban Development at https://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm, or by calling (800) 569-4287.

720

CA014

Page 1

**Here's how it works:** We will first determine if you are eligible for any available options based on your situation. **\*\*To conduct this evaluation, we need you to submit a complete Loss Mitigation Application consisting of a completed Borrower Assistance Form and all required documentation.** The documents required for loss mitigation may vary depending on the owner of your loan. Your Fay Servicing, LLC Account Manager will be able to provide you with the list of documents needed for your loss mitigation review, however, if you are unable to speak with your Fay Servicing, LLC Account Manager, you may submit the applicable documents listed on the Document Checklist. You may obtain the Borrower Assistance Form and Document Checklist at www.fayservicing.com by clicking the link, "Available Assistance Options" or by calling your personal Fay Servicing, LLC Account Manager at (800) 495-7166.

*If you have other types of income, cannot locate required documents, or have questions about the documentation required, please contact us at (800) 495-7166..*

**\*\*Certain restrictions may apply if there is a scheduled foreclosure sale date.** The owner of your loan does not offer loss mitigation options to borrowers who submit applications less than the applicable number of days before a scheduled foreclosure sale explained here. Generally, all documents required to complete your loss mitigation application must be received more than thirty seven (37) days before scheduled foreclosure sale in order for you to be eligible for loss mitigation options. Please note, however, that certain states have established additional loss mitigation requirements for properties that are a borrower's principal residence. For such properties located in the state of Washington, all documents required to compete a loss mitigation application must be received at least fifteen (15) days before a scheduled foreclosure sale in order for a borrower to be eligible for loss mitigation options. For such properties located in the state of California, Nevada, Minnesota, or Georgia all documents required to complete a loss mitigation application (substantially complete for Minnesota) must be received at least seven (7) days before a scheduled foreclosure sale in order for a borrower to be eligible for loss mitigation options. If a complete (substantially complete for Minnesota) loss mitigation application is not received by the dates identified in this paragraph, you will not be eligible for any loss mitigation options and the foreclosure sale may proceed.

| STEP 1: GATHER THE INFO WE NEED TO HELP YOU |
|---|

To take advantage of options available to you, contact us as soon as possible at (800) 495-7166. To help speed the process, it will be helpful if you have the following information when you call:

- Loan number;
- Monthly pre-tax income of each borrower; and
- Information about any financial hardship you are suffering.

If you do not qualify for a loan modification or do not want to stay in your home or keep your rental property, we will work with you to explore other options available to help you keep your property or ease your transition to a new home, if applicable.

| STEP 2: CONTACT US |
|---|

We want to make exploring your options as easy as possible. Call us today at (800) 495-7166 to learn more about your options and for instructions about how to apply. The longer you wait or the further you fall behind on payments, the more difficult it will be to find a solution.

**You may also submit your complete Loss Mitigation Application to one of the following locations:**

| Mail: | Fax: | Email: |
|---|---|---|
| Attn: Applications | 312-509-4794 | applications@fayservicing.com |
| Fay Servicing, LLC | | |
| 425 S Financial St., Suite 2000 | | |
| Chicago, IL 60605-6011 | | |

The following mailing address must be used to submit all Notices of Error and Information Requests:
**Fay Servicing, LLC**
**c/o Registered Agent Solutions, Inc  3000 Professional Drive, Suite A**
**Springfield, IL 62703**

| IMPORTANT NOTICE: We want to help you avoid foreclosure scams. |
|---|

### Beware of Foreclosure Rescue Scams, Help is Free!

- There is never a fee to get assistance from your lender or a HUD-approved housing counselor.
- Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.
- Beware of anyone who says they can "save" your home if you sign or transfer over the deed to your house. Do not sign over the deed to your property to any organization or individual unless you are working directly with your mortgage company to forgive your debt.
- Never make your mortgage payments to anyone other than your mortgage company without their approval.



## DISCLOSURES

Federal law requires us to advise you that Fay Servicing, LLC (NMLS ID 88244) as the servicer of your loan, is responsible for collecting your payments; however, in some circumstances we may be acting as a debt collector, in those circumstances, this communication is from a debt collector attempting to collect a debt and any information obtained may be used for that purpose.

### CREDIT REPORTING
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

### IMPORTANT BANKRUPTCY NOTICE
**Bankruptcy (if applicable)** - To the extent your original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the U.S. Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, Fay Servicing, LLC retains rights under its security instrument, including the right to foreclose its lien.

### NOTICE TO CUSTOMERS
To provide us with a Notice of Error about the servicing of your loan, or make a Request for Information about the servicing of your loan, please contact us at:

Fay Servicing, LLC
**Attn: Customer Service Department**
c/o Registered Agent Solutions, Inc 3000 Professional Drive, Suite A
Springfield, IL 62703

Should you have any questions or concerns regarding your loan, please contact us at (800) 495-7166. Our office is open 8am-7pm Mon-Thur, 8am-5pm Fri, 9am-12pm Sat, Operating hours are Central Time.

### MINI MIRANDA
This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

### U.S. Department of Housing and Urban Development (HUD)
Pursuant to Section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home.

For a list of homeownership counselors or counseling organizations in your area contact:
* The Consumer Financial Protection Bureau: consumerfinance.gov/find-a-housing counselor
* The Department of Housing and Urban Development (HUD): https://hudgov-answers.force.com/housingcounseling/s/ or by calling (800) 569-4287 or TDD (800) 877-8339

### EQUAL CREDIT OPPORTUNITY ACT NOTICE
The Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Customer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is:

Federal Trade Commission
Equal Credit Opportunity
600 Pennsylvania Avenue, NW
Washington, DC 20580
1-877-FTC-HELP (1-877-382-4357); TTD: 1-866-653-4261
www.ftc.gov

**SERVICEMEMBERS CIVIL RELIEF ACT (SCRA)** - If you or any other person on this mortgage is a servicemember or dependent of a servicemember, you may be entitled to certain protections under the Federal Servicemembers Civil Relief Act (50 U.S.C. Sec 501) regarding the servicemember's interest rate and the risk of foreclosure. Counseling for qualified individuals is available at agencies such as Military OneSource and Armed Forces Legal Assistance. To obtain information on counseling assistance, contact the OneSource Center, toll free, at (800)-342-9647 or visit their website:
http://legalassistance.law.af.mil.content/locator.php.

**PROPERTY INSPECTIONS**

If your loan account is in default, in accordance with the terms of your Mortgage/Deed of Trust, Fay Servicing, LLC may inspect your property to determine that it is being maintained and occupied.  As needed or required, Fay Servicing, LLC may secure the property.  Securing the property may result in locks being added or changed in an effort to protect the property and may also include winterizing and/or mowing the property as necessary.  Any fees for such an inspection and/or property services may be charged to your account.

Disputed Debts: If you are disputing the debt, or a portion of the debt, please note that this statement is for information and compliance purpose only. It is not an attempt to collect a debt against you.





P.O.Box 111209
Nashville Tn 37222

**Return Service Requested**

SEPTEMBER 21, 2021

5747
IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER, ME 04042

Loan Number:
Property Address:      334 DEERWANDER RD,
                       HOLLIS CENTER ME 04042

Dear IV HENRY HOWE W and MELANIE B HOWE,

This is a legally required notice. We are sending this notice to you because you are behind on your mortgage payment. We want to notify you of possible ways to avoid losing your home. We have a right to invoke foreclosure based on the terms of your mortgage contract. Please read this letter carefully.

If you are having difficulty making your mortgage payments, we may be able to assist you. If you need help, you may qualify for the following options, subject to the owner of the loan approval:

*   Refinance your loan with us or another lender;
*   Modify your loan terms with us; or
*   Payment Forbearance, Repayment Plan and/or Deferment Plan, which temporarily gives you more time to make your monthly payment.

If you are not able to keep paying your mortgage, another option may be to find more affordable housing. As an alternative to foreclosure, the following non-retention options may be available to you, subject to owner of the loan approval:

*   Sell your property and use the proceeds to pay off your current loan;
*   Short Sale of the property, where the owner of the loan may accept less than the amount owed*; or
*   Deed-in-Lieu of Foreclosure, whereby you deed the property to the owner of the loan in exchange for forgiveness of all or a portion of the loan*.

*Forgiveness of debt may have federal tax consequences. Consult with a tax professional.

For help exploring your options, the federal government provides contact information for housing counselors, which you can access by contacting the Consumer Financial Protection Bureau at https://www.consumerfinance.gov/find-a-housing-counselor/, the Department of Housing and Urban Development at https://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm, or by calling (800) 569-4287.

HOWE - 000640

CA014                                                                    Page 1

**Here's how it works:** We will first determine if you are eligible for any available options based on your situation. \*\*To conduct this evaluation, we need you to submit a complete Loss Mitigation Application consisting of a completed Borrower Assistance Form and all required documentation. The documents required for loss mitigation may vary depending on the owner of your loan. Your Fay Servicing, LLC Account Manager will be able to provide you with the list of documents needed for your loss mitigation review, however, if you are unable to speak with your Fay Servicing, LLC Account Manager, you may submit the applicable documents listed on the Document Checklist. You may obtain the Borrower Assistance Form and Document Checklist at www.fayservicing.com by clicking the link, "Available Assistance Options" or by calling your personal Fay Servicing, LLC Account Manager at (800) 495-7166.

*If you have other types of income, cannot locate required documents, or have questions about the documentation required, please contact us at* (800) 495-7166..

\*\*Certain restrictions may apply if there is a scheduled foreclosure sale date.** The owner of your loan does not offer loss mitigation options to borrowers who submit applications less than the applicable number of days before a scheduled foreclosure sale explained here. Generally, all documents required to complete your loss mitigation application must be received more than thirty seven (37) days before scheduled foreclosure sale in order for you to be eligible for loss mitigation options. Please note, however, that certain states have established additional loss mitigation requirements for properties that are a borrower's principal residence. For such properties located in the state of Washington, all documents required to compete a loss mitigation application must be received at least fifteen (15) days before a scheduled foreclosure sale in order for a borrower to be eligible for loss mitigation options. For such properties located in the state of California, Nevada, Minnesota, or Georgia all documents required to complete a loss mitigation application (substantially complete for Minnesota) must be received at least seven (7) days before a scheduled foreclosure sale in order for a borrower to be eligible for loss mitigation options. If a complete (substantially complete for Minnesota) loss mitigation application is not received by the dates identified in this paragraph, you will not be eligible for any loss mitigation options and the foreclosure sale may proceed.

### STEP 1: GATHER THE INFO WE NEED TO HELP YOU

To take advantage of options available to you, contact us as soon as possible at (800) 495-7166. To help speed the process, it will be helpful if you have the following information when you call:
- Loan number;
- Monthly pre-tax income of each borrower; and
- Information about any financial hardship you are suffering.

If you do not qualify for a loan modification or do not want to stay in your home or keep your rental property, we will work with you to explore other options available to help you keep your property or ease your transition to a new home, if applicable.

### STEP 2: CONTACT US

We want to make exploring your options as easy as possible. Call us today at (800) 495-7166 to learn more about your options and for instructions about how to apply. The longer you wait or the further you fall behind on payments, the more difficult it will be to find a solution.

**You may also submit your complete Loss Mitigation Application to one of the following locations:**

| Mail: | Fax: | Email: |
|---|---|---|
| Attn: Applications | 312-509-4794 | applications@fayservicing.com |
| Fay Servicing, LLC | | |
| 425 S Financial St., Suite 2000 | | |
| Chicago, IL 60605-6011 | | |

**The following mailing address must be used to submit all Notices of Error and Information Requests:**
**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

### IMPORTANT NOTICE: We want to help you avoid foreclosure scams.

#### Beware of Foreclosure Rescue Scams, Help is Free!

- There is never a fee to get assistance from your lender or a HUD-approved housing counselor.
- Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.
- Beware of anyone who says they can "save" your home if you sign or transfer over the deed to your house. Do not sign over the deed to your property to any organization or individual unless you are working directly with your mortgage company to forgive your debt.
- Never make your mortgage payments to anyone other than your mortgage company without their approval.

HOWE - 000641



## DISCLOSURES

Federal law requires us to advise you that Fay Servicing, LLC (NMLS ID 88244) as the servicer of your loan, is responsible for collecting your payments; however, in some circumstances we may be acting as a debt collector, in those circumstances, this communication is from a debt collector attempting to collect a debt and any information obtained may be used for that purpose.

### CREDIT REPORTING
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

### IMPORTANT BANKRUPTCY NOTICE
**Bankruptcy (if applicable)** - To the extent your original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the U.S. Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, Fay Servicing, LLC retains rights under its security instrument, including the right to foreclose its lien.

### NOTICE TO CUSTOMERS
To provide us with a Notice of Error about the servicing of your loan, or make a Request for Information about the servicing of your loan, please contact us at: Fay Servicing, LLC, **Attn: Customer Service Department,** 3000 Professional Drive, Suite A,, Springfield, IL 62703

Should you have any questions or concerns regarding your loan, please contact us at (800) 495-7166. Our office is open 8am-9pm CST Mon-Thur, 8:am-5pm Fri and 9am-1pm CST on Sat.

### MINI MIRANDA
This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

### HUD STATEMENT
Pursuant to Section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home. You may obtain a list of the HUD-approved housing counseling agencies by calling the HUD nationwide toll-free telephone number at (800) 569-4287.

### EQUAL CREDIT OPPORTUNITY ACT NOTICE
The Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Customer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is:

Federal Trade Commission
Equal Credit Opportunity
600 Pennsylvania Avenue, NW
Washington, DC 20580
1-877-FTC-HELP (1-877-382-4357); TTD: 1-866-653-4261
www.ftc.gov

**SERVICEMEMBERS CIVIL RELIEF ACT (SCRA)** - If you or any other person on this mortgage is a servicemember or dependent of a servicemember, you may be entitled to certain protections under the Federal Servicemembers Civil Relief Act (50 U.S.C. Sec 501) regarding the servicemember's interest rate and the risk of foreclosure. Counseling for qualified individuals is available at agencies such as Military OneSource and Armed Forces Legal Assistance. To obtain information on counseling assistance, contact the OneSource Center, toll free, at (800)-342-9647 or visit their website: http://legalassistance.law.af.mil.content/locator.php.

### PROPERTY INSPECTIONS
If your loan account is in default, in accordance with the terms of your Mortgage/Deed of Trust, Fay Servicing, LLC may inspect your property to determine that it is being maintained and occupied. As needed or required, Fay Servicing, LLC may secure the property. Securing the property may result in locks being added or changed in an effort to protect the property and may also include winterizing and/or mowing the property as necessary. Any fees for such an inspection and/or property services may be charged to your account.

Disputed Debts: If you are disputing the debt, or a portion of the debt, please note that this statement is for information and compliance purpose only. It is not an attempt to collect a debt against you.