

**FAY SERVICING**
P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**
Statement Date 09/11/2017

9-775-06588-0043638-009-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
**www.fayservicing.com**

| | |
|---|---|
| **Account Number** | |
| **Payment Due Date** | **10/01/2017** |
| **Amount Due** | **$57,647.41** |

*If payment is received after10/16/2017, $49.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

**MFRA v. Howe**

**Joint Exhibit 35**

### Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Current Interest Rate | 4.625% |
| Escrow Balance | ($19,719.69) |

**Your loan has been accelerated. This statement is for informational purposes only and does not reflect the reinstatement amount. Payment of the amounts shown on the statement may not cure the default and/or reinstate your account. Please call us for information regarding reinstatement.**

### Explanation of Amount Due

| | |
|---|---|
| Principal | $178.28 |
| Interest | $801.64 |
| Escrow (for Taxes and/or Insurance) | $562.56 |
| **Regular Monthly Payment** | **$1,542.48** |
| Overdue Payments | $55,516.93 |
| Total Fees Charged | $588.00 |
| **Total Amount Due** | **$57,647.41** |

### Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

### Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $57,647.41. If you are unable to pay this amount, please call your account manager to explore your options.
As of September 11, 2017 you are 1076 days delinquent on your mortgage loan.

- Payment Due: 04/01/2017 Unpaid balance of $1,542.48
- Payment Due: 05/01/2017 Unpaid balance of $1,542.48
- Payment Due: 06/01/2017 Unpaid balance of $1,542.48
- Payment Due: 07/01/2017 Unpaid balance of $1,542.48
- Payment Due: 08/01/2017 Unpaid balance of $1,542.48
- Payment Due: 09/01/2017 Unpaid balance of $1,542.48

Total: **$57,647.41** -You must pay this amount to bring your loan current.

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If a foreclosure sale date has been scheduled, you must reinstate your loan or make other payment arrangement prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
| | 10/01/2017 | $1,542.48 | $55,516.93 | $588.00 | $57,647.41 |

PO Box 88009
Chicago, IL 60680-1009

| **Amount Due** | |
|---|---|
| **Due By 10/01/2017:** | **$57,647.41** |
| *If payment is received after10/16/2017, $49.00 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | **$** |



| Payments by Phone | Payments Online |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| Payments via Overnight or Express Mail | Correspondence |
|---|---|
| Fay Servicing<br>Attn: Payment Processing<br>440 S. LaSalle, Suite 2000<br>Chicago, IL 60605<br><small>Payments cannot be made in person at this location</small> | Fay Servicing<br>P.O. Box 809441<br>Chicago, IL 60680-9441 |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. And you can call as often as you like, there's no charge for the call or transaction.

### Payments Online

Fay Servicing Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing loan number. The Fay Servicing Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing does not charge a fee for this service.

### Activity Since Your Last Statement (08/11/2017 - 09/11/2017)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 09/07/17 | LATE CHARGE WAIVED | -$588.00 | |
| 09/07/17 | CORP ADVANCE ADJUST | $3,082.83 | |

HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.**

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**

Statement Date 10/10/2017

2-775-06725-0043055-009-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME 04042-3613

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
www.fayservicing.com

| Account Number | |
|---|---|
| Payment Due Date | **11/01/2017** |
| **Amount Due** | **$59,189.89** |

*If payment is received after11/16/2017, $49.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

## Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Current Interest Rate | 4.625% |
| Escrow Balance | ($19,754.36) |

**Your loan has been accelerated. This statement is for informational purposes only and does not reflect the reinstatement amount. Payment of the amounts shown on the statement may not cure the default and/or reinstate your account. Please call us for information regarding reinstatement.**

## Explanation of Amount Due

| | |
|---|---|
| Principal | $178.97 |
| Interest | $800.95 |
| Escrow (for Taxes and/or Insurance) | $562.56 |
| **Regular Monthly Payment** | **$1,542.48** |
| Overdue Payments | $57,059.41 |
| Total Fees Charged | $588.00 |
| **Total Amount Due** | **$59,189.89** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $59,189.89. If you are unable to pay this amount, please call your account manager to explore your options.
As of October 10, 2017, you are 1105 days delinquent on your mortgage loan.

- Payment Due: 05/01/2017 Unpaid balance of $1,542.48
- Payment Due: 06/01/2017 Unpaid balance of $1,542.48
- Payment Due: 07/01/2017 Unpaid balance of $1,542.48
- Payment Due: 08/01/2017 Unpaid balance of $1,542.48
- Payment Due: 09/01/2017 Unpaid balance of $1,542.48
- Payment Due: 10/01/2017 Unpaid balance of $1,542.48

Total: **$59,189.89 -You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If a foreclosure sale date has been scheduled, you must reinstate your loan or make other payment arrangement prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
 | 11/01/2017 | $1,542.48 | $57,059.41 | $588.00 | $59,189.89 |



PO Box 88009
Chicago, IL 60680-1009

| Amount Due | |
|---|---|
| **Due By 11/01/2017:** | **$59,189.89** |
| *If payment is received after11/16/2017, $49.00 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | **$** |

484

| Payments by Phone | Payments Online |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| **Payments via Overnight or Express Mail** | **Correspondence** |
|---|---|
| Fay Servicing<br>Attn: Payment Processing<br>3000 Kellway Drive, Ste. 150<br>Carrollton, TX 75006<br><br>Payments cannot be made in person at this location | Fay Servicing<br>P.O. Box 809441<br>Chicago, IL 60680-9441 |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week.  Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions.  And you can call as often as you like, there's no charge for the call or transaction.

### Payments Online

Fay Servicing Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing loan number. The Fay Servicing Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing does not charge a fee for this service.

| **Activity Since Your Last Statement (09/12/2017 - 10/10/2017)** | | | |
|---|---|---|---|
| **Date** | **Description** | **Charges** | **Payments** |
| 09/21/17 | PROPERTY PRESERVATIO | $12.50 | |
| 09/29/17 | MORTGAGE INS PAID | | -$34.67 |

**HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.**

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.**

**Representation Of Printed Document**

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**
Statement Date 11/11/2017

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
www.fayservicing.com

1-775-06893-0043011-009-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

| Account Number | ■■■■ |
|---|---|
| **Payment Due Date** | **12/01/2017** |
| **Amount Due** | **$60,732.37** |

If payment is received after 12/16/2017, $49.00 late fee will be charged.

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

## Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($20,960.10) |

## Explanation of Amount Due

| | |
|---|---|
| Principal | $179.66 |
| Interest | $800.26 |
| Escrow (for Taxes and/or Insurance) | $562.56 |
| **Regular Monthly Payment** | **$1,542.48** |
| Overdue Payments | $58,601.89 |
| Total Fees Charged | $588.00 |
| **Total Amount Due** | **$60,732.37** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $60,732.37. If you are unable to pay this amount, please call your account manager to explore your options.

As of November 11, 2017, you are 1137 days delinquent on your mortgage loan.

- Payment Due: 06/01/2017 Unpaid balance of $1,542.48
- Payment Due: 07/01/2017 Unpaid balance of $1,542.48
- Payment Due: 08/01/2017 Unpaid balance of $1,542.48
- Payment Due: 09/01/2017 Unpaid balance of $1,542.48
- Payment Due: 10/01/2017 Unpaid balance of $1,542.48
- Payment Due: 11/01/2017 Unpaid balance of $1,542.48

Total: **$60,732.37 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If a foreclosure sale date has been scheduled, you must reinstate your loan or make other payment arrangement prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

# FAY SERVICING

IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
| ■■■■ | 12/01/2017 | $1,542.48 | $58,601.89 | $588.00 | $60,732.37 |

| Amount Due | |
|---|---|
| **Due By 12/01/2017:** | **$60,732.37** |
| If payment is received after 12/16/2017, $49.00 late fee will be charged. | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | **$** |



# FAY SERVICING

PO Box 88009
Chicago, IL 60680-1009



**Internet Reprint**

## Important Information To Help Us Serve You Better

| Payments by Phone | Payments Online |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| Payments via Overnight or Express Mail | Correspondence |
|---|---|
| Fay Servicing | Fay Servicing |
| Attn: Payment Processing | P.O. Box 809441 |
| 3000 Kellway Drive, Ste. 150 | Chicago, IL 60680-9441 |
| Carrollton, TX 75006 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. And you can call as often as you like, there's no charge for the call or transaction.

### Payments Online

Fay Servicing Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing loan number. The Fay Servicing Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing does not charge a fee for this service.

### Activity Since Your Last Statement (10/11/2017 - 11/11/2017)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 10/21/17 | TOWNSHIP TAX PAID | | -$1,171.07 |
| 10/25/17 | MORTGAGE INS PAID | | -$34.67 |
| 10/31/17 | PROPERTY PRESERVATIO | $12.50 | |

HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

**FAY SERVICING**
P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**
Statement Date 12/11/2017

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
www.fayservicing.com

8-775-07043-0041708-009-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

| | |
|---|---|
| **Account Number** | ▮▮▮▮ |
| **Payment Due Date** | **01/01/2018** |
| **Amount Due** | **$62,274.85** |

*If payment is received after 01/16/2018, $49.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

### Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($20,994.77) |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $180.35 |
| Interest | $799.57 |
| Escrow (for Taxes and/or Insurance) | $562.56 |
| **Regular Monthly Payment** | **$1,542.48** |
| Overdue Payments | $60,144.37 |
| Total Fees Charged | $588.00 |
| **Total Amount Due** | **$62,274.85** |

### Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

### Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $62,274.85. If you are unable to pay this amount, please call your account manager to explore your options.
As of December 11, 2017, you are 1167 days delinquent on your mortgage loan.

- Payment Due: 07/01/2017 Unpaid balance of $1,542.48
- Payment Due: 08/01/2017 Unpaid balance of $1,542.48
- Payment Due: 09/01/2017 Unpaid balance of $1,542.48
- Payment Due: 10/01/2017 Unpaid balance of $1,542.48
- Payment Due: 11/01/2017 Unpaid balance of $1,542.48
- Payment Due: 12/01/2017 Unpaid balance of $1,542.48

Total: **$62,274.85 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If a foreclosure sale date has been scheduled, you must reinstate your loan or make other payment arrangement prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
|  | 01/01/2018 | $1,542.48 | $60,144.37 | $588.00 | $62,274.85 |

| Amount Due | |
|---|---|
| **Due By 01/01/2018:** | **$62,274.85** |

*If payment is received after 01/16/2018, $49.00 late fee will be charged.*

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |

PO Box 88009
Chicago, IL 60680-1009



Internet Reprint

## Important Information To Help Us Serve You Better

| **Payments by Phone** | **Payments Online** |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| **Payments via Overnight or Express Mail** | **Correspondence** |
|---|---|
| Fay Servicing | Fay Servicing |
| Attn: Payment Processing | P.O. Box 809441 |
| 3000 Kellway Drive, Ste. 150 | Chicago, IL 60680-9441 |
| Carrollton, TX 75006 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone
Fay Servicing's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. And you can call as often as you like, there's no charge for the call or transaction.

### Payments Online
Fay Servicing Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment
MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing loan number. The Fay Servicing Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing does not charge a fee for this service.

### Activity Since Your Last Statement (11/12/2017 - 12/11/2017)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 12/09/17 | PROPERTY PRESERVATIO | $12.50 | |
| 12/09/17 | MORTGAGE INS PAID | | -$34.67 |

**HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.**

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**
Statement Date 01/10/2018

1-775-07182-0041117-009-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME 04042-3613

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT Friday, and 10 a.m. - 4 p.m. CT Saturday.
www.fayservicing.com

| | |
|---|---|
| **Account Number** | ███ |
| **Payment Due Date** | **02/01/2018** |
| **Amount Due** | **$63,596.60** |

*If payment is received after 02/16/2018, $49.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

### Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($21,029.44) |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $181.04 |
| Interest | $798.88 |
| Escrow (for Taxes and/or Insurance) | $341.83 |
| **Regular Monthly Payment** | **$1,321.75** |
| Overdue Payments | $61,686.85 |
| Total Fees Charged | $588.00 |
| **Total Amount Due** | **$63,596.60** |

### Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

### Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk foreclosure - the loss of your home. The amount needed to cure the delinquency is $63,596.60. If you are unable to pay this amount, please call your account manager to explore your options.
As of January 10, 2018, you are 1197 days delinquent on your mortgage loan.

- Payment Due: 08/01/2017 Unpaid balance of $1,542.48
- Payment Due: 09/01/2017 Unpaid balance of $1,542.48
- Payment Due: 10/01/2017 Unpaid balance of $1,542.48
- Payment Due: 11/01/2017 Unpaid balance of $1,542.48
- Payment Due: 12/01/2017 Unpaid balance of $1,542.48
- Payment Due: 01/01/2018 Unpaid balance of $1,542.48

Total: **$63,596.60 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If a foreclosure sale date has been scheduled, you must reinstate your loan or make other payment arrangement prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

# FAY SERVICING

IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
| ███ | 02/01/2018 | $1,321.75 | $61,686.85 | $588.00 | $63,596.60 |

| Amount Due | |
|---|---|
| **Due By 02/01/2018:** | **$63,596.60** |
| *If payment is received after 02/16/2018, $49.00 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | **$** |



PO Box 88009
Chicago, IL 60680-1009



Internet Reprint

| Payments by Phone | Payments Online |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| Payments via Overnight or Express Mail | Correspondence |
|---|---|
| Fay Servicing<br>Attn: Payment Processing<br>3000 Kellway Drive, Ste. 150<br>Carrollton, TX 75006<br>Payments cannot be made in person at this location | Fay Servicing<br>P.O. Box 809441<br>Chicago, IL 60680-9441 |

*Remember to include your name and account number on all payment remittances and written correspondence.*

## Payments by Phone

Fay Servicing's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. And you can call as often as you like, there's no charge for the call or transaction.

## Payments Online

Fay Servicing Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

## MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing loan number. The Fay Servicing Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing does not charge a fee for this service.

| Activity Since Your Last Statement (12/12/2017 - 01/10/2018) | | | |
|---|---|---|---|
| Date | Description | Charges | Payments |
| 12/23/17 | MORTGAGE INS PAID | | -$34.67 |

**HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.**

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.**

**Representation Of Printed Document**

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**

Statement Date 02/10/2018

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
www.fayservicing.com

4-775-07327-0041442-009-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

| | |
|---|---|
| **Account Number** | ███ |
| **Payment Due Date** | **03/01/2018** |
| **Amount Due** | **$64,918.35** |

*If payment is received after 03/16/2018, $49.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

## Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($21,064.11) |

## Explanation of Amount Due

| | |
|---|---|
| Principal | $181.74 |
| Interest | $798.18 |
| Escrow (for Taxes and/or Insurance) | $341.83 |
| **Regular Monthly Payment** | **$1,321.75** |
| Overdue Payments | $63,008.60 |
| Total Fees Charged | $588.00 |
| **Total Amount Due** | **$64,918.35** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $64,918.35. If you are unable to pay this amount, please call your account manager to explore your options.
As of February 10, 2018, you are 1228 days delinquent on your mortgage loan.

- Payment Due: 09/01/2017 Unpaid balance of $1,542.48
- Payment Due: 10/01/2017 Unpaid balance of $1,542.48
- Payment Due: 11/01/2017 Unpaid balance of $1,542.48
- Payment Due: 12/01/2017 Unpaid balance of $1,542.48
- Payment Due: 01/01/2018 Unpaid balance of $1,542.48
- Payment Due: 02/01/2018 Unpaid balance of $1,321.75

Total: **$64,918.35 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If a foreclosure sale date has been scheduled, you must reinstate your loan or make other payment arrangement prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
| ███ | 03/01/2018 | $1,321.75 | $63,008.60 | $588.00 | $64,918.35 |

| Amount Due | |
|---|---|
| **Due By 03/01/2018:** | **$64,918.35** |
| *If payment is received after 03/16/2018, $49.00 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | **$** |



PO Box 88009
Chicago, IL 60680-1009



**Internet Reprint**

**Important Information To Help Us Serve You Better**

| **Payments by Phone** | **Payments Online** |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| **Payments via Overnight or Express Mail** | **Correspondence** |
|---|---|
| Fay Servicing | Fay Servicing |
| Attn: Payment Processing | P.O. Box 809441 |
| 3000 Kellway Drive, Ste. 150 | Chicago, IL 60680-9441 |
| Carrollton, TX 75006 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. And you can call as often as you like, there's no charge for the call or transaction.

### Payments Online

Fay Servicing Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing loan number. The Fay Servicing Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing does not charge a fee for this service.

### Activity Since Your Last Statement (01/11/2018 - 02/10/2018)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 01/15/18 | PROPERTY PRESERVATIO | $12.50 | |
| 01/20/18 | MORTGAGE INS PAID | | -$34.67 |

**HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.**

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.**

**Representation Of Printed Document**

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**
Statement Date 03/10/2018

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
**www.fayservicing.com**

0-775-07486-0040710-009-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

| **Account Number** | ▮▮▮▮ |
|---|---|
| **Payment Due Date** | **04/01/2018** |
| **Amount Due** | **$66,240.10** |

*If payment is received after 04/16/2018, $49.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

## Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($22,105.78) |

## Explanation of Amount Due

| | |
|---|---|
| Principal | $182.44 |
| Interest | $797.48 |
| Escrow (for Taxes and/or Insurance) | $341.83 |
| **Regular Monthly Payment** | **$1,321.75** |
| Overdue Payments | $64,330.35 |
| Total Fees Charged | $588.00 |
| **Total Amount Due** | **$66,240.10** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $66,240.10. If you are unable to pay this amount, please call your account manager to explore your options.
As of March 10, 2018, you are 1256 days delinquent on your mortgage loan.

- Payment Due: 10/01/2017 Unpaid balance of $1,542.48
- Payment Due: 11/01/2017 Unpaid balance of $1,542.48
- Payment Due: 12/01/2017 Unpaid balance of $1,542.48
- Payment Due: 01/01/2018 Unpaid balance of $1,542.48
- Payment Due: 02/01/2018 Unpaid balance of $1,321.75
- Payment Due: 03/01/2018 Unpaid balance of $1,321.75

Total: **$66,240.10 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If a foreclosure sale date has been scheduled, you must reinstate your loan or make other payment arrangement prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
| ▮▮▮▮ | 04/01/2018 | $1,321.75 | $64,330.35 | $588.00 | $66,240.10 |

| **Amount Due** | |
|---|---|
| **Due By 04/01/2018:** | **$66,240.10** |
| *If payment is received after 04/16/2018, $49.00 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |



PO Box 88009
Chicago, IL 60680-1009



**Internet Reprint**

**Important Information To Help Us Serve You Better**

| **Payments by Phone** | **Payments Online** |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| **Payments via Overnight or Express Mail** | **Correspondence** |
|---|---|
| Fay Servicing | Fay Servicing |
| Attn: Payment Processing | P.O. Box 809441 |
| 3000 Kellway Drive, Ste. 150 | Chicago, IL 60680-9441 |
| Carrollton, TX 75006 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. And you can call as often as you like, there's no charge for the call or transaction.

### Payments Online

Fay Servicing Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing loan number. The Fay Servicing Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing does not charge a fee for this service.

| **Activity Since Your Last Statement (02/11/2018 - 03/10/2018)** | | | |
|---|---|---|---|
| Date | Description | Charges | Payments |
| 02/20/18 | PROPERTY PRESERVATIO | $12.50 | |
| 02/22/18 | MORTGAGE INS PAID | | -$34.67 |
| 02/27/18 | HAZARD INS PAID | | -$1,007.00 |

HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.**

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**
Statement Date 04/10/2018

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
**www.fayservicing.com**

1-775-07653-0040044-009-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

| | |
|---|---|
| **Account Number** | ███ |
| **Payment Due Date** | 05/01/2018 |
| **Amount Due** | **$67,561.85** |
| *If payment is received after 05/16/2018, $49.00 late fee will be charged.* | |

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

## Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($22,140.45) |

## Explanation of Amount Due

| | |
|---|---|
| Principal | $183.14 |
| Interest | $796.78 |
| Escrow (for Taxes and/or Insurance) | $341.83 |
| **Regular Monthly Payment** | **$1,321.75** |
| Overdue Payments | $65,652.10 |
| Total Fees Charged | $588.00 |
| **Total Amount Due** | **$67,561.85** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $67,561.85. If you are unable to pay this amount, please call your account manager to explore your options.

As of April 10, 2018, you are 1287 days delinquent on your mortgage loan.

- Payment Due: 11/01/2017 Unpaid balance of $1,542.48
- Payment Due: 12/01/2017 Unpaid balance of $1,542.48
- Payment Due: 01/01/2018 Unpaid balance of $1,542.48
- Payment Due: 02/01/2018 Unpaid balance of $1,321.75
- Payment Due: 03/01/2018 Unpaid balance of $1,321.75
- Payment Due: 04/01/2018 Unpaid balance of $1,321.75

Total: **$67,561.85 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If a foreclosure sale date has been scheduled, you must reinstate your loan or make other payment arrangement prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
|  | 05/01/2018 | $1,321.75 | $65,652.10 | $588.00 | $67,561.85 |

| Amount Due | |
|---|---|
| **Due By 05/01/2018:** | **$67,561.85** |
| *If payment is received after 05/16/2018, $49.00 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |

PO Box 88009
Chicago, IL 60680-1009



496

███████████

Internet Reprint

## Important Information To Help Us Serve You Better

| Payments by Phone | Payments Online |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| **Payments via Overnight or Express Mail** | **Correspondence** |
|---|---|
| Fay Servicing | Fay Servicing |
| Attn: Payment Processing | P.O. Box 809441 |
| 3000 Kellway Drive, Ste. 150 | Chicago, IL 60680-9441 |
| Carrollton, TX 75006 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. And you can call as often as you like, there's no charge for the call or transaction.

### Payments Online

Fay Servicing Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing loan number. The Fay Servicing Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing does not charge a fee for this service.

### Activity Since Your Last Statement (03/11/2018 - 04/10/2018)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 03/16/18 | FORECL/BNKR EXPENSES | $200.00 | |
| 03/16/18 | FORECL/BNKR EXPENSES | $5.00 | |
| 03/16/18 | FORECL/BNKR EXPENSES | $8.88 | |
| 03/19/18 | PROPERTY PRESERVATIO | $12.50 | |
| 03/22/18 | MORTGAGE INS PAID | | -$34.67 |

HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

# FAY SERVICING
P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**
Statement Date 05/10/2018

If you have questions or concerns about your statement,
please contact us at 1-800-495-7166 between the hours of
8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. -
5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
**www.fayservicing.com**

1-775-07803-0041840-009-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

| | |
|---|---|
| **Account Number** | ▇▇▇▇ |
| **Payment Due Date** | **06/01/2018** |
| **Amount Due** | **$68,883.60** |

*If payment is received after 06/16/2018, $49.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

## Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($23,346.18) |

## Explanation of Amount Due

| | |
|---|---|
| Principal | $183.85 |
| Interest | $796.07 |
| Escrow (for Taxes and/or Insurance) | $341.83 |
| **Regular Monthly Payment** | **$1,321.75** |
| Overdue Payments | $66,973.85 |
| Total Fees Charged | $588.00 |
| **Total Amount Due** | **$68,883.60** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may
risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $68,883.60. If you are unable to pay this amount, please call your
account manager to explore your options.
As of May 10, 2018, you are 1317 days delinquent on your mortgage loan.

- Payment Due: 12/01/2017 Unpaid balance of $1,542.48
- Payment Due: 01/01/2018 Unpaid balance of $1,542.48
- Payment Due: 02/01/2018 Unpaid balance of $1,321.75
- Payment Due: 03/01/2018 Unpaid balance of $1,321.75
- Payment Due: 04/01/2018 Unpaid balance of $1,321.75
- Payment Due: 05/01/2018 Unpaid balance of $1,321.75

Total: **$68,883.60 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If a foreclosure sale date has been scheduled, you must reinstate your loan or make other payment arrangement prior to the foreclosure sale date to avoid
foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

 FAY SERVICING

IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
|  | 06/01/2018 | $1,321.75 | $66,973.85 | $588.00 | $68,883.60 |

FAY SERVICING

PO Box 88009
Chicago, IL 60680-1009

| Amount Due | |
|---|---|
| **Due By 06/01/2018:** | **$68,883.60** |
| *If payment is received after 06/16/2018, $49.00 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |



Internet Reprint

## Important Information To Help Us Serve You Better

| **Payments by Phone** | **Payments Online** |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| **Payments via Overnight or Express Mail** | **Correspondence** |
|---|---|
| Fay Servicing | Fay Servicing |
| Attn: Payment Processing | P.O. Box 809441 |
| 3000 Kellway Drive, Ste. 150 | Chicago, IL 60680-9441 |
| Carrollton, TX 75006 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. And you can call as often as you like, there's no charge for the call or transaction.

### Payments Online

Fay Servicing Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing loan number. The Fay Servicing Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing does not charge a fee for this service.

### Activity Since Your Last Statement (04/11/2018 - 05/10/2018)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 04/13/18 | TOWNSHIP TAX PAID | | -$1,171.06 |
| 04/17/18 | FORECL/BNKR EXPENSES | $67.00 | |
| 04/21/18 | MORTGAGE INS PAID | | -$34.67 |
| 04/26/18 | PROPERTY PRESERVATIO | $12.50 | |

**HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.**

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**
Statement Date 06/11/2018

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
www.fayservicing.com

3-775-07942-0040569-009-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

| | |
|---|---|
| **Account Number** | ▮▮▮ |
| **Payment Due Date** | 07/01/2018 |
| **Amount Due** | **$70,205.35** |

*If payment is received after 07/16/2018, $49.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

## Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($23,380.85) |

## Explanation of Amount Due

| | |
|---|---|
| Principal | $184.56 |
| Interest | $795.36 |
| Escrow (for Taxes and/or Insurance) | $341.83 |
| **Regular Monthly Payment** | **$1,321.75** |
| Overdue Payments | $68,295.60 |
| Total Fees Charged | $588.00 |
| **Total Amount Due** | **$70,205.35** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $70,205.35. If you are unable to pay this amount, please call your account manager to explore your options.
As of June 11, 2018, you are 1349 days delinquent on your mortgage loan.

- Payment Due: 01/01/2018 Unpaid balance of $1,542.48
- Payment Due: 02/01/2018 Unpaid balance of $1,321.75
- Payment Due: 03/01/2018 Unpaid balance of $1,321.75
- Payment Due: 04/01/2018 Unpaid balance of $1,321.75
- Payment Due: 05/01/2018 Unpaid balance of $1,321.75
- Payment Due: 06/01/2018 Unpaid balance of $1,321.75

Total: **$70,205.35 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If a foreclosure sale date has been scheduled, you must reinstate your loan or make other payment arrangement prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

# FAY SERVICING

IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
| ▮▮▮ | 07/01/2018 | $1,321.75 | $68,295.60 | $588.00 | $70,205.35 |

# FAY SERVICING

PO Box 88009
Chicago, IL 60680-1009



| Amount Due | |
|---|---|
| **Due By 07/01/2018:** | **$70,205.35** |
| *If payment is received after 07/16/2018, $49.00 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |

500

Internet Reprint

## Important Information To Help Us Serve You Better

| Payments by Phone | Payments Online |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| Payments via Overnight or Express Mail | Correspondence |
|---|---|
| Fay Servicing | Fay Servicing |
| Attn: Payment Processing | P.O. Box 809441 |
| 3000 Kellway Drive, Ste. 150 | Chicago, IL 60680-9441 |
| Carrollton, TX 75006 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. And you can call as often as you like, there's no charge for the call or transaction.

### Payments Online

Fay Servicing Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing loan number. The Fay Servicing Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing does not charge a fee for this service.

### Activity Since Your Last Statement (05/11/2018 - 06/11/2018)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 05/23/18 | MORTGAGE INS PAID | | -$34.67 |
| 05/30/18 | PROPERTY PRESERVATIO | $12.50 | |

HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**
Statement Date 07/10/2018

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
**www.fayservicing.com**

5-775-08097-0039837-008-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

| | |
|---|---|
| **Account Number** | ▮▮▮▮ |
| **Payment Due Date** | 08/01/2018 |
| **Amount Due** | **$71,527.10** |

*If payment is received after 08/16/2018, $49.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

## Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($23,415.52) |

## Explanation of Amount Due

| | |
|---|---|
| Principal | $185.27 |
| Interest | $794.65 |
| Escrow (for Taxes and/or Insurance) | $341.83 |
| **Regular Monthly Payment** | **$1,321.75** |
| Overdue Payments | $69,617.35 |
| Total Fees Charged | $588.00 |
| **Total Amount Due** | **$71,527.10** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $71,527.10. If you are unable to pay this amount, please call your account manager to explore your options.
As of July 10, 2018, you are 1378 days delinquent on your mortgage loan.

- Payment Due: 02/01/2018 Unpaid balance of $1,321.75
- Payment Due: 03/01/2018 Unpaid balance of $1,321.75
- Payment Due: 04/01/2018 Unpaid balance of $1,321.75
- Payment Due: 05/01/2018 Unpaid balance of $1,321.75
- Payment Due: 06/01/2018 Unpaid balance of $1,321.75
- Payment Due: 07/01/2018 Unpaid balance of $1,321.75

Total: **$71,527.10 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If a foreclosure sale date has been scheduled, you must reinstate your loan or make other payment arrangement prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
|  | 08/01/2018 | $1,321.75 | $69,617.35 | $588.00 | $71,527.10 |

PO Box 88009
Chicago, IL 60680-1009

| Amount Due | |
|---|---|
| **Due By 08/01/2018:** | **$71,527.10** |
| *If payment is received after 08/16/2018, $49.00 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | **$** |



Internet Reprint

## Important Information To Help Us Serve You Better

| Payments by Phone | Payments Online |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| **Payments via Overnight or Express Mail** | **Correspondence** |
|---|---|
| Fay Servicing | Fay Servicing |
| Attn: Payment Processing | P.O. Box 809441 |
| 3000 Kellway Drive, Ste. 150 | Chicago, IL 60680-9441 |
| Carrollton, TX 75006 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. And you can call as often as you like, there's no charge for the call or transaction.

### Payments Online

Fay Servicing Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing loan number. The Fay Servicing Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing does not charge a fee for this service.

### Activity Since Your Last Statement (06/12/2018 - 07/10/2018)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 06/23/18 | MORTGAGE INS PAID | | -$34.67 |
| 07/02/18 | PROPERTY PRESERVATIO | $12.50 | |

**HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.**

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

**FAY SERVICING**
P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**
Statement Date 08/11/2018

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
**www.fayservicing.com**

9-775-08284-0039110-008-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

| | |
|---|---|
| **Account Number** | ▇▇▇▇ |
| **Payment Due Date** | 09/01/2018 |
| **Amount Due** | **$72,848.85** |

*If payment is received after 09/16/2018, $49.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

### Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($23,450.19) |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $185.98 |
| Interest | $793.94 |
| Escrow (for Taxes and/or Insurance) | $341.83 |
| **Regular Monthly Payment** | **$1,321.75** |
| Overdue Payments | $70,939.10 |
| Total Fees Charged | $588.00 |
| **Total Amount Due** | **$72,848.85** |

### Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

### Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $72,848.85. If you are unable to pay this amount, please call your account manager to explore your options.

As of August 11, 2018, you are 1410 days delinquent on your mortgage loan.

- Payment Due: 03/01/2018 Unpaid balance of $1,321.75
- Payment Due: 04/01/2018 Unpaid balance of $1,321.75
- Payment Due: 05/01/2018 Unpaid balance of $1,321.75
- Payment Due: 06/01/2018 Unpaid balance of $1,321.75
- Payment Due: 07/01/2018 Unpaid balance of $1,321.75
- Payment Due: 08/01/2018 Unpaid balance of $1,321.75

Total: **$72,848.85 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If a foreclosure sale date has been scheduled, you must reinstate your loan or make other payment arrangement prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
| ▇▇▇▇ | 09/01/2018 | $1,321.75 | $70,939.10 | $588.00 | $72,848.85 |



PO Box 88009
Chicago, IL 60680-1009

| Amount Due | |
|---|---|
| **Due By 09/01/2018:** | **$72,848.85** |
| *If payment is received after 09/16/2018, $49.00 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | **$** |



▇▇▇▇▇▇▇▇▇

Internet Reprint

**Important Information To Help Us Serve You Better**

| Payments by Phone | Payments Online |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| Payments via Overnight or Express Mail | Correspondence |
|---|---|
| Fay Servicing<br>Attn: Payment Processing<br>3000 Kellway Drive, Ste. 150<br>Carrollton, TX 75006<br><br>Payments cannot be made in person at this location | Fay Servicing<br>P.O. Box 809441<br>Chicago, IL 60680-9441 |

*Remember to include your name and account number on all payment remittances and written correspondence.*

## Payments by Phone

Fay Servicing's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. And you can call as often as you like, there's no charge for the call or transaction.

## Payments Online

Fay Servicing Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

## MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing loan number. The Fay Servicing Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing does not charge a fee for this service.

### Activity Since Your Last Statement (07/11/2018 - 08/11/2018)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 07/19/18 | MORTGAGE INS PAID | | -$34.67 |
| 07/30/18 | PROPERTY PRESERVATIO | $12.50 | |

HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.

**Complaints:** As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**
Statement Date 09/10/2018

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
**www.fayservicing.com**

7-775-08432-0034555-007-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

| | |
|---|---|
| **Account Number** | ▮▮▮▮ |
| **Payment Due Date** | **10/01/2018** |
| **Amount Due** | **$74,170.60** |
| *If payment is received after 10/16/2018, $49.00 late fee will be charged.* | |

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

## Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($23,484.86) |

## Explanation of Amount Due

| | |
|---|---|
| Principal | $186.70 |
| Interest | $793.22 |
| Escrow (for Taxes and/or Insurance) | $341.83 |
| **Regular Monthly Payment** | **$1,321.75** |
| Overdue Payments | $72,260.85 |
| Total Fees Charged | $588.00 |
| **Total Amount Due** | **$74,170.60** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $74,170.60. If you are unable to pay this amount, please call your account manager to explore your options.
As of September 10, 2018, you are 1440 days delinquent on your mortgage loan.

- Payment Due: 04/01/2018 Unpaid balance of $1,321.75
- Payment Due: 05/01/2018 Unpaid balance of $1,321.75
- Payment Due: 06/01/2018 Unpaid balance of $1,321.75
- Payment Due: 07/01/2018 Unpaid balance of $1,321.75
- Payment Due: 08/01/2018 Unpaid balance of $1,321.75
- Payment Due: 09/01/2018 Unpaid balance of $1,321.75

Total: **$74,170.60 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If a foreclosure sale date has been scheduled, you must reinstate your loan or make other payment arrangement prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
|  | 10/01/2018 | $1,321.75 | $72,260.85 | $588.00 | $74,170.60 |

PO Box 88009
Chicago, IL 60680-1009

| Amount Due | |
|---|---|
| **Due By 10/01/2018:** | **$74,170.60** |
| *If payment is received after 10/16/2018, $49.00 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |



506

Internet Reprint

## Important Information To Help Us Serve You Better

| **Payments by Phone** | **Payments Online** |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| **Payments via Overnight or Express Mail** | **Correspondence** |
|---|---|
| Fay Servicing | Fay Servicing |
| Attn: Payment Processing | P.O. Box 809441 |
| 3000 Kellway Drive, Ste. 150 | Chicago, IL 60680-9441 |
| Carrollton, TX 75006 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. And you can call as often as you like, there's no charge for the call or transaction.

### Payments Online

Fay Servicing Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing loan number. The Fay Servicing Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing does not charge a fee for this service.

### Activity Since Your Last Statement (08/12/2018 - 09/10/2018)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 08/23/18 | MORTGAGE INS PAID | | -$34.67 |
| 09/04/18 | PROPERTY PRESERVATIO | $12.50 | |

HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**

Statement Date 10/10/2018

0-775-08605-0037592-008-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
www.fayservicing.com

| | |
|---|---|
| **Account Number** | |
| **Payment Due Date** | **11/01/2018** |
| **Amount Due** | **$75,492.35** |

*If payment is received after 11/16/2018, $49.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

## Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($23,519.53) |

## Explanation of Amount Due

| | |
|---|---|
| Principal | $187.42 |
| Interest | $792.50 |
| Escrow (for Taxes and/or Insurance) | $341.83 |
| **Regular Monthly Payment** | **$1,321.75** |
| Overdue Payments | $73,582.60 |
| Total Fees Charged | $588.00 |
| **Total Amount Due** | **$75,492.35** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $75,492.35. If you are unable to pay this amount, please call your account manager to explore your options.
As of October 10, 2018, you are 1470 days delinquent on your mortgage loan.

- Payment Due: 05/01/2018 Unpaid balance of $1,321.75
- Payment Due: 06/01/2018 Unpaid balance of $1,321.75
- Payment Due: 07/01/2018 Unpaid balance of $1,321.75
- Payment Due: 08/01/2018 Unpaid balance of $1,321.75
- Payment Due: 09/01/2018 Unpaid balance of $1,321.75
- Payment Due: 10/01/2018 Unpaid balance of $1,321.75

Total: **$75,492.35 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If a foreclosure sale date has been scheduled, you must reinstate your loan or make other payment arrangement prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
|  | 11/01/2018 | $1,321.75 | $73,582.60 | $588.00 | $75,492.35 |

PO Box 88009
Chicago, IL 60680-1009



| Amount Due | |
|---|---|
| **Due By 11/01/2018:** | **$75,492.35** |
| *If payment is received after 11/16/2018, $49.00 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |

Internet Reprint

## Important Information To Help Us Serve You Better

| Payments by Phone | Payments Online |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| Payments via Overnight or Express Mail | Correspondence |
|---|---|
| Fay Servicing<br>Attn: Payment Processing<br>3000 Kellway Drive, Ste. 150<br>Carrollton, TX 75006 | Fay Servicing<br>P.O. Box 809441<br>Chicago, IL 60680-9441 |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. And you can call as often as you like, there's no charge for the call or transaction.

### Payments Online

Fay Servicing Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing loan number. The Fay Servicing Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing does not charge a fee for this service.

### Activity Since Your Last Statement (09/11/2018 - 10/10/2018)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 09/20/18 | MORTGAGE INS PAID | | -$34.67 |
| 10/04/18 | CORP ADVANCE ADJUST | -$2,032.00 | |

**HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.**

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

**FAY SERVICING**
P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**
Statement Date 11/10/2018

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
**www.fayservicing.com**

3-775-08807-0037063-008-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

| | |
|---|---|
| **Account Number** | █████ |
| **Payment Due Date** | **12/01/2018** |
| **Amount Due** | **$76,814.10** |

*If payment is received after 12/16/2018, $49.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

### Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($24,795.53) |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $188.14 |
| Interest | $791.78 |
| Escrow (for Taxes and/or Insurance) | $341.83 |
| **Regular Monthly Payment** | **$1,321.75** |
| Overdue Payments | $74,904.35 |
| Total Fees Charged | $588.00 |
| **Total Amount Due** | **$76,814.10** |

### Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

### Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $76,814.10. If you are unable to pay this amount, please call your account manager to explore your options.
As of November 10, 2018, you are 1501 days delinquent on your mortgage loan.

- Payment Due: 06/01/2018 Unpaid balance of $1,321.75
- Payment Due: 07/01/2018 Unpaid balance of $1,321.75
- Payment Due: 08/01/2018 Unpaid balance of $1,321.75
- Payment Due: 09/01/2018 Unpaid balance of $1,321.75
- Payment Due: 10/01/2018 Unpaid balance of $1,321.75
- Payment Due: 11/01/2018 Unpaid balance of $1,321.75

Total: **$76,814.10 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If a foreclosure sale date has been scheduled, you must reinstate your loan or make other payment arrangement prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



**FAY SERVICING**

IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
| ████ | 12/01/2018 | $1,321.75 | $74,904.35 | $588.00 | $76,814.10 |



**FAY SERVICING**

PO Box 88009
Chicago, IL 60680-1009

| Amount Due | |
|---|---|
| **Due By 12/01/2018:** | **$76,814.10** |

*If payment is received after 12/16/2018, $49.00 late fee will be charged.*

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |



Internet Reprint

**Important Information To Help Us Serve You Better**

| Payments by Phone | Payments Online |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| Payments via Overnight or Express Mail | Correspondence |
|---|---|
| Fay Servicing | Fay Servicing |
| Attn: Payment Processing | P.O. Box 809441 |
| 3000 Kellway Drive, Ste. 150 | Chicago, IL 60680-9441 |
| Carrollton, TX 75006 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. And you can call as often as you like, there's no charge for the call or transaction.

### Payments Online

Fay Servicing Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing loan number. The Fay Servicing Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing does not charge a fee for this service.

### Activity Since Your Last Statement (10/11/2018 - 11/10/2018)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 10/11/18 | PROPERTY PRESERVATIO | $12.50 | |
| 10/23/18 | TOWNSHIP TAX PAID | | -$1,241.33 |
| 10/24/18 | MORTGAGE INS PAID | | -$34.67 |
| 11/10/18 | PROPERTY PRESERVATIO | $12.50 | |

**HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.**

**Complaints:** As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**
Statement Date 12/10/2018

2-775-08983-0034646-007-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
www.fayservicing.com

| | |
|---|---|
| **Account Number** | ▮▮▮▮ |
| **Payment Due Date** | 01/01/2019 |
| **Amount Due** | **$78,135.85** |

*If payment is received after 01/16/2019, $49.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

## Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($24,830.20) |

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $188.87 |
| Interest | $791.05 |
| Escrow (for Taxes and/or Insurance) | $341.83 |
| **Regular Monthly Payment** | **$1,321.75** |
| Overdue Payments | $76,226.10 |
| Total Fees Charged | $588.00 |
| **Total Amount Due** | **$78,135.85** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $78,135.85. If you are unable to pay this amount, please call your account manager to explore your options.
As of December 10, 2018, you are 1531 days delinquent on your mortgage loan.

- Payment Due: 07/01/2018 Unpaid balance of $1,321.75
- Payment Due: 08/01/2018 Unpaid balance of $1,321.75
- Payment Due: 09/01/2018 Unpaid balance of $1,321.75
- Payment Due: 10/01/2018 Unpaid balance of $1,321.75
- Payment Due: 11/01/2018 Unpaid balance of $1,321.75
- Payment Due: 12/01/2018 Unpaid balance of $1,321.75

Total: **$78,135.85 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If a foreclosure sale date has been scheduled, you must reinstate your loan or make other payment arrangement prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
| ▮▮▮▮ | 01/01/2019 | $1,321.75 | $76,226.10 | $588.00 | $78,135.85 |



PO Box 88009
Chicago, IL 60680-1009

| Amount Due | |
|---|---|
| **Due By 01/01/2019:** | **$78,135.85** |
| *If payment is received after 01/16/2019, $49.00 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |



512

| **Payments by Phone** | **Payments Online** |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| **Payments via Overnight or Express Mail** | **Correspondence** |
|---|---|
| Fay Servicing<br>Attn: Payment Processing<br>3000 Kellway Drive, Ste. 150<br>Carrollton, TX 75006 | Fay Servicing<br>P.O. Box 809441<br>Chicago, IL 60680-9441 |
| <sub>Payments cannot be made in person at this location</sub> | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

## Payments by Phone

Fay Servicing's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. And you can call as often as you like, there's no charge for the call or transaction.

## Payments Online

Fay Servicing Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

## MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing loan number. The Fay Servicing Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing does not charge a fee for this service.

### Activity Since Your Last Statement (11/11/2018 - 12/10/2018)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 11/21/18 | MORTGAGE INS PAID | | -$34.67 |
| 12/10/18 | PROPERTY PRESERVATIO | $14.25 | |

HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**
Statement Date 01/14/2019

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT Friday, and 10 a.m. - 4 p.m. CT Saturday.
www.fayservicing.com

3-775-09181-0030933-007-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

| | |
|---|---|
| **Account Number** | ▇▇▇▇ |
| **Payment Due Date** | 02/01/2019 |
| **Amount Due** | **$79,460.45** |

*If payment is received after 02/16/2019, $49.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

## Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($24,864.87) |

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $189.60 |
| Interest | $790.32 |
| Escrow (for Taxes and/or Insurance) | $344.68 |
| **Regular Monthly Payment** | **$1,324.60** |
| Overdue Payments | $77,547.85 |
| Total Fees Charged | $588.00 |
| **Total Amount Due** | **$79,460.45** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $79,460.45. If you are unable to pay this amount, please call your account manager to explore your options.
As of January 14, 2019, you are 1566 days delinquent on your mortgage loan.

- Payment Due: 08/01/2018 Unpaid balance of $1,321.75
- Payment Due: 09/01/2018 Unpaid balance of $1,321.75
- Payment Due: 10/01/2018 Unpaid balance of $1,321.75
- Payment Due: 11/01/2018 Unpaid balance of $1,321.75
- Payment Due: 12/01/2018 Unpaid balance of $1,321.75
- Payment Due: 01/01/2019 Unpaid balance of $1,321.75

Total: **$79,460.45 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If a foreclosure sale date has been scheduled, you must reinstate your loan or make other payment arrangement prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



FAY SERVICING

IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
| ▇▇▇▇ | 02/01/2019 | $1,324.60 | $77,547.85 | $588.00 | $79,460.45 |



FAY SERVICING

PO Box 88009
Chicago, IL 60680-1009

| Amount Due | |
|---|---|
| **Due By 02/01/2019:** | **$79,460.45** |
| *If payment is received after 02/16/2019, $49.00 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |



Internet Reprint

**Important Information To Help Us Serve You Better**

| Payments by Phone | Payments Online |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| Payments via Overnight or Express Mail | Correspondence |
|---|---|
| Fay Servicing | Fay Servicing |
| Attn: Payment Processing | P.O. Box 809441 |
| 3000 Kellway Drive, Ste. 150 | Chicago, IL 60680-9441 |
| Carrollton, TX 75006 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. And you can call as often as you like, there's no charge for the call or transaction.

### Payments Online

Fay Servicing Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing loan number. The Fay Servicing Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing does not charge a fee for this service.

### Activity Since Your Last Statement (12/11/2018 - 01/14/2019)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 12/22/18 | MORTGAGE INS PAID | | -$34.67 |

**HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.**

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**
Statement Date 02/11/2019

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
www.fayservicing.com

5-775-09418-0033280-007-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

| | |
|---|---|
| **Account Number** | ▉ |
| **Payment Due Date** | 03/01/2019 |
| **Amount Due** | **$80,785.05** |

*If payment is received after 03/16/2019, $49.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

## Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($24,899.54) |

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $190.33 |
| Interest | $789.59 |
| Escrow (for Taxes and/or Insurance) | $344.68 |
| **Regular Monthly Payment** | **$1,324.60** |
| Overdue Payments | $78,872.45 |
| Total Fees Charged | $588.00 |
| **Total Amount Due** | **$80,785.05** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $80,785.05. If you are unable to pay this amount, please call your account manager to explore your options.
As of February 11, 2019, you are 1594 days delinquent on your mortgage loan.

- Payment Due: 09/01/2018 Unpaid balance of $1,321.75
- Payment Due: 10/01/2018 Unpaid balance of $1,321.75
- Payment Due: 11/01/2018 Unpaid balance of $1,321.75
- Payment Due: 12/01/2018 Unpaid balance of $1,321.75
- Payment Due: 01/01/2019 Unpaid balance of $1,321.75
- Payment Due: 02/01/2019 Unpaid balance of $1,324.60

Total: **$80,785.05 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If a foreclosure sale date has been scheduled, you must reinstate your loan or make other payment arrangement prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
|  | 03/01/2019 | $1,324.60 | $78,872.45 | $588.00 | $80,785.05 |

PO Box 88009
Chicago, IL 60680-1009



| Amount Due | |
|---|---|
| **Due By 03/01/2019:** | **$80,785.05** |

*If payment is received after 03/16/2019, $49.00 late fee will be charged.*

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | **$** |

516

Internet Reprint

## Important Information To Help Us Serve You Better

| **Payments by Phone** | **Payments Online** |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| **Payments via Overnight or Express Mail** | **Correspondence** |
|---|---|
| Fay Servicing<br>Attn: Payment Processing<br>3000 Kellway Drive, Ste. 150<br>Carrollton, TX 75006<br><small>Payments cannot be made in person at this location</small> | Fay Servicing<br>P.O. Box 809441<br>Chicago, IL 60680-9441 |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. And you can call as often as you like, there's no charge for the call or transaction.

### Payments Online

Fay Servicing Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing loan number. The Fay Servicing Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing does not charge a fee for this service.

### Activity Since Your Last Statement (01/15/2019 - 02/11/2019)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 01/15/19 | PROPERTY PRESERVATIO | $14.25 | |
| 01/23/19 | MORTGAGE INS PAID | | -$34.67 |
| 02/11/19 | PROPERTY PRESERVATIO | $14.25 | |

HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document



**FAY SERVICING**

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**

Statement Date 03/11/2019

2-775-09648-0032221-007-000-100-000-000

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
**www.fayservicing.com**

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

| | |
|---|---|
| **Account Number** | ▆▆▆▆ |
| **Payment Due Date** | **04/01/2019** |
| **Amount Due** | **$82,109.65** |

*If payment is received after 04/16/2019, $49.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

### Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($26,013.21) |

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $191.06 |
| Interest | $788.86 |
| Escrow (for Taxes and/or Insurance) | $344.68 |
| **Regular Monthly Payment** | **$1,324.60** |
| Overdue Payments | $80,197.05 |
| Total Fees Charged | $588.00 |
| **Total Amount Due** | **$82,109.65** |

### Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

### Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $82,109.65. If you are unable to pay this amount, please call your account manager to explore your options.
As of March 11, 2019, you are 1622 days delinquent on your mortgage loan.

- Payment Due: 10/01/2018 Unpaid balance of $1,321.75
- Payment Due: 11/01/2018 Unpaid balance of $1,321.75
- Payment Due: 12/01/2018 Unpaid balance of $1,321.75
- Payment Due: 01/01/2019 Unpaid balance of $1,321.75
- Payment Due: 02/01/2019 Unpaid balance of $1,324.60
- Payment Due: 03/01/2019 Unpaid balance of $1,324.60

Total: **$82,109.65 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If a foreclosure sale date has been scheduled, you must reinstate your loan or make other payment arrangement prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
| ▆▆▆▆ | 04/01/2019 | $1,324.60 | $80,197.05 | $588.00 | $82,109.65 |

PO Box 88009
Chicago, IL 60680-1009



| Amount Due | |
|---|---|
| **Due By 04/01/2019:** | **$82,109.65** |
| *If payment is received after 04/16/2019, $49.00 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |

Internet Reprint

## Important Information To Help Us Serve You Better

| **Payments by Phone** | **Payments Online** |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| **Payments via Overnight or Express Mail** | **Correspondence** |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| Attn: Payment Processing | P.O. Box 809441 |
| 3000 Kellway Drive, Ste. 150 | Chicago, IL 60680-9441 |
| Carrollton, TX 75006 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing, LLC's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. And you can call as often as you like, there's no charge for the call or transaction.

### Payments Online

Fay Servicing, LLC Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

### Activity Since Your Last Statement (02/12/2019 - 03/11/2019)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 02/21/19 | MORTGAGE INS PAID | | -$34.67 |
| 02/26/19 | HAZARD INS PAID | | -$1,079.00 |

HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.**

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**

Statement Date 04/10/2019

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
**www.fayservicing.com**

9-775-09823-0031762-007-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

| Account Number | ■■■■■ |
|---|---|
| Payment Due Date | 05/01/2019 |
| **Amount Due** | **$83,434.25** |

*If payment is received after 05/16/2019, $49.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

## Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($27,289.20) |

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $191.80 |
| Interest | $788.12 |
| Escrow (for Taxes and/or Insurance) | $344.68 |
| **Regular Monthly Payment** | **$1,324.60** |
| Overdue Payments | $81,521.65 |
| Total Fees Charged | $588.00 |
| **Total Amount Due** | **$83,434.25** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $83,434.25. If you are unable to pay this amount, please call your account manager to explore your options.
As of April 10, 2019, you are 1652 days delinquent on your mortgage loan.

- Payment Due: 11/01/2018 Unpaid balance of $1,321.75
- Payment Due: 12/01/2018 Unpaid balance of $1,321.75
- Payment Due: 01/01/2019 Unpaid balance of $1,321.75
- Payment Due: 02/01/2019 Unpaid balance of $1,324.60
- Payment Due: 03/01/2019 Unpaid balance of $1,324.60
- Payment Due: 04/01/2019 Unpaid balance of $1,324.60

Total: **$83,434.25 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If a foreclosure sale date has been scheduled, you must reinstate your loan or make other payment arrangement prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
|  | 05/01/2019 | $1,324.60 | $81,521.65 | $588.00 | $83,434.25 |

PO Box 88009
Chicago, IL 60680-1009



| Amount Due | |
|---|---|
| **Due By 05/01/2019:** | **$83,434.25** |
| *If payment is received after 05/16/2019, $49.00 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |

Internet Reprint

**Important Information To Help Us Serve You Better**

| **Payments by Phone** | **Payments Online** |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| **Payments via Overnight or Express Mail** | **Correspondence** |
|---|---|
| Fay Servicing, LLC<br>Attn: Payment Processing<br>3000 Kellway Drive, Ste. 150<br>Carrollton, TX 75006 | Fay Servicing, LLC<br>P.O. Box 809441<br>Chicago, IL 60680-9441 |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing, LLC's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week.  Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions.  And you can call as often as you like, there's no charge for the call or transaction.

### Payments Online

Fay Servicing, LLC Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

**Activity Since Your Last Statement (03/12/2019 - 04/10/2019)**

| Date | Description | Charges | Payments |
|---|---|---|---|
| 03/18/19 | PROPERTY PRESERVATIO | $14.25 | |
| 03/23/19 | MORTGAGE INS PAID | | -$34.67 |
| 04/09/19 | TOWNSHIP TAX PAID | | -$1,241.32 |

**HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.**

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

# F AY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**

Statement Date 05/11/2019

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
www.fayservicing.com

4-775-10061-0031221-007-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

| | |
|---|---|
| **Account Number** | |
| **Payment Due Date** | **06/01/2019** |
| **Amount Due** | **$84,758.85** |

*If payment is received after 06/16/2019, $49.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04642

## Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($27,323.87) |

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $192.54 |
| Interest | $787.38 |
| Escrow (for Taxes and/or Insurance) | $344.68 |
| **Regular Monthly Payment** | **$1,324.60** |
| Overdue Payments | $82,846.25 |
| Total Fees Charged | $588.00 |
| **Total Amount Due** | **$84,758.85** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $84,758.85. If you are unable to pay this amount, please call your account manager to explore your options.
As of May 11, 2019, you are 1683 days delinquent on your mortgage loan.

- Payment Due: 12/01/2018 Unpaid balance of $1,321.75
- Payment Due: 01/01/2019 Unpaid balance of $1,321.75
- Payment Due: 02/01/2019 Unpaid balance of $1,324.60
- Payment Due: 03/01/2019 Unpaid balance of $1,324.60
- Payment Due: 04/01/2019 Unpaid balance of $1,324.60
- Payment Due: 05/01/2019 Unpaid balance of $1,324.60

Total: **$84,758.85 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If a foreclosure sale date has been scheduled, you must reinstate your loan or make other payment arrangement prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



IV HENRY HOWE W
MELANIE B HOWE

| **Account Number** | **Due Date** | **Regular Payment** | **Past Due** | **Other Amounts** | **Total Due** |
|---|---|---|---|---|---|
| | 06/01/2019 | $1,324.60 | $82,846.25 | $588.00 | $84,758.85 |

PO Box 88009
Chicago, IL 60680-1009



| **Amount Due** | |
|---|---|
| **Due By 06/01/2019:** | **$84,758.85** |
| *If payment is received after 06/16/2019, $49.00 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | **$** |

Internet Reprint

**Important Information To Help Us Serve You Better**

| Payments by Phone | Payments Online |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| **Payments via Overnight or Express Mail** | **Correspondence** |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| Attn: Payment Processing | P.O. Box 809441 |
| 3000 Kellway Drive, Ste. 150 | Chicago, IL 60680-9441 |
| Carrollton, TX 75006 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing, LLC's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week.  Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions.  And you can call as often as you like, there's no charge for the call or transaction.

### Payments Online

Fay Servicing, LLC Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

| **Activity Since Your Last Statement (04/11/2019 - 05/11/2019)** | | |
|---|---|---|
| Date | Description | Charges | Payments |
| 04/22/19 | MORTGAGE INS PAID | | -$34.67 |
| 04/30/19 | PROPERTY PRESERVATIO | $14.25 | |

HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.**

**FAY SERVICING**
P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**
Statement Date 06/10/2019

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
www.fayservicing.com

3-775-10250-0030772-007-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

| | |
|---|---|
| Account Number | ▮▮▮▮▮ |
| Payment Due Date | 07/01/2019 |
| Amount Due | **$86,083.45** |

*If payment is received after 07/16/2019, $49.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

## Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($27,358.54) |

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $193.28 |
| Interest | $786.64 |
| Escrow (for Taxes and/or Insurance) | $344.68 |
| **Regular Monthly Payment** | **$1,324.60** |
| Overdue Payments | $84,170.85 |
| Total Fees Charged | $588.00 |
| **Total Amount Due** | **$86,083.45** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $86,083.45. If you are unable to pay this amount, please call your account manager to explore your options.

As of June 10, 2019, you are 1713 days delinquent on your mortgage loan.

- Payment Due: 01/01/2019 Unpaid balance of $1,321.75
- Payment Due: 02/01/2019 Unpaid balance of $1,324.60
- Payment Due: 03/01/2019 Unpaid balance of $1,324.60
- Payment Due: 04/01/2019 Unpaid balance of $1,324.60
- Payment Due: 05/01/2019 Unpaid balance of $1,324.60
- Payment Due: 06/01/2019 Unpaid balance of $1,324.60

Total: **$86,083.45 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If a foreclosure sale date has been scheduled, you must reinstate your loan or make other payment arrangement prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

**FAY SERVICING**

IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
| ▮▮▮▮ | 07/01/2019 | $1,324.60 | $84,170.85 | $588.00 | $86,083.45 |



PO Box 88009
Chicago, IL 60680-1009

| Amount Due | |
|---|---|
| Due By 07/01/2019: | $86,083.45 |

*If payment is received after 07/16/2019, $49.00 late fee will be charged.*

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |



Internet Reprint

| Payments by Phone | Payments Online |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| **Payments via Overnight or Express Mail** | **Correspondence** |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| Attn: Payment Processing | P.O. Box 809441 |
| 3000 Kellway Drive, Ste. 150 | Chicago, IL 60680-9441 |
| Carrollton, TX 75006 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing, LLC's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week.  Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions.  And you can call as often as you like, there's no charge for the call or transaction.

### Payments Online

Fay Servicing, LLC Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

### Activity Since Your Last Statement (05/12/2019 - 06/10/2019)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 05/22/19 | MORTGAGE INS PAID | | -$34.67 |
| 06/05/19 | PROPERTY PRESERVATIO | $14.25 | |

HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

# FAY SERVICING

P.O. Box 814609
Dallas, TX 75381-4609

**Mortgage Statement**
Statement Date 07/10/2019

6-775-10451-0030319-007-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
**www.fayservicing.com**

| | |
|---|---|
| **Account Number** | ▉ |
| **Payment Due Date** | 08/01/2019 |
| **Amount Due** | **$87,408.05** |

*If payment is received after 08/16/2019, $49.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

## Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($27,393.21) |

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $194.02 |
| Interest | $785.90 |
| Escrow (for Taxes and/or Insurance) | $344.68 |
| **Regular Monthly Payment** | **$1,324.60** |
| Overdue Payments | $85,495.45 |
| Total Fees Charged | $588.00 |
| **Total Amount Due** | **$87,408.05** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $87,408.05. If you are unable to pay this amount, please call your account manager to explore your options.

As of July 10, 2019, you are 1743 days delinquent on your mortgage loan.

- Payment Due: 02/01/2019 Unpaid balance of $1,324.60
- Payment Due: 03/01/2019 Unpaid balance of $1,324.60
- Payment Due: 04/01/2019 Unpaid balance of $1,324.60
- Payment Due: 05/01/2019 Unpaid balance of $1,324.60
- Payment Due: 06/01/2019 Unpaid balance of $1,324.60
- Payment Due: 07/01/2019 Unpaid balance of $1,324.60

Total: **$87,408.05 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If a foreclosure sale date has been scheduled, you must reinstate your loan or make other payment arrangement prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
| ▉ | 08/01/2019 | $1,324.60 | $85,495.45 | $588.00 | $87,408.05 |



PO Box 88009
Chicago, IL 60680-1009



| Amount Due | |
|---|---|
| **Due By 08/01/2019:** | **$87,408.05** |
| *If payment is received after 08/16/2019, $49.00 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |

Internet Reprint

## Important Information To Help Us Serve You Better

| Payments by Phone | Payments Online |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| Payments via Overnight or Express Mail | Correspondence |
|---|---|
| Fay Servicing, LLC<br>Attn: Payment Processing<br>1601 LBJ Freeway, Ste. 150<br>Farmers Branch, TX 75234<br><small>Payments cannot be made in person at this location</small> | Fay Servicing, LLC<br>P.O. Box 814609<br>Dallas, TX 75381-4609 |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing, LLC's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week.  Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions.  And you can call as often as you like, there's no charge for the call or transaction.

### Payments Online

Fay Servicing, LLC Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

### Activity Since Your Last Statement (06/11/2019 - 07/10/2019)

| Date | Description | Charges | Disbursements | Payments |
|---|---|---|---|---|
| 06/20/19 | Mortgage Insurance Paid | | $34.67 | |
| 06/26/19 | Property Inspection Fee | $14.25 | | |

**HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.**

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 425 S. Financial St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**

Statement Date 08/10/2019

If you have questions or concerns about your statement,
please contact us at 1-800-495-7166 between the hours of
8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. -
5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
www.fayservicing.com

8-775-10672-0029951-006-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

| | |
|---|---|
| **Account Number** | ▮▮▮▮ |
| **Payment Due Date** | **09/01/2019** |
| **Amount Due** | **$88,732.65** |

*If payment is received after 09/16/2019, $10.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

## Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($27,427.88) |

We may report information about your account to credit bureaus.
Late payments, missed payments, or other defaults on your account
may be reflected in your credit report.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $194.77 |
| Interest | $785.15 |
| Escrow (for Taxes and/or Insurance) | $344.68 |
| **Regular Monthly Payment** | **$1,324.60** |
| Overdue Payments | $86,820.05 |
| Total Fees Charged | $588.00 |
| **Total Amount Due** | **$88,732.65** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may
risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $88,732.65. If you are unable to pay this amount, please call your
account manager to explore your options.
As of August 10, 2019, you are 1774 days delinquent on your mortgage loan.

- Payment Due: 03/01/2019 Unpaid balance of $1,324.60
- Payment Due: 04/01/2019 Unpaid balance of $1,324.60
- Payment Due: 05/01/2019 Unpaid balance of $1,324.60
- Payment Due: 06/01/2019 Unpaid balance of $1,324.60
- Payment Due: 07/01/2019 Unpaid balance of $1,324.60
- Payment Due: 08/01/2019 Unpaid balance of $1,324.60

Total: **$88,732.65 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If a foreclosure sale date has been scheduled, you must reinstate your loan or make other payment arrangement prior to the foreclosure sale date to avoid
foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
| ▮▮▮▮ | 09/01/2019 | $1,324.60 | $86,820.05 | $588.00 | $88,732.65 |



PO Box 88009
Chicago, IL 60680-1009



| Amount Due | |
|---|---|
| **Due By 09/01/2019:** | **$88,732.65** |
| *If payment is received after 09/16/2019, $10.00 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |

528

Internet Reprint

## Important Information To Help Us Serve You Better

| Payments by Phone | Payments Online |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| **Payments via Overnight or Express Mail** | **Correspondence** |
|---|---|
| Fay Servicing, LLC<br>Attn: Payment Processing<br>1601 LBJ Freeway, Ste. 150<br>Farmers Branch, TX 75234<br>Payments cannot be made in person at this location | Fay Servicing, LLC<br>P.O. Box 814609<br>Dallas, TX 75381-4609 |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing, LLC's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. And you can call as often as you like, there's no charge for the call or transaction.

### Payments Online

Fay Servicing, LLC Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

### Activity Since Your Last Statement (07/11/2019 - 08/10/2019)

| Date | Description | Charges | Disbursements | Payments |
|---|---|---|---|---|
| 07/18/19 | Mortgage Insurance Paid | | $34.67 | |
| 07/29/19 | Property Inspection Fee | $14.25 | | |

HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 425 S. Financial St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**
Statement Date 09/10/2019

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
www.fayservicing.com

6-775-10910-0029409-006-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

| | |
|---|---|
| **Account Number** | ████ |
| **Payment Due Date** | **10/01/2019** |
| **Amount Due** | **$90,057.25** |

*If payment is received after 10/16/2019, $10.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

## Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($27,462.55) |

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $195.52 |
| Interest | $784.40 |
| Escrow (for Taxes and/or Insurance) | $344.68 |
| **Regular Monthly Payment** | **$1,324.60** |
| Overdue Payments | $88,144.65 |
| Total Fees Charged | $588.00 |
| **Total Amount Due** | **$90,057.25** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $90,057.25. If you are unable to pay this amount, please call your account manager to explore your options.
As of September 10, 2019, you are 1805 days delinquent on your mortgage loan.

- Payment Due 04/01/2019 Unpaid balance of $1,324.60
- Payment Due 05/01/2019 Unpaid balance of $1,324.60
- Payment Due 06/01/2019 Unpaid balance of $1,324.60
- Payment Due 07/01/2019 Unpaid balance of $1,324.60
- Payment Due 08/01/2019 Unpaid balance of $1,324.60
- Payment Due 09/01/2019 Unpaid balance of $1,324.60

Total: **$90,057.25 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If a foreclosure sale date has been scheduled, you must reinstate your loan or make other payment arrangement prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
| ████ | 10/01/2019 | $1,324.60 | $88,144.65 | $588.00 | $90,057.25 |



PO Box 88009
Chicago, IL 60680-1009

| Amount Due | |
|---|---|
| **Due By 10/01/2019:** | **$90,057.25** |
| *If payment is received after 10/16/2019, $10.00 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |



Internet Reprint

**Important Information To Help Us Serve You Better**

| Payments by Phone | Payments Online |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| **Payments via Overnight or Express Mail** | **Correspondence** |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| Attn: Payment Processing | P.O. Box 814609 |
| 1601 LBJ Freeway, Ste. 150 | Dallas, TX 75381-4609 |
| Farmers Branch, TX 75234 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing, LLC's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. And you can call as often as you like, there's no charge for the call or transaction.

### Payments Online

Fay Servicing, LLC Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

### Activity Since Your Last Statement (08/11/2019 - 09/10/2019)

| Date | Description | Charges | Disbursements | Payments |
|---|---|---|---|---|
| 08/21/19 | Mortgage Insurance Paid | | $34.67 | |
| 09/05/19 | Property Inspection Fee | $14.25 | | |

**HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.**

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 425 S. Financial St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**
Statement Date 10/10/2019

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
www.fayservicing.com

6-775-11171-0027643-006-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

| | |
|---|---|
| **Account Number** | ▮▮▮▮ |
| **Payment Due Date** | **11/01/2019** |
| **Amount Due** | **$91,381.85** |

*If payment is received after 11/16/2019, $10.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

## Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($27,497.22) |

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $196.27 |
| Interest | $783.65 |
| Escrow (for Taxes and/or Insurance) | $344.68 |
| **Regular Monthly Payment** | **$1,324.60** |
| Overdue Payments | $89,469.25 |
| Total Fees Charged | $588.00 |
| **Total Amount Due** | **$91,381.85** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $91,381.85. If you are unable to pay this amount, please call your account manager to explore your options.
As of October 10, 2019, you are 1835 days delinquent on your mortgage loan.

- Payment Due: 05/01/2019 Unpaid balance of $1,324.60
- Payment Due: 06/01/2019 Unpaid balance of $1,324.60
- Payment Due: 07/01/2019 Unpaid balance of $1,324.60
- Payment Due: 08/01/2019 Unpaid balance of $1,324.60
- Payment Due: 09/01/2019 Unpaid balance of $1,324.60
- Payment Due: 10/01/2019 Unpaid balance of $1,324.60

Total: **$91,381.85 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If a foreclosure sale date has been scheduled, you must reinstate your loan or make other payment arrangement prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

 FAY SERVICING

IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
|  | 11/01/2019 | $1,324.60 | $89,469.25 | $588.00 | $91,381.85 |

FAY SERVICING

PO Box 88009
Chicago, IL 60680-1009



| Amount Due | |
|---|---|
| **Due By 11/01/2019:** | **$91,381.85** |
| *If payment is received after 11/16/2019, $10.00 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |

532

Internet Reprint

## Important Information To Help Us Serve You Better

| **Payments by Phone** | **Payments Online** |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| **Payments via Overnight or Express Mail** | **Correspondence** |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| Attn: Payment Processing | P.O. Box 814609 |
| 1601 LBJ Freeway, Ste. 150 | Dallas, TX 75381-4609 |
| Farmers Branch, TX 75234 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing, LLC's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. When permitted by applicable law, a fee may apply for this service in the amount of up to $15.00 when being assisted by a live representative. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available. To make a telephone payment or obtain information about free payment options, please contact us at 1-800-495-7166.

### Payments Online

Fay Servicing, LLC Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

### Activity Since Your Last Statement (09/11/2019 - 10/10/2019)

| Date | Description | Charges | Disbursements | Payments |
|---|---|---|---|---|
| 09/18/19 | Mortgage Insurance Paid | | $34.67 | |
| 10/01/19 | Foreclosure Attorney Fee | $350.00 | | |
| 10/01/19 | Foreclosure Attorney Fee | $1,135.00 | | |
| 10/01/19 | Foreclosure Fees & Costs | $44.00 | | |
| 10/01/19 | Foreclosure Fees & Costs | $700.00 | | |
| 10/07/19 | Property Inspection Fee | $14.25 | | |

**HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.**

**Complaints:** As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 425 S. Financial St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**

Statement Date 11/11/2019

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
**www.fayservicing.com**

9-775-11461-0027194-006-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

| | |
|---|---|
| **Account Number** | ▮▮▮▮▮▮ |
| **Payment Due Date** | **12/01/2019** |
| **Amount Due** | **$92,706.45** |

*If payment is received after 12/16/2019, $10.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

## Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($28,820.06) |

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $197.03 |
| Interest | $782.89 |
| Escrow (for Taxes and/or Insurance) | $344.68 |
| **Regular Monthly Payment** | **$1,324.60** |
| Overdue Payments | $90,793.85 |
| Total Fees Charged | $588.00 |
| **Total Amount Due** | **$92,706.45** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $92,706.45. If you are unable to pay this amount, please call your account manager to explore your options.
As of November 11, 2019, you are 1867 days delinquent on your mortgage loan.

- Payment Due: 06/01/2019 Unpaid balance of $1,324.60
- Payment Due: 07/01/2019 Unpaid balance of $1,324.60
- Payment Due: 08/01/2019 Unpaid balance of $1,324.60
- Payment Due: 09/01/2019 Unpaid balance of $1,324.60
- Payment Due: 10/01/2019 Unpaid balance of $1,324.60
- Payment Due: 11/01/2019 Unpaid balance of $1,324.60

Total: **$92,706.45 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If a foreclosure sale date has been scheduled, you must reinstate your loan or make other payment arrangement prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

# FAY SERVICING

IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
| ▮▮▮▮ | 12/01/2019 | $1,324.60 | $90,793.85 | $588.00 | $92,706.45 |

# FAY SERVICING

PO Box 88009
Chicago, IL 60680-1009



| Amount Due | |
|---|---|
| **Due By 12/01/2019:** | **$92,706.45** |
| *If payment is received after 12/16/2019, $10.00 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |

534



Internet Reprint

## Important Information To Help Us Serve You Better

| Payments by Phone | Payments Online |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| **Payments via Overnight or Express Mail** | **Correspondence** |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| Attn: Payment Processing | P.O. Box 814609 |
| 1601 LBJ Freeway, Ste. 150 | Dallas, TX 75381-4609 |
| Farmers Branch, TX 75234 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing, LLC's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. When permitted by applicable law, a fee may apply for this service in the amount of up to $15.00 when being assisted by a live representative. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available. To make a telephone payment or obtain information about free payment options, please contact us at 1-800-495-7166.

### Payments Online

Fay Servicing, LLC Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

### Activity Since Your Last Statement (10/11/2019 - 11/11/2019)

| Date | Description | Charges | Disbursements | Payments |
|---|---|---|---|---|
| 10/25/19 | Mortgage Insurance Paid | | $34.67 | |
| 10/30/19 | Township Tax Paid | | $1,288.17 | |
| 11/05/19 | Property Inspection Fee | $14.25 | | |

HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 425 S. Financial St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**
Statement Date 12/16/2019

5-775-11790-0026635-006-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
www.fayservicing.com

| | |
|---|---|
| **Account Number** | █████ |
| **Payment Due Date** | 01/01/2020 |
| **Amount Due** | **$94,037.60** |

*If payment is received after 01/16/2020, $10.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

## Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($28,820.06) |

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $197.79 |
| Interest | $782.13 |
| Escrow (for Taxes and/or Insurance) | $351.23 |
| **Regular Monthly Payment** | **$1,331.15** |
| Overdue Payments | $92,118.45 |
| Total Fees Charged | $588.00 |
| **Total Amount Due** | **$94,037.60** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $94,037.60. If you are unable to pay this amount, please call your account manager to explore your options.
As of December 16, 2019, you are 1902 days delinquent on your mortgage loan.

- Payment Due: 07/01/2019 Unpaid balance of $1,324.60
- Payment Due: 08/01/2019 Unpaid balance of $1,324.60
- Payment Due: 09/01/2019 Unpaid balance of $1,324.60
- Payment Due: 10/01/2019 Unpaid balance of $1,324.60
- Payment Due: 11/01/2019 Unpaid balance of $1,324.60
- Payment Due: 12/01/2019 Unpaid balance of $1,324.60

Total: **$94,037.60 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If a foreclosure sale date has been scheduled, you must reinstate your loan or make other payment arrangement prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
|  | 01/01/2020 | $1,331.15 | $92,118.45 | $588.00 | $94,037.60 |



PO Box 88009
Chicago, IL 60680-1009

| Amount Due | |
|---|---|
| **Due By 01/01/2020:** | **$94,037.60** |
| *If payment is received after 01/16/2020, $10.00 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |

Internet Reprint

## Important Information To Help Us Serve You Better

| Payments by Phone | Payments Online |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| **Payments via Overnight or Express Mail** | **Correspondence** |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| Attn: Payment Processing | P.O. Box 814609 |
| 1601 LBJ Freeway, Ste. 150 | Dallas, TX 75381-4609 |
| Farmers Branch, TX 75234 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing, LLC's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. When permitted by applicable law, a fee may apply for this service in the amount of up to $15.00 when being assisted by a live representative. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available. To make a telephone payment or obtain information about free payment options, please contact us at 1-800-495-7166.

### Payments Online

Fay Servicing, LLC Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

| **Activity Since Your Last Statement (11/12/2019 - 12/16/2019)** | | | | |
|---|---|---|---|---|
| Date | Description | Charges | Disbursements | Payments |
| 12/10/19 | Property Inspection Fee | $14.25 | | |

**HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.**

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

> **Fay Servicing, LLC**
> **901 S. 2nd Street, Suite 201**
> **Springfield, IL 62704**

**Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 425 S. Financial St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**
Statement Date 01/11/2020

8-775-12046-0025127-006-000-100-000-000

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
www.fayservicing.com

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

| | |
|---|---|
| **Account Number** | ███ |
| **Payment Due Date** | 02/01/2020 |
| **Amount Due** | **$95,368.75** |

*If payment is received after 02/16/2020, $10.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

## Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($28,889.40) |

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $198.55 |
| Interest | $781.37 |
| Escrow (for Taxes and/or Insurance) | $351.23 |
| **Regular Monthly Payment** | **$1,331.15** |
| Overdue Payments | $93,449.60 |
| Total Fees Charged | $588.00 |
| **Total Amount Due** | **$95,368.75** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $95,368.75. If you are unable to pay this amount, please call your account manager to explore your options.
As of January 11, 2020, you are 1928 days delinquent on your mortgage loan.

- Payment Due: 08/01/2019 Unpaid balance of $1,324.60
- Payment Due: 09/01/2019 Unpaid balance of $1,324.60
- Payment Due: 10/01/2019 Unpaid balance of $1,324.60
- Payment Due: 11/01/2019 Unpaid balance of $1,324.60
- Payment Due: 12/01/2019 Unpaid balance of $1,324.60
- Payment Due: 01/01/2020 Unpaid balance of $1,331.15

Total: **$95,368.75 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If a foreclosure sale date has been scheduled, you must reinstate your loan or make other payment arrangement prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
|  | 02/01/2020 | $1,331.15 | $93,449.60 | $588.00 | $95,368.75 |

PO Box 88009
Chicago, IL 60680-1009



| Amount Due | |
|---|---|
| **Due By 02/01/2020:** | **$95,368.75** |
| *If payment is received after 02/16/2020, $10.00 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |

Internet Reprint

## Important Information To Help Us Serve You Better

| Payments by Phone | Payments Online |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| **Payments via Overnight or Express Mail** | **Correspondence** |
|---|---|
| Fay Servicing, LLC<br>Attn: Payment Processing<br>1601 LBJ Freeway, Ste. 150<br>Farmers Branch, TX 75234 | Fay Servicing, LLC<br>P.O. Box 814609<br>Dallas, TX 75381-4609 |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing, LLC's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. When permitted by applicable law, a fee may apply for this service in the amount of up to $15.00 when being assisted by a live representative. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available. To make a telephone payment or obtain information about free payment options, please contact us at 1-800-495-7166.

### Payments Online

Fay Servicing, LLC Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

### Activity Since Your Last Statement (12/17/2019 - 01/11/2020)

| Date | Description | Charges | Disbursements | Payments |
|---|---|---|---|---|
| 12/26/19 | Foreclosure Attorney Fee | $825.00 | | |
| 01/07/20 | Mortgage Insurance Paid | | $34.67 | |
| 01/07/20 | Mortgage Insurance Paid | | $34.67 | |

**HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.**

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 425 S. Financial St., Suite 2000, Chicago, IL 60605-6011.**

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**
Statement Date 02/10/2020

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
**www.fayservicing.com**

9-775-12393-0024707-005-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

| | |
|---|---|
| **Account Number** | ▮▮▮▮ |
| **Payment Due Date** | 03/01/2020 |
| **Amount Due** | **$96,699.90** |

*If payment is received after 03/16/2020, $10.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

## Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($28,924.07) |

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $199.32 |
| Interest | $780.60 |
| Escrow (for Taxes and/or Insurance) | $351.23 |
| **Regular Monthly Payment** | **$1,331.15** |
| Overdue Payments | $94,780.75 |
| Total Fees Charged | $588.00 |
| **Total Amount Due** | **$96,699.90** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $96,699.90. If you are unable to pay this amount, please call your account manager to explore your options.
As of February 10, 2020, you are 1958 days delinquent on your mortgage loan.

- Payment Due: 09/01/2019 Unpaid balance of $1,324.60
- Payment Due: 10/01/2019 Unpaid balance of $1,324.60
- Payment Due: 11/01/2019 Unpaid balance of $1,324.60
- Payment Due: 12/01/2019 Unpaid balance of $1,324.60
- Payment Due: 01/01/2020 Unpaid balance of $1,331.15
- Payment Due: 02/01/2020 Unpaid balance of $1,331.15

Total: **$96,699.90 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If a foreclosure sale date has been scheduled, you must reinstate your loan or make other payment arrangement prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
|  | 03/01/2020 | $1,331.15 | $94,780.75 | $588.00 | $96,699.90 |

| Amount Due | |
|---|---|
| **Due By 03/01/2020:** | **$96,699.90** |

*If payment is received after 03/16/2020, $10.00 late fee will be charged.*

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |

PO Box 88009
Chicago, IL 60680-1009



Internet Reprint

## Important Information To Help Us Serve You Better

| Payments by Phone | Payments Online |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| **Payments via Overnight or Express Mail** | **Correspondence** |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| Attn: Payment Processing | P.O. Box 814609 |
| 1601 LBJ Freeway, Ste. 150 | Dallas, TX 75381-4609 |
| Farmers Branch, TX 75234 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing, LLC's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. When permitted by applicable law, a fee may apply for this service in the amount of up to $15.00 when being assisted by a live representative. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available. To make a telephone payment or obtain information about free payment options, please contact us at 1-800-495-7166.

### Payments Online

Fay Servicing, LLC Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

### Activity Since Your Last Statement (01/12/2020 - 02/10/2020)

| Date | Description | Charges | Disbursements | Payments |
|---|---|---|---|---|
| 01/22/20 | Property Inspection Fee | $14.25 | | |
| 01/29/20 | Mortgage Insurance Paid | | $34.67 | |

**HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.**

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 425 S. Financial St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**
Statement Date 03/10/2020

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
**www.fayservicing.com**

9-775-12771-0024297-005-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

| | |
|---|---|
| **Account Number** | ▮ |
| **Payment Due Date** | 04/01/2020 |
| **Amount Due** | **$98,031.05** |

*If payment is received after 04/16/2020, $10.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

## Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($30,115.07) |

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $200.09 |
| Interest | $779.83 |
| Escrow (for Taxes and/or Insurance) | $351.23 |
| **Regular Monthly Payment** | **$1,331.15** |
| Overdue Payments | $96,111.90 |
| Total Fees Charged | $588.00 |
| **Total Amount Due** | **$98,031.05** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $98,031.05. If you are unable to pay this amount, please call your account manager to explore your options.
As of March 10, 2020, you are 1987 days delinquent on your mortgage loan.

- Payment Due: 10/01/2019 Unpaid balance of $1,324.60
- Payment Due: 11/01/2019 Unpaid balance of $1,324.60
- Payment Due: 12/01/2019 Unpaid balance of $1,324.60
- Payment Due: 01/01/2020 Unpaid balance of $1,331.15
- Payment Due: 02/01/2020 Unpaid balance of $1,331.15
- Payment Due: 03/01/2020 Unpaid balance of $1,331.15

Total: **$98,031.05 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If a foreclosure sale date has been scheduled, you must reinstate your loan or make other payment arrangement prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
| ▮ | 04/01/2020 | $1,331.15 | $96,111.90 | $588.00 | $98,031.05 |



PO Box 88009
Chicago, IL 60680-1009

| Amount Due | |
|---|---|
| **Due By 04/01/2020:** | **$98,031.05** |
| *If payment is received after 04/16/2020, $10.00 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |



Internet Reprint

## Important Information To Help Us Serve You Better

| **Payments by Phone** | **Payments Online** |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| **Payments via Overnight or Express Mail** | **Correspondence** |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| Attn: Payment Processing | P.O. Box 814609 |
| 1601 LBJ Freeway, Ste. 150 | Dallas, TX 75381-4609 |
| Farmers Branch, TX 75234 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing, LLC's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. When permitted by applicable law, a fee may apply for this service in the amount of up to $15.00 when being assisted by a live representative. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available. To make a telephone payment or obtain information about free payment options, please contact us at 1-800-495-7166.

### Payments Online

Fay Servicing, LLC Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

| **Activity Since Your Last Statement (02/11/2020 - 03/10/2020)** | | | | |
|---|---|---|---|---|
| Date | Description | Charges | Disbursements | Payments |
| 02/25/20 | Hazard Insurance Paid | | $1,191.00 | |
| 02/28/20 | Property Inspection Fee | $14.25 | | |

**HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.**

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 425 S. Financial St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

# FAY SERVICING
P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**
Statement Date 04/11/2020

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
www.fayservicing.com

9-775-13240-0024007-005-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

| | |
|---|---|
| **Account Number** | ▮▮▮▮▮ |
| **Payment Due Date** | 05/01/2020 |
| **Amount Due** | **$99,362.20** |

*If payment is received after 05/16/2020, $10.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

## Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($31,547.25) |

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $200.86 |
| Interest | $779.06 |
| Escrow (for Taxes and/or Insurance) | $351.23 |
| **Regular Monthly Payment** | **$1,331.15** |
| Overdue Payments | $97,443.05 |
| Total Fees Charged | $588.00 |
| **Total Amount Due** | **$99,362.20** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $99,362.20. If you are unable to pay this amount, please call your account manager to explore your options.
As of April 11, 2020, you are 2019 days delinquent on your mortgage loan.

- Payment Due: 11/01/2019 Unpaid balance of $1,324.60
- Payment Due: 12/01/2019 Unpaid balance of $1,324.60
- Payment Due: 01/01/2020 Unpaid balance of $1,331.15
- Payment Due: 02/01/2020 Unpaid balance of $1,331.15
- Payment Due: 03/01/2020 Unpaid balance of $1,331.15
- Payment Due: 04/01/2020 Unpaid balance of $1,331.15

Total: **$99,362.20 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If a foreclosure sale date has been scheduled, you must reinstate your loan or make other payment arrangement prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



# FAY SERVICING

IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
| ▮▮▮ | 05/01/2020 | $1,331.15 | $97,443.05 | $588.00 | $99,362.20 |



| Amount Due | |
|---|---|
| **Due By 05/01/2020:** | **$99,362.20** |
| *If payment is received after 05/16/2020, $10.00 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |

# FAY SERVICING

PO Box 88009
Chicago, IL 60680-1009



544

Internet Reprint

**Important Information To Help Us Serve You Better**

| | |
|---|---|
| **Payments by Phone** | **Payments Online** |
| (800) 495-7166 | www.fayservicing.com |
| **Payments via Overnight or Express Mail** | **Correspondence** |
| Fay Servicing, LLC | Fay Servicing, LLC |
| Attn: Payment Processing | P.O. Box 814609 |
| 1601 LBJ Freeway, Ste. 150 | Dallas, TX 75381-4609 |
| Farmers Branch, TX 75234 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing, LLC's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. When permitted by applicable law, a fee may apply for this service in the amount of up to $15.00 when being assisted by a live representative. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available. To make a telephone payment or obtain information about free payment options, please contact us at 1-800-495-7166.

### Payments Online

Fay Servicing, LLC Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

| Activity Since Your Last Statement (03/11/2020 - 04/11/2020) | | | | |
|---|---|---|---|---|
| Date | Description | Charges | Disbursements | Payments |
| 03/31/20 | Property Inspection Fee | $14.25 | | |
| 04/06/20 | Hazard Insurance Paid | | $40.00 | |
| 04/07/20 | Township Tax Paid | | $1,288.17 | |
| 04/08/20 | Mortgage Insurance Paid | | $104.01 | |

**HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.**

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 425 S. Financial St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

**FAY SERVICING**
P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**
Statement Date 05/11/2020

7-775-13595-0023439-005-000-100-000-000

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
www.fayservicing.com

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

| | |
|---|---|
| **Account Number** | ███ |
| **Payment Due Date** | 06/01/2020 |
| **Amount Due** | **$100,693.35** |

*If payment is received after 06/16/2020, $10.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

### Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($31,547.25) |

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $201.63 |
| Interest | $778.29 |
| Escrow (for Taxes and/or Insurance) | $351.23 |
| **Regular Monthly Payment** | **$1,331.15** |
| Overdue Payments | $98,774.20 |
| Total Fees Charged | $588.00 |
| **Total Amount Due** | **$100,693.35** |

### Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

### Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $100,693.35. If you are unable to pay this amount, please call your account manager to explore your options.
As of May 11, 2020, you are 2049 days delinquent on your mortgage loan.

- Payment Due: 12/01/2019 Unpaid balance of $1,324.60
- Payment Due: 01/01/2020 Unpaid balance of $1,331.15
- Payment Due: 02/01/2020 Unpaid balance of $1,331.15
- Payment Due: 03/01/2020 Unpaid balance of $1,331.15
- Payment Due: 04/01/2020 Unpaid balance of $1,331.15
- Payment Due: 05/01/2020 Unpaid balance of $1,331.15

Total: **$100,693.35 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If the foreclosure process is initiated or a foreclosure sale date is scheduled, this amount may not be sufficient to bring your loan current as additional fees, charges or attorney fees/costs may have been incurred but not yet invoiced or processed. You must reinstate your loan or make other payment arrangements prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
|  | 06/01/2020 | $1,331.15 | $98,774.20 | $588.00 | $100,693.35 |

PO Box 88009
Chicago, IL 60680-1009



| Amount Due | |
|---|---|
| **Due By 06/01/2020:** | **$100,693.35** |
| *If payment is received after 06/16/2020, $10.00 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |

Internet Reprint

| Payments by Phone | Payments Online |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| **Payments via Overnight or Express Mail** | **Correspondence** |
|---|---|
| Fay Servicing, LLC<br>Attn: Payment Processing<br>1601 LBJ Freeway, Ste. 150<br>Farmers Branch, TX 75234 | Fay Servicing, LLC<br>P.O. Box 814609<br>Dallas, TX 75381-4609 |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

## Payments by Phone

Fay Servicing, LLC's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. When permitted by applicable law, a fee may apply for this service in the amount of up to $15.00 when being assisted by a live representative. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available. To make a telephone payment or obtain information about free payment options, please contact us at 1-800-495-7166.

## Payments Online

Fay Servicing, LLC Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

## MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

## Activity Since Your Last Statement (04/12/2020 - 05/11/2020)

There were not any  transactions for the statement period.

HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 425 S. Financial St., Suite 2000, Chicago, IL 60605-6011.**

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**
Statement Date 06/10/2020

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
**www.fayservicing.com**

0-775-13935-0023198-005-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

| Account Number | ▉ |
|---|---|
| Payment Due Date | 07/01/2020 |
| **Amount Due** | **$102,024.50** |

*If payment is received after 07/16/2020, $10.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

## Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($31,547.25) |

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $202.41 |
| Interest | $777.51 |
| Escrow (for Taxes and/or Insurance) | $351.23 |
| **Regular Monthly Payment** | **$1,331.15** |
| Overdue Payments | $100,105.35 |
| Total Fees Charged | $588.00 |
| **Total Amount Due** | **$102,024.50** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $102,024.50. If you are unable to pay this amount, please call your account manager to explore your options.
As of June 10, 2020, you are 2079 days delinquent on your mortgage loan.

- Payment Due: 01/01/2020 Unpaid balance of $1,331.15
- Payment Due: 02/01/2020 Unpaid balance of $1,331.15
- Payment Due: 03/01/2020 Unpaid balance of $1,331.15
- Payment Due: 04/01/2020 Unpaid balance of $1,331.15
- Payment Due: 05/01/2020 Unpaid balance of $1,331.15
- Payment Due: 06/01/2020 Unpaid balance of $1,331.15

Total: **$102,024.50 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If the foreclosure process is initiated or a foreclosure sale date is scheduled, this amount may not be sufficient to bring your loan current as additional fees, charges or attorney fees/costs may have been incurred but not yet invoiced or processed. You must reinstate your loan or make other payment arrangements prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
|  | 07/01/2020 | $1,331.15 | $100,105.35 | $588.00 | $102,024.50 |

PO Box 88009
Chicago, IL 60680-1009



| Amount Due | |
|---|---|
| **Due By 07/01/2020:** | **$102,024.50** |
| *If payment is received after 07/16/2020, $10.00 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | **$** |

**Internet Reprint**

## Important Information To Help Us Serve You Better

| **Payments by Phone** | **Payments Online** |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| **Payments via Overnight or Express Mail** | **Correspondence** |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| Attn: Payment Processing | P.O. Box 814609 |
| 1601 LBJ Freeway, Ste. 150 | Dallas, TX 75381-4609 |
| Farmers Branch, TX 75234 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing, LLC's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. When permitted by applicable law, a fee may apply for this service in the amount of up to $15.00 when being assisted by a live representative. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available. To make a telephone payment or obtain information about free payment options, please contact us at 1-800-495-7166.

### Payments Online

Fay Servicing, LLC Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

### Activity Since Your Last Statement (05/12/2020 - 06/10/2020)

| Date | Description | Charges | Disbursements | Payments |
|---|---|---|---|---|
| 05/14/20 | Property Inspection Fee | $14.25 | | |
| 05/29/20 | Foreclosure Attorney Fee | $127.50 | | |
| 05/29/20 | Foreclosure Attorney Fee | $550.00 | | |
| 05/29/20 | Foreclosure Attorney Fee | $687.50 | | |
| 05/29/20 | Foreclosure Attorney Fee | $1,375.00 | | |

**HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.**

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 425 S. Financial St., Suite 2000, Chicago, IL 60605-6011.**

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**
Statement Date 07/11/2020

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
www.fayservicing.com

5-775-14239-0022880-005-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

| | |
|---|---|
| **Account Number** | ▬ |
| **Payment Due Date** | **08/01/2020** |
| **Amount Due** | **$103,355.65** |

*If payment is received after 08/16/2020, $10.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

## Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($31,581.92) |

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $203.19 |
| Interest | $776.73 |
| Escrow (for Taxes and/or Insurance) | $351.23 |
| **Regular Monthly Payment** | **$1,331.15** |
| Overdue Payments | $101,436.50 |
| Total Fees Charged | $588.00 |
| **Total Amount Due** | **$103,355.65** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $103,355.65. If you are unable to pay this amount, please call your account manager to explore your options.

As of July 11, 2020, you are 2110 days delinquent on your mortgage loan.

- Payment Due 02/01/2020 Unpaid balance of $1,331.15
- Payment Due 03/01/2020 Unpaid balance of $1,331.15
- Payment Due 04/01/2020 Unpaid balance of $1,331.15
- Payment Due 05/01/2020 Unpaid balance of $1,331.15
- Payment Due 06/01/2020 Unpaid balance of $1,331.15
- Payment Due 07/01/2020 Unpaid balance of $1,331.15

Total: **$103,355.65 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If the foreclosure process is initiated or a foreclosure sale date is scheduled, this amount may not be sufficient to bring your loan current as additional fees, charges or attorney fees/costs may have been incurred but not yet invoiced or processed. You must reinstate your loan or make other payment arrangements prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
|  | 08/01/2020 | $1,331.15 | $101,436.50 | $588.00 | $103,355.65 |

FAY SERVICING

PO Box 88009
Chicago, IL 60680-1009



| Amount Due | |
|---|---|
| **Due By 08/01/2020:** | **$103,355.65** |
| *If payment is received after 08/16/2020, $10.00 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |

Internet Reprint

## Important Information To Help Us Serve You Better

| **Payments by Phone** | **Payments Online** |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| **Payments via Overnight or Express Mail** | **Correspondence** |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| Attn: Payment Processing | P.O. Box 814609 |
| 1601 LBJ Freeway, Ste. 150 | Dallas, TX 75381-4609 |
| Farmers Branch, TX 75234 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing, LLC's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. When permitted by applicable law, a fee may apply for this service in the amount of up to $15.00 when being assisted by a live representative. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available. To make a telephone payment or obtain information about free payment options, please contact us at 1-800-495-7166.

### Payments Online

Fay Servicing, LLC Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

### Activity Since Your Last Statement (06/11/2020 - 07/11/2020)

| Date | Description | Charges | Disbursements | Payments |
|---|---|---|---|---|
| 06/22/20 | Property Inspection Fee | $14.25 | | |
| 06/23/20 | Mortgage Insurance Paid | | $34.67 | |

**HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.**

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 425 S. Financial St., Suite 2000, Chicago, IL 60605-6011.**

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**
Statement Date 08/10/2020

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
**www.fayservicing.com**

9-775-14596-0022642-005-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

| | |
|---|---|
| **Account Number** | ██████ |
| **Payment Due Date** | 09/01/2020 |
| **Amount Due** | **$104,701.05** |

*If payment is received after 09/16/2020, $10.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

## Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($31,616.59) |
| Recoverable Corporate Advances | $7,544.71 |

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $203.97 |
| Interest | $775.95 |
| Escrow (for Taxes and/or Insurance) | $351.23 |
| **Regular Monthly Payment** | **$1,331.15** |
| Overdue Payments | $102,767.65 |
| Total Fees Charged | $588.00 |
| Recoverable Corporate Advances | $14.25 |
| **Total Amount Due** | **$104,701.05** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $104,701.05. If you are unable to pay this amount, please call your account manager to explore your options.
As of August 10, 2020, you are 2140 days delinquent on your mortgage loan.

- Payment Due: 03/01/2020 Unpaid balance of $1,331.15
- Payment Due: 04/01/2020 Unpaid balance of $1,331.15
- Payment Due: 05/01/2020 Unpaid balance of $1,331.15
- Payment Due: 06/01/2020 Unpaid balance of $1,331.15
- Payment Due: 07/01/2020 Unpaid balance of $1,331.15
- Payment Due: 08/01/2020 Unpaid balance of $1,331.15

Total: **$104,701.05 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If the foreclosure process is initiated or a foreclosure sale date is scheduled, this amount may not be sufficient to bring your loan current as additional fees, charges or attorney fees/costs may have been incurred but not yet invoiced or processed. You must reinstate your loan or make other payment arrangements prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
|  | 09/01/2020 | $1,331.15 | $102,767.65 | $588.00 | $104,701.05 |

PO Box 88009
Chicago, IL 60680-1009



| Amount Due | |
|---|---|
| **Due By 09/01/2020:** | **$104,701.05** |
| *If payment is received after 09/16/2020, $10.00 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |

552

██████████

## Important Information To Help Us Serve You Better

| Payments by Phone | Payments Online |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| Payments via Overnight or Express Mail | Correspondence |
|---|---|
| Fay Servicing, LLC<br>Attn: Payment Processing<br>1601 LBJ Freeway, Ste. 150<br>Farmers Branch, TX 75234 | Fay Servicing, LLC<br>P.O. Box 814609<br>Dallas, TX 75381-4609 |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing, LLC's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. When permitted by applicable law, a fee may apply of this service in the amount of up to $15.00 when being assisted by a live representative. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available. To make a telephone payment or obtain information about free payment options, please contact us at 1-800-495-7166.

### Payments Online

Fay Servicing, LLC Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

### Activity Since Your Last Statement (07/12/2020 - 08/10/2020)

| Date | Description | Charges | Disbursements | Payments |
|---|---|---|---|---|
| 07/21/20 | Mortgage Insurance Paid | | $34.67 | |
| 07/31/20 | Property Inspection Fee | $14.25 | | |

**HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.**

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 425 S. Financial St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**
Statement Date 09/10/2020

7-775-14915-0022053-005-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
www.fayservicing.com

| | |
|---|---|
| **Account Number** | ▅▅▅▅ |
| **Payment Due Date** | **10/01/2020** |
| **Amount Due** | **$106,032.20** |

*If payment is received after 10/16/2020, $10.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

## Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($31,651.26) |
| Recoverable Corporate Advances | $7,558.96 |

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $204.76 |
| Interest | $775.16 |
| Escrow (for Taxes and/or Insurance) | $351.23 |
| **Regular Monthly Payment** | **$1,331.15** |
| Overdue Payments | $104,098.80 |
| Total Fees Charged | $588.00 |
| Recoverable Corporate Advances | $14.25 |
| **Total Amount Due** | **$106,032.20** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $106,032.20. If you are unable to pay this amount, please call your account manager to explore your options.
As of September 10, 2020, you are 2171 days delinquent on your mortgage loan.

- Payment Due: 04/01/2020 Unpaid balance of $1,331.15
- Payment Due: 05/01/2020 Unpaid balance of $1,331.15
- Payment Due: 06/01/2020 Unpaid balance of $1,331.15
- Payment Due: 07/01/2020 Unpaid balance of $1,331.15
- Payment Due: 08/01/2020 Unpaid balance of $1,331.15
- Payment Due: 09/01/2020 Unpaid balance of $1,331.15

Total: **$106,032.20 - You must pay this amount to bring your loan current.**

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If the foreclosure process is initiated or a foreclosure sale date is scheduled, this amount may not be sufficient to bring your loan current as additional fees, charges or attorney fees/costs may have been incurred but not yet invoiced or processed. You must reinstate your loan or make other payment arrangements prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

## FAY SERVICING

IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
|  | 10/01/2020 | $1,331.15 | $104,098.80 | $588.00 | $106,032.20 |

PO Box 88009
Chicago, IL 60680-1009



| Amount Due | |
|---|---|
| **Due By 10/01/2020:** | **$106,032.20** |
| *If payment is received after 10/16/2020, $10.00 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |



Internet Reprint

## Important Information To Help Us Serve You Better

| **Payments by Phone** | **Payments Online** |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| **Payments via Overnight or Express Mail** | **Correspondence** |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| Attn: Payment Processing | P.O. Box 814609 |
| 1601 LBJ Freeway, Ste. 150 | Dallas, TX 75381-4609 |
| Farmers Branch, TX 75234 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing, LLC's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. When permitted by applicable law, a fee may apply for this service in the amount of up to $15.00 when being assisted by a live representative. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available. To make a telephone payment or obtain information about free payment options, please contact us at 1-800-495-7166.

### Payments Online

Fay Servicing, LLC Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

### Activity Since Your Last Statement (08/11/2020 - 09/10/2020)

| Date | Description | Charges | Disbursements | Payments |
|---|---|---|---|---|
| 08/20/20 | Mortgage Insurance Paid | | $34.67 | |
| 08/31/20 | Property Inspection Fee | $14.25 | | |

**HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.**

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 425 S. Financial St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**

Statement Date 10/10/2020

7-775-15250-0021797-005-000-100-000-000

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT Friday, and 10 a.m. - 4 p.m. CT Saturday.
www.fayservicing.com

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME 04042-3613

| Account Number | █████ |
|---|---|
| Payment Due Date | 11/01/2020 |
| **Amount Due** | **$108,296.87** |

*If payment is received after 11/16/2020, $10.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

## Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($31,685.93) |
| Recoverable Corporate Advances | $8,506.73 |

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $205.55 |
| Interest | $774.37 |
| Escrow (for Taxes and/or Insurance) | $351.23 |
| **Regular Monthly Payment** | **$1,331.15** |
| Overdue Payments | $105,429.95 |
| Total Fees Charged | $588.00 |
| Recoverable Corporate Advances | $947.77 |
| **Total Amount Due** | **$108,296.87** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $108,296.87. If you are unable to pay this amount, please call your account manager to explore your options.
As of October 10, 2020, you are 2201 days delinquent on your mortgage loan.

- Payment Due: 05/01/2020 Unpaid balance of $1,331.15
- Payment Due: 06/01/2020 Unpaid balance of $1,331.15
- Payment Due: 07/01/2020 Unpaid balance of $1,331.15
- Payment Due: 08/01/2020 Unpaid balance of $1,331.15
- Payment Due: 09/01/2020 Unpaid balance of $1,331.15
- Payment Due: 10/01/2020 Unpaid balance of $1,331.15

Total: **$108,296.87 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If the foreclosure process is initiated or a foreclosure sale date is scheduled, this amount may not be sufficient to bring your loan current as additional fees, charges or attorney fees/costs may have been incurred but not yet invoiced or processed. You must reinstate your loan or make other payment arrangements prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
| █████ | 11/01/2020 | $1,331.15 | $105,429.95 | $588.00 | $108,296.87 |



PO Box 88009
Chicago, IL 60680-1009

| Amount Due | |
|---|---|
| **Due By 11/01/2020:** | **$108,296.87** |

*If payment is received after 11/16/2020, $10.00 late fee will be charged.*

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |



Internet Reprint

**Important Information To Help Us Serve You Better**

| Payments by Phone | Payments Online |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| **Payments via Overnight or Express Mail** | **Correspondence** |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| Attn: Payment Processing | P.O. Box 814609 |
| 1601 LBJ Freeway, Ste. 150 | Dallas, TX 75381-4609 |
| Farmers Branch, TX 75234 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing, LLC's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. When permitted by applicable law, a fee may apply for this service in the amount of up to $15.00 when being assisted by a live representative. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available. To make a telephone payment or obtain information about free payment options, please contact us at 1-800-495-7166.

### Payments Online

Fay Servicing, LLC Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

| **Activity Since Your Last Statement (09/11/2020 - 10/10/2020)** | | | | |
|---|---|---|---|---|
| Date | Description | Charges | Disbursements | Payments |
| 09/22/20 | Mortgage Insurance Paid | | $34.67 | |
| 10/10/20 | Foreclosure Attorney Fee | $825.00 | | |
| 10/10/20 | Foreclosure Fees & Costs | $47.77 | | |
| 10/10/20 | Foreclosure Fees & Costs | $75.00 | | |

**HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.**

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 425 S. Financial St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**
Statement Date 11/10/2020

0-775-15601-0021456-005-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
www.fayservicing.com

| | |
|---|---|
| **Account Number** | ▇▇▇▇ |
| **Payment Due Date** | **12/01/2020** |
| **Amount Due** | **$108,983.75** |

*If payment is received after 12/16/2020, $10.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

## Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($33,032.19) |
| Recoverable Corporate Advances | $8,810.23 |

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $206.34 |
| Interest | $773.58 |
| Escrow (for Taxes and/or Insurance) | $351.23 |
| **Regular Monthly Payment** | **$1,331.15** |
| Overdue Payments | $106,761.10 |
| Total Fees Charged | $588.00 |
| Recoverable Corporate Advances | $303.50 |
| **Total Amount Due** | **$108,983.75** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $108,983.75. If you are unable to pay this amount, please call your account manager to explore your options.

As of November 10, 2020, you are 2232 days delinquent on your mortgage loan.

- Payment Due: 06/01/2020 Unpaid balance of $1,331.15
- Payment Due: 07/01/2020 Unpaid balance of $1,331.15
- Payment Due: 08/01/2020 Unpaid balance of $1,331.15
- Payment Due: 09/01/2020 Unpaid balance of $1,331.15
- Payment Due: 10/01/2020 Unpaid balance of $1,331.15
- Payment Due: 11/01/2020 Unpaid balance of $1,331.15

Total: **$108,983.75 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If the foreclosure process is initiated or a foreclosure sale date is scheduled, this amount may not be sufficient to bring your loan current as additional fees, charges or attorney fees/costs may have been incurred but not yet invoiced or processed. You must reinstate your loan or make other payment arrangements prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
| ▇▇▇▇ | 12/01/2020 | $1,331.15 | $106,761.10 | $588.00 | $108,983.75 |



PO Box 88009
Chicago, IL 60680-1009



| Amount Due | |
|---|---|
| **Due By 12/01/2020:** | **$108,983.75** |
| *If payment is received after 12/16/2020, $10.00 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |

Internet Reprint

## Important Information To Help Us Serve You Better

| **Payments by Phone** | **Payments Online** |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| **Payments via Overnight or Express Mail** | **Correspondence** |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| Attn: Payment Processing | P.O. Box 814609 |
| 1601 LBJ Freeway, Ste. 150 | Dallas, TX 75381-4609 |
| Farmers Branch, TX 75234 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence.*

### Payments by Phone

Fay Servicing, LLC's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. When permitted by applicable law, a fee may apply for this service in the amount of up to $15.00 when being assisted by a live representative. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available. To make a telephone payment or obtain information about free payment options, please contact us at 1-800-495-7166.

### Payments Online

Fay Servicing, LLC Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

### Activity Since Your Last Statement (10/11/2020 - 11/10/2020)

| Date | Description | Charges | Disbursements | Payments |
|---|---|---|---|---|
| 10/12/20 | Property Inspection Fee | $14.25 | | |
| 10/28/20 | Township Tax Paid | | $1,311.59 | |
| 10/29/20 | Mortgage Insurance Paid | | $34.67 | |
| 11/02/20 | Property Inspection Fee | $14.25 | | |
| 11/10/20 | Foreclosure Attorney Fee | $275.00 | | |

**HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.**

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 425 S. Financial St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

**FAY SERVICING**
P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**
Statement Date 12/10/2020

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
**www.fayservicing.com**

4-775-15957-0021042-005-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

| | |
|---|---|
| **Account Number** | ███ |
| **Payment Due Date** | 01/01/2021 |
| **Amount Due** | **$110,057.43** |

*If payment is received after 01/16/2021, $10.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

## Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($33,066.86) |
| Recoverable Corporate Advances | $8,824.48 |

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $207.13 |
| Interest | $772.79 |
| Escrow (for Taxes and/or Insurance) | $383.01 |
| **Regular Monthly Payment** | **$1,362.93** |
| Overdue Payments | $108,092.25 |
| Total Fees Charged | $588.00 |
| Recoverable Corporate Advances | $14.25 |
| **Total Amount Due** | **$110,057.43** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $110,057.43. If you are unable to pay this amount, please call your account manager to explore your options.
As of December 10, 2020, you are 2262 days delinquent on your mortgage loan.

- Payment Due: 07/01/2020 Unpaid balance of $1,331.15
- Payment Due: 08/01/2020 Unpaid balance of $1,331.15
- Payment Due: 09/01/2020 Unpaid balance of $1,331.15
- Payment Due: 10/01/2020 Unpaid balance of $1,331.15
- Payment Due: 11/01/2020 Unpaid balance of $1,331.15
- Payment Due: 12/01/2020 Unpaid balance of $1,331.15

Total: **$110,057.43 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If the foreclosure process is initiated or a foreclosure sale date is scheduled, this amount may not be sufficient to bring your loan current as additional fees, charges or attorney fees/costs may have been incurred but not yet invoiced or processed. You must reinstate your loan or make other payment arrangements prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
| ███ | 01/01/2021 | $1,362.93 | $108,092.25 | $588.00 | $110,057.43 |



PO Box 88009
Chicago, IL 60680-1009

| Amount Due | |
|---|---|
| **Due By 01/01/2021:** | **$110,057.43** |
| *If payment is received after 01/16/2021, $10.00 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |



Internet Reprint

**Important Information To Help Us Serve You Better**

| | |
|---|---|
| **Payments by Phone** | **Payments Online** |
| (800) 495-7166 | www.fayservicing.com |
| **Payments via Overnight or Express Mail** | **Correspondence** |
| Fay Servicing, LLC | Fay Servicing, LLC |
| Attn: Payment Processing | P.O. Box 814609 |
| 1601 LBJ Freeway, Ste. 150 | Dallas, TX 75381-4609 |
| Farmers Branch, TX 75234 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence. Payments must be received by the timeframe outlined below in order to be credited to your loan the same business day. Payments received after these times will be credited the following business day.*
*Mail 4:00 p.m. CST*
*Web or pay by phone 9:00 p.m. CST*

## Payments by Phone

Fay Servicing, LLC's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. When permitted by applicable law, a fee may apply for this service in the amount of up to $15.00 when being assisted by a live representative. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available. To make a telephone payment or obtain information about free payment options, please contact us at 1-800-495-7166.

## Payments Online

Fay Servicing, LLC Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

## MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

### Activity Since Your Last Statement (11/11/2020 - 12/10/2020)

| Date | Description | Charges | Disbursements | Payments |
|---|---|---|---|---|
| 11/19/20 | Mortgage Insurance Paid | | $34.67 | |
| 12/10/20 | Property Inspection Fee | $14.25 | | |

**HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.**

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 425 S. Financial St., Suite 2000, Chicago, IL 60605-6011.**

**FAY SERVICING**
P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**
Statement Date 01/11/2021

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
www.fayservicing.com

0-775-16365-0019691-004-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

| | |
|---|---|
| **Account Number** | ▮ |
| **Payment Due Date** | 02/01/2021 |
| **Amount Due** | **$111,406.11** |

*If payment is received after 02/16/2021, $10.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

### Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($33,101.53) |
| Recoverable Corporate Advances | $8,824.48 |

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $207.93 |
| Interest | $771.99 |
| Escrow (for Taxes and/or Insurance) | $383.01 |
| **Regular Monthly Payment** | **$1,362.93** |
| Overdue Payments | $109,455.18 |
| Total Fees Charged | $588.00 |
| **Total Amount Due** | **$111,406.11** |

### Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

### Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $111,406.11. If you are unable to pay this amount, please call your account manager to explore your options.
As of January 11, 2021, you are 2294 days delinquent on your mortgage loan.
- Payment Due: 08/01/2020 Unpaid balance of $1,331.15
- Payment Due: 09/01/2020 Unpaid balance of $1,331.15
- Payment Due: 10/01/2020 Unpaid balance of $1,331.15
- Payment Due: 11/01/2020 Unpaid balance of $1,331.15
- Payment Due: 12/01/2020 Unpaid balance of $1,331.15
- Payment Due: 01/01/2021 Unpaid balance of $1,362.93

Total: **$111,406.11 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If the foreclosure process is initiated or a foreclosure sale date is scheduled, this amount may not be sufficient to bring your loan current as additional fees, charges or attorney fees/costs may have been incurred but not yet invoiced or processed. You must reinstate your loan or make other payment arrangements prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
|  | 02/01/2021 | $1,362.93 | $109,455.18 | $588.00 | $111,406.11 |

PO Box 88009
Chicago, IL 60680-1009

| Amount Due | |
|---|---|
| **Due By 02/01/2021:** | **$111,406.11** |

*If payment is received after 02/16/2021, $10.00 late fee will be charged.*

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |



Internet Reprint

**Important Information To Help Us Serve You Better**

| Payments by Phone | Payments Online |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| Payments via Overnight or Express Mail | Correspondence |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| Attn: Payment Processing | P.O. Box 814609 |
| 1601 LBJ Freeway, Ste. 150 | Dallas, TX 75381-4609 |
| Farmers Branch, TX 75234 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence. Payments must be received by the timeframe outlined below in order to be credited to your loan the same business day. Payments received after these times will be credited the following business day.*
*Mail 4:00 p.m. CST*
*Web or pay by phone 9:00 p.m. CST*

## Payments by Phone

Fay Servicing, LLC's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. When permitted by applicable law, a fee may apply for this service in the amount of up to $15.00 when being assisted by a live representative. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available. To make a telephone payment or obtain information about free payment options, please contact us at 1-800-495-7166.

## Payments Online

Fay Servicing, LLC Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

## MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

### Activity Since Your Last Statement (12/11/2020 - 01/11/2021)

| Date | Description | Charges | Disbursements | Payments |
|---|---|---|---|---|
| 12/24/20 | Mortgage Insurance Paid | | $34.67 | |

**HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.**

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 425 S. Financial St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**
Statement Date 02/10/2021

0-775-16767-0020413-005-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
**www.fayservicing.com**

| | |
|---|---|
| **Account Number** | ■■■■ |
| **Payment Due Date** | 03/01/2021 |
| **Amount Due** | **$112,789.04** |

*If payment is received after 03/16/2021, $10.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04642

### Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($33,136.20) |
| Recoverable Corporate Advances | $8,844.48 |

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $208.73 |
| Interest | $771.19 |
| Escrow (for Taxes and/or Insurance) | $383.01 |
| **Regular Monthly Payment** | **$1,362.93** |
| Overdue Payments | $110,818.11 |
| Total Fees Charged | $588.00 |
| Recoverable Corporate Advances | $20.00 |
| **Total Amount Due** | **$112,789.04** |

### Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

### Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $112,789.04. If you are unable to pay this amount, please call your account manager to explore your options.
As of February 10, 2021, you are 2324 days delinquent on your mortgage loan.

- Payment Due: 09/01/2020 Unpaid balance of $1,331.15
- Payment Due: 10/01/2020 Unpaid balance of $1,331.15
- Payment Due: 11/01/2020 Unpaid balance of $1,331.15
- Payment Due: 12/01/2020 Unpaid balance of $1,331.15
- Payment Due: 01/01/2021 Unpaid balance of $1,362.93
- Payment Due: 02/01/2021 Unpaid balance of $1,362.93

Total: **$112,789.04 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If the foreclosure process is initiated or a foreclosure sale date is scheduled, this amount may not be sufficient to bring your loan current as additional fees, charges or attorney fees/costs may have been incurred but not yet invoiced or processed. You must reinstate your loan or make other payment arrangements prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
| ■■■■ | 03/01/2021 | $1,362.93 | $110,818.11 | $588.00 | $112,789.04 |



PO Box 88009
Chicago, IL 60680-1009

| Amount Due | |
|---|---|
| **Due By 03/01/2021:** | **$112,789.04** |
| *If payment is received after 03/16/2021, $10.00 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |



Internet Reprint

**Important Information To Help Us Serve You Better**

| **Payments by Phone** | **Payments Online** |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| **Payments via Overnight or Express Mail** | **Correspondence** |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| Attn: Payment Processing | P.O. Box 814609 |
| 1601 LBJ Freeway, Ste. 150 | Dallas, TX 75381-4609 |
| Farmers Branch, TX 75234 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence. Payments must be received by the timeframe outlined below in order to be credited to your loan the same business day. Payments received after these times will be credited the following business day.*
*Mail 4:00 p.m. CST*
*Web or pay by phone 9:00 p.m. CST*

## Payments by Phone
Fay Servicing, LLC's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. When permitted by applicable law, a fee may apply for this service in the amount of up to $15.00 when being assisted by a live representative. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available. To make a telephone payment or obtain information about free payment options, please contact us at 1-800-495-7166.

## Payments Online
Fay Servicing, LLC Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

## MoneyGram Express Payment
MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

### Activity Since Your Last Statement (01/12/2021 - 02/10/2021)

| Date | Description | Charges | Disbursements | Payments |
|---|---|---|---|---|
| 01/27/21 | Mortgage Insurance Paid | | $34.67 | |
| 02/10/21 | Property Inspection Fee | $20.00 | | |

**HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.**

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 425 S. Financial St., Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**
Statement Date 03/10/2021

If you have questions or concerns about your statement,
please contact us at 1-800-495-7166 between the hours of
8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. -
5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
**www.fayservicing.com**

1-775-17159-0020056-005-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

| | |
|---|---|
| **Account Number** | ▮▮▮▮ |
| **Payment Due Date** | 04/01/2021 |
| **Amount Due** | **$114,131.97** |

*If payment is received after 04/16/2021, $10.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

## Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($34,550.87) |
| Recoverable Corporate Advances | $8,844.48 |

We may report information about your account to credit bureaus.
Late payments, missed payments, or other defaults on your account
may be reflected in your credit report.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $209.54 |
| Interest | $770.38 |
| Escrow (for Taxes and/or Insurance) | $383.01 |
| **Regular Monthly Payment** | **$1,362.93** |
| Overdue Payments | $112,181.04 |
| Total Fees Charged | $588.00 |
| **Total Amount Due** | **$114,131.97** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may
risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $114,131.97. If you are unable to pay this amount, please call your
account manager to explore your options.
As of March 10, 2021, you are 2352 days delinquent on your mortgage loan.

- Payment Due: 10/01/2020 Unpaid balance of $1,331.15
- Payment Due: 11/01/2020 Unpaid balance of $1,331.15
- Payment Due: 12/01/2020 Unpaid balance of $1,331.15
- Payment Due: 01/01/2021 Unpaid balance of $1,362.93
- Payment Due: 02/01/2021 Unpaid balance of $1,362.93
- Payment Due: 03/01/2021 Unpaid balance of $1,362.93

Total: **$114,131.97 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If the foreclosure process is initiated or a foreclosure sale date is scheduled, this amount may not be sufficient to bring your loan current as additional fees,
charges or attorney fees/costs may have been incurred but not yet invoiced or processed. You must reinstate your loan or make other payment arrangements prior
to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

## FAY SERVICING

IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
| ▮▮▮▮ | 04/01/2021 | $1,362.93 | $112,181.04 | $588.00 | $114,131.97 |

FAY SERVICING
PO Box 88009
Chicago, IL 60680-1009

| Amount Due | |
|---|---|
| **Due By 04/01/2021:** | **$114,131.97** |
| *If payment is received after 04/16/2021, $10.00 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |






Internet Reprint

**Important Information To Help Us Serve You Better**

| | |
|---|---|
| **Payments by Phone** | **Payments Online** |
| (800) 495-7166 | www.fayservicing.com |
| **Payments via Overnight or Express Mail** | **Correspondence** |
| Fay Servicing, LLC | Fay Servicing, LLC |
| Attn: Payment Processing | P.O. Box 814609 |
| 1601 LBJ Freeway, Ste. 150 | Dallas, TX 75381-4609 |
| Farmers Branch, TX 75234 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence. Payments must be received by the timeframe outlined below in order to be credited to your loan the same business day. Payments received after these times will be credited the following business day.*
*Mail 4:00 p.m. CST*
*Web or pay by phone 9:00 p.m. CST*

## Payments by Phone

Fay Servicing, LLC's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. When permitted by applicable law, a fee may apply for this service in the amount of up to $15.00 when being assisted by a live representative. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available. To make a telephone payment or obtain information about free payment options, please contact us at 1-800-495-7166.

## Payments Online

Fay Servicing, LLC Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

## MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

### Activity Since Your Last Statement (02/11/2021 - 03/10/2021)

| Date | Description | Charges | Disbursements | Payments |
|---|---|---|---|---|
| 02/24/21 | Mortgage Insurance Paid | | $34.67 | |
| 02/25/21 | Hazard Insurance Paid | | $1,380.00 | |

**HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.**

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 425 S. Financial St., Suite 2000, Chicago, IL 60605-6011.**

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**
Statement Date 04/10/2021

7-775-17562-0019623-004-000-100-000-000

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT Friday, and 10 a.m. - 4 p.m. CT Saturday.
www.fayservicing.com

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME 04042-3613

| | |
|---|---|
| **Account Number** | ▇▇▇▇ |
| **Payment Due Date** | 05/01/2021 |
| **Amount Due** | **$115,514.90** |

*If payment is received after 05/16/2021, $10.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

## Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($34,585.54) |
| Recoverable Corporate Advances | $8,864.48 |

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $210.35 |
| Interest | $769.57 |
| Escrow (for Taxes and/or Insurance) | $383.01 |
| **Regular Monthly Payment** | **$1,362.93** |
| Overdue Payments | $113,543.97 |
| Total Fees Charged | $588.00 |
| Recoverable Corporate Advances | $20.00 |
| **Total Amount Due** | **$115,514.90** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk foreclosure - the loss of your home. The amount needed to cure the delinquency is $115,514.90. If you are unable to pay this amount, please call your account manager to explore your options.

As of April 10, 2021, you are 2383 days delinquent on your mortgage loan.

- Payment Due: 11/01/2020 Unpaid balance of $1,331.15
- Payment Due: 12/01/2020 Unpaid balance of $1,331.15
- Payment Due: 01/01/2021 Unpaid balance of $1,362.93
- Payment Due: 02/01/2021 Unpaid balance of $1,362.93
- Payment Due: 03/01/2021 Unpaid balance of $1,362.93
- Payment Due: 04/01/2021 Unpaid balance of $1,362.93

Total: **$115,514.90 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If the foreclosure process is initiated or a foreclosure sale date is scheduled, this amount may not be sufficient to bring your loan current as additional fees, charges or attorney fees/costs may have been incurred but not yet invoiced or processed. You must reinstate your loan or make other payment arrangements prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
| ▇▇▇▇ | 05/01/2021 | $1,362.93 | $113,543.97 | $588.00 | $115,514.90 |



PO Box 88009
Chicago, IL 60680-1009

| Amount Due | |
|---|---|
| **Due By 05/01/2021:** | **$115,514.90** |
| *If payment is received after 05/16/2021, $10.00 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |



Internet Reprint

## Important Information To Help Us Serve You Better

| Payments by Phone | Payments Online |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| Payments via Overnight or Express Mail | Correspondence |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| Attn: Payment Processing | P.O. Box 814609 |
| 1601 LBJ Freeway, Ste. 150 | Dallas, TX 75381-4609 |
| Farmers Branch, TX 75234 | |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence. Payments must be received by the timeframe outlined below in order to be credited to your loan the same business day. Payments received after these times will be credited the following business day.*
*Mail 4:00 p.m. CST*
*Web or pay by phone 9:00 p.m. CST*

### Payments by Phone

Fay Servicing, LLC's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. When permitted by applicable law, a fee may apply for this service in the amount of up to $15.00 when being assisted by a live representative. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available. To make a telephone payment or obtain information about free payment options, please contact us at 1-800-495-7166.

### Payments Online

Fay Servicing, LLC Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

### Activity Since Your Last Statement (03/11/2021 - 04/10/2021)

| Date | Description | Charges | Disbursements | Payments |
|---|---|---|---|---|
| 03/15/21 | Property Inspection Fee | $20.00 | | |
| 03/29/21 | Mortgage Insurance Paid | | $34.67 | |

**HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.**

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 A.M. - 9 P.M. Friday 8:30 A.M. - 5 P.M., and Saturday 10 A.M. - 4 P.M. CST. Call today: 1-800-495-7166. NMLS ID# 88244. NC residents: NC Permit Number 112302. CA borrowers: CRMLA License Number 4130976 and CFL License Number 60DBO-82792. Fay Servicing, LLC, 425 S. Financial Place, Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**
Statement Date 05/10/2021

9-775-18019-0019326-004-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
www.fayservicing.com

| | |
|---|---|
| **Account Number** | ███ |
| **Payment Due Date** | 06/01/2021 |
| **Amount Due** | **$116,877.83** |

*If payment is received after 06/16/2021, $49.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

### Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($35,931.80) |
| Recoverable Corporate Advances | $8,884.48 |

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $211.16 |
| Interest | $768.76 |
| Escrow (for Taxes and/or Insurance) | $383.01 |
| **Regular Monthly Payment** | **$1,362.93** |
| Overdue Payments | $114,906.90 |
| Total Fees Charged | $588.00 |
| Recoverable Corporate Advances | $20.00 |
| **Total Amount Due** | **$116,877.83** |

### Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

### Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $116,877.83. If you are unable to pay this amount, please call your account manager to explore your options.
As of May 10, 2021, you are 2413 days delinquent on your mortgage loan.

- Payment Due: 12/01/2020 Unpaid balance of $1,331.15
- Payment Due: 01/01/2021 Unpaid balance of $1,362.93
- Payment Due: 02/01/2021 Unpaid balance of $1,362.93
- Payment Due: 03/01/2021 Unpaid balance of $1,362.93
- Payment Due: 04/01/2021 Unpaid balance of $1,362.93
- Payment Due: 05/01/2021 Unpaid balance of $1,362.93

Total: **$116,877.83 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If the foreclosure process is initiated or a foreclosure sale date is scheduled, this amount may not be sufficient to bring your loan current as additional fees, charges or attorney fees/costs may have been incurred but not yet invoiced or processed. You must reinstate your loan or make other payment arrangements prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
|  | 06/01/2021 | $1,362.93 | $114,906.90 | $588.00 | $116,877.83 |

PO Box 88009
Chicago, IL 60680-1009

| Amount Due | |
|---|---|
| **Due By 06/01/2021:** | **$116,877.83** |

*If payment is received after 06/16/2021, $49.00 late fee will be charged.*

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | **$** |



Internet Reprint

**Important Information To Help Us Serve You Better**

| Payments by Phone | Payments Online |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| Payments via Overnight or Express Mail | Correspondence |
|---|---|
| Fay Servicing, LLC<br>Attn: Payment Processing<br>1601 LBJ Freeway, Ste. 150<br>Farmers Branch, TX 75234 | Fay Servicing, LLC<br>P.O. Box 814609<br>Dallas, TX 75381-4609 |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence. Payments must be received by the timeframe outlined below in order to be credited to your loan the same business day. Payments received after these times will be credited the following business day.*
*Mail 4:00 p.m. CST*
*Web or pay by phone 9:00 p.m. CST*

### Payments by Phone

Fay Servicing, LLC's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. When permitted by applicable law, a fee may apply for this service in the amount of up to $15.00 when being assisted by a live representative. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available. To make a telephone payment or obtain information about free payment options, please contact us at 1-800-495-7166.

### Payments Online

Fay Servicing, LLC Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

### Activity Since Your Last Statement (04/11/2021 - 05/10/2021)

| Date | Description | Charges | Disbursements | Payments |
|---|---|---|---|---|
| 04/12/21 | Property Inspection Fee | $20.00 | | |
| 04/21/21 | Township Tax Paid | | $1,311.59 | |
| 04/24/21 | Mortgage Insurance Paid | | $34.67 | |

**HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.**

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 A.M. - 9 P.M. Friday 8:30 A.M. - 5 P.M., and Saturday 10 A.M. - 4 P.M. CST. Call today: 1-800-495-7166. NMLS ID# 88244. NC residents: NC Permit Number 112302. CA borrowers: CRMLA License Number 4130976 and CFL License Number 60DBO-82792. Fay Servicing, LLC, 425 S. Financial Place, Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**
Statement Date 06/10/2021

3-775-18499-0018960-004-000-100-000-000

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT  Friday, and 10 a.m. - 4 p.m. CT Saturday.
**www.fayservicing.com**

| | |
|---|---|
| **Account Number** | |
| **Payment Due Date** | 07/01/2021 |
| **Amount Due** | **$118,460.76** |

*If payment is received after 07/16/2021, $49.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

## Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($35,966.47) |
| Recoverable Corporate Advances | $9,124.48 |

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $211.97 |
| Interest | $767.95 |
| Escrow (for Taxes and/or Insurance) | $383.01 |
| **Regular Monthly Payment** | **$1,362.93** |
| Overdue Payments | $116,269.83 |
| Total Fees Charged | $588.00 |
| Recoverable Corporate Advances | $240.00 |
| **Total Amount Due** | **$118,460.76** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $118,460.76. If you are unable to pay this amount, please call your account manager to explore your options.
As of June 10, 2021, you are 2444 days delinquent on your mortgage loan.

- Payment Due: 01/01/2021 Unpaid balance of $1,362.93
- Payment Due: 02/01/2021 Unpaid balance of $1,362.93
- Payment Due: 03/01/2021 Unpaid balance of $1,362.93
- Payment Due: 04/01/2021 Unpaid balance of $1,362.93
- Payment Due: 05/01/2021 Unpaid balance of $1,362.93
- Payment Due: 06/01/2021 Unpaid balance of $1,362.93

Total: **$118,460.76 - You must pay this amount to bring your loan current.**

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If the foreclosure process is initiated or a foreclosure sale date is scheduled, this amount may not be sufficient to bring your loan current as additional fees, charges or attorney fees/costs may have been incurred but not yet invoiced or processed. You must reinstate your loan or make other payment arrangements prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
|  | 07/01/2021 | $1,362.93 | $116,269.83 | $588.00 | $118,460.76 |

PO Box 88009
Chicago, IL 60680-1009



| Amount Due | |
|---|---|
| **Due By 07/01/2021:** | **$118,460.76** |
| *If payment is received after 07/16/2021, $49.00 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |

Internet Reprint

**Important Information To Help Us Serve You Better**

| Payments by Phone | Payments Online |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| Payments via Overnight or Express Mail | Correspondence |
|---|---|
| Fay Servicing, LLC<br>Attn: Payment Processing<br>1601 LBJ Freeway, Ste. 150<br>Farmers Branch, TX 75234 | Fay Servicing, LLC<br>P.O. Box 814609<br>Dallas, TX 75381-4609 |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence. Payments must be received by the timeframe outlined below in order to be credited to your loan the same business day. Payments received after these times will be credited the following business day.*
*Mail 4:00 p.m. CST*
*Web or pay by phone 9:00 p.m. CST*

## Payments by Phone

Fay Servicing, LLC's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. When permitted by applicable law, a fee may apply for this service in the amount of up to $15.00 when being assisted by a live representative. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available. To make a telephone payment or obtain information about free payment options, please contact us at 1-800-495-7166.

## Payments Online

Fay Servicing, LLC Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

## MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

### Activity Since Your Last Statement (05/11/2021 - 06/10/2021)

| Date | Description | Charges | Disbursements | Payments |
|---|---|---|---|---|
| 05/12/21 | Foreclosure Attorney Fee | $220.00 | | |
| 05/19/21 | Property Inspection Fee | $20.00 | | |
| 05/24/21 | Mortgage Insurance Paid | | $34.67 | |

**HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.**

**Complaints: As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:**

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 A.M. - 9 P.M. Friday 8:30 A.M. - 5 P.M., and Saturday 10 A.M. - 4 P.M. CST. Call today: 1-800-495-7166. NMLS ID# 88244. NC residents: NC Permit Number 112302. CA borrowers: CRMLA License Number 4130976 and CFL License Number 60DBO-82792. Fay Servicing, LLC, 425 S. Financial Place, Suite 2000, Chicago, IL 60605-6011.**

Representation Of Printed Document

# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**
Statement Date 07/10/2021

2-775-19035-0018668-004-000-100-000-000

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT Friday, and 10 a.m. - 4 p.m. CT Saturday.
**www.fayservicing.com**

IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER ME  04042-3613

| | |
|---|---|
| **Account Number** | ▮▮▮ |
| **Payment Due Date** | 08/01/2021 |
| **Amount Due** | **$119,603.69** |

*If payment is received after 08/16/2021, $49.00 late fee will be charged.*

Property Address:

334 DEERWANDER RD
HOLLIS CENTER ME 04042

## Account Information

| | |
|---|---|
| Outstanding Principal | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Current Interest Rate | 4.62500% |
| Escrow Balance | ($36,001.14) |
| Recoverable Corporate Advances | $9,144.48 |

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $212.79 |
| Interest | $767.13 |
| Escrow (for Taxes and/or Insurance) | $383.01 |
| **Regular Monthly Payment** | **$1,362.93** |
| Overdue Payments | $117,632.76 |
| Total Fees Charged | $588.00 |
| Recoverable Corporate Advances | $20.00 |
| **Total Amount Due** | **$119,603.69** |

## Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Suspense (Unapplied Funds) | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk  foreclosure - the loss of your home. The amount needed to cure the delinquency is $119,603.69. If you are unable to pay this amount, please call your account manager to explore your options.
As of July 10, 2021, you are 2474 days delinquent on your mortgage loan.

- Payment Due: 02/01/2021 Unpaid balance of $1,362.93
- Payment Due: 03/01/2021 Unpaid balance of $1,362.93
- Payment Due: 04/01/2021 Unpaid balance of $1,362.93
- Payment Due: 05/01/2021 Unpaid balance of $1,362.93
- Payment Due: 06/01/2021 Unpaid balance of $1,362.93
- Payment Due: 07/01/2021 Unpaid balance of $1,362.93

Total: **$119,603.69 - You must pay this amount to bring your loan current.**

**We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.**

If you are experiencing financial difficulty, see back for information about home ownership counseling.

The total amount due includes fees and other charges in the amount of $588.00.

If the foreclosure process is initiated or a foreclosure sale date is scheduled, this amount may not be sufficient to bring your loan current as additional fees, charges or attorney fees/costs may have been incurred but not yet invoiced or processed. You must reinstate your loan or make other payment arrangements prior to the foreclosure sale date to avoid foreclosure. Please call us at 1-800-495-7166 to obtain the amount necessary to reinstate your loan.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

# FAY SERVICING

IV HENRY HOWE W
MELANIE B HOWE

| Account Number | Due Date | Regular Payment | Past Due | Other Amounts | Total Due |
|---|---|---|---|---|---|
| ▮▮▮ | 08/01/2021 | $1,362.93 | $117,632.76 | $588.00 | $119,603.69 |

# FAY SERVICING

PO Box 88009
Chicago, IL 60680-1009



| Amount Due | |
|---|---|
| **Due By 08/01/2021:** | **$119,603.69** |
| *If payment is received after 08/16/2021, $49.00 late fee will be charged.* | |
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |

Internet Reprint

## Important Information To Help Us Serve You Better

| Payments by Phone | Payments Online |
|---|---|
| (800) 495-7166 | www.fayservicing.com |

| Payments via Overnight or Express Mail | Correspondence |
|---|---|
| Fay Servicing, LLC<br>Attn: Payment Processing<br>1601 LBJ Freeway, Ste. 150<br>Farmers Branch, TX 75234 | Fay Servicing, LLC<br>P.O. Box 814609<br>Dallas, TX 75381-4609 |
| Payments cannot be made in person at this location | |

*Remember to include your name and account number on all payment remittances and written correspondence. Payments must be received by the timeframe outlined below in order to be credited to your loan the same business day. Payments received after these times will be credited the following business day.*
*Mail 4:00 p.m. CST*
*Web or pay by phone 9:00 p.m. CST*

### Payments by Phone

Fay Servicing, LLC's Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number 1-800-495-7166 to perform real-time, confidential mortgage payment transactions. When permitted by applicable law, a fee may apply for this service in the amount of up to $15.00 when being assisted by a live representative. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available. To make a telephone payment or obtain information about free payment options, please contact us at 1-800-495-7166.

### Payments Online

Fay Servicing, LLC Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

### MoneyGram Express Payment

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

### Activity Since Your Last Statement (06/11/2021 - 07/10/2021)

| Date | Description | Charges | Disbursements | Payments |
|---|---|---|---|---|
| 06/21/21 | Property Inspection Fee | $20.00 | | |
| 06/24/21 | Mortgage Insurance Paid | | $34.67 | |

**HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.**

**Complaints:** As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:

**Fay Servicing, LLC**
**901 S. 2nd Street, Suite 201**
**Springfield, IL 62704**

**Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 A.M. - 9 P.M. Friday 8:30 A.M. - 5 P.M., and Saturday 10 A.M. - 4 P.M. CST. Call today: 1-800-495-7166. NMLS ID# 88244. NC residents: NC Permit Number 112302. CA borrowers: CRMLA License Number 4130976 and CFL License Number 60DBO-82792. Fay Servicing, LLC, 425 S. Financial Place, Suite 2000, Chicago, IL 60605-6011.**

# MORTGAGE STATEMENT

## Statement Date: August 10, 2021



P.O. Box 111209 Nashville, TN 37222
**Return Service Only - Please do not send mail to this address**

**RETURN SERVICE REQUESTED**

015058
IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER, ME  04042

Online: www.fayservicing.com

8am-9pm CST Mon-Thur. and 8:00am-5pm CST Fri. and 9-1pm CST on Sat
Phone: (800) 495-7166
Fax: (630) 282-7548

**Payments**
PO Box 88009
Chicago, IL 60680-1009

Property Address:
334  DEERWANDER RD
HOLLIS CENTER, ME 04042

| Loan Number: | |
|---|---|
| Next Payment Due Date: | 09/01/2021 |
| **Amount Due:** | **$130,111.10** |

*If payment is received after 09/16/2021, a late fee of $49.00 will be charged.*

| Account Information | |
|---|---|
| Loan Due Date | 10/01/2014 |
| Outstanding Principal Balance[1] | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Interest Rate | 4.625% |
| Prepayment Penalty | No |
| Escrow Balance | -$36,035.81 |
| Recoverable Corporate Advances | $9,164.48 |

[1] Please note, the balance on your billing statement is NOT your payoff amount. If you want to payoff your loan, you can request a payoff quote via our website www.fayservicing.com, fax a request to (630) 282-7548, or contact our Customer Service Department at (800) 495-7166.

| Explanation of Amount Due | |
|---|---|
| Principal | $213.61 |
| Interest | $766.31 |
| Escrow (Taxes and Insurance) | $383.01 |
| **Regular Monthly Payment** | **$1,362.93** |
| Overdue Payment(s) | $118,995.69 |
| Total Fees or Charges | $588.00 |
| Recoverable Corporate Advance Balance | $9,164.48 |
| Suspense (Unapplied Funds) | ($0.00) |
| **Total Amount Due** | **$130,111.10** |

### Transaction Activity (07/11/21 - 08/10/21)

| Date Paid | Description | Principal | Interest | Escrow | Additional Monthly Amount | Charges and Fees | Partial Payment (Unapplied) | Total |
|---|---|---|---|---|---|---|---|---|
| 07/27/21 | PROPERTY INSPECTION FEE | $0.00 | $0.00 | $0.00 | $0.00 | -$20.00 | $0.00 | -$20.00 |
| 07/27/21 | MORTGAGE INSURANCE PAID | $0.00 | $0.00 | -$34.67 | $0.00 | $0.00 | $0.00 | -$34.67 |

### Special Messages

| Past Payments Breakdown | | |
|---|---|---|
| | Paid Since Last Statement | Paid Year to Date |
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total Payment** | **$0.00** | **$0.00** |

#### Important Information about Partial Payments

* Partial Payments are not applied to your mortgage, but instead are held in a separate unapplied account. If you pay the balance of a partial payment, the unapplied funds will then be added to your mortgage.  Adverse credit reporting, late charges and property inspections may occur as a result of the delinquency.

### Delinquency Notice

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk foreclosure - the loss of your home. The amount needed to cure the delinquency is $130,111.10. If you are unable to pay this amount, please call your account manager to explore your options.

As of 08/10/2021 you are 2505 days delinquent on your mortgage loan.

#### Recent Account History

* Payment Due 03/01/21 Unpaid Amount of $1,362.93.
* Payment Due 04/01/21 Unpaid Amount of $1,362.93.
* Payment Due 05/01/21 Unpaid Amount of $1,362.93.
* Payment Due 06/01/21 Unpaid Amount of $1,362.93.
* Payment Due 07/01/21 Unpaid Amount of $1,362.93.
* Payment Due 08/01/21 Unpaid Amount of $1,362.93.
Current Payment Due 09/01/21: $1,362.93.
**Total: $130,111.10. You must pay this amount to bring your loan current.**
**If You Are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

*Please detach bottom portion and return with your payment.*

---

## PAYMENT COUPON

### $130,111.10

| Amount Due | |
|---|---|
| Loan Number | |
| Borrower | IV HENRY HOWE W |
| Co-Borrower | MELANIE B HOWE |
| **Amount Due** | **$130,111.10** |
| Due By 09/01/2021 | |

*If payment is received after 09/16/2021, a late fee of $49.00 will be charged.*

Please write your loan number on your check or money order.

Please remit the Amount Due (shown left). If you wish to make additional payments to your principal or escrow, please indicate the amount(s) in the boxes at right.

| Amount Due | | |
|---|---|---|
| Monthly Payment Amount | $ | . |
| Additional Principal | $ | . |
| Additional Escrow | $ | . |
| Late Charge | $ | . |
| Other** (Please Specify) | $ | . |
| **Total Enclosed** | $ | . |



PO Box 88009
Chicago, IL 60680-1009

| Payments by Phone | Payments Online | Overnight or Express Mail | Correspondence |
|---|---|---|---|
| (800) 495-7166 | www.fayservicing.com | Fay Servicing, LLC<br>Attn: Payment Processing<br>1601 LBJ Freeway, Suite 150<br>Farmers Branch, TX 75234<br>Payments cannot be made in person at this location | Fay Servicing, LLC<br>1601 LBJ Freeway, Suite 150<br>Farmers Branch, TX 75234 |

**Payments by Phone** - Fay Servicing, LLC Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number (800) 495-7166 to perform real-time, confidential mortgage payment transactions. When permitted by applicable law, a fee may apply for this service in the amount of up to $15.00 when being assisted by a live representative. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available. To make a telephone payment or obtain information about free payment options, please contact us at (800) 495-7166.

**Payments Online** - Fay Servicing, LLC Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

**MoneyGram Express Payment** - MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

### DISCLOSURES

Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are 8am-9pm CST Mon-Thur. and 8:00am-5pm CST Fri. and 9-1pm CST on Sat. Call today: (800) 495-7166. NMLS ID #88244

**Credit Reporting** - We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**Notice To Customers** - To provide us with a Notice of Error about the servicing of your loan, or make a Request for Information about the servicing of your loan, please contact us at: Fay Servicing, LLC, Attn: Customer Service Department, 3000 Professional Drive, Suite A, Springfield, IL 62703. Should you have any questions or concerns regarding your loan, please contact us at (800) 495-7166.  Our office is open 8am-9pm CST Mon-Thur. and 8:00am-5pm CST Fri. and 9-1pm CST on Sat.

**Mini Miranda** - This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**HUD Statement** - Pursuant to Section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home. You may obtain a list of the HUD-approved housing counseling agencies by calling the HUD nationwide toll-free telephone number at (800) 569-4287.

**Equal Credit Opportunity Act Notice** - The Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Customer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is: Federal Trade Commission, Equal Credit Opportunity, 600 Pennsylvania Avenue NW, Washington, DC 20580. 1-877-FTC-HELP (1-877-382-4357); TTD: 1-866-653-4261. www.ftc.gov

**Servicemembers Civil Relief Act (SCRA)** - If you or any other person on this mortgage is a servicemember or dependent of a servicemember, you may be entitled to certain protections under the Federal Servicemembers Civil Relief Act (50 U.S.C. Sec 501) regarding the servicemember's interest rate and the risk of foreclosure. Counseling for qualified individuals is available at agencies such as Military OneSource and Armed Forces Legal Assistance. To obtain information on counseling assistance, contact the OneSource Center, toll free, at (800)-342-9647 or visit their website: http://legalassistance.law.af.mil.content/locator.php.

**Property Inspections** - If your loan account is in default, in accordance with the terms of your Mortgage/Deed of Trust, Fay Servicing, LLC may inspect your property to determine that it is being maintained and occupied. As needed or required, Fay Servicing, LLC may secure the property. Securing the property may result in locks being added or changed in an effort to protect the property and may also include winterizing and/or mowing the property as necessary. Any fees for such an inspection and/or property services may be charged to your account.

**Disputed Debts** - If you are disputing the debt, or a portion of the debt, please note that this statement is for informational and compliance purposes only. It is not an attempt to collect a debt against you



# MORTGAGE STATEMENT

## Statement Date: September 11, 2021

P.O. Box 111209 Nashville, TN 37222
**Return Service Only - Please do not send mail to this address**

**RETURN SERVICE REQUESTED**

018003
IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER, ME  04042



Online: www.fayservicing.com

8am-9pm CST Mon-Thur, 8:am-5pm Fri and 9am-1pm CST on Sat
Phone: (800) 495-7166
Fax: (630) 282-7548

**Payments**
PO Box 88009
Chicago, IL  60680-1009

Property  Address:
334  DEERWANDER RD
HOLLIS CENTER, ME 04042

| Loan Number: | |
|---|---|
| Next Payment Due Date: | 10/01/2021 |
| **Amount Due:** | **$131,494.03** |

*If payment is received after 10/16/2021, a late fee of $49.00 will be charged.*

| Account Information | |
|---|---|
| Loan Due Date | 10/01/2014 |
| Outstanding Principal Balance[1] | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Interest Rate | 4.625% |
| Prepayment Penalty | No |
| Escrow Balance | -$36,070.48 |
| Recoverable Corporate Advances | $9,184.48 |

[1] Please note, the balance on your billing statement is NOT your payoff amount. If you want to payoff your loan, you can request a payoff quote via our website www.fayservicing.com, fax a request to (630) 282-7548, or contact our Customer Service Department at (800) 495-7166.

| Explanation of Amount Due | |
|---|---|
| Principal | $214.43 |
| Interest | $765.49 |
| Escrow (Taxes and Insurance) | $383.01 |
| **Regular Monthly Payment** | **$1,362.93** |
| Overdue Payment(s) | $120,358.62 |
| Total Fees or Charges | $588.00 |
| Recoverable Corporate Advance Balance | $9,184.48 |
| Suspense (Unapplied Funds) | ($0.00) |
| **Total Amount Due** | **$131,494.03** |

| Transaction Activity (08/11/21 - 09/11/21) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date Paid | Description | Principal | Interest | Escrow | Additional Monthly Amount | Charges and Fees | Partial Payment (Unapplied) | Total |
| 08/25/21 | MORTGAGE INSURANCE PAID | $0.00 | $0.00 | -$34.67 | $0.00 | $0.00 | $0.00 | -$34.67 |
| 08/31/21 | PROPERTY INSPECTION FEE | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | $0.00 | $20.00 |

| Special Messages |
|---|
| |

| Past Payments Breakdown | | |
|---|---|---|
| | Paid Since Last Statement | Paid Year to Date |
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total Payment** | **$0.00** | **$0.00** |

### Important Information about Partial Payments

* Partial Payments are not applied to your mortgage, but instead are held in a separate unapplied account. If you pay the balance of a partial payment, the unapplied funds will then be added to your mortgage.  Adverse credit reporting, late charges and property inspections may occur as a result of the delinquency.

| Delinquency Notice |
|---|

**You are late on your monthly payments.** Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk foreclosure - the loss of your home. The amount needed to cure the delinquency is $131,494.03. If you are unable to pay this amount, please call your account manager to explore your options.

As of 09/11/2021 you are 2537 days delinquent on your mortgage loan.

**Recent Account History**

* Payment Due 04/01/21 Unpaid Amount of $1,362.93.
* Payment Due 05/01/21 Unpaid Amount of $1,362.93.
* Payment Due 06/01/21 Unpaid Amount of $1,362.93.
* Payment Due 07/01/21 Unpaid Amount of $1,362.93.
* Payment Due 08/01/21 Unpaid Amount of $1,362.93.
* Payment Due 09/01/21 Unpaid Amount of $1,362.93.
Current Payment Due 10/01/21: $1,362.93.
**Total: $131,494.03. You must pay this amount to bring your loan current.**
**If You Are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

*Please detach bottom portion and return with your payment.*

---

| Amount Due | |
|---|---|
| Loan Number | |
| Borrower | IV HENRY HOWE W |
| Co-Borrower | MELANIE B HOWE |
| **Amount Due** | **$131,494.03** |
| Due By 10/01/2021 | |

*If payment is received after 10/16/2021, a late fee of $49.00 will be charged.*

Please write your loan number on your check or money order.

Please remit the Amount Due (shown left). If you wish to make additional payments to your principal or escrow, please indicate the amount(s) in the boxes at right.

## PAYMENT COUPON

### $131,494.03

| Amount Due | |
|---|---|
| Monthly Payment Amount | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Charge | $ |
| Other** (Please Specify) | $ |
| **Total Enclosed** | $ |

PO Box 88009
Chicago, IL  60680-1009

| Payments By Phone | Payments Online | MoneyGram Express Payment | Correspondence |
|---|---|---|---|
| (800) 495-7166 | www.fayservicing.com | Fay Servicing, LLC<br>Attn: Payment Processing<br>1601 LBJ Freeway, Suite 150<br>Farmers Branch, TX 75234<br>Payments cannot be made in person at this location | Fay Servicing, LLC<br>1601 LBJ Freeway, Suite 150<br>Farmers Branch, TX 75234 |

**Payments by Phone** - Fay Servicing, LLC Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number (800) 495-7166 to perform real-time, confidential mortgage payment transactions. When permitted by applicable law, a fee may apply for this service in the amount of up to $15.00 when being assisted by a live representative. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available. To make a telephone payment or obtain information about free payment options, please contact us at (800) 495-7166.

**Payments Online** - Fay Servicing, LLC Online Mortgage Payment, free with your online account, can save you time and money with the click of a mouse. Pay your mortgage online and skip paper checks and stamps. Set up your payment in minutes. (Return each month to make your payments, or set up automated recurring payments for convenience.)

**MoneyGram Express Payment** - MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

### DISCLOSURES

Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are 8am-9pm CST Mon-Thur, 8:am-5pm Fri and 9am-1pm CST on Sat. Call today: (800) 495-7166. NMLS ID #88244

**Credit Reporting** - We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**Notice To Customers** - To provide us with a Notice of Error about the servicing of your loan, or make a Request for Information about the servicing of your loan, please contact us at: Fay Servicing, LLC, Attn: Customer Service Department, 3000 Professional Drive, Suite A, Springfield, IL 62703. Should you have any questions or concerns regarding your loan, please contact us at (800) 495-7166.  Our office is open 8am-9pm CST Mon-Thur, 8:am-5pm Fri and 9am-1pm CST on Sat.

**Mini Miranda** - This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**HUD Statement** - Pursuant to Section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home. You may obtain a list of the HUD-approved housing counseling agencies by calling the HUD nationwide toll-free telephone number at (800) 569-4287.

**Equal Credit Opportunity Act Notice** - The Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Customer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is: Federal Trade Commission, Equal Credit Opportunity, 600 Pennsylvania Avenue NW, Washington, DC 20580. 1-877-FTC-HELP (1-877-382-4357); TTD: 1-866-653-4261. www.ftc.gov

**Servicemembers Civil Relief Act (SCRA)** - If you or any other person on this mortgage is a servicemember or dependent of a servicemember, you may be entitled to certain protections under the Federal Servicemembers Civil Relief Act (50 U.S.C. Sec 501) regarding the servicemember's interest rate and the risk of foreclosure. Counseling for qualified individuals is available at agencies such as Military OneSource and Armed Forces Legal Assistance. To obtain information on counseling assistance, contact the OneSource Center, toll free, at (800)-342-9647 or visit their website: http://legalassistance.law.af.mil.content/locator.php.

**Property Inspections** - If your loan account is in default, in accordance with the terms of your Mortgage/Deed of Trust, Fay Servicing, LLC may inspect your property to determine that it is being maintained and occupied. As needed or required, Fay Servicing, LLC may secure the property. Securing the property may result in locks being added or changed in an effort to protect the property and may also include winterizing and/or mowing the property as necessary. Any fees for such an inspection and/or property services may be charged to your account.

**Disputed Debts** - If you are disputing the debt, or a portion of the debt, please note that this statement is for informational and compliance purposes only. It is not an attempt to collect a debt against you

# MORTGAGE STATEMENT

## Statement Date: October 11, 2021

P.O. Box 111209 Nashville, TN 37222
**Return Service Only - Please do not send mail to this address**

**RETURN SERVICE REQUESTED**

012883
IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER, ME  04042

 Online: www.fayservicing.com

 8am-9pm CST Mon-Thur, 8:am-5pm Fri and 9am-1pm CST on Sat
Phone: (800) 495-7166
Fax: (630) 282-7548

Payments
PO Box 88009
Chicago, IL  60680-1009

| | |
|---|---|
| Loan Number: | ██████ |
| Next Payment Due Date: | 11/01/2021 |
| **Amount Due:** | **$132,686.03** |

*If payment is received after 11/16/2021, a late fee of $49.00 will be charged.*

Property  Address:
334  DEERWANDER RD
HOLLIS CENTER, ME 04042

### Account Information

| | |
|---|---|
| Loan Due Date | 10/01/2014 |
| Outstanding Principal Balance¹ | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Interest Rate | 4.625% |
| Prepayment Penalty | No |
| Escrow Balance | -$36,105.15 |
| Recoverable Corporate Advances | $10,376.48 |

¹ Please note, the balance on your billing statement is NOT your payoff amount. If you want to payoff your loan, you can request a payoff quote via our website www.fayservicing.com, fax a request to 312 508 4083, or contact our Customer Service Department at (800) 495-7166.

### Explanation of Amount Due

| | |
|---|---|
| Overdue Payment(s) | $121,721.55 |
| Other Fees Due | $588.00 |
| Recoverable Corporate Advances | $10,376.48 |
| Unapplied Funds | ($0.00) |
| **Reinstate Loan (as of 10/11/2021)** | **$132,686.03** |

**Please note**: After 10/11/2021, the amount to reinstate may not be sufficient to bring your loan current as additional fees, charges or attorney fees/costs may have been incurred but not yet invoiced, or may have been incurred after 10/11/2021.

As of 10/11/2021, the Accelerated Amount Due is $354,692.49. This amount will pay off the entire balance of your loan. We will accept a lesser amount to reinstate the loan.

### Transaction Activity (09/12/21 - 10/11/21)

| Date Paid | Description | Principal | Interest | Escrow | Additional Monthly Amount | Charges and Fees | Partial Payment (Unapplied) | Total |
|---|---|---|---|---|---|---|---|---|
| 09/29/21 | MORTGAGE INSURANCE PAID | $0.00 | $0.00 | -$34.67 | $0.00 | $0.00 | $0.00 | -$34.67 |
| 10/06/21 | FORECLOSURE ATTORNEY FEE | $0.00 | $0.00 | $0.00 | $0.00 | $790.00 | $0.00 | $790.00 |
| 10/06/21 | FORECLOSURE FEES & COSTS | $0.00 | $0.00 | $0.00 | $0.00 | $402.00 | $0.00 | $402.00 |

### Special Messages

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total Payment** | **$0.00** | **$0.00** |

#### Important Information about Partial Payments

* Partial Payments are not applied to your mortgage, but instead are held in a separate unapplied account. If you pay the balance of a partial payment, the unapplied funds will then be added to your mortgage.  Adverse credit reporting, late charges and property inspections may occur as a result of the delinquency.

### Delinquency Notice

You are late on your monthly payments.  As a result, the balance of your loan has been accelerated (i.e., we have made the first notice or filing required by applicable law for any judicial or non-judicial foreclosure process). Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk the loss of your home to a foreclosure sale.

As of 10/11/2021 you are 2567 days delinquent on your mortgage loan.

**Recent Account History**
* Payment Due 05/01/21 Unpaid Amount of $1,362.93.
* Payment Due 06/01/21 Unpaid Amount of $1,362.93.
* Payment Due 07/01/21 Unpaid Amount of $1,362.93.
* Payment Due 08/01/21 Unpaid Amount of $1,362.93.
* Payment Due 09/01/21 Unpaid Amount of $1,362.93.
* Payment Due 10/01/21 Unpaid Amount of $1,362.93.
Current Payment Due 11/01/21: $1,362.93.
**Total Amount Due to Reinstate as of 10/11/2021: $132,686.03. You must pay this amount to bring your loan current.**
Please call us at (800) 495-7166 to obtain the amount necessary to reinstate your loan.
**If You Are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

*Please detach bottom portion and return with your payment.*

### Amount Due to Reinstate Loan

| | |
|---|---|
| Loan Number | ██████ |
| Borrower | IV HENRY HOWE W |
| Co-Borrower | MELANIE B HOWE |
| **Amount Due to Reinstate Loan** | **$132,686.03** |
| As of (10/11/2021) | |

*If payment is received after 11/16/2021, a late fee of $49.00 will be charged.*

Please write your loan number on your check or money order.

Please remit the Amount Due (shown left). If you wish to make additional payments to your principal or escrow, please indicate the amount(s) in the boxes at right.



PO Box 88009
Chicago, IL  60680-1009

## PAYMENT COUPON

### $132,686.03

| | | |
|---|---|---|
| Amount Due to Reinstate Loan | | |
| Monthly Payment Amount | $ | . |
| Additional Principal | $ | . |
| Additional Escrow | $ | . |
| Late Charge | $ | . |
| Other** (Please Specify) | $ | . |
| **Total Enclosed** | $ | . |

Payments by Phone      Payments Online      Payments by MoneyGram Express Pay      Correspondence
(800) 495-7166    www.fayservicing.com    Fay Servicing, LLC    Fay Servicing, LLC

Attn: Payment Processing    1601 LBJ Freeway, Suite 150

1601 LBJ Freeway, Suite 150    Farmers Branch, TX 75234

Farmers Branch, TX 75234

Payments cannot be made in person at this location

**Payments by Phone** - Fay Servicing, LLC Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number (800) 495-7166 to perform real-time, confidential mortgage payment transactions. When permitted by applicable law, a fee may apply for this service in the amount of up to $15.00 when being assisted by a live representative. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available. To make a telephone payment or obtain information about free payment options, please contact us at (800) 495-7166.

**MoneyGram Express Payment** - MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

## DISCLOSURES

Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are 8am-9pm CST Mon-Thur, 8:am-5pm Fri and 9am-1pm CST on Sat. Call today: (800) 495-7166. NMLS ID #88244

**Credit Reporting** - We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**Notice To Customers** - To provide us with a Notice of Error about the servicing of your loan, or make a Request For Information about the servicing of your loan, please contact us at: Fay Servicing, LLC, Attn: Customer Service Department, 3000 Professional Drive, Suite A, Springfield, IL 62703. Should you have any questions or concerns regarding your loan, please contact us at (800) 495-7166. Our office is open 8am-9pm CST Mon-Thur, 8:am-5pm Fri and 9am-1pm CST on Sat.

**Mini Miranda** - This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**HUD Statement** - Pursuant to Section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home. You may obtain a list of the HUD-approved housing counseling agencies by calling the HUD nationwide toll-free telephone number at (800) 569-4287.

**Equal Credit Opportunity Act Notice** - The Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Customer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is: Federal Trade Commission, Equal Credit Opportunity, 600 Pennsylvania Avenue NW, Washington, DC 20580. 1-877-FTC-HELP (1-877-382-4357); TTD: 1-866-653-4261. www.ftc.gov

**Servicemembers Civil Relief Act (SCRA)** - If you or any other person on this mortgage is a servicemember or dependent of a servicemember, you may be entitled to certain protections under the Federal Servicemembers Civil Relief Act (50 U.S.C. Sec 501) regarding the servicemember's interest rate and the risk of foreclosure. Counseling for qualified individuals is available at agencies such as Military OneSource and Armed Forces Legal Assistance. To obtain information on counseling assistance, contact the OneSource Center, toll free, at (800)-342-9647 or visit their website: http://legalassistance.law.af.mil.content/locator.php.

**Property Inspections** - If your loan account is in default, in accordance with the terms of your Mortgage/Deed of Trust, Fay Servicing, LLC may inspect your property to determine that it is being maintained and occupied. As needed or required, Fay Servicing, LLC may secure the property. Securing the property may result in locks being added or changed in an effort to protect the property and may also include winterizing and/or mowing the property as necessary. Any fees for such an inspection and/or property services may be charged to your account.

**Disputed Debts** - If you are disputing the debt, or a portion of the debt, please note that this statement is for informational and compliance purposes only. It is not an attempt to collect a debt against you



# MORTGAGE STATEMENT

## Statement Date: November 10, 2021

P.O. Box 111209 Nashville, TN 37222
**Return Service Only - Please do not send mail to this address**

Online: www.fayservicing.com

8am-9pm CST Mon-Thur, 8am-5pm Fri and 9am-1pm CST on Sat
Phone: (800) 495-7166
Fax: (630) 282-7548

**RETURN SERVICE REQUESTED**

**Payments**
PO Box 88009
Chicago, IL  60680-1009

015001
IV HENRY HOWE W
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER, ME  04042

| Loan Number: | |
|---|---|
| Next Payment Due Date: | 12/01/2021 |
| **Amount Due:** | **$134,088.96** |
| *If payment is received after 12/16/2021, a late fee of $49.00 will be charged.* | |

Property  Address:
334  DEERWANDER RD
HOLLIS CENTER, ME 04042

| Explanation of Amount Due | |
|---|---|
| Overdue Payment(s) | $123,084.48 |
| Other Fees Due | $588.00 |
| Recoverable Corporate Advances | $10,416.48 |
| Unapplied Funds | ($0.00) |
| **Reinstate Loan (as of 11/10/2021)** | **$134,088.96** |

**Please note:** After 11/10/2021, the amount to reinstate may not be sufficient to bring your loan current as additional fees, charges or attorney fees/costs may have been incurred but not yet invoiced, or may have been incurred after 11/10/2021.

As of 11/10/2021, the Accelerated Amount Due is $355,580.56. This amount will pay off the entire balance of your loan. We will accept a lesser amount to reinstate the loan.

| Account Information | |
|---|---|
| Loan Due Date | 10/01/2014 |
| Outstanding Principal Balance¹ | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Interest Rate | 4.625% |
| Prepayment Penalty | No |
| Escrow Balance | -$36,139.82 |
| Recoverable Corporate Advances | $10,416.48 |

¹ Please note, the balance on your billing statement is NOT your payoff amount. If you want to payoff your loan, you can request a payoff quote via our website www.fayservicing.com, fax a request to 312 508 4083, or contact our Customer Service Department at (800) 495-7166.

| Transaction Activity (10/12/21 - 11/10/21) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date Paid | Description | Principal | Interest | Escrow | Additional Monthly Amount | Charges and Fees | Partial Payment (Unapplied) | Total |
| 10/23/21 | PROPERTY INSPECTION FEE | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | $0.00 | $20.00 |
| 10/25/21 | MORTGAGE INSURANCE PAID | $0.00 | $0.00 | -$34.67 | $0.00 | $0.00 | $0.00 | -$34.67 |
| 11/04/21 | PROPERTY INSPECTION FEE | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | $0.00 | $20.00 |

| Special Messages |
|---|
| |

| Past Payments Breakdown | | |
|---|---|---|
| | Paid Since Last Statement | Paid Year to Date |
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total Payment** | **$0.00** | **$0.00** |

### Important Information about Partial Payments

* Partial Payments are not applied to your mortgage, but instead are held in a separate unapplied account. If you pay the balance of a partial payment, the unapplied funds will then be added to your mortgage.  Adverse credit reporting, late charges and property inspections may occur as a result of the delinquency.

| Delinquency Notice |
|---|
| **You are late on your monthly payments.  As a result, the balance of your loan has been accelerated (i.e., we have made the first notice or filing required by applicable law for any judicial or non-judicial foreclosure process). Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk the loss of your home to a foreclosure sale.** |

As of 11/10/2021 you are 2597 days delinquent on your mortgage loan.

**Recent Account History**
* Payment Due 06/01/21 Unpaid Amount of $1,362.93.
* Payment Due 07/01/21 Unpaid Amount of $1,362.93.
* Payment Due 08/01/21 Unpaid Amount of $1,362.93.
* Payment Due 09/01/21 Unpaid Amount of $1,362.93.
* Payment Due 10/01/21 Unpaid Amount of $1,362.93.
* Payment Due 11/01/21 Unpaid Amount of $1,362.93.
Current Payment Due 12/01/21: $1,362.93.
**Total Amount Due to Reinstate as of 11/10/2021: $134,088.96. You must pay this amount to bring your loan current.**
Please call us at (800) 495-7166 to obtain the amount necessary to reinstate your loan.
**If You Are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

*Please detach bottom portion and return with your payment.*

| Amount Due to Reinstate Loan | |
|---|---|
| Loan Number | |
| Borrower | IV HENRY HOWE W |
| Co-Borrower | MELANIE B HOWE |
| **Amount Due to Reinstate Loan** | **$134,088.96** |
| As of (11/10/2021) | |
| *If payment is received after 12/16/2021, a late fee of $49.00 will be charged.* | |

Please write your loan number on your check or money order.

Please remit the Amount Due (shown left). If you wish to make additional payments to your principal or escrow, please indicate the amount(s) in the boxes at right.

# PAYMENT COUPON

| | Amount Due to Reinstate Loan |
|---|---|
| | **$134,088.96** |

| | | |
|---|---|---|
| Monthly Payment Amount | $ | . |
| Additional Principal | $ | . |
| Additional Escrow | $ | . |
| Late Charge | $ | . |
| Other** (Please Specify) | $ | . |
| **Total Enclosed** | $ | |



PO Box 88009
Chicago, IL  60680-1009

Payments Online
www.fayservicing.com

Payments for Overnight, Express Mail,
and/or for Principal Curtailment or Escrow only
Fay Servicing, LLC
Attn: Payment Processing
1601 LBJ Freeway, Suite 150
Farmers Branch, TX  75234
Payments cannot be made in person at this location

Correspondence
Fay Servicing, LLC
1601 LBJ Freeway, Suite 150
Farmers Branch, TX 75234

**Payments by Phone** - Fay Servicing, LLC Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number (800) 495-7166 to perform real-time, confidential mortgage payment transactions. When permitted by applicable law, a fee may apply for this service in the amount of up to $15.00 when being assisted by a live representative. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available. To make a telephone payment or obtain information about free payment options, please contact us at (800) 495-7166.

**MoneyGram Express Payment** - MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

## DISCLOSURES

Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are 8am-9pm CST Mon-Thur, 8:am-5pm Fri and 9am-1pm CST on Sat. Call today: (800) 495-7166. NMLS ID #88244

**Credit Reporting** - We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**Notice To Customers** - To provide us with a Notice of Error about the servicing of your loan, or make a Request for Information about the servicing of your loan, please contact us at: Fay Servicing, LLC, Attn: Customer Service Department, 3000 Professional Drive, Suite A, Springfield, IL 62703. Should you have any questions or concerns regarding your loan, please contact us at (800) 495-7166.  Our office is open 8am-9pm CST Mon-Thur, 8:am-5pm Fri and 9am-1pm CST on Sat.

**Mini Miranda** - This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**HUD Statement** - Pursuant to Section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home. You may obtain a list of the HUD-approved housing counseling agencies by calling the HUD nationwide toll-free telephone number at (800) 569-4287.

**Equal Credit Opportunity Act Notice** - The Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is: Federal Trade Commission, Equal Credit Opportunity, 600 Pennsylvania Avenue NW, Washington, DC 20580. 1-877-FTC-HELP (1-877-382-4357); TTD: 1-866-653-4261. www.ftc.gov

**Servicemembers Civil Relief Act (SCRA)** - If you or any other person on this mortgage is a servicemember or dependent of a servicemember, you may be entitled to certain protections under the Federal Servicemembers Civil Relief Act (50 U.S.C. Sec 501) regarding the servicemember's interest rate and the risk of foreclosure. Counseling for qualified individuals is available at agencies such as Military OneSource and Armed Forces Legal Assistance. To obtain information on counseling assistance, contact the OneSource Center, toll free, at (800)-342-9647 or visit their website: http://legalassistance.law.af.mil.content/locator.php.

**Property Inspections** - If your loan is in default, in accordance with the terms of your Mortgage/Deed of Trust, Fay Servicing, LLC may inspect your property to determine that it is being maintained and occupied. As needed or required, Fay Servicing, LLC may secure the property. Securing the property may result in locks being added or changed in an effort to protect the property and may also include winterizing and/or mowing the property as necessary. Any fees for such an inspection and/or property services may be charged to your account.

**Disputed Debts** - If you are disputing the debt, or a portion of the debt, please note that this statement is for informational and compliance purposes only. It is not an attempt to collect a debt against you

# MORTGAGE STATEMENT

## Statement Date: December 11, 2021

P.O. Box 111209 Nashville, TN 37222
**Return Service Only - Please do not send mail to this address**

**RETURN SERVICE REQUESTED**

014833
HENRY W HOWE, IV
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER, ME  04042

Online: www.fayservicing.com

8am-9pm CST Mon-Thur, 8:am-5pm Fri and 9am-1pm CST on Sat
Phone: (800) 495-7166
Fax: (630) 282-7548

**Payments**
PO Box 88009
Chicago, IL  60680-1009

| Loan Number: | |
|---|---|
| Next Payment Due Date: | 01/01/2022 |
| **Amount Due:** | **$135,791.82** |

*If payment is received after 01/16/2022, a late fee of $49.00 will be charged.*

Property  Address:
334  DEERWANDER RD
HOLLIS CENTER, ME 04042

### Account Information

| Loan Due Date | 10/01/2014 |
|---|---|
| Outstanding Principal Balance¹ | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Interest Rate | 4.625% |
| Prepayment Penalty | No |
| Escrow Balance | -$37,509.50 |
| Recoverable Corporate Advances | $10,756.41 |

¹ Please note, the balance on your billing statement is NOT your payoff amount. If you want to payoff your loan, you can request a payoff quote via our website www.fayservicing.com, fax a request to 312 508 4083, or contact our Customer Service Department at (800) 495-7166.

### Explanation of Amount Due

| Overdue Payment(s) | $124,447.41 |
|---|---|
| Other Fees Due | $588.00 |
| Recoverable Corporate Advances | $10,756.41 |
| Unapplied Funds | ($0.00) |
| **Reinstate Loan (as of 12/11/2021)** | **$135,791.82** |

**Please note**: After 12/11/2021, the amount to reinstate may not be sufficient to bring your loan current as additional fees, charges or attorney fees/costs may have been incurred but not yet invoiced, or may have been incurred after 12/11/2021.

As of 12/11/2021, the Accelerated Amount Due is $358,130.68. This amount will pay off the entire balance of your loan. We will accept a lesser amount to reinstate the loan.

### Transaction Activity (11/11/21 - 12/11/21)       ***History continued on Page 2***

| Date Paid | Description | Principal | Interest | Escrow | Additional Monthly Amount | Charges and Fees | Partial Payment (Unapplied) | Total |
|---|---|---|---|---|---|---|---|---|
| 11/18/21 | FORECLOSURE ATTORNEY FEE | $0.00 | $0.00 | $0.00 | $0.00 | $250.00 | $0.00 | $250.00 |
| 11/18/21 | FORECLOSURE FEES & COSTS | $0.00 | $0.00 | $0.00 | $0.00 | $2.65 | $0.00 | $2.65 |
| 11/18/21 | FORECLOSURE FEES & COSTS | $0.00 | $0.00 | $0.00 | $0.00 | $67.28 | $0.00 | $67.28 |
| 11/24/21 | MORTGAGE INSURANCE PAID | $0.00 | $0.00 | -$34.67 | $0.00 | $0.00 | $0.00 | -$34.67 |

### Special Messages

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total Payment** | **$0.00** | **$0.00** |

#### Important Information about Partial Payments

* Partial Payments are not applied to your mortgage, but instead are held in a separate unapplied account. If you pay the balance of a partial payment, the unapplied funds will then be added to your mortgage.  Adverse credit reporting, late charges and property inspections may occur as a result of the delinquency.

### Delinquency Notice

**You are late on your monthly payments.  As a result, the balance of your loan has been accelerated (i.e., we have made the first notice or filing required by applicable law for any judicial or non-judicial foreclosure process). Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk the loss of your home to a foreclosure sale.**

As of 12/11/2021 you are 2628 days delinquent on your mortgage loan.

**Recent Account History**
* Payment Due 07/01/21 Unpaid Amount of $1,362.93.
* Payment Due 08/01/21 Unpaid Amount of $1,362.93.
* Payment Due 09/01/21 Unpaid Amount of $1,362.93.
* Payment Due 10/01/21 Unpaid Amount of $1,362.93.
* Payment Due 11/01/21 Unpaid Amount of $1,362.93.
* Payment Due 12/01/21 Unpaid Amount of $1,362.93.
Current Payment Due 01/01/22: $1,374.53.
**Total Amount Due to Reinstate as of 12/11/2021: $135,791.82. You must pay this amount to bring your loan current.**
Please call us at (800) 495-7166 to obtain the amount necessary to reinstate your loan.

**If You Are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

*Please detach bottom portion and return with your payment.*

### Amount Due to Reinstate Loan

| Loan Number | |
|---|---|
| Borrower | HENRY W HOWE, IV |
| Co-Borrower | MELANIE B HOWE |
| **Amount Due to Reinstate Loan** | **$135,791.82** |

As of (12/11/2021)
*If payment is received after 01/16/2022, a late fee of $49.00 will be charged.*



PO Box 88009
Chicago, IL  60680-1009

Please write your loan number on your check or money order.

Please remit the Amount Due (shown left). If you wish to make additional payments to your principal or escrow, please indicate the amount(s) in the boxes at right.

## PAYMENT COUPON

| | Amount Due to Reinstate Loan |
|---|---|
| | **$135,791.82** |

| Monthly Payment Amount | $ |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Charge | $ |
| Other** (Please Specify) | $ |
| **Total Enclosed** | $ |



| Payments by Phone | Payments Online | Payments Overnight | Correspondence |
|---|---|---|---|
| (800) 495-7166 | www.fayservicing.com | and/or for Principal Curtailment or Escrow only | Fay Servicing, LLC |
| | | Fay Servicing, LLC | 1601 LBJ Freeway, Suite 150 |
| | | Attn: Payment Processing | Farmers Branch, TX 75234 |
| | | 1601 LBJ Freeway, Suite 150 | |
| | | Farmers Branch, TX 75234 | |
| | | Payments cannot be made in person at this location | |

**Payments by Phone** - Fay Servicing, LLC Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number (800) 495-7166 to perform real-time, confidential mortgage payment transactions. When permitted by applicable law, a fee may apply for this service in the amount of up to $15.00 when being assisted by a live representative. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available. To make a telephone payment or obtain information about free payment options, please contact us at (800) 495-7166.

**MoneyGram Express Payment** - MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

## DISCLOSURES

Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are 8am-9pm CST Mon-Thur, 8:am-5pm Fri and 9am-1pm CST on Sat. Call today: (800) 495-7166. NMLS ID #88244

**Credit Reporting** - We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**Notice To Customers** - To provide us with a Notice of Error about the servicing of your loan, or make a Request for Information about the servicing of your loan, please contact us at: Fay Servicing, LLC, Attn: Customer Service Department, 3000 Professional Drive, Suite A, Springfield, IL 62703. Should you have any questions or concerns regarding your loan, please contact us at (800) 495-7166.  Our office is open 8am-9pm CST Mon-Thur, 8:am-5pm Fri and 9am-1pm CST on Sat.

**Mini Miranda** - This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**HUD Statement** - Pursuant to Section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home.  For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

**Equal Credit Opportunity Act Notice** - The Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is: Federal Trade Commission, Equal Credit Opportunity, 600 Pennsylvania Avenue NW, Washington, DC 20580. 1-877-FTC-HELP (1-877-382-4357); TTD: 1-866-653-4261. www.ftc.gov

**Servicemembers Civil Relief Act (SCRA)** - If you or any other person on this mortgage is a servicemember or dependent of a servicemember, you may be entitled to certain protections under the Federal Servicemembers Civil Relief Act (50 U.S.C. Sec 501) regarding the servicemember's interest rate and the risk of foreclosure. Counseling for qualified individuals is available at agencies such as Military OneSource and Armed Forces Legal Assistance. To obtain information on counseling assistance, contact the OneSource Center, toll free, at (800) 342-9647 or visit their website: http://legalassistance.law.af.mil.content/locator.php.

**Property Inspections** - If your loan account is in default, in accordance with the terms of your Mortgage/Deed of Trust, Fay Servicing, LLC may inspect your property to determine that it is being maintained and occupied. As needed or required, Fay Servicing, LLC may secure the property. Securing the property may result in locks being added or changed in an effort to protect the property and may also include winterizing and/or mowing the property as necessary. Any fees for such an inspection and/or property services may be charged to your account.

**Disputed Debts** - If you are disputing the debt, or a portion of the debt, please note that this statement is for informational and compliance purposes only. It is not an attempt to collect a debt against you

**Statement Date: December 11, 2021**
**Loan Number:** ▮▮▮▮▮▮

014833
HENRY W HOWE, IV
MELANIE B HOWE

**CONTINUED FROM THE FIRST PAGE**

| Transaction Activity (11/11/21 - 12/11/21) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date Paid | Description | Principal | Interest | Escrow | Additional Monthly Amount | Charges and Fees | Partial Payment (Unapplied) | Total |
| 11/30/21 | TOWNSHIP TAX PAID | $0.00 | $0.00 | -$1,335.01 | $0.00 | $0.00 | $0.00 | -$1,335.01 |
| 12/06/21 | PROPERTY INSPECTION FEE | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | $0.00 | $20.00 |

 

**MORTGAGE STATEMENT**

**Statement Date: January 10, 2022**

P.O. Box 111209 Nashville, TN 37222
**Return Service Only - Please do not send mail to this address**

**RETURN SERVICE REQUESTED**

008108
HENRY W HOWE, IV
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER, ME  04042

 Online: www.fayservicing.com

 8am-9pm CST Mon-Thur, 8:am-5pm Fri and 9am-1pm CST on Sat
Phone: (800) 495-7166
Fax: (630) 282-7548

Payments
PO Box 88009
Chicago, IL  60680-1009

| | |
|---|---|
| Loan Number: | ▉ |
| Next Payment Due Date: | 02/01/2022 |
| **Amount Due:** | **$138,153.29** |

*If payment is received after 02/16/2022, a late fee of $49.00 will be charged.*

Property  Address:
334  DEERWANDER RD
HOLLIS CENTER, ME 04042

### Account Information

| | |
|---|---|
| Loan Due Date | 10/01/2014 |
| Outstanding Principal Balance¹ | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Interest Rate | 4.625% |
| Prepayment Penalty | No |
| Escrow Balance | -$37,544.17 |
| Recoverable Corporate Advances | $11,743.35 |

¹ Please note, the balance on your billing statement is NOT your payoff amount. If you want to payoff your loan, you can request a payoff quote via our website www.fayservicing.com, fax a request to 312 508 4083, or contact our Customer Service Department at (800) 495-7166.

### Explanation of Amount Due

| | |
|---|---|
| Overdue Payment(s) | $125,821.94 |
| Other Fees Due | $588.00 |
| Recoverable Corporate Advances | $11,743.35 |
| Unapplied Funds | ($0.00) |
| **Reinstate Loan (as of 01/10/2022)** | **$138,153.29** |

**Please note**: After 01/10/2022, the amount to reinstate may not be sufficient to bring your loan current as additional fees, charges or attorney fees/costs may have been incurred but not yet invoiced, or may have been incurred after 01/10/2022.

As of 01/10/2022, the Accelerated Amount Due is $359,965.68. This amount will pay off the entire balance of your loan. We will accept a lesser amount to reinstate the loan.

### Transaction Activity (12/12/21 - 01/10/22)

| Date Paid | Description | Principal | Interest | Escrow | Additional Monthly Amount | Charges and Fees | Partial Payment (Unapplied) | Total |
|---|---|---|---|---|---|---|---|---|
| 12/14/21 | FORECLOSURE ATTORNEY FEE | $0.00 | $0.00 | $0.00 | $0.00 | $790.00 | $0.00 | $790.00 |
| 12/14/21 | FORECLOSURE FEES & COSTS | $0.00 | $0.00 | $0.00 | $0.00 | $183.78 | $0.00 | $183.78 |
| 12/14/21 | FORECLOSURE FEES & COSTS | $0.00 | $0.00 | $0.00 | $0.00 | $13.16 | $0.00 | $13.16 |
| 12/21/21 | MORTGAGE INSURANCE PAID | $0.00 | $0.00 | -$34.67 | $0.00 | $0.00 | $0.00 | -$34.67 |

### Special Messages

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total Payment** | **$0.00** | **$0.00** |

### Important Information about Partial Payments

* Partial Payments are not applied to your mortgage, but instead are held in a separate unapplied account. If you pay the balance of a partial payment, the unapplied funds will then be added to your mortgage.  Adverse credit reporting, late charges and property inspections may occur as a result of the delinquency.

### Delinquency Notice

**You are late on your monthly payments.  As a result, the balance of your loan has been accelerated (i.e., we have made the first notice or filing required by applicable law for any judicial or non-judicial foreclosure process). Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk the loss of your home to a foreclosure sale.**

As of 01/10/2022 you are 2658 days delinquent on your mortgage loan.

### Recent Account History

* Payment Due 08/01/21 Unpaid Amount of $1,362.93.
* Payment Due 09/01/21 Unpaid Amount of $1,362.93.
* Payment Due 10/01/21 Unpaid Amount of $1,362.93.
* Payment Due 11/01/21 Unpaid Amount of $1,362.93.
* Payment Due 12/01/21 Unpaid Amount of $1,362.93.
* Payment Due 01/01/22 Unpaid Amount of $1,374.53.
Current Payment Due 02/01/22: $1,374.53.
**Total Amount Due to Reinstate as of 01/10/2022: $138,153.29. You must pay this amount to bring your loan current.**
Please call us at (800) 495-7166 to obtain the amount necessary to reinstate your loan.

**If You Are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

*Please detach bottom portion and return with your payment.*

### Amount Due to Reinstate Loan

| | |
|---|---|
| Loan Number | ▉ |
| Borrower | HENRY W HOWE, IV |
| Co-Borrower | MELANIE B HOWE |
| **Amount Due to Reinstate Loan** | **$138,153.29** |
| As of (01/10/2022) | |

*If payment is received after 02/16/2022, a late fee of $49.00 will be charged.*



PO Box 88009
Chicago, IL  60680-1009

Please write your loan number on your check or money order.

Please remit the Amount Due (shown left). If you wish to make additional payments to your principal or escrow, please indicate the amount(s) in the boxes at right.

## PAYMENT COUPON

**Amount Due to Reinstate Loan**

**$138,153.29**

| | |
|---|---|
| Monthly Payment Amount | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Charge | $ |
| Other** (Please Specify) | $ |
| **Total Enclosed** | $ |

| Payments by Phone | Payments Online | Payments for Overnight, Express Mail and/or for Principal Curtailment or Escrow only | Correspondence |
|---|---|---|---|
| (800) 495-7166 | www.fayservicing.com | Fay Servicing, LLC<br>Attn: Payment Processing<br>1601 LBJ Freeway, Suite 150<br>Farmers Branch, TX 75234<br>Payments cannot be made in person at this location | Fay Servicing, LLC<br>1601 LBJ Freeway, Suite 150<br>Farmers Branch, TX 75234 |

**Payments by Phone** - Fay Servicing, LLC Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number (800) 495-7166 to perform real-time, confidential mortgage payment transactions. When permitted by applicable law, a fee may apply for this service in the amount of up to $15.00 when being assisted by a live representative. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available. To make a telephone payment or obtain information about free payment options, please contact us at (800) 495-7166.

**MoneyGram Express Payment** - MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

## DISCLOSURES

Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are 8am-9pm CST Mon-Thur, 8:am-5pm Fri and 9am-1pm CST on Sat. Call today: (800) 495-7166. NMLS ID #88244

**Credit Reporting** - We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**Notice To Customers** - To provide us with a Notice of Error about the servicing of your loan, or make a Request for Information about the servicing of your loan, please contact us at: Fay Servicing, LLC, Attn: Customer Service Department, 3000 Professional Drive, Suite A, Springfield, IL 62703. Should you have any questions or concerns regarding your loan, please contact us at (800) 495-7166.  Our office is open 8am-9pm CST Mon-Thur, 8:am-5pm Fri and 9am-1pm CST on Sat.

**Mini Miranda** - This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**HUD Statement** - Pursuant to Section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home.  For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

**Equal Credit Opportunity Act Notice** - The Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is: Federal Trade Commission, Equal Credit Opportunity, 600 Pennsylvania Avenue NW, Washington, DC 20580. 1-877-FTC-HELP (1-877-382-4357); TTD: 1-866-653-4261. www.ftc.gov

**Servicemembers Civil Relief Act (SCRA)** - If you or any other person on this mortgage is a servicemember or dependent of a servicemember, you may be entitled to certain protections under the Federal Servicemembers Civil Relief Act (50 U.S.C. Sec 501) regarding the servicemember's interest rate and the risk of foreclosure. Counseling for qualified individuals is available at agencies such as Military OneSource and Armed Forces Legal Assistance. To obtain information on counseling assistance, contact the OneSource Center, toll free, at (800) 342-9647 or visit their website: http://legalassistance.law.af.mil.content/locator.php.

**Property Inspections** - If your loan account is in default, in accordance with the terms of your Mortgage/Deed of Trust, Fay Servicing, LLC may inspect your property to determine that it is being maintained and occupied. As needed or required, Fay Servicing, LLC may secure the property. Securing the property may result in locks being added or changed in an effort to protect the property and may also include winterizing and/or mowing the property as necessary. Any fees for such an inspection and/or property services may be charged to your account.

**Disputed Debts** - If you are disputing the debt, or a portion of the debt, please note that this statement is for informational and compliance purposes only. It is not an attempt to collect a debt against you

| Payments by Phone | Payments Online | Payments via Overnight or Express Only and/or for Principal Curtailment or Escrow only | Correspondence |
|---|---|---|---|
| (800) 495-7166 | www.fayservicing.com | Fay Servicing, LLC<br>Attn: Payment Processing<br>1601 LBJ Freeway, Suite 150<br>Farmers Branch, TX 75234<br>Payments cannot be made in person at this location | Fay Servicing, LLC<br>1601 LBJ Freeway, Suite 150<br>Farmers Branch, TX 75234 |

**Payments by Phone** - Fay Servicing, LLC Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number (800) 495-7166 to perform real-time, confidential mortgage payment transactions. When permitted by applicable law, a fee may apply for this service in the amount of up to $15.00 when being assisted by a live representative. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available. To make a telephone payment or obtain information about free payment options, please contact us at (800) 495-7166.

**MoneyGram Express Payment** - MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

## DISCLOSURES

Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are 8am-7pm CST Mon-Thur, 8:am-5pm Fri and 9am-12pm CST on Sat. Call today: (800) 495-7166. NMLS ID #88244

**Credit Reporting** - We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**Notice To Customers** - To provide us with a Notice of Error about the servicing of your loan, or make a Request for Information about the servicing of your loan, please contact us at: Fay Servicing, LLC, Attn: Customer Service Department, 3000 Professional Drive, Suite A, Springfield, IL 62703. Should you have any questions or concerns regarding your loan, please contact us at (800) 495-7166.  Our office is open 8am-7pm CST Mon-Thur, 8:am-5pm Fri and 9am-12pm CST on Sat.

**Mini Miranda** - This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**HUD Statement** - Pursuant to Section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home.  For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

**Equal Credit Opportunity Act Notice** - The Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is: Federal Trade Commission, Equal Credit Opportunity, 600 Pennsylvania Avenue NW, Washington, DC 20580. 1-877-FTC-HELP (1-877-382-4357); TTD: 1-866-653-4261. www.ftc.gov

**Servicemembers Civil Relief Act (SCRA)** - If you or any other person on this mortgage is a servicemember or dependent of a servicemember, you may be entitled to certain protections under the Federal Servicemembers Civil Relief Act (50 U.S.C. Sec 501) regarding the servicemember's interest rate and the risk of foreclosure. Counseling for qualified individuals is available at agencies such as Military OneSource and Armed Forces Legal Assistance. To obtain information on counseling assistance, contact the OneSource Center, toll free, at (800)-342-9647 or visit their website: http://legalassistance.law.af.mil.content/locator.php.

**Property Inspections** - If your loan account is in default, in accordance with the terms of your Mortgage/Deed of Trust, Fay Servicing, LLC may inspect your property to determine that it is being maintained and occupied. As needed or required, Fay Servicing, LLC may secure the property. Securing the property may result in locks being added or changed in an effort to protect the property and may also include winterizing and/or mowing the property as necessary. Any fees for such an inspection and/or property services may be charged to your account.

**Disputed Debts** - If you are disputing the debt, or a portion of the debt, please note that this statement is for informational and compliance purposes only. It is not an attempt to collect a debt against you



**MORTGAGE STATEMENT**

### Statement Date: March 10, 2022

 P.O. Box 111209 Nashville, TN 37222
**Return Service Only - Please do not send mail to this address**

 *Mobile App: Now available in both the Apple and Google app stores. Download today!*
Online: www.fayservicing.com

 8am-7pm CST Mon-Thur, 8:am-5pm Fri and 9am-12pm CST on Sat
Phone: (800) 495-7166
Fax: (630) 282-7548

✉ Payments
PO Box 88009
Chicago, IL  60680-1009

**RETURN SERVICE REQUESTED**

010646
HENRY W HOWE, IV
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER, ME  04042

| | |
|---|---|
| Loan Number: | |
| Next Payment Due Date: | 04/01/2022 |
| **Amount Due:** | **$140,942.35** |
| *If payment is received after 04/16/2022, a late fee of $49.00 will be charged.* | |

Property  Address:
334  DEERWANDER RD
HOLLIS CENTER, ME 04042

#### Explanation of Amount Due

| | |
|---|---|
| Overdue Payment(s) | $128,571.00 |
| Other Fees Due | $588.00 |
| Recoverable Corporate Advances | $11,783.35 |
| Unapplied Funds | ($0.00) |
| **Reinstate Loan (as of 03/10/2022)** | **$140,942.35** |

**Please note:** After 03/10/2022, the amount to reinstate may not be sufficient to bring your loan current as additional fees, charges or attorney fees/costs may have been incurred but not yet invoiced, or may have been incurred after 03/10/2022.

As of 03/10/2022, the Accelerated Amount Due is $362,908.71. This amount will pay off the entire balance of your loan. We will accept a lesser amount to reinstate the loan.

#### Account Information

| | |
|---|---|
| Loan Due Date | 10/01/2014 |
| Outstanding Principal Balance¹ | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Interest Rate | 4.625% |
| Prepayment Penalty | No |
| Escrow Balance | -$38,847.51 |
| Recoverable Corporate Advances | $11,783.35 |

¹ Please note, the balance on your billing statement is NOT your payoff amount. If you want to payoff your loan, you can request a payoff quote via our website www.fayservicing.com, fax a request to 312 508 4083, or contact our Customer Service Department at (800) 495-7166.

#### Transaction Activity (02/11/22 - 03/10/22)

| Date Paid | Description | Principal | Interest | Escrow | Additional Monthly Amount | Charges and Fees | Partial Payment (Unapplied) | Total |
|---|---|---|---|---|---|---|---|---|
| 02/14/22 | PROPERTY INSPECTION FEE | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | $0.00 | $20.00 |
| 02/21/22 | MORTGAGE INSURANCE PAID | $0.00 | $0.00 | -$34.67 | $0.00 | $0.00 | $0.00 | -$34.67 |
| 03/01/22 | HAZARD INSURANCE PAID | $0.00 | $0.00 | -$1,234.00 | $0.00 | $0.00 | $0.00 | -$1,234.00 |

#### Special Messages

#### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total Payment** | **$0.00** | **$0.00** |

#### Important Information about Partial Payments

* Partial Payments are not applied to your mortgage, but instead are held in a separate unapplied account. If you pay the balance of a partial payment, the unapplied funds will then be added to your mortgage.  Adverse credit reporting, late charges and property inspections may occur as a result of the delinquency.

#### Delinquency Notice

**You are late on your monthly payments.  As a result, the balance of your loan has been accelerated (i.e., we have made the first notice or filing required by applicable law for any judicial or non-judicial foreclosure process). Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk the loss of your home to a foreclosure sale.**

As of 03/10/2022 you are 2717 days delinquent on your mortgage loan.

**Recent Account History**
* Payment Due 10/01/21 Unpaid Amount of $1,362.93.
* Payment Due 11/01/21 Unpaid Amount of $1,362.93.
* Payment Due 12/01/21 Unpaid Amount of $1,362.93.
* Payment Due 01/01/22 Unpaid Amount of $1,374.53.
* Payment Due 02/01/22 Unpaid Amount of $1,374.53.
* Payment Due 03/01/22 Unpaid Amount of $1,374.53.
Current Payment Due 04/01/22: $1,374.53.
**Total Amount Due to Reinstate as of 03/10/2022: $140,942.35. You must pay this amount to bring your loan current.**
Please call us at (800) 495-7166 to obtain the amount necessary to reinstate your loan.

**If You Are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

*Please detach bottom portion and return with your payment.*

---

#### Amount Due to Reinstate Loan

| | |
|---|---|
| Loan Number | |
| Borrower | HENRY W HOWE, IV |
| Co-Borrower | MELANIE B HOWE |
| **Amount Due to Reinstate Loan** | **$140,942.35** |
| As of (03/10/2022) | |
| *If payment is received after 04/16/2022, a late fee of $49.00 will be charged.* | |

*Please write your loan number on your check or money order.*

*Please remit the Amount Due (shown left). If you wish to make additional payments to your principal or escrow, please indicate the amount(s) in the boxes at right.*



PO Box 88009
Chicago, IL  60680-1009

### PAYMENT COUPON

| | |
|---|---|
| Amount Due to Reinstate Loan | **$140,942.35** |

| | |
|---|---|
| Monthly Payment Amount | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Charge | $ |
| Other** (Please Specify) | $ |
| **Total Enclosed** | $ |

Payments by Phone          Payments Online          Payments for Overnight, Express Mail          Correspondence
(800) 495-7166              www.fayservicing.com     and/or for Principal Curtailment or Escrow only   Fay Servicing, LLC
                                                     Fay Servicing, LLC                               1601 LBJ Freeway, Suite 150
                                                     Attn: Payment Processing                         Farmers Branch, TX 75234
                                                     1601 LBJ Freeway, Suite 150
                                                     Farmers Branch, TX 75234
                                                     Payments cannot be made in person at this location

**Payments by Phone** - Fay Servicing, LLC Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number (800) 495-7166 to perform real-time, confidential mortgage payment transactions. When permitted by applicable law, a fee may apply for this service in the amount of up to $15.00 when being assisted by a live representative. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available. To make a telephone payment or obtain information about free payment options, please contact us at (800) 495-7166.

**MoneyGram Express Payment** - MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

## DISCLOSURES

Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are 8am-7pm CST Mon-Thur, 8:am-5pm Fri and 9am-12pm CST on Sat. Call today: (800) 495-7166. NMLS ID #88244

**Credit Reporting** - We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**Notice To Customers** - To provide us with a Notice of Error about the servicing of your loan, or make a Request for Information about the servicing of your loan, please contact us at: Fay Servicing, LLC, Attn: Customer Service Department, 3000 Professional Drive, Suite A, Springfield, IL 62703. Should you have any questions or concerns regarding your loan, please contact us at (800) 495-7166.  Our office is open 8am-7pm CST Mon-Thur, 8:am-5pm Fri and 9am-12pm CST on Sat.

**Mini Miranda** - This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**HUD Statement** - Pursuant to Section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home.  For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

**Equal Credit Opportunity Act Notice** - The Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is: Federal Trade Commission, Equal Credit Opportunity, 600 Pennsylvania Avenue NW, Washington, DC 20580. 1-877-FTC-HELP (1-877-382-4357); TTD: 1-866-653-4261. www.ftc.gov

**Servicemembers Civil Relief Act (SCRA)** - If you or any other person on this mortgage is a servicemember or dependent of a servicemember, you may be entitled to certain protections under the Federal Servicemembers Civil Relief Act (50 U.S.C. Sec 501) regarding the servicemember's interest rate and the risk of foreclosure. Counseling for qualified individuals is available at agencies such as Military OneSource and Armed Forces Legal Assistance. To obtain information on counseling assistance, contact the OneSource Center, toll free, at (800)-342-9647 or visit their website: http://legalassistance.law.af.mil.content/locator.php.

**Property Inspections** - If your loan account is in default, in accordance with the terms of your Mortgage/Deed of Trust, Fay Servicing, LLC may inspect your property to determine that it is being maintained and occupied. As needed or required, Fay Servicing, LLC may secure the property. Securing the property may result in locks being added or changed in an effort to protect the property and may also include winterizing and/or mowing the property as necessary. Any fees for such an inspection and/or property services may be charged to your account.

**Disputed Debts** - If you are disputing the debt, or a portion of the debt, please note that this statement is for informational and compliance purposes only. It is not an attempt to collect a debt against you



## MORTGAGE STATEMENT

**Statement Date: April 11, 2022**

P.O. Box 111209 Nashville, TN 37222
**Return Service Only - Please do not send mail to this address**


*Mobile App:  Now available in both the Apple and Google app stores. Download today!*
Online: www.fayservicing.com


8am-7pm CST Mon-Thur, 8:am-5pm Fri and 9am-12pm CST on Sat
Phone: (800) 495-7166
Fax: (630) 282-7548

**RETURN SERVICE REQUESTED**

011062
HENRY W HOWE, IV
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER, ME  04042

**Payments**
PO BOX 814609
DALLAS TX 75381-9936

| | |
|---|---|
| Loan Number: | |
| Next Payment Due Date: | 05/01/2022 |
| **Amount Due:** | **$142,336.88** |

*If payment is received after 05/16/2022, a late fee of $49.00 will be charged.*

Property  Address:
334  DEERWANDER RD
HOLLIS CENTER, ME 04042

### Explanation of Amount Due

| | |
|---|---|
| Overdue Payment(s) | $129,945.53 |
| Other Fees Due | $588.00 |
| Recoverable Corporate Advances | $11,803.35 |
| Unapplied Funds | ($0.00) |
| **Reinstate Loan (as of 04/11/2022)** | **$142,336.88** |

**Please note**: After 04/11/2022, the amount to reinstate may not be sufficient to bring your loan current as additional fees, charges or attorney fees/costs may have been incurred but not yet invoiced, or may have been incurred after 04/11/2022.

As of 04/11/2022, the Accelerated Amount Due is $363,831.00. This amount will pay off the entire balance of your loan. We will accept a lesser amount to reinstate the loan.

### Account Information

| | |
|---|---|
| Loan Due Date | 10/01/2014 |
| Outstanding Principal Balance¹ | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Interest Rate | 4.625% |
| Prepayment Penalty | No |
| Escrow Balance | -$38,882.18 |
| Recoverable Corporate Advances | $11,803.35 |

¹ Please note, the balance on your billing statement is NOT your payoff amount. If you want to payoff your loan, you can request a payoff quote via our website at www.fayservicing.com, fax a request to 312 508 4083, or contact our Customer Service Department at (800) 495-7166.

### Transaction Activity (03/11/22 - 04/11/22)

| Date Paid | Description | Principal | Interest | Escrow | Additional Monthly Amount | Charges and Fees | Partial Payment (Unapplied) | Total |
|---|---|---|---|---|---|---|---|---|
| 03/17/22 | PROPERTY INSPECTION FEE | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | $0.00 | $20.00 |
| 03/19/22 | MORTGAGE INSURANCE PAID | $0.00 | $0.00 | -$34.67 | $0.00 | $0.00 | $0.00 | -$34.67 |

### Special Messages

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total Payment** | **$0.00** | **$0.00** |

#### Important Information about Partial Payments

* Partial Payments are not applied to your mortgage, but instead are held in a separate unapplied account. If you pay the balance of a partial payment, the unapplied funds will then be added to your mortgage.  Adverse credit reporting, late charges and property inspections may occur as a result of the delinquency.

### Delinquency Notice

You are late on your monthly payments.  As a result, the balance of your loan has been accelerated (i.e., we have made the first notice or filing required by applicable law for any judicial or non-judicial foreclosure process). Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk the loss of your home to a foreclosure sale.

As of 04/11/2022 you are 2749 days delinquent on your mortgage loan.

#### Recent Account History

* Payment Due 11/01/21 Unpaid Amount of $1,362.93.
* Payment Due 12/01/21 Unpaid Amount of $1,362.93.
* Payment Due 01/01/22 Unpaid Amount of $1,374.53.
* Payment Due 02/01/22 Unpaid Amount of $1,374.53.
* Payment Due 03/01/22 Unpaid Amount of $1,374.53.
* Payment Due 04/01/22 Unpaid Amount of $1,374.53.
Current Payment Due 05/01/22: $1,374.53
**Total Amount Due to Reinstate as of 04/11/2022: $142,336.88. You must pay this amount to bring your loan current.**
Please call us at (800) 495-7166 to obtain the amount necessary to reinstate your loan.

**If You Are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

*Please detach bottom portion and return with your payment.*

### Amount Due to Reinstate Loan

| | |
|---|---|
| Loan Number | |
| Borrower | HENRY W HOWE, IV |
| Co-Borrower | MELANIE B HOWE |
| **Amount Due to Reinstate Loan** | **$142,336.88** |
| As of (04/11/2022) | |

*If payment is received after 05/16/2022, a late fee of $49.00 will be charged.*

Please write your loan number on your check or money order.

Please remit the Amount Due (shown left). If you wish to make additional payments to your principal or escrow, please indicate the amount(s) in the boxes at right.

## PAYMENT COUPON

**Amount Due to Reinstate Loan**
**$142,336.88**

| | |
|---|---|
| Monthly Payment Amount | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Charge | $ |
| Other** (Please Specify) | $ |
| **Total Enclosed** | $ |



PO BOX 814609
DALLAS TX 75381-9936

594

Payments by Phone
(800) 495-7166
www.fayservicing.com

Payments / Overnight
Fay Servicing, LLC
Attn: Payment Processing
1601 LBJ Freeway, Suite 150
Farmers Branch, TX 75234
Payments cannot be made in person at this location

Payments for Principal Curtailment or Escrow only
and/or Principal Curtailment or Escrow only

Correspondence
Fay Servicing, LLC
1601 LBJ Freeway, Suite 150
Farmers Branch, TX 75234

**Payments by Phone** - Fay Servicing, LLC Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number (800) 495-7166 to perform real-time, confidential mortgage payment transactions. When permitted by applicable law, a fee may apply for this service in the amount of up to $15.00 when being assisted by a live representative. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available. To make a telephone payment or obtain information about free payment options, please contact us at (800) 495-7166.

**MoneyGram Express Payment** - MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

**DISCLOSURES**

Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are 8am-7pm CST Mon-Thur, 8:am-5pm Fri and 9am-12pm CST on Sat. Call today: (800) 495-7166. NMLS ID #88244

**Credit Reporting** - We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**Notice To Customers** - To provide us with a Notice of Error about the servicing of your loan, or make a Request for Information about the servicing of your loan, please contact us at: Fay Servicing, LLC, Attn: Customer Service Department, 3000 Professional Drive, Suite A, Springfield, IL 62703. Should you have any questions or concerns regarding your loan, please contact us at (800) 495-7166. Our office is open 8am-7pm CST Mon-Thur, 8:am-5pm Fri and 9am-12pm CST on Sat.

**Mini Miranda** - This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**HUD Statement** - Pursuant to Section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home. For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

**Equal Credit Opportunity Act Notice** - The Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is: Federal Trade Commission, Equal Credit Opportunity, 600 Pennsylvania Avenue NW, Washington, DC 20580. 1-877-FTC-HELP (1-877-382-4357); TTD: 1-866-653-4261. www.ftc.gov

**Servicemembers Civil Relief Act (SCRA)** - If you or any other person on this mortgage is a servicemember or dependent of a servicemember, you may be entitled to certain protections under the Federal Servicemembers Civil Relief Act (50 U.S.C. Sec 501) regarding the servicemember's interest rate and the risk of foreclosure. Counseling for qualified individuals is available at agencies such as Military OneSource and Armed Forces Legal Assistance. To obtain information on counseling assistance, contact the OneSource Center, toll free, at (800)-342-9647 or visit their website: http://legalassistance.law.af.mil.content/locator.php.

**Property Inspections** - If your loan account is in default, in accordance with the terms of your Mortgage/Deed of Trust, Fay Servicing, LLC may inspect your property to determine that it is being maintained and occupied. As needed or required, Fay Servicing, LLC may secure the property. Securing the property may result in locks being added or changed in an effort to protect the property and may also include winterizing and/or mowing the property as necessary. Any fees for such an inspection and/or property services may be charged to your account.

**Disputed Debts** - If you are disputing the debt, or a portion of the debt, please note that this statement is for informational and compliance purposes only. It is not an attempt to collect a debt against you



## MORTGAGE STATEMENT

**Statement Date: May 10, 2022**

 P.O. Box 111209 Nashville, TN 37222
**Return Service Only - Please do not send mail to this address**

**RETURN SERVICE REQUESTED**



**Mobile App:** *Now available in both the Apple and Google app stores. Download today!*
Online: www.fayservicing.com

8am-7pm Mon-Thur, 8am-5pm Fri, 9am-12pm Sat, Operating hours are Central Time
Phone: (800) 495-7166
Fax: (630) 282-7548
**Payments**
PO Box 88009
Chicago, IL 60680-1009

015520
HENRY W HOWE, IV
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER, ME 04042

**New Payment Option Available! First time users, contact us to Learn How You Can Add Your Debit Card Today!**

| | |
|---|---|
| Loan Number: | |
| Next Payment Due Date: | 06/01/2022 |
| **Amount Due:** | **$143,731.41** |

*If payment is received after 06/16/2022, a late fee of $49.00 will be charged.*

Property Address:
334 DEERWANDER RD
HOLLIS CENTER, ME 04042

### Account Information

| | |
|---|---|
| Loan Due Date | 10/01/2014 |
| Outstanding Principal Balance[1] | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Interest Rate | 4.625% |
| Prepayment Penalty | No |
| Escrow Balance | -$40,251.86 |
| Recoverable Corporate Advances | $11,823.35 |

[1] Please note, the balance on your billing statement is NOT your payoff amount. If you want to payoff your loan, you can request a payoff quote via our website www.fayservicing.com, fax a request to 312 508 4083, or contact our Customer Service Department at (800) 495-7166.

### Explanation of Amount Due

| | |
|---|---|
| Overdue Payment(s) | $131,320.06 |
| Other Fees Due | $588.00 |
| Recoverable Corporate Advances | $11,823.35 |
| Unapplied Funds | ($0.00) |
| **Reinstate Loan (as of 05/10/2022)** | **$143,731.41** |

**Please note:** After 05/10/2022, the amount to reinstate may not be sufficient to bring your loan current as additional fees, charges or attorney fees/costs may have been incurred but not yet invoiced, or may have been incurred after 05/10/2022.

As of 05/10/2022, the Accelerated Amount Due is $366,006.96. This amount will pay off the entire balance of your loan. We will accept a lesser amount to reinstate the loan.

### Transaction Activity (04/12/22 - 05/10/22)

| Date Paid | Description | Principal | Interest | Escrow | Additional Monthly Amount | Charges and Fees | Partial Payment (Unapplied) | Total |
|---|---|---|---|---|---|---|---|---|
| 04/18/22 | PROPERTY INSPECTION FEE | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | $0.00 | $20.00 |
| 04/20/22 | MORTGAGE INSURANCE PAID | $0.00 | $0.00 | -$34.67 | $0.00 | $0.00 | $0.00 | -$34.67 |
| 04/21/22 | TOWNSHIP TAX PAID | $0.00 | $0.00 | -$1,335.01 | $0.00 | $0.00 | $0.00 | -$1,335.01 |

### Special Messages

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total Payment** | **$0.00** | **$0.00** |

**Important Information about Partial Payments**

* Partial Payments are not applied to your mortgage, but instead are held in a separate unapplied account. If you pay the balance of a partial payment, the unapplied funds will then be added to your mortgage. Adverse credit reporting, late charges and property inspections may occur as a result of the delinquency.

### Delinquency Notice

**You are late on your monthly payments.** As a result, the balance of your loan has been accelerated (i.e., we have made the first notice or filing required by applicable law for any judicial or non-judicial foreclosure process). Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk the loss of your home to a foreclosure sale.

As of 05/10/2022 you are 2778 days delinquent on your mortgage loan.

**Recent Account History**
* Payment Due 12/01/21 Unpaid Amount of $1,362.93.
* Payment Due 01/01/22 Unpaid Amount of $1,374.53.
* Payment Due 02/01/22 Unpaid Amount of $1,374.53.
* Payment Due 03/01/22 Unpaid Amount of $1,374.53.
* Payment Due 04/01/22 Unpaid Amount of $1,374.53.
* Payment Due 05/01/22 Unpaid Amount of $1,374.53.
Current Payment Due 06/01/22: $1,374.53.
**Total Amount Due to Reinstate as of 05/10/2022: $143,731.41. You must pay this amount to bring your loan current.**
Please call us at (800) 495-7166 to obtain the amount necessary to reinstate your loan.

**If You Are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

*Please detach bottom portion and return with your payment.*

### Amount Due to Reinstate Loan

| | |
|---|---|
| Loan Number | |
| Borrower | HENRY W HOWE, IV |
| Co-Borrower | MELANIE B HOWE |
| **Amount Due to Reinstate Loan** | **$143,731.41** |

As of (05/10/2022)
*If payment is received after 06/16/2022, a late fee of $49.00 will be charged.*



PO Box 88009
Chicago, IL 60680-1009

Please write your loan number on your check or money order.

Please remit the Amount Due (shown left). If you wish to make additional payments to your principal or escrow, please indicate the amount(s) in the boxes at right.

## PAYMENT COUPON

**Amount Due to Reinstate Loan**
**$143,731.41**

| | |
|---|---|
| Monthly Payment Amount | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Charge | $ |
| Other** (Please Specify) | $ |
| **Total Enclosed** | $ |

<table>
<tr><td>Payments by Phone</td><td>Payments Online</td><td>Payments for Overnight Courier only and/or for Principal Curtailment or Escrow only</td><td>Correspondence</td></tr>
</table>

(800) 495-7166 | www.fayservicing.com | Fay Servicing, LLC<br>Attn: Payment Processing<br>1601 LBJ Freeway, Suite 150<br>Farmers Branch, TX 75234<br>Payments cannot be made in person at this location | Fay Servicing, LLC<br>1601 LBJ Freeway, Suite 150<br>Farmers Branch, TX 75234

---

**Payments by Phone** - Fay Servicing, LLC Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number (800) 495-7166 to perform real-time, confidential mortgage payment transactions. When permitted by applicable law, a fee may apply for this service in the amount of up to $15.00 when being assisted by a live representative. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available. To make a telephone payment or obtain information about free payment options, please contact us at (800) 495-7166.

**MoneyGram Express Payment** - MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

### DISCLOSURES

Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are 8am-7pm Mon-Thur, 8am-5pm Fri, 9am-12pm Sat, Operating hours are Central Time. Call today: (800) 495-7166. NMLS ID #88244

**Credit Reporting** - We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**Notice To Customers** - To provide us with a Notice of Error about the servicing of your loan, or make a Request for Information about the servicing of your loan, please contact us at: Fay Servicing, LLC, Attn: Customer Service Department, 3000 Professional Drive, Suite A, Springfield, IL 62703. Should you have any questions or concerns regarding your loan, please contact us at (800) 495-7166.  Our office is open 8am-7pm Mon-Thur, 8am-5pm Fri, 9am-12pm Sat, Operating hours are Central Time.

**Mini Miranda** - This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**HUD Statement** - Pursuant to Section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home.  For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

**Equal Credit Opportunity Act Notice** - The Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Customer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is: Federal Trade Commission, Equal Credit Opportunity, 600 Pennsylvania Avenue NW, Washington, DC 20580. 1-877-FTC-HELP (1-877-382-4357); TTD: 1-866-653-4261. www.ftc.gov

**Servicemembers Civil Relief Act (SCRA)** - If you or any other person on this mortgage is a servicemember or dependent of a servicemember, you may be entitled to certain protections under the Federal Servicemembers Civil Relief Act (50 U.S.C. Sec 501) regarding the servicemember's interest rate and the risk of foreclosure. Counseling for qualified individuals is available at agencies such as Military OneSource and Armed Forces Legal Assistance. To obtain information on counseling assistance, contact the OneSource Center, toll free, at (800) 342-9647 or visit their website: http://legalassistance.law.af.mil.content/locator.php.

**Property Inspections** - If your loan account is in default, in accordance with the terms of your Mortgage/Deed of Trust, Fay Servicing, LLC may inspect your property to determine that it is being maintained and occupied. As needed or required, Fay Servicing, LLC may secure the property. Securing the property may result in locks being added or changed in an effort to protect the property and may also include winterizing and/or mowing the property as necessary. Any fees for such an inspection and/or property services may be charged to your account.

**Disputed Debts** - If you are disputing the debt, or a portion of the debt, please note that this statement is for informational and compliance purposes only. It is not an attempt to collect a debt against you



# MORTGAGE STATEMENT
**Statement Date: June 10, 2022**

P.O. Box 111209 Nashville, TN 37222
**Return Service Only - Please do not send mail to this address**



**Mobile App:** *Now available in both the Apple and Google app stores. Download today!*
Online: www.fayservicing.com

**RETURN SERVICE REQUESTED**

8am-7pm Mon-Thur, 8am-5pm Fri, 9am-12pm Sat, Operating hours are Central Time
Phone: (800) 495-7166
Fax: (630) 282-7548
**Payments**
PO Box 88009
Chicago, IL  60680-1009

015325
HENRY W HOWE, IV
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER, ME  04042

**New Payment Option Available! First time users, contact us to Learn How You Can Add Your Debit Card Today!**

| | |
|---|---|
| Loan Number: | |
| Next Payment Due Date: | 07/01/2022 |
| **Amount Due:** | **$145,125.94** |

*If payment is received after 07/16/2022, a late fee of $49.00 will be charged.*

Property  Address:
334  DEERWANDER RD
HOLLIS CENTER, ME 04042

## Account Information

| | |
|---|---|
| Loan Due Date | 10/01/2014 |
| Outstanding Principal Balance¹ | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Interest Rate | 4.625% |
| Prepayment Penalty | No |
| Escrow Balance | -$40,286.53 |
| Recoverable Corporate Advances | $11,843.35 |

¹ Please note, the balance on your billing statement is NOT your payoff amount. If you want to payoff your loan, you can request a payoff quote via our website www.fayservicing.com, fax a request to 312 508 4083, or contact our Customer Service Department at (800) 495-7166.

## Explanation of Amount Due

| | |
|---|---|
| Overdue Payment(s) | $132,694.59 |
| Other Fees Due | $588.00 |
| Recoverable Corporate Advances | $11,843.35 |
| Unapplied Funds | ($0.00) |
| **Reinstate Loan (as of 06/10/2022)** | **$145,125.94** |

**Please note**: After 06/10/2022, the amount to reinstate may not be sufficient to bring your loan current as additional fees, charges or attorney fees/costs may have been incurred but not yet invoiced, or may have been incurred after 06/10/2022.

As of 06/10/2022, the Accelerated Amount Due is $366,902.14. This amount will pay off the entire balance of your loan. We will accept a lesser amount to reinstate the loan.

## Transaction Activity (05/11/22 - 06/10/22)

| Date Paid | Description | Principal | Interest | Escrow | Additional Monthly Amount | Charges and Fees | Partial Payment (Unapplied) | Total |
|---|---|---|---|---|---|---|---|---|
| 05/23/22 | PROPERTY INSPECTION FEE | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | $0.00 | $20.00 |
| 05/23/22 | MORTGAGE INSURANCE PAID | $0.00 | $0.00 | -$34.67 | $0.00 | $0.00 | $0.00 | -$34.67 |

## Special Messages

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total Payment** | **$0.00** | **$0.00** |

### Important Information about Partial Payments

* Partial Payments are not applied to your mortgage, but instead are held in a separate unapplied account. If you pay the balance of a partial payment, the unapplied funds will then be added to your mortgage.  Adverse credit reporting, late charges and property inspections may occur as a result of the delinquency.

## Delinquency Notice

**You are late on your monthly payments.  As a result, the balance of your loan has been accelerated (i.e., we have made the first notice or filing required by applicable law for any judicial or non-judicial foreclosure process). Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk the loss of your home to a foreclosure sale.**

As of 06/10/2022 you are 2809 days delinquent on your mortgage loan.

**Recent Account History**
* Payment Due 01/01/22 Unpaid Amount of $1,374.53.
* Payment Due 02/01/22 Unpaid Amount of $1,374.53.
* Payment Due 03/01/22 Unpaid Amount of $1,374.53.
* Payment Due 04/01/22 Unpaid Amount of $1,374.53.
* Payment Due 05/01/22 Unpaid Amount of $1,374.53.
* Payment Due 06/01/22 Unpaid Amount of $1,374.53.
Current Payment Due 07/01/22: $1,374.53.
**Total Amount Due to Reinstate as of 06/10/2022: $145,125.94. You must pay this amount to bring your loan current.**
Please call us at (800) 495-7166 to obtain the amount necessary to reinstate your loan.

**If You Are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

*Please detach bottom portion and return with your payment.*

## Amount Due to Reinstate Loan

| | |
|---|---|
| Loan Number | |
| Borrower | HENRY W HOWE, IV |
| Co-Borrower | MELANIE B HOWE |
| **Amount Due to Reinstate Loan** | **$145,125.94** |

As of (06/10/2022)
*If payment is received after 07/16/2022, a late fee of $49.00 will be charged.*

Please write your loan number on your check or money order.

Please remit the Amount Due (shown left). If you wish to make additional payments to your principal or escrow, please indicate the amount(s) in the boxes at right.



PO Box 88009
Chicago, IL  60680-1009

## PAYMENT COUPON

Amount Due
to Reinstate Loan   **$145,125.94**

| | |
|---|---|
| Monthly Payment Amount | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Charge | $ |
| Other** (Please Specify) | $ |
| **Total Enclosed** | $ |

| Payments by Mail – | Payment Online – | Payments for Overnight, Express Mail | Correspondence |
|---|---|---|---|
| Fay Servicing, LLC | www.fayservicing.com | and/or Principal Curtailment or Escrow only | Fay Servicing, LLC |
| (800) 495-7166 | | Fay Servicing, LLC | 1601 LBJ Freeway, Suite 150 |
| | | Attn: Payment Processing | Farmers Branch, TX 75234 |
| | | 1601 LBJ Freeway, Suite 150 | |
| | | Farmers Branch, TX 75234 | |
| | | Payments cannot be made in person at this location | |

**Payments by Phone** - Fay Servicing, LLC Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number (800) 495-7166 to perform real-time, confidential mortgage payment transactions. When permitted by applicable law, a fee may apply for this service in the amount of up to $15.00 when being assisted by a live representative. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available. To make a telephone payment or obtain information about free payment options, please contact us at (800) 495-7166.

**MoneyGram Express Payment** - MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

## DISCLOSURES

Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are 8am-7pm Mon-Thur, 8am-5pm Fri, 9am-12pm Sat, Operating hours are Central Time. Call today: (800) 495-7166. NMLS ID #88244

**Credit Reporting** - We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**Notice To Customers** - To provide us with a Notice of Error about the servicing of your loan, or make a Request for Information about the servicing of your loan, please contact us at: Fay Servicing, LLC, Attn: Customer Service Department, 3000 Professional Drive, Suite A, Springfield, IL 62703. Should you have any questions or concerns regarding your loan, please contact us at (800) 495-7166.  Our office is open 8am-7pm Mon-Thur, 8am-5pm Fri, 9am-12pm Sat, Operating hours are Central Time.

**Mini Miranda** - This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**HUD Statement** - Pursuant to Section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home.  For a list of homeownership counselors or counseling organizations in your area, go to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or call 800-569-4287.

**Equal Credit Opportunity Act Notice** - The Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is: Federal Trade Commission, Equal Credit Opportunity, 600 Pennsylvania Avenue NW, Washington, DC 20580. 1-877-FTC-HELP (1-877-382-4357); TTD: 1-866-653-4261. www.ftc.gov

**Servicemembers Civil Relief Act (SCRA)** - If you or any other person on this mortgage is a servicemember or dependent of a servicemember, you may be entitled to certain protections under the Federal Servicemembers Civil Relief Act (50 U.S.C. Sec 501) regarding the servicemember's interest rate and the risk of foreclosure. Counseling for qualified individuals is available at agencies such as Military OneSource and Armed Forces Legal Assistance. To obtain information on counseling assistance, contact the OneSource Center, toll free, at (800) 342-9647 or visit their website: http://legalassistance.law.af.mil.content/locator.php.

**Property Inspections** - If your loan account is in default, in accordance with the terms of your Mortgage/Deed of Trust, Fay Servicing, LLC may inspect your property to determine that it is being maintained and occupied. As needed or required, Fay Servicing, LLC may secure the property. Securing the property may result in locks being added or changed in an effort to protect the property and may also include winterizing and/or mowing the property as necessary. Any fees for such an inspection and/or property services may be charged to your account.

**Disputed Debts** - If you are disputing the debt, or a portion of the debt, please note that this statement is for informational and compliance purposes only. It is not an attempt to collect a debt against you



# MORTGAGE STATEMENT

**Statement Date: July 08, 2022**

 P.O. Box 111209 Nashville, TN 37222
**Return Service Only - Please do not send mail to this address**

  *Mobile App: Now available in both the Apple and Google app stores. Download today!*
Online: www.fayservicing.com

**RETURN SERVICE REQUESTED**

8am-7pm Mon-Thur, 8am-5pm Fri, 9am-12pm Sat, Operating hours are Central Time
Phone: (800) 495-7166
Fax: (630) 282-7548
**Payments**
PO Box 88009
Chicago, IL  60680-1009

015131
HENRY W HOWE, IV
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER, ME  04042

**New Payment Option Available! First time users, contact us to Learn How You Can Add Your Debit Card Today!**

| | |
|---|---|
| Loan Number: | |
| Next Payment Due Date: | 08/01/2022 |
| **Amount Due:** | **$146,520.47** |

*If payment is received after 08/16/2022, a late fee of $49.00 will be charged.*

Property  Address:
334  DEERWANDER RD
HOLLIS CENTER, ME 04042

### Explanation of Amount Due

| | |
|---|---|
| Overdue Payment(s) | $134,069.12 |
| Other Fees Due | $588.00 |
| Recoverable Corporate Advances | $11,863.35 |
| Unapplied Funds | ($0.00) |
| **Reinstate Loan (as of 07/08/2022)** | **$146,520.47** |

**Please note:** After 07/08/2022, the amount to reinstate may not be sufficient to bring your loan current as additional fees, charges or attorney fees/costs may have been incurred but not yet invoiced, or may have been incurred after 07/08/2022.

As of 07/08/2022, the Accelerated Amount Due is $367,715.99. This amount will pay off the entire balance of your loan. We will accept a lesser amount to reinstate the loan.

### Account Information

| | |
|---|---|
| Loan Due Date | 10/01/2014 |
| Outstanding Principal Balance¹ | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Interest Rate | 4.625% |
| Prepayment Penalty | No |
| Escrow Balance | -$40,321.20 |
| Recoverable Corporate Advances | $11,863.35 |

¹ Please note, the balance on your billing statement is NOT your payoff amount. If you want to payoff your loan, you can request a payoff quote via our website www.fayservicing.com, fax a request to 312 508 4083, or contact our Customer Service Department at (800) 495-7166.

### Transaction Activity (06/11/22 - 07/08/22)

| Date Paid | Description | Principal | Interest | Escrow | Additional Monthly Amount | Charges and Fees | Partial Payment (Unapplied) | Total |
|---|---|---|---|---|---|---|---|---|
| 06/17/22 | PROPERTY INSPECTION FEE | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | $0.00 | $20.00 |
| 06/22/22 | MORTGAGE INSURANCE PAID | $0.00 | $0.00 | -$34.67 | $0.00 | $0.00 | $0.00 | -$34.67 |

### Special Messages

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total Payment** | **$0.00** | **$0.00** |

#### Important Information about Partial Payments

* Partial Payments are not applied to your mortgage, but instead are held in a separate unapplied account. If you pay the balance of a partial payment, the unapplied funds will then be added to your mortgage.  Adverse credit reporting, late charges and property inspections may occur as a result of the delinquency.

### Delinquency Notice

**You are late on your monthly payments.  As a result, the balance of your loan has been accelerated (i.e., we have made the first notice or filing required by applicable law for any judicial or non-judicial foreclosure process). Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk the loss of your home to a foreclosure sale.**

As of 07/08/2022 you are 2837 days delinquent on your mortgage loan.

**Recent Account History**
* Payment Due 02/01/22 Unpaid Amount of $1,374.53.
* Payment Due 03/01/22 Unpaid Amount of $1,374.53.
* Payment Due 04/01/22 Unpaid Amount of $1,374.53.
* Payment Due 05/01/22 Unpaid Amount of $1,374.53.
* Payment Due 06/01/22 Unpaid Amount of $1,374.53.
* Payment Due 07/01/22 Unpaid Amount of $1,374.53.
Current Payment Due 08/01/22: $1,374.53.
**Total Amount Due to Reinstate as of 07/08/2022: $146,520.47. You must pay this amount to bring your loan current.**
Please call us at (800) 495-7166 to obtain the amount necessary to reinstate your loan.

**If You Are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

*Please detach bottom portion and return with your payment.*

---

### Amount Due to Reinstate Loan

| | |
|---|---|
| Loan Number | |
| Borrower | HENRY W HOWE, IV |
| Co-Borrower | MELANIE B HOWE |
| **Amount Due to Reinstate Loan** | **$146,520.47** |

As of (07/08/2022)
*If payment is received after 08/16/2022, a late fee of $49.00 will be charged.*

Please write your loan number on your check or money order.

Please remit the Amount Due (shown left).

If you wish to make additional payments to your principal or escrow, please indicate the amount(s) in the boxes at right.

## PAYMENT COUPON

| | Amount Due to Reinstate Loan |
|---|---|
| | **$146,520.47** |

| | |
|---|---|
| Monthly Payment Amount | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Charge | $ |
| Other** (Please Specify) | $ |
| **Total Enclosed** | $ |



PO Box 88009
Chicago, IL  60680-1009

Payments in Person and Overnight Mail and/or for Principal Curtailment or Escrow only
Fay Servicing, LLC
Attn: Payment Processing
1601 LBJ Freeway, Suite 150
Farmers Branch, TX 75234
Payments cannot be made in person at this location

**Payments by Phone** - Fay Servicing, LLC Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number (800) 495-7166 to perform real-time, confidential mortgage payment transactions. When permitted by applicable law, a fee may apply for this service in the amount of up to $15.00 when being assisted by a live representative. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available. To make a telephone payment or obtain information about free payment options, please contact us at (800) 495-7166.

**MoneyGram Express Payment** - MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

## DISCLOSURES

Federal law requires us to advise you that Fay Servicing, LLC (NMLS ID 88244) as the servicer of your loan, is responsible for collecting your payments; however, in some circumstances we may be acting as a debt collector, in those circumstances, this communication is from a debt collector attempting to collect a debt and any information obtained may be used for that purpose.

**Credit Reporting** - We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**IMPORTANT BANKRUPTCY NOTICE**
**Bankruptcy (if applicable)** - To the extent your original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the U.S. Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, Fay Servicing, LLC retains rights under its security instrument, including the right to foreclose its lien.

**NOTICE TO CUSTOMERS**
To provide us with a Notice of Error about the servicing of your loan, or make a Request for Information about the servicing of your loan, please contact us at:
Fay Servicing, LLC
**Attn: Customer Service Department**
3000 Professional Drive, Suite A
Springfield, IL 62703

Should you have any questions or concerns regarding your loan, please contact us at (800) 495-7166. Our office is open 8am-7pm Mon-Thur, 8am-5pm Fri, 9am-12pm Sat, Operating hours are Central Time.

**MINI MIRANDA**
This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**U.S. Department of Housing and Urban Development (HUD)**
Pursuant to Section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home.

For a list of homeownership counselors or counseling organizations in your area, go to https://hudgov-answers.force.com/housingcounseling/s/ or call 800-569-4287.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE**
The Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Customer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is:

Federal Trade Commission
Equal Credit Opportunity
600 Pennsylvania Avenue, NW
Washington, DC 20580
1-877-FTC-HELP (1-877-382-4357); TTD: 1-866-653-4261
www.ftc.gov

**SERVICEMEMBERS CIVIL RELIEF ACT (SCRA)** - If you or any other person on this mortgage is a servicemember or dependent of a servicemember, you may be entitled to certain protections under the Federal Servicemembers Civil Relief Act (50 U.S.C. Sec 501) regarding the servicemember's interest rate and the risk of foreclosure. Counseling for qualified individuals is available at agencies such as Military OneSource and Armed Forces Legal Assistance. To obtain information on counseling assistance, contact the OneSource Center, toll free, at (800)-342-9647 or visit their website: http://legalassistance.law.af.mil.content/locator.php.

**PROPERTY INSPECTIONS**
If your loan account is in default, in accordance with the terms of your Mortgage/Deed of Trust, Fay Servicing, LLC may inspect your property to determine that it is being maintained and occupied. As needed or required, Fay Servicing, LLC may secure the property. Securing the property may result in locks being added or changed in an effort to protect the property and may also include winterizing and/or mowing the property as necessary. Any fees for such an inspection and/or property services may be charged to your account.

Disputed Debts: If you are disputing the debt, or a portion of the debt, please note that this statement is for information and compliance purpose only. It is not an attempt to collect a debt against you.

Fay Servicing LLC, provides free language translation services to people whose preferred language is not English. If you need these services, call Fay Servicing, LLC, at 1-800-495-7166. Documents provided will be provided in English. A translation and description of commonly used debt collection pterms is available in multiple languages on NY Consumer Affairs Department's website, https://www.nyc.goc.dca.



## MORTGAGE STATEMENT
**Statement Date: August 10, 2022**

P.O. Box 111209 Nashville, TN 37222
**Return Service Only - Please do not send mail to this address**

**RETURN SERVICE REQUESTED**

*Mobile App: Available in Apple and Google app stores. Download today!*
Online: www.fayservicing.com **Updated website coming soon!**

8am-7pm Mon-Thur, 8am-5pm Fri, 9am-12pm Sat, Operating hours are Central Time
Phone: (800) 495-7166
Fax: (630) 282-7548
**Payments**
PO Box 88009
Chicago, IL  60680-1009

014820
HENRY W HOWE, IV
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER, ME  04042

**New Payment Option Available! First time users, contact us to Learn How You Can Add Your Debit Card Today!**

| | |
|---|---|
| Loan Number: | ▮▮▮▮▮▮ |
| Next Payment Due Date: | 09/01/2022 |
| **Amount Due:** | **$147,915.00** |

*If payment is received after 09/16/2022, a late fee of $49.00 will be charged.*

Property  Address:
334  DEERWANDER RD
HOLLIS CENTER, ME 04042

### Account Information

| | |
|---|---|
| Loan Due Date | 10/01/2014 |
| Outstanding Principal Balance¹ | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Interest Rate | 4.625% |
| Prepayment Penalty | No |
| Escrow Balance | -$40,355.87 |
| Recoverable Corporate Advances | $11,883.35 |

¹ Please note, the balance on your billing statement is NOT your payoff amount. If you want to payoff your loan, you can request a payoff quote via our website www.fayservicing.com, fax a request to 312 508 4083, or contact our Customer Service Department at (800) 495-7166.

### Explanation of Amount Due

| | |
|---|---|
| Overdue Payment(s) | $135,443.65 |
| Other Fees Due | $588.00 |
| Recoverable Corporate Advances | $11,883.35 |
| Unapplied Funds | ($0.00) |
| **Reinstate Loan (as of 08/10/2022)** | **$147,915.00** |

**Please note:** After 08/10/2022, the amount to reinstate may not be sufficient to bring your loan current as additional fees, charges or attorney fees/costs may have been incurred but not yet invoiced, or may have been incurred after 08/10/2022.

As of 08/10/2022, the Accelerated Amount Due is $368,665.39. This amount will pay off the entire balance of your loan. We will accept a lesser amount to reinstate the loan.

### Transaction Activity (07/09/22 - 08/10/22)

| Date Paid | Description | Principal | Interest | Escrow | Additional Monthly Amount | Charges and Fees | Partial Payment (Unapplied) | Total |
|---|---|---|---|---|---|---|---|---|
| 07/20/22 | PROPERTY INSPECTION FEE | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | $0.00 | $20.00 |
| 07/22/22 | MORTGAGE INSURANCE PAID | $0.00 | $0.00 | -$34.67 | $0.00 | $0.00 | $0.00 | -$34.67 |

### Special Messages

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total Payment** | **$0.00** | **$0.00** |

#### Important Information about Partial Payments

* Partial Payments are not applied to your mortgage, but instead are held in a separate unapplied account. If you pay the balance of a partial payment, the unapplied funds will then be added to your mortgage.  Adverse credit reporting, late charges and property inspections may occur as a result of the delinquency.

### Delinquency Notice

You are late on your monthly payments.  As a result, the balance of your loan has been accelerated (i.e., we have made the first notice or filing required by applicable law for any judicial or non-judicial foreclosure process). Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk the loss of your home to a foreclosure sale.

As of 08/10/2022 you are 2870 days delinquent on your mortgage loan.

**Recent Account History**
* Payment Due 03/01/22 Unpaid Amount of $1,374.53.
* Payment Due 04/01/22 Unpaid Amount of $1,374.53.
* Payment Due 05/01/22 Unpaid Amount of $1,374.53.
* Payment Due 06/01/22 Unpaid Amount of $1,374.53.
* Payment Due 07/01/22 Unpaid Amount of $1,374.53.
* Payment Due 08/01/22 Unpaid Amount of $1,374.53.
Current Payment Due 09/01/22: $1,374.53.
**Total Amount Due to Reinstate as of 08/10/2022: $147,915.00. You must pay this amount to bring your loan current.**
Please call us at (800) 495-7166 to obtain the amount necessary to reinstate your loan.

**If You Are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

*Please detach bottom portion and return with your payment.*

---

### Amount Due to Reinstate Loan

| | |
|---|---|
| Loan Number | ▮▮▮▮▮▮ |
| Borrower | HENRY W HOWE, IV |
| Co-Borrower | MELANIE B HOWE |
| **Amount Due to Reinstate Loan** | **$147,915.00** |
| As of (08/10/2022) | |

*If payment is received after 09/16/2022, a late fee of $49.00 will be charged.*

Please write your loan number on your check or money order.

Please remit the Amount Due (shown left). If you wish to make additional payments to your principal or escrow, please indicate the amount(s) in the boxes at right.

## PAYMENT COUPON

**Amount Due to Reinstate Loan**
**$147,915.00**

| | |
|---|---|
| Monthly Payment Amount | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Charge | $ |
| Other** (Please Specify) | $ |
| **Total Enclosed** | $ |



PO Box 88009
Chicago, IL  60680-1009

| | | |
|---|---|---|
| **Payments by Phone** (800) 495-7166 | **Payments Online** www.fayservicing.com | **Overnight Correspondence** Fay Servicing, LLC 1601 LBJ Freeway, Suite 150 Farmers Branch, TX 75234 |

| **Payments by Regular Mail** Fay Servicing, LLC Attn: Payment Processing 1601 LBJ Freeway, Suite 150 Farmers Branch, TX 75234 | **Payments in Person** and/or for Principal Curtailment or Escrow only |
|---|---|
| | Payments cannot be made in person at this location |

**Payments by Phone** - Fay Servicing, LLC Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number (800) 495-7166 to perform real-time, confidential mortgage payment transactions. When permitted by applicable law, a fee may apply for this service in the amount of up to $15.00 when being assisted by a live representative. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available. To make a telephone payment or obtain information about free payment options, please contact us at (800) 495-7166.

**MoneyGram Express Payment** - MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

## DISCLOSURES

Federal law requires us to advise you that Fay Servicing, LLC (NMLS ID 88244) as the servicer of your loan, is responsible for collecting your payments; however, in some circumstances we may be acting as a debt collector, in those circumstances, this communication is from a debt collector attempting to collect a debt and any information obtained may be used for that purpose.

**Credit Reporting** - We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**IMPORTANT BANKRUPTCY NOTICE**
**Bankruptcy (if applicable)** - To the extent your original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the U.S. Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, Fay Servicing, LLC retains rights under its security instrument, including the right to foreclose its lien.

**NOTICE TO CUSTOMERS**
To provide us with a Notice of Error about the servicing of your loan, or make a Request for Information about the servicing of your loan, please contact us at:
Fay Servicing, LLC
**Attn: Customer Service Department**
3000 Professional Drive, Suite A
Springfield, IL 62703

Should you have any questions or concerns regarding your loan, please contact us at (800) 495-7166. Our office is open 8am-7pm Mon-Thur, 8am-5pm Fri, 9am-12pm Sat, Operating hours are Central Time.

**MINI MIRANDA**
This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**U.S. Department of Housing and Urban Development (HUD)**
Pursuant to Section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home.

For a list of homeownership counselors or counseling organizations in your area, go to https://hudgov-answers.force.com/housingcounseling/s/ or call 800-569-4287.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE**
The Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Customer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is:

Federal Trade Commission
Equal Credit Opportunity
600 Pennsylvania Avenue, NW
Washington, DC 20580
1-877-FTC-HELP (1-877-382-4357); TTD: 1-866-653-4261
www.ftc.gov

**SERVICEMEMBERS CIVIL RELIEF ACT (SCRA)** - If you or any other person on this mortgage is a servicemember or dependent of a servicemember, you may be entitled to certain protections under the Federal Servicemembers Civil Relief Act (50 U.S.C. Sec 501) regarding the servicemember's interest rate and the risk of foreclosure. Counseling for qualified individuals is available at agencies such as Military OneSource and Armed Forces Legal Assistance. To obtain information on counseling assistance, contact the OneSource Center, toll free, at (800)-342-9647 or visit their website: http://legalassistance.law.af.mil.content/locator.php.

**PROPERTY INSPECTIONS**
If your loan account is in default, in accordance with the terms of your Mortgage/Deed of Trust, Fay Servicing, LLC may inspect your property to determine that it is being maintained and occupied. As needed or required, Fay Servicing, LLC may secure the property. Securing the property may result in locks being added or changed in an effort to protect the property and may also include winterizing and/or mowing the property as necessary. Any fees for such an inspection and/or property services may be charged to your account.

Disputed Debts: If you are disputing the debt, or a portion of the debt, please note that this statement is for information and compliance purpose only. It is not an attempt to collect a debt against you.

Fay Servicing LLC, provides free language translation services to people whose preferred language is not English. If you need these services, call Fay Servicing, LLC, at 1-800-495-7166. Documents provided will be provided in English. A translation and description of commonly used debt collection pterms is available in multiple languages on NY Consumer Affairs Department's website, https://www.nyc.goc.dca.

# MORTGAGE STATEMENT

**Statement Date: September 09, 2022**

P.O. Box 111209 Nashville, TN 37222
**Return Service Only - Please do not send mail to this address**



**Mobile App: Available in Apple and Google app stores. Download today!**
Online: www.fayservicing.com **Updated website coming soon!**

**RETURN SERVICE REQUESTED**

8am-7pm Mon-Thur, 8am-5pm Fri, 9am-12pm Sat, Operating hours are Central Time
Phone: (800) 495-7166
Fax: (630) 282-7548
**Payments**
PO Box 88009
Chicago, IL  60680-1009

014603
HENRY W HOWE, IV
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER, ME  04042

**New Payment Option Available! First time users, contact us to Learn How You Can Add Your Debit Card Today!**

| | |
|---|---|
| Loan Number: | |
| Next Payment Due Date: | 10/01/2022 |
| **Amount Due:** | **$149,309.53** |

*If payment is received after 10/16/2022, a late fee of $49.00 will be charged.*

Property  Address:
334  DEERWANDER RD
HOLLIS CENTER, ME 04042

## Account Information

| | |
|---|---|
| Loan Due Date | 10/01/2014 |
| Outstanding Principal Balance[1] | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Interest Rate | 4.625% |
| Prepayment Penalty | No |
| Escrow Balance | -$40,390.54 |
| Recoverable Corporate Advances | $11,903.35 |

[1] Please note, the balance on your billing statement is NOT your payoff amount. If you want to payoff your loan, you can request a payoff quote via our website www.fayservicing.com, fax a request to 312 508 4083, or contact our Customer Service Department at (800) 495-7166.

## Explanation of Amount Due

| | |
|---|---|
| Overdue Payment(s) | $136,818.18 |
| Other Fees Due | $588.00 |
| Recoverable Corporate Advances | $11,903.35 |
| Unapplied Funds | ($0.00) |
| **Reinstate Loan (as of 09/09/2022)** | **$149,309.53** |

**Please note**: After 09/09/2022, the amount to reinstate may not be sufficient to bring your loan current as additional fees, charges or attorney fees/costs may have been incurred but not yet invoiced, or may have been incurred after 09/09/2022.

As of 09/09/2022, the Accelerated Amount Due is $369,533.46. This amount will pay off the entire balance of your loan. We will accept a lesser amount to reinstate the loan.

## Transaction Activity (08/11/22 - 09/09/22)

| Date Paid | Description | Principal | Interest | Escrow | Additional Monthly Amount | Charges and Fees | Partial Payment (Unapplied) | Total |
|---|---|---|---|---|---|---|---|---|
| 08/24/22 | PROPERTY INSPECTION FEE | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | $0.00 | $20.00 |
| 08/24/22 | MORTGAGE INSURANCE PAID | $0.00 | $0.00 | -$34.67 | $0.00 | $0.00 | $0.00 | -$34.67 |

## Special Messages

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total Payment** | **$0.00** | **$0.00** |

### Important Information about Partial Payments

* Partial Payments are not applied to your mortgage, but instead are held in a separate unapplied account. If you pay the balance of a partial payment, the unapplied funds will then be added to your mortgage.  Adverse credit reporting, late charges and property inspections may occur as a result of the delinquency.

## Delinquency Notice

**You are late on your monthly payments.  As a result, the balance of your loan has been accelerated (i.e., we have made the first notice or filing required by applicable law for any judicial or non-judicial foreclosure process). Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk the loss of your home to a foreclosure sale.**

As of 09/09/2022 you are 2900 days delinquent on your mortgage loan.

**Recent Account History**
* Payment Due 04/01/22 Unpaid Amount of $1,374.53.
* Payment Due 05/01/22 Unpaid Amount of $1,374.53.
* Payment Due 06/01/22 Unpaid Amount of $1,374.53.
* Payment Due 07/01/22 Unpaid Amount of $1,374.53.
* Payment Due 08/01/22 Unpaid Amount of $1,374.53.
* Payment Due 09/01/22 Unpaid Amount of $1,374.53.
Current Payment Due 10/01/22: $1,374.53.
**Total Amount Due to Reinstate as of 09/09/2022: $149,309.53. You must pay this amount to bring your loan current.**
Please call us at (800) 495-7166 to obtain the amount necessary to reinstate your loan.

**If You Are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

*Please detach bottom portion and return with your payment.*

## Amount Due to Reinstate Loan

| | |
|---|---|
| Loan Number | |
| Borrower | HENRY W HOWE, IV |
| Co-Borrower | MELANIE B HOWE |
| **Amount Due to Reinstate Loan** | **$149,309.53** |

As of (09/09/2022)
*If payment is received after 10/16/2022, a late fee of $49.00 will be charged.*

Please write your loan number on your check or money order.

Please remit the Amount Due (shown left). If you wish to make additional payments to your principal or escrow, please indicate the amount(s) in the boxes at right.

## PAYMENT COUPON

**Amount Due to Reinstate Loan**

**$149,309.53**

| | |
|---|---|
| Monthly Payment Amount | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Charge | $ |
| Other** (Please Specify) | $ |
| **Total Enclosed** | $ |



PO Box 88009
Chicago, IL  60680-1009

| Payment by Phone | Payments Online | Payments by Regular Mail | Overnight Correspondence |
|---|---|---|---|
| (800) 495-7166 | www.fayservicing.com | and/or Principal Curtailment or Escrow only | Fay Servicing, LLC |
| | | Fay Servicing, LLC | 1601 LBJ Freeway, Suite 150 |
| | | Attn: Payment Processing | Farmers Branch, TX 75234 |
| | | 1601 LBJ Freeway, Suite 150 | |
| | | Farmers Branch, TX 75234 | |
| | | Payments cannot be made in person at this location | |

**Payments by Phone** - Fay Servicing, LLC Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number (800) 495-7166 to perform real-time, confidential mortgage payment transactions. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available.

**MoneyGram Express Payment** - MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

## DISCLOSURES

Federal law requires us to advise you that Fay Servicing, LLC (NMLS ID 88244) as the servicer of your loan, is responsible for collecting your payments; however, in some circumstances we may be acting as a debt collector, in those circumstances, this communication is from a debt collector attempting to collect a debt and any information obtained may be used for that purpose.

**Credit Reporting** - We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**IMPORTANT BANKRUPTCY NOTICE**
**Bankruptcy (if applicable)** - To the extent your original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the U.S. Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, Fay Servicing, LLC retains rights under its security instrument, including the right to foreclose its lien.

**NOTICE TO CUSTOMERS**
To provide us with a Notice of Error about the servicing of your loan, or make a Request for Information about the servicing of your loan, please contact us at:
Fay Servicing, LLC
**Attn: Customer Service Department**
c/o Registered Agent Solutions, Inc 3000 Professional Drive, Suite A
Springfield, IL 62703

Should you have any questions or concerns regarding your loan, please contact us at (800) 495-7166. Our office is open 8am-7pm Mon-Thur, 8am-5pm Fri, 9am-12pm Sat, Operating hours are Central Time.

**MINI MIRANDA**
This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**U.S. Department of Housing and Urban Development (HUD)**
Pursuant to Section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home.

For a list of homeownership counselors or counseling organizations in your area, go to https://hudgov-answers.force.com/housingcounseling/s/ or call 800-569-4287.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE**
The Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Customer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is:

Federal Trade Commission
Equal Credit Opportunity
600 Pennsylvania Avenue, NW
Washington, DC 20580
1-877-FTC-HELP (1-877-382-4357); TTD: 1-866-653-4261
www.ftc.gov

**SERVICEMEMBERS CIVIL RELIEF ACT (SCRA)** - If you or any other person on this mortgage is a servicemember or dependent of a servicemember, you may be entitled to certain protections under the Federal Servicemembers Civil Relief Act (50 U.S.C. Sec 501) regarding the servicemember's interest rate and the risk of foreclosure. Counseling for qualified individuals is available at agencies such as Military OneSource and Armed Forces Legal Assistance. To obtain information on counseling assistance, contact the OneSource Center, toll free, at (800)-342-9647 or visit their website: http://legalassistance.law.af.mil.content/locator.php.

**PROPERTY INSPECTIONS**
If your loan account is in default, in accordance with the terms of your Mortgage/Deed of Trust, Fay Servicing, LLC may inspect your property to determine that it is being maintained and occupied. As needed or required, Fay Servicing, LLC may secure the property. Securing the property may result in locks being added or changed in an effort to protect the property and may also include winterizing and/or mowing the property as necessary. Any fees for such an inspection and/or property services may be charged to your account.

Disputed Debts: If you are disputing the debt, or a portion of the debt, please note that this statement is for information and compliance purpose only. It is not an attempt to collect a debt against you.

Fay Servicing LLC, provides free language translation services to people whose preferred language is not English. If you need these services, call Fay Servicing, LLC, at 1-800-495-7166. Documents provided will be provided in English. A translation and description of commonly used debt collection pterms is available in multiple languages on NY Consumer Affairs Department's website, https://www.nyc.goc.dca.

# MORTGAGE STATEMENT
### Statement Date: October 07, 2022

P.O. Box 111209 Nashville, TN 37222
**Return Service Only - Please do not send mail to this address**

*Mobile App: Available in Apple and Google app stores. Download today!*
Online: www.fayservicing.com **Updated website coming soon!**

**RETURN SERVICE REQUESTED**

8am-7pm Mon-Thur, 8am-5pm Fri, 9am-12pm Sat, Operating hours are Central Time
Phone: (800) 495-7166
Fax: (630) 282-7548
**Payments**
PO Box 88009
Chicago, IL  60680-1009

014377
HENRY W HOWE, IV
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER, ME  04042

**New Payment Option Available! First time users, contact us to Learn How You Can Add Your Debit Card Today!**

| | |
|---|---|
| Loan Number: | |
| Next Payment Due Date: | 11/01/2022 |
| **Amount Due:** | **$151,119.06** |

*If payment is received after 11/16/2022, a late fee of $49.00 will be charged.*

Property Address:
334 DEERWANDER RD
HOLLIS CENTER, ME 04042

### Account Information

| | |
|---|---|
| Loan Due Date | 10/01/2014 |
| Outstanding Principal Balance¹ | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Interest Rate | 4.625% |
| Prepayment Penalty | No |
| Escrow Balance | -$40,425.21 |
| Recoverable Corporate Advances | $12,338.35 |

¹ Please note, the balance on your billing statement is NOT your payoff amount. If you want to payoff your loan, you can request a payoff quote via our website www.fayservicing.com, fax a request to 312 508 4083, or contact our Customer Service Department at (800) 495-7166.

### Explanation of Amount Due

| | |
|---|---|
| Overdue Payment(s) | $138,192.71 |
| Other Fees Due | $588.00 |
| Recoverable Corporate Advances | $12,338.35 |
| Unapplied Funds | ($0.00) |
| **Reinstate Loan (as of 10/07/2022)** | **$151,119.06** |

**Please note**: After 10/07/2022, the amount to reinstate may not be sufficient to bring your loan current as additional fees, charges or attorney fees/costs may have been incurred but not yet invoiced, or may have been incurred after 10/07/2022.

As of 10/07/2022, the Accelerated Amount Due is $370,762.30. This amount will pay off the entire balance of your loan. We will accept a lesser amount to reinstate the loan.

### Transaction Activity (09/10/22 - 10/07/22)

| Date Paid | Description | Principal | Interest | Escrow | Additional Monthly Amount | Charges and Fees | Partial Payment (Unapplied) | Total |
|---|---|---|---|---|---|---|---|---|
| 09/22/22 | PROPERTY INSPECTION FEE | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | $0.00 | $20.00 |
| 09/22/22 | FORECLOSURE FEES & COSTS | $0.00 | $0.00 | $0.00 | $0.00 | $410.00 | $0.00 | $410.00 |
| 09/22/22 | FORECLOSURE FEES & COSTS | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $5.00 |
| 09/23/22 | MORTGAGE INSURANCE PAID | $0.00 | $0.00 | -$34.67 | $0.00 | $0.00 | $0.00 | -$34.67 |

### Special Messages

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total Payment** | **$0.00** | **$0.00** |

#### Important Information about Partial Payments

* Partial Payments are not applied to your mortgage, but instead are held in a separate unapplied account. If you pay the balance of a partial payment, the unapplied funds will then be added to your mortgage.  Adverse credit reporting, late charges and property inspections may occur as a result of the delinquency.

### Delinquency Notice

**You are late on your monthly payments.  As a result, the balance of your loan has been accelerated (i.e., we have made the first notice or filing required by applicable law for any judicial or non-judicial foreclosure process). Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk the loss of your home to a foreclosure sale.**

As of 10/07/2022 you are 2928 days delinquent on your mortgage loan.

**Recent Account History**
* Payment Due 05/01/22 Unpaid Amount of $1,374.53.
* Payment Due 06/01/22 Unpaid Amount of $1,374.53.
* Payment Due 07/01/22 Unpaid Amount of $1,374.53.
* Payment Due 08/01/22 Unpaid Amount of $1,374.53.
* Payment Due 09/01/22 Unpaid Amount of $1,374.53.
* Payment Due 10/01/22 Unpaid Amount of $1,374.53.
Current Payment Due 11/01/22: $1,374.53.
**Total Amount Due to Reinstate as of 10/07/2022: $151,119.06. You must pay this amount to bring your loan current.**
Please call us at (800) 495-7166 to obtain the amount necessary to reinstate your loan.

**If You Are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

*Please detach bottom portion and return with your payment.*

### Amount Due to Reinstate Loan

| | |
|---|---|
| Loan Number | |
| Borrower | HENRY W HOWE, IV |
| Co-Borrower | MELANIE B HOWE |
| **Amount Due to Reinstate Loan** | **$151,119.06** |
| As of (10/07/2022) | |

*If payment is received after 11/16/2022, a late fee of $49.00 will be charged.*

Please write your loan number on your check or money order.

Please remit the Amount Due (shown left).

If you wish to make additional payments to your principal or escrow, please indicate the amount(s) in the boxes at right.



PO Box 88009
Chicago, IL  60680-1009

## PAYMENT COUPON

Amount Due to Reinstate Loan
**$151,119.06**

| | |
|---|---|
| Monthly Payment Amount | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Charge | $ |
| Other** (Please Specify) | $ |
| **Total Enclosed** | $ |

606

| Payments by Phone | Payments by Mail | Overnight Mail, and/or Principal Curtailment or Escrow only | Correspondence |
|---|---|---|---|
| (800) 495-7166 | www.fayservicing.com | Fay Servicing, LLC<br>Attn: Payment Processing<br>1601 LBJ Freeway, Suite 150<br>Farmers Branch, TX 75234<br>Payments cannot be made in person at this location | Fay Servicing, LLC<br>1601 LBJ Freeway, Suite 150<br>Farmers Branch, TX 75234 |

**Payments by Phone** - Fay Servicing, LLC Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call toll-free number (800) 495-7166 to perform real-time, confidential mortgage payment transactions. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available.

**MoneyGram Express Payment** - MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

## DISCLOSURES

Federal law requires us to advise you that Fay Servicing, LLC (NMLS ID 88244) as the servicer of your loan, is responsible for collecting your payments; however, in some circumstances we may be acting as a debt collector, in those circumstances, this communication is from a debt collector attempting to collect a debt and any information obtained may be used for that purpose.

**Credit Reporting** - We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**IMPORTANT BANKRUPTCY NOTICE**
**Bankruptcy (if applicable)** - To the extent your original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the U.S. Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, Fay Servicing, LLC retains rights under its security instrument, including the right to foreclose its lien.

**NOTICE TO CUSTOMERS**
To provide us with a Notice of Error about the servicing of your loan, or make a Request for Information about the servicing of your loan, please contact us at:
Fay Servicing, LLC
**Attn: Customer Service Department**
c/o Registered Agent Solutions, Inc 3000 Professional Drive, Suite A
Springfield, IL 62703

Should you have any questions or concerns regarding your loan, please contact us at (800) 495-7166. Our office is open 8am-7pm Mon-Thur, 8am-5pm Fri, 9am-12pm Sat, Operating hours are Central Time.

**MINI MIRANDA**
This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**U.S. Department of Housing and Urban Development (HUD)**
Pursuant to Section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home.

For a list of homeownership counselors or counseling organizations in your area, go to https://hudgov-answers.force.com/housingcounseling/s/ or call 800-569-4287.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE**
The Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Customer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is:

Federal Trade Commission
Equal Credit Opportunity
600 Pennsylvania Avenue, NW
Washington, DC 20580
1-877-FTC-HELP (1-877-382-4357); TTD: 1-866-653-4261
www.ftc.gov

**SERVICEMEMBERS CIVIL RELIEF ACT (SCRA)** - If you or any other person on this mortgage is a servicemember or dependent of a servicemember, you may be entitled to certain protections under the Federal Servicemembers Civil Relief Act (50 U.S.C. Sec 501) regarding the servicemember's interest rate and the risk of foreclosure. Counseling for qualified individuals is available at agencies such as Military OneSource and Armed Forces Legal Assistance. To obtain information on counseling assistance, contact the OneSource Center, toll free, at (800)-342-9647 or visit their website: http://legalassistance.law.af.mil.content/locator.php.

**PROPERTY INSPECTIONS**
If your loan account is in default, in accordance with the terms of your Mortgage/Deed of Trust, Fay Servicing, LLC may inspect your property to determine that it is being maintained and occupied. As needed or required, Fay Servicing, LLC may secure the property. Securing the property may result in locks being added or changed in an effort to protect the property and may also include winterizing and/or mowing the property as necessary. Any fees for such an inspection and/or property services may be charged to your account.

Disputed Debts: If you are disputing the debt, or a portion of the debt, please note that this statement is for information and compliance purpose only. It is not an attempt to collect a debt against you.

Fay Servicing LLC, provides free language translation services to people whose preferred language is not English. If you need these services, call Fay Servicing, LLC, at 1-800-495-7166. Documents provided will be provided in English. A translation and description of commonly used debt collection pterms is available in multiple languages on NY Consumer Affairs Department's website, https://www.nyc.goc.dca.

**MORTGAGE STATEMENT**

**Statement Date: November 07, 2022**

P.O. Box 111209 Nashville, TN 37222
**Return Service Only - Please do not send mail to this address**




*Mobile App: Available in Apple and Google app stores. Download today!*
Online: www.fayservicing.com **Updated website coming soon!**

8am-7pm Mon-Thur, 8am-5pm Fri, 9am-12pm Sat, Operating hours are Central Time
Phone: (800) 495-7166
Fax: (630) 282-7548
**Payments**
PO Box 88009
Chicago, IL 60680-1009

**RETURN SERVICE REQUESTED**

**New Payment Option Available! First time users, contact us to Learn How You Can Add Your Debit Card Today!**

014219
HENRY W HOWE, IV
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER, ME 04042

| | |
|---|---|
| Loan Number: | |
| Next Payment Due Date: | 12/01/2022 |
| **Amount Due:** | **$152,513.59** |

*If payment is received after 12/16/2022, a late fee of $49.00 will be charged.*

Property Address:
334 DEERWANDER RD
HOLLIS CENTER, ME 04042

| Account Information | |
|---|---|
| Loan Due Date | 10/01/2014 |
| Outstanding Principal Balance¹ | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Interest Rate | 4.625% |
| Prepayment Penalty | No |
| Escrow Balance | -$41,865.16 |
| Recoverable Corporate Advances | $12,358.35 |

¹ Please note, the balance on your billing statement is NOT your payoff amount. If you want to payoff your loan, you can request a payoff quote via our website www.fayservicing.com, fax a request to 312 508 4083, or contact our Customer Service Department at (800) 495-7166.

| Explanation of Amount Due | |
|---|---|
| Overdue Payment(s) | $139,567.24 |
| Other Fees Due | $588.00 |
| Recoverable Corporate Advances | $12,358.35 |
| Unapplied Funds | ($0.00) |
| **Reinstate Loan (as of 11/07/2022)** | **$152,513.59** |

**Please note**: After 11/07/2022, the amount to reinstate may not be sufficient to bring your loan current as additional fees, charges or attorney fees/costs may have been incurred but not yet invoiced, or may have been incurred after 11/07/2022.

As of 11/07/2022, the Accelerated Amount Due is $373,062.76. This amount will pay off the entire balance of your loan. We will accept a lesser amount to reinstate the loan.

| Transaction Activity (10/08/22 - 11/07/22) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date Paid | Description | Principal | Interest | Escrow | Additional Monthly Amount | Charges and Fees | Partial Payment (Unapplied) | Total |
| 10/20/22 | MORTGAGE INSURANCE PAID | $0.00 | $0.00 | -$34.67 | $0.00 | $0.00 | $0.00 | -$34.67 |
| 10/21/22 | TOWNSHIP TAX PAID | $0.00 | $0.00 | -$1,405.28 | $0.00 | $0.00 | $0.00 | -$1,405.28 |
| 10/31/22 | PROPERTY INSPECTION FEE | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | $0.00 | $20.00 |

| Special Messages |
|---|
| |

| Past Payments Breakdown | | |
|---|---|---|
| | Paid Since Last Statement | Paid Year to Date |
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total Payment** | **$0.00** | **$0.00** |

**Important Information about Partial Payments**

* Partial Payments are not applied to your mortgage, but instead are held in a separate unapplied account. If you pay the balance of a partial payment, the unapplied funds will then be added to your mortgage. Adverse credit reporting, late charges and property inspections may occur as a result of the delinquency.

**Delinquency Notice**

You are late on your monthly payments. As a result, the balance of your loan has been accelerated (i.e., we have made the first notice or filing required by applicable law for any judicial or non-judicial foreclosure process). Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk the loss of your home to a foreclosure sale.

As of 11/07/2022 you are 2959 days delinquent on your mortgage loan.

**Recent Account History**
* Payment Due 06/01/22 Unpaid Amount of $1,374.53.
* Payment Due 07/01/22 Unpaid Amount of $1,374.53.
* Payment Due 08/01/22 Unpaid Amount of $1,374.53.
* Payment Due 09/01/22 Unpaid Amount of $1,374.53.
* Payment Due 10/01/22 Unpaid Amount of $1,374.53.
* Payment Due 11/01/22 Unpaid Amount of $1,374.53.
Current Payment Due 12/01/22: $1,374.53.
**Total Amount Due to Reinstate as of 11/07/2022: $152,513.59. You must pay this amount to bring your loan current.**
Please call us at (800) 495-7166 to obtain the amount necessary to reinstate your loan.

**If You Are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

*Please detach bottom portion and return with your payment.*

| Amount Due to Reinstate Loan | |
|---|---|
| Loan Number | |
| Borrower | HENRY W HOWE, IV |
| Co-Borrower | MELANIE B HOWE |
| **Amount Due to Reinstate Loan** | **$152,513.59** |
| As of (11/07/2022) | |

*If payment is received after 12/16/2022, a late fee of $49.00 will be charged.*

Please write your loan number on your check or money order.

Please remit the Amount Due (shown left).

If you wish to make additional payments to your principal or escrow, please indicate the amount(s) in the boxes at right.

**PAYMENT COUPON**

**Amount Due to Reinstate Loan**

**$152,513.59**

| | |
|---|---|
| Monthly Payment Amount | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Charge | $ |
| Other** (Please Specify) | $ |
| **Total Enclosed** | $ |



PO Box 88009
Chicago, IL 60680-1009

| Payments by Phone | Payments by Mail | Overnight Payments For Applicable Late Fee and/or Principal Curtailment or Escrow only | Correspondence |
|---|---|---|---|
| (800) 495-7166 | www.fayservicing.com | Fay Servicing, LLC Attn: Payment Processing 1601 LBJ Freeway, Suite 150 Farmers Branch, TX 75234 Payments cannot be made in person at this location | Fay Servicing, LLC 1601 LBJ Freeway, Suite 150 Farmers Branch, TX 75234 |

**Payments by Phone** - Fay Servicing, LLC Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call toll-free number (800) 495-7166 to perform real-time, confidential mortgage payment transactions. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available.

**MoneyGram Express Payment** - MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

## DISCLOSURES

Federal law requires us to advise you that Fay Servicing, LLC (NMLS ID 88244) as the servicer of your loan, is responsible for collecting your payments; however, in some circumstances we may be acting as a debt collector, in those circumstances, this communication is from a debt collector attempting to collect a debt and any information obtained may be used for that purpose.

**Credit Reporting** - We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**IMPORTANT BANKRUPTCY NOTICE**
**Bankruptcy (if applicable)** - To the extent your original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the U.S. Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, Fay Servicing, LLC retains rights under its security instrument, including the right to foreclose its lien.

**NOTICE TO CUSTOMERS**
To provide us with a Notice of Error about the servicing of your loan, or make a Request for Information about the servicing of your loan, please contact us at:
Fay Servicing, LLC
**Attn: Customer Service Department**
c/o Registered Agent Solutions, Inc 3000 Professional Drive, Suite A
Springfield, IL 62703

Should you have any questions or concerns regarding your loan, please contact us at (800) 495-7166. Our office is open 8am-7pm Mon-Thur, 8am-5pm Fri, 9am-12pm Sat, Operating hours are Central Time.

**MINI MIRANDA**
This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**U.S. Department of Housing and Urban Development (HUD)**
Pursuant to Section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home.

For a list of homeownership counselors or counseling organizations in your area, go to https://hudgov-answers.force.com/housingcounseling/s/ or call 800-569-4287.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE**
The Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Customer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is:
Federal Trade Commission
Equal Credit Opportunity
600 Pennsylvania Avenue, NW
Washington, DC 20580
1-877-FTC-HELP (1-877-382-4357); TTD: 1-866-653-4261
www.ftc.gov

**SERVICEMEMBERS CIVIL RELIEF ACT (SCRA)** - If you or any other person on this mortgage is a servicemember or dependent of a servicemember, you may be entitled to certain protections under the Federal Servicemembers Civil Relief Act (50 U.S.C. Sec 501) regarding the servicemember's interest rate and the risk of foreclosure. Counseling for qualified individuals is available at agencies such as Military OneSource and Armed Forces Legal Assistance. To obtain information on counseling assistance, contact the OneSource Center, toll free, at (800)-342-9647 or visit their website: http://legalassistance.law.af.mil.content/locator.php.

**PROPERTY INSPECTIONS**
If your loan account is in default, in accordance with the terms of your Mortgage/Deed of Trust, Fay Servicing, LLC may inspect your property to determine that it is being maintained and occupied. As needed or required, Fay Servicing, LLC may secure the property. Securing the property may result in locks being added or changed in an effort to protect the property and may also include winterizing and/or mowing the property as necessary. Any fees for such an inspection and/or property services may be charged to your account.

Disputed Debts: If you are disputing the debt, or a portion of the debt, please note that this statement is for information and compliance purpose only. It is not an attempt to collect a debt against you.

Fay Servicing LLC, provides free language translation services to people whose preferred language is not English. If you need these services, call Fay Servicing, LLC, at 1-800-495-7166. Documents provided will be provided in English. A translation and description of commonly used debt collection pterms is available in multiple languages on NY Consumer Affairs Department's website, https://www.nyc.goc.dca.

# MORTGAGE STATEMENT

**Statement Date: December 12, 2022**



P.O. Box 111209 Nashville, TN 37222
**Return Service Only - Please do not send mail to this address**

**RETURN SERVICE REQUESTED**

014066
HENRY W HOWE, IV
MELANIE B HOWE
334 DEERWANDER RD
HOLLIS CENTER, ME  04042

**Fay Servicing**

*Mobile App: Available in Apple and Google app stores. Download today!*
Online: www.fayservicing.com **Updated website coming soon!**

8am-7pm Mon-Thur, 8am-5pm Fri, 9am-12pm Sat, Operating hours are Central Time
Phone: (800) 495-7166
Fax: (630) 282-7548
**Payments**
PO Box 88009
Chicago, IL  60680-1009

| | |
|---|---|
| Loan Number: | |
| Next Payment Due Date: | 01/01/2023 |
| **Amount Due:** | **$153,888.12** |

*If payment is received after 01/16/2023, a late fee of $49.00 will be charged.*

Property  Address:
334  DEERWANDER RD
HOLLIS CENTER, ME 04042

## Account Information

| | |
|---|---|
| Loan Due Date | 10/01/2014 |
| Outstanding Principal Balance¹ | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Interest Rate | 4.625% |
| Prepayment Penalty | No |
| Escrow Balance | -$41,899.83 |
| Recoverable Corporate Advances | $12,358.35 |

¹ Please note, the balance on your billing statement is NOT your payoff amount. If you want to payoff your loan, you can request a payoff quote via our website www.fayservicing.com, fax a request to 312 508 4083, or contact our Customer Service Department at (800) 495-7166.

## Explanation of Amount Due

| | |
|---|---|
| Overdue Payment(s) | $140,941.77 |
| Other Fees Due | $588.00 |
| Recoverable Corporate Advances | $12,358.35 |
| Unapplied Funds | ($0.00) |
| **Reinstate Loan (as of 12/12/2022)** | **$153,888.12** |

**Please note**: After 12/12/2022, the amount to reinstate may not be sufficient to bring your loan current as additional fees, charges or attorney fees/costs may have been incurred but not yet invoiced, or may have been incurred after 12/12/2022.

As of 12/12/2022, the Accelerated Amount Due is $374,046.40. This amount will pay off the entire balance of your loan. We will accept a lesser amount to reinstate the loan.

## Transaction Activity (11/08/22 - 12/12/22)

| Date Paid | Description | Principal | Interest | Escrow | Additional Monthly Amount | Charges and Fees | Partial Payment (Unapplied) | Total |
|---|---|---|---|---|---|---|---|---|
| 11/22/22 | MORTGAGE INSURANCE PAID | $0.00 | $0.00 | -$34.67 | $0.00 | $0.00 | $0.00 | -$34.67 |

## Special Messages

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total Payment** | **$0.00** | **$0.00** |

### Important Information about Partial Payments

* Partial Payments are not applied to your mortgage, but instead are held in a separate unapplied account. If you pay the balance of a partial payment, the unapplied funds will then be added to your mortgage.  Adverse credit reporting, late charges and property inspections may occur as a result of the delinquency.

## Delinquency Notice

**You are late on your monthly payments.  As a result, the balance of your loan has been accelerated (i.e., we have made the first notice or filing required by applicable law for any judicial or non-judicial foreclosure process). Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk the loss of your home to a foreclosure sale.**

As of 12/12/2022 you are 2994 days delinquent on your mortgage loan.

**Recent Account History**

* Payment Due 07/01/22 Unpaid Amount of $1,374.53.
* Payment Due 08/01/22 Unpaid Amount of $1,374.53.
* Payment Due 09/01/22 Unpaid Amount of $1,374.53.
* Payment Due 10/01/22 Unpaid Amount of $1,374.53.
* Payment Due 11/01/22 Unpaid Amount of $1,374.53.
* Payment Due 12/01/22 Unpaid Amount of $1,374.53.
Current Payment Due 01/01/23: $1,345.78.
**Total Amount Due to Reinstate as of 12/12/2022: $153,888.12. You must pay this amount to bring your loan current.**

Please call us at (800) 495-7166 to obtain the amount necessary to reinstate your loan.

**If You Are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

*Please detach bottom portion and return with your payment.*

## Amount Due to Reinstate Loan

| | |
|---|---|
| Loan Number | |
| Borrower | HENRY W HOWE, IV |
| Co-Borrower | MELANIE B HOWE |
| **Amount Due to Reinstate Loan** | **$153,888.12** |

As of (12/12/2022)

*If payment is received after 01/16/2023, a late fee of $49.00 will be charged.*

Please write your loan number on your check or money order.

Please remit the Amount Due (shown left). If you wish to make additional payments to your principal or escrow, please indicate the amount(s) in the boxes at right.



PO Box 88009
Chicago, IL  60680-1009

## PAYMENT COUPON

Amount Due to Reinstate Loan **$153,888.12**

| | |
|---|---|
| Monthly Payment Amount | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Charge | $ |
| Other** (Please Specify) | $ |
| **Total Enclosed** | $ |

| Payments by Phone | Payments Online | Payments via Overnight or Express Mail, and/or for Principal Curtailment or Escrow only | Correspondence |
|---|---|---|---|
| (800) 495-7166 | www.fayservicing.com | Fay Servicing, LLC | Fay Servicing, LLC |
| | New Payment Option Available! First time users, contact us to Learn How you Can Add Your Debit Card Today! | Attn: Payment Processing 1601 LBJ Freeway, Suite 150 Farmers Branch, TX 75234 Payments cannot be made in person at this location | 1601 LBJ Freeway, Suite 150 Farmers Branch, TX 75234 |

**Payments by Phone** - Fay Servicing, LLC Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number (800) 495-7166 to perform real-time, confidential mortgage payment transactions. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available.

**MoneyGram Express Payment** - MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

## DISCLOSURES

Federal law requires us to advise you that Fay Servicing, LLC (NMLS ID 88244) as the servicer of your loan, is responsible for collecting your payments; however, in some circumstances we may be acting as a debt collector, in those circumstances, this communication is from a debt collector attempting to collect a debt and any information obtained may be used for that purpose.

**Credit Reporting** - We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**IMPORTANT BANKRUPTCY NOTICE**
**Bankruptcy (if applicable)** - To the extent your original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the U.S. Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, Fay Servicing, LLC retains rights under its security instrument, including the right to foreclose its lien.

**NOTICE TO CUSTOMERS**
To provide us with a Notice of Error about the servicing of your loan, or make a Request for Information about the servicing of your loan, please contact us at:

Fay Servicing, LLC
**Attn: Customer Service Department**
c/o Registered Agent Solutions, Inc  3000 Professional Drive, Suite A
Springfield, IL 62703

Should you have any questions or concerns regarding your loan, please contact us at (800) 495-7166. Our office is open 8am-7pm Mon-Thur, 8am-5pm Fri, 9am-12pm Sat, Operating hours are Central Time.

**MINI MIRANDA**
This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**U.S. Department of Housing and Urban Development (HUD)**
Pursuant to Section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home.

For a list of homeownership counselors or counseling organizations in your area, go to https://hudgov-answers.force.com/housingcounseling/s/ or call 800-569-4287.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE**
The Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Customer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is:

Federal Trade Commission
Equal Credit Opportunity
600 Pennsylvania Avenue, NW
Washington, DC 20580
1-877-FTC-HELP (1-877-382-4357); TTD: 1-866-653-4261
www.ftc.gov

**SERVICEMEMBERS CIVIL RELIEF ACT (SCRA)** - If you or any other person on this mortgage is a servicemember or dependent of a servicemember, you may be entitled to certain protections under the Federal Servicemembers Civil Relief Act (50 U.S.C. Sec 501) regarding the servicemember's interest rate and the risk of foreclosure. Counseling for qualified individuals is available at agencies such as Military OneSource and Armed Forces Legal Assistance. To obtain information on counseling assistance, contact the OneSource Center, toll free, at (800)-342-9647 or visit their website: http://legalassistance.law.af.mil.content/locator.php.

**PROPERTY INSPECTIONS**
If your loan account is in default, in accordance with the terms of your Mortgage/Deed of Trust, Fay Servicing, LLC may inspect your property to determine that it is being maintained and occupied.  As needed or required, Fay Servicing, LLC may secure the property.  Securing the property may result in locks being added or changed in an effort to protect the property and may also include winterizing and/or mowing the property as necessary.  Any fees for such an inspection and/or property services may be charged to your account.

Disputed Debts: If you are disputing the debt, or a portion of the debt, please note that this statement is for information and compliance purpose only. It is not an attempt to collect a debt against you.

Fay Servicing LLC, provides free language translation services to people whose preferred language is not English. If you need these services, call Fay Servicing, LLC, at 1-800-495-7166. Documents provided will be provided in English. A translation and description of commonly used debt collection pterms is available in multiple languages on NY Consumer Affairs Department's website, https://www.nyc.goc.dca.

# MORTGAGE STATEMENT

**Statement Date: January 10, 2023**

P.O. Box 111209 Nashville, TN 37222
**Return Service Only - Please do not send mail to this address**



**Mobile App: Available in Apple and Google app stores. Download today!**
Online: www.fayservicing.com **Updated website coming soon!**

8am-7pm Mon-Thur, 8am-5pm Fri, 9am-12pm Sat, Operating hours are Central Time
Phone: (800) 495-7166
Fax: (630) 282-7548
**Payments**
PO Box 88009
Chicago, IL  60680-1009

**RETURN SERVICE REQUESTED**

013939
HENRY W HOWE, IV
MELANIE B HOWE
334 DEERWANDER R
HOLLIS CENTER, ME  04042-3613

| Loan Number: | |
|---|---|
| Next Payment Due Date: | 02/01/2023 |
| **Amount Due:** | **$155,233.90** |

*If payment is received after 02/16/2023, a late fee of $49.00 will be charged.*

Property  Address:
334  DEERWANDER RD
HOLLIS CENTER, ME 04042

## Account Information

| | |
|---|---|
| Loan Due Date | 10/01/2014 |
| Outstanding Principal Balance¹ | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Interest Rate | 4.625% |
| Prepayment Penalty | No |
| Escrow Balance | -$41,934.50 |
| Recoverable Corporate Advances | $12,358.35 |

¹ Please note, the balance on your billing statement is NOT your payoff amount. If you want to payoff your loan, you can request a payoff quote via our website www.fayservicing.com, fax a request to 312 508 4083, or contact our Customer Service Department at (800) 495-7166.

## Explanation of Amount Due

| | |
|---|---|
| Overdue Payment(s) | $142,287.55 |
| Other Fees Due | $588.00 |
| Recoverable Corporate Advances | $12,358.35 |
| Unapplied Funds | ($0.00) |
| **Reinstate Loan (as of 01/10/2023)** | **$155,233.90** |

**Please note**: After 01/10/2023, the amount to reinstate may not be sufficient to bring your loan current as additional fees, charges or attorney fees/costs may have been incurred but not yet invoiced, or may have been incurred after 01/10/2023.

As of 01/10/2023, the Accelerated Amount Due is $374,867.35. This amount will pay off the entire balance of your loan. We will accept a lesser amount to reinstate the loan.

## Transaction Activity (12/13/22 - 01/10/23)

| Date Paid | Description | Principal | Interest | Escrow | Additional Monthly Amount | Charges and Fees | Partial Payment (Unapplied) | Total |
|---|---|---|---|---|---|---|---|---|
| 12/20/22 | MORTGAGE INSURANCE PAID | $0.00 | $0.00 | -$34.67 | $0.00 | $0.00 | $0.00 | -$34.67 |

## Special Messages

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total Payment** | **$0.00** | **$0.00** |

### Important Information about Partial Payments

*  Partial Payments are not applied to your mortgage, but instead are held in a separate unapplied account. If you pay the balance of a partial payment, the unapplied funds will then be added to your mortgage.  Adverse credit reporting, late charges and property inspections may occur as a result of the delinquency.

## Delinquency Notice

**You are late on your monthly payments.  As a result, the balance of your loan has been accelerated (i.e., we have made the first notice or filing required by applicable law for any judicial or non-judicial foreclosure process). Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk the loss of your home to a foreclosure sale.**

As of 01/10/2023 you are 3023 days delinquent on your mortgage loan.

### Recent Account History

* Payment Due 08/01/22 Unpaid Amount of $1,374.53.
* Payment Due 09/01/22 Unpaid Amount of $1,374.53.
* Payment Due 10/01/22 Unpaid Amount of $1,374.53.
* Payment Due 11/01/22 Unpaid Amount of $1,374.53.
* Payment Due 12/01/22 Unpaid Amount of $1,374.53.
* Payment Due 01/01/23 Unpaid Amount of $1,345.78.
Current Payment Due 02/01/23: $1,345.78.
**Total Amount Due to Reinstate as of 01/10/2023: $155,233.90. You must pay this amount to bring your loan current.**
Please call us at (800) 495-7166 to obtain the amount necessary to reinstate your loan.

**If You Are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

*Please detach bottom portion and return with your payment.*

## Amount Due to Reinstate Loan

| | |
|---|---|
| Loan Number | |
| Borrower | HENRY W HOWE, IV |
| Co-Borrower | MELANIE B HOWE |
| **Amount Due to Reinstate Loan** | **$155,233.90** |

As of (01/10/2023)
*If payment is received after 02/16/2023, a late fee of $49.00 will be charged.*

Please write your loan number on your check or money order.

Please remit the Amount Due (shown left). If you wish to make additional payments to your principal or escrow, please indicate the amount(s) in the boxes at right.



PO Box 88009
Chicago, IL  60680-1009

## PAYMENT COUPON

| | | |
|---|---|---|
| **Amount Due to Reinstate Loan** | | **$155,233.90** |
| Monthly Payment Amount | $ | . |
| Additional Principal | $ | . |
| Additional Escrow | $ | . |
| Late Charge | $ | . |
| Other** (Please Specify) | $ | . |
| **Total Enclosed** | $ | . |

| Payments by Phone | Payments Online | Payments via Overnight or Express Mail, and/or for Principal Curtailment or Escrow only | Correspondence |
|---|---|---|---|
| (800) 495-7166 | www.fayservicing.com | Fay Servicing, LLC | Fay Servicing, LLC |
| | New Payment Option Available! First time users, contact us to Learn How you Can Add Your Debit Card Today! | Attn: Payment Processing 1601 LBJ Freeway, Suite 150 Farmers Branch, TX 75234 Payments cannot be made in person at this location | 1601 LBJ Freeway, Suite 150 Farmers Branch, TX 75234 |

**Payments by Phone** - Fay Servicing, LLC Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number (800) 495-7166 to perform real-time, confidential mortgage payment transactions. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available.

**MoneyGram Express Payment** - MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

## DISCLOSURES

Federal law requires us to advise you that Fay Servicing, LLC (NMLS ID 88244) as the servicer of your loan, is responsible for collecting your payments; however, in some circumstances we may be acting as a debt collector, in those circumstances, this communication is from a debt collector attempting to collect a debt and any information obtained may be used for that purpose.

**Credit Reporting** - We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**IMPORTANT BANKRUPTCY NOTICE**
**Bankruptcy (if applicable)** - To the extent your original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the U.S. Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, Fay Servicing, LLC retains rights under its security instrument, including the right to foreclose its lien.

**NOTICE TO CUSTOMERS**
To provide us with a Notice of Error about the servicing of your loan, or make a Request for Information about the servicing of your loan, please contact us at:

Fay Servicing, LLC
**Attn: Customer Service Department**
c/o Registered Agent Solutions, Inc  3000 Professional Drive, Suite A
Springfield, IL 62703

Should you have any questions or concerns regarding your loan, please contact us at (800) 495-7166. Our office is open 8am-7pm Mon-Thur, 8am-5pm Fri, 9am-12pm Sat, Operating hours are Central Time.

**MINI MIRANDA**
This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**U.S. Department of Housing and Urban Development (HUD)**
Pursuant to Section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home.

For a list of homeownership counselors or counseling organizations in your area, go to https://hudgov-answers.force.com/housingcounseling/s/ or call 800-569-4287.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE**
The Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Customer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is:

Federal Trade Commission
Equal Credit Opportunity
600 Pennsylvania Avenue, NW
Washington, DC 20580
1-877-FTC-HELP (1-877-382-4357); TTD: 1-866-653-4261
www.ftc.gov

**SERVICEMEMBERS CIVIL RELIEF ACT (SCRA)** - If you or any other person on this mortgage is a servicemember or dependent of a servicemember, you may be entitled to certain protections under the Federal Servicemembers Civil Relief Act (50 U.S.C. Sec 501) regarding the servicemember's interest rate and the risk of foreclosure. Counseling for qualified individuals is available at agencies such as Military OneSource and Armed Forces Legal Assistance. To obtain information on counseling assistance, contact the OneSource Center, toll free, at (800)-342-9647 or visit their website: http://legalassistance.law.af.mil.content/locator.php.

**PROPERTY INSPECTIONS**
If your loan account is in default, in accordance with the terms of your Mortgage/Deed of Trust, Fay Servicing, LLC may inspect your property to determine that it is being maintained and occupied.  As needed or required, Fay Servicing, LLC may secure the property.  Securing the property may result in locks being added or changed in an effort to protect the property and may also include winterizing and/or mowing the property as necessary.  Any fees for such an inspection and/or property services may be charged to your account.

Disputed Debts: If you are disputing the debt, or a portion of the debt, please note that this statement is for information and compliance purpose only. It is not an attempt to collect a debt against you.

Fay Servicing LLC, provides free language translation services to people whose preferred language is not English. If you need these services, call Fay Servicing, LLC, at 1-800-495-7166. Documents provided will be provided in English. A translation and description of commonly used debt collection pterms is available in multiple languages on NY Consumer Affairs Department's website, https://www.nyc.goc.dca.

**MORTGAGE STATEMENT**

**Statement Date: February 10, 2023**

P.O. Box 111209 Nashville, TN 37222
**Return Service Only - Please do not send mail to this address**



*Mobile App: Available in Apple and Google app stores. Download today!*
Online: www.fayservicing.com **Updated website coming soon!**

8am-7pm Monday-Thursday, 8am-5pm Friday, 9am-12pm
Saturday, Operating hours are Central Time
Phone: (800) 495-7166
Fax: (630) 282-7548
**Payments**
Attn: Payment Processing PO
Box 80009
Chicago, IL  60680-1009

**RETURN SERVICE REQUESTED**

013782
HENRY W HOWE, IV
MELANIE B HOWE
334 DEERWANDER R
HOLLIS CENTER, ME  04042-3613

| Loan Number: | |
|---|---|
| Next Payment Due Date: | 03/01/2023 |
| **Amount Due:** | **$156,619.68** |

*If payment is received after 03/16/2023, a late fee of $49.00 will be charged.*

Property  Address:
334  DEERWANDER RD
HOLLIS CENTER, ME 04042

### Account Information

| Account Information | |
|---|---|
| Loan Due Date | 10/01/2014 |
| Outstanding Principal Balance¹ | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Interest Rate | 4.625% |
| Prepayment Penalty | No |
| Escrow Balance | -$41,969.17 |
| Recoverable Corporate Advances | $12,398.35 |

¹ Please note, the balance on your billing statement is NOT your payoff amount. If you want to payoff your loan, you can request a payoff quote via our website www.fayservicing.com, fax a request to 312 508 4083, or contact our Customer Service Department at (800) 495-7166.

### Explanation of Amount Due

| Explanation of Amount Due | |
|---|---|
| Overdue Payment(s) | $143,633.33 |
| Other Fees Due | $588.00 |
| Recoverable Corporate Advances | $12,398.35 |
| Unapplied Funds | ($0.00) |
| **Reinstate Loan (as of 02/10/2023)** | **$156,619.68** |

**Please note**: After 02/10/2023, the amount to reinstate may not be sufficient to bring your loan current as additional fees, charges or attorney fees/costs may have been incurred but not yet invoiced, or may have been incurred after 02/10/2023.

As of 02/10/2023, the Accelerated Amount Due is $375,782.53. This amount will pay off the entire balance of your loan. We will accept a lesser amount to reinstate the loan.

### Transaction Activity (01/11/23 - 02/10/23)

| Date Paid | Description | Principal | Interest | Escrow | Additional Monthly Amount | Charges and Fees | Partial Payment (Unapplied) | Total |
|---|---|---|---|---|---|---|---|---|
| 01/23/23 | PROPERTY INSPECTION FEE | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | $0.00 | $20.00 |
| 01/23/23 | PROPERTY INSPECTION FEE | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | $0.00 | $20.00 |
| 01/31/23 | MORTGAGE INSURANCE PAID | $0.00 | $0.00 | -$34.67 | $0.00 | $0.00 | $0.00 | -$34.67 |

### Special Messages

### Past Payments Breakdown

| Past Payments Breakdown | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total Payment** | **$0.00** | **$0.00** |

**Important Information about Partial Payments**

* Partial Payments are not applied to your mortgage, but instead are held in a separate unapplied account. If you pay the balance of a partial payment, the unapplied funds will then be added to your mortgage.  Adverse credit reporting, late charges and property inspections may occur as a result of the delinquency.

### Delinquency Notice

**You are late on your monthly payments.  As a result, the balance of your loan has been accelerated (i.e., we have made the first notice or filing required by applicable law for any judicial or non-judicial foreclosure process). Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk the loss of your home to a foreclosure sale.**
As of 02/10/2023 you are 3054 days delinquent on your mortgage loan.

**Recent Account History**
* Payment Due 09/01/22 Unpaid Amount of $1,374.53.
* Payment Due 10/01/22 Unpaid Amount of $1,374.53.
* Payment Due 11/01/22 Unpaid Amount of $1,374.53.
* Payment Due 12/01/22 Unpaid Amount of $1,374.53.
* Payment Due 01/01/23 Unpaid Amount of $1,345.78.
* Payment Due 02/01/23 Unpaid Amount of $1,345.78.
Current Payment Due 03/01/23: $1,345.78.
**Total Amount Due to Reinstate as of 02/10/2023: $156,619.68. You must pay this amount to bring your loan current.**
Please call us at (800) 495-7166 to obtain the amount necessary to reinstate your loan.
**If You Are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

*Please detach bottom portion and return with your payment.*

### Amount Due to Reinstate Loan

| Amount Due to Reinstate Loan | |
|---|---|
| Loan Number | |
| Borrower | HENRY W HOWE, IV |
| Co-Borrower | MELANIE B HOWE |
| **Amount Due to Reinstate Loan** | **$156,619.68** |
| As of (02/10/2023) | |

*If payment is received after 03/16/2023, a late fee of $49.00 will be charged.*

Please write your loan number on your check or money order.

Please remit the Amount Due (shown left). If you wish to make additional payments to your principal or escrow, please indicate the amount(s) in the boxes at right.



Attn: Payment Processing PO Box 88009
Chicago, IL  60680-1009

### PAYMENT COUPON

**Amount Due to Reinstate Loan**
**$156,619.68**

| | |
|---|---|
| Monthly Payment Amount | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Charge | $ |
| Other** (Please Specify) | $ |
| **Total Enclosed** | $ |

| Payments by Phone | Payments Online | Payments via Overnight or Express Mail, and/or for Principal Curtailment or Escrow only | Correspondence |
|---|---|---|---|
| (800) 495-7166 | www.fayservicing.com | Fay Servicing, LLC | Fay Servicing, LLC |
| | New Payment Option Available! First time users, contact us to Learn How you Can Add Your Debit Card Today! | Attn: Payment Processing | 1601 LBJ Freeway, Suite 150 |
| | | 1601 LBJ Freeway, Suite 150 | Farmers Branch, TX 75234 |
| | | Farmers Branch, TX 75234 | |
| | | Payments cannot be made in person at this location | |

**Payments by Phone** - Fay Servicing, LLC Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number (800) 495-7166 to perform real-time, confidential mortgage payment transactions. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available.

**MoneyGram Express Payment** - MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

## DISCLOSURES

Federal law requires us to advise you that Fay Servicing, LLC (NMLS ID 88244) as the servicer of your loan, is responsible for collecting your payments; however, in some circumstances we may be acting as a debt collector, in those circumstances, this communication is from a debt collector attempting to collect a debt and any information obtained may be used for that purpose.

**Credit Reporting** - We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**IMPORTANT BANKRUPTCY NOTICE**
**Bankruptcy (if applicable)** - To the extent your original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the U.S. Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, Fay Servicing, LLC retains rights under its security instrument, including the right to foreclose its lien.

**NOTICE TO CUSTOMERS**
To provide us with a Notice of Error about the servicing of your loan, or make a Request for Information about the servicing of your loan, please contact us at:

Fay Servicing, LLC
**Attn: Customer Service Department**
Attn: Customer Service Department c/o Registered Agent Solutions, Inc 3000 Professional Drive, Suite A
Springfield, IL 62703

Should you have any questions or concerns regarding your loan, please contact us at (800) 495-7166. Our office is open 8am-7pm Monday-Thursday, 8am-5pm Friday, 9am-12pm Saturday, Operating hours are Central Time.

**MINI MIRANDA**
This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**U.S. Department of Housing and Urban Development (HUD)**
Pursuant to Section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home.

For a list of homeownership counselors or counseling organizations in your area, go to https://hudgov-answers.force.com/housingcounseling/s/ or call 800-569-4287.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE**
The Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Customer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is:

Federal Trade Commission
Equal Credit Opportunity
600 Pennsylvania Avenue, NW
Washington, DC 20580
1-877-FTC-HELP (1-877-382-4357); TTD: 1-866-653-4261
www.ftc.gov

**SERVICEMEMBERS CIVIL RELIEF ACT (SCRA)** - If you or any other person on this mortgage is a servicemember or dependent of a servicemember, you may be entitled to certain protections under the Federal Servicemembers Civil Relief Act (50 U.S.C. Sec 501) regarding the servicemember's interest area and the risk of foreclosure. Counseling for qualified individuals is available at agencies such as Military OneSource and Armed Forces Legal Assistance. To obtain information on counseling assistance, contact the OneSource Center, toll free, at (800)-342-9647 or visit their website: http://legalassistance.law.af.mil.content/locator.php.

**PROPERTY INSPECTIONS**
If your loan account is in default, in accordance with the terms of your Mortgage/Deed of Trust, Fay Servicing, LLC may inspect your property to determine that it is being maintained and occupied.  As needed or required, Fay Servicing, LLC may secure the property.  Securing the property may result in locks being added or changed in an effort to protect the property and may also include winterizing and/or mowing the property as necessary.  Any fees for such an inspection and/or property services may be charged to your account.

Disputed Debts: If you are disputing the debt, or a portion of the debt, please note that this statement is for information and compliance purpose only. It is not an attempt to collect a debt against you.

Fay Servicing LLC, provides free language translation services to people whose preferred language is not English. If you need these services, call Fay Servicing, LLC, at 1-800-495-7166. Documents provided will be provided in English. A translation and description of commonly used debt collection pterms is available in multiple languages on NY Consumer Affairs Department's website, https://www.nyc.goc.dca.

# MORTGAGE STATEMENT

**Statement Date: March 10, 2023**



P.O. Box 111209 Nashville, TN 37222
**Return Service Only - Please do not send mail to this address**

**Fay Servicing**

*Mobile App: Available in Apple and Google app stores. Download today!*
Online: www.fayservicing.com **Updated website coming soon!**

8am-7pm Monday-Thursday, 8am-5pm Friday, 9am-12pm Saturday, Operating hours are Central Time
Phone: (800) 495-7166
Fax: (630) 282-7548
**Payments**
Attn: Payment Processing PO Box 88009
Chicago, IL  60680-1009

**RETURN SERVICE REQUESTED**

013650
HENRY W HOWE, IV
MELANIE B HOWE
334 DEERWANDER R
HOLLIS CENTER, ME  04042-3613

| | |
|---|---|
| Loan Number: | |
| Next Payment Due Date: | 04/01/2023 |
| **Amount Due:** | **$157,985.46** |

*If payment is received after 04/16/2023, a late fee of $49.00 will be charged.*

Property Address:
334 DEERWANDER RD
HOLLIS CENTER, ME 04042

## Account Information

| | |
|---|---|
| Loan Due Date | 10/01/2014 |
| Outstanding Principal Balance¹ | $213,975.36 |
| Deferred Balance | $23,199.73 |
| Interest Rate | 4.625% |
| Prepayment Penalty | No |
| Escrow Balance | -$42,003.84 |
| Recoverable Corporate Advances | $12,418.35 |

¹ Please note, the balance on your billing statement is NOT your payoff amount. If you want to payoff your loan, you can request a payoff quote via our website www.fayservicing.com, fax a request to 312 508 4083, or contact our Customer Service Department at (800) 495-7166.

## Explanation of Amount Due

| | |
|---|---|
| Overdue Payment(s) | $144,979.11 |
| Other Fees Due | $588.00 |
| Recoverable Corporate Advances | $12,418.35 |
| Unapplied Funds | ($0.00) |
| **Reinstate Loan (as of 03/10/2023)** | **$157,985.46** |

**Please note**: After 03/10/2023, the amount to reinstate may not be sufficient to bring your loan current as additional fees, charges or attorney fees/costs may have been incurred but not yet invoiced, or may have been incurred after 03/10/2023.

As of 03/10/2023, the Accelerated Amount Due is $376,596.37. This amount will pay off the entire balance of your loan. We will accept a lesser amount to reinstate the loan.

## Transaction Activity (02/11/23 - 03/10/23)

| Date Paid | Description | Principal | Interest | Escrow | Additional Monthly Amount | Charges and Fees | Partial Payment (Unapplied) | Total |
|---|---|---|---|---|---|---|---|---|
| 02/14/23 | PROPERTY INSPECTION FEE | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | $0.00 | $20.00 |
| 03/02/23 | MORTGAGE INSURANCE PAID | $0.00 | $0.00 | -$34.67 | $0.00 | $0.00 | $0.00 | -$34.67 |

## Special Messages

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total Payment** | **$0.00** | **$0.00** |

### Important Information about Partial Payments

* Partial Payments are not applied to your mortgage, but instead are held in a separate unapplied account. If you pay the balance of a partial payment, the unapplied funds will then be added to your mortgage.  Adverse credit reporting, late charges and property inspections may occur as a result of the delinquency.

## Delinquency Notice

**You are late on your monthly payments.  As a result, the balance of your loan has been accelerated (i.e., we have made the first notice or filing required by applicable law for any judicial or non-judicial foreclosure process). Failure to bring the account current may result in additional fees or expenses, and in certain instances, you may risk the loss of your home to a foreclosure sale.**

As of 03/10/2023 you are 3082 days delinquent on your mortgage loan.

**Recent Account History**
* Payment Due 10/01/22 Unpaid Amount of $1,374.53.
* Payment Due 11/01/22 Unpaid Amount of $1,374.53.
* Payment Due 12/01/22 Unpaid Amount of $1,374.53.
* Payment Due 01/01/23 Unpaid Amount of $1,345.78.
* Payment Due 02/01/23 Unpaid Amount of $1,345.78.
* Payment Due 03/01/23 Unpaid Amount of $1,345.78.
Current Payment Due 04/01/23: $1,345.78.
**Total Amount Due to Reinstate as of 03/10/2023: $157,985.46. You must pay this amount to bring your loan current.**
Please call us at (800) 495-7166 to obtain the amount necessary to reinstate your loan.

**If You Are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.

*Please detach bottom portion and return with your payment.*

## Amount Due to Reinstate Loan

| | |
|---|---|
| Loan Number | |
| Borrower | HENRY W HOWE, IV |
| Co-Borrower | MELANIE B HOWE |
| **Amount Due to Reinstate Loan** | **$157,985.46** |

As of (03/10/2023)
*If payment is received after 04/16/2023, a late fee of $49.00 will be charged.*



Attn: Payment Processing PO Box 88009
Chicago, IL  60680-1009

Please write your loan number on your check or money order.

Please remit the Amount Due (shown left).
If you wish to make additional payments to your principal or escrow, please indicate the amount(s) in the boxes at right.

## PAYMENT COUPON

Amount Due to Reinstate Loan
**$157,985.46**

| | |
|---|---|
| Monthly Payment Amount | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Late Charge | $ |
| Other** (Please Specify) | $ |
| **Total Enclosed** | $ |

| Payments by Phone | Payments Online | Payments via Overnight or Express Mail, | Correspondence |
|---|---|---|---|
| (800) 495-7166 | www.fayservicing.com | and/or for Principal Curtailment or Escrow only | Fay Servicing, LLC |
| | | Fay Servicing, LLC | 1601 LBJ Freeway, Suite 150 |
| | New Payment Option Available! First | Attn: Payment Processing | Farmers Branch, TX 75234 |
| | time users, contact us to Learn How you | 1601 LBJ Freeway, Suite 150 | |
| | Can Add Your Debit Card Today! | Farmers Branch, TX  75234 | |
| | | Payments cannot be made in person at this location | |

**Payments by Phone** - Fay Servicing, LLC Pay-by-phone option makes it possible to make your loan payment by using your touchtone telephone. This service is available to you 24 hours a day, 7 days a week at no charge. Simply call the toll-free number (800) 495-7166 to perform real-time, confidential mortgage payment transactions. Payments can be submitted by mail, the automated system, or online for no additional fee, and other free payment options may also be available.

**MoneyGram Express Payment** - MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

## DISCLOSURES

Federal law requires us to advise you that Fay Servicing, LLC (NMLS ID 88244) as the servicer of your loan, is responsible for collecting your payments; however, in some circumstances we may be acting as a debt collector, in those circumstances, this communication is from a debt collector attempting to collect a debt and any information obtained may be used for that purpose.

**Credit Reporting** - We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

**IMPORTANT BANKRUPTCY NOTICE**
**Bankruptcy (if applicable)** - To the extent your original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the U.S. Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, Fay Servicing, LLC retains rights under its security instrument, including the right to foreclose its lien.

**NOTICE TO CUSTOMERS**
To provide us with a Notice of Error about the servicing of your loan, or make a Request for Information about the servicing of your loan, please contact us at:
Fay Servicing, LLC
**Attn: Customer Service Department**
Attn: Customer Service Department c/o Registered Agent Solutions, Inc  3000 Professional Drive, Suite A
Springfield, IL 62703

Should you have any questions or concerns regarding your loan, please contact us at (800) 495-7166. Our office is open 8am-7pm Monday-Thursday, 8am-5pm Friday, 9am-12pm Saturday, Operating hours are Central Time.

**MINI MIRANDA**
This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**U.S. Department of Housing and Urban Development (HUD)**
Pursuant to Section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home.

For a list of homeownership counselors or counseling organizations in your area, go to https://hudgov-answers.force.com/housingcounseling/s/ or call 800-569-4287.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE**
The Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Customer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is:

Federal Trade Commission
Equal Credit Opportunity
600 Pennsylvania Avenue, NW
Washington, DC 20580
1-877-FTC-HELP (1-877-382-4357); TTD: 1-866-653-4261
www.ftc.gov

**SERVICEMEMBERS CIVIL RELIEF ACT (SCRA)** - If you or any other person on this mortgage is a servicemember or dependent of a servicemember, you may be entitled to certain protections under the Federal Servicemembers Civil Relief Act (50 U.S.C. Sec 501) regarding the servicemember's interest rate and the risk of foreclosure. Counseling for qualified individuals is available at agencies such as Military OneSource and Armed Forces Legal Assistance. To obtain information on counseling assistance, contact the OneSource Center, toll free, at (800)-342-9647 or visit their website: http://legalassistance.law.af.mil.content/locator.php.

**PROPERTY INSPECTIONS**
If your loan account is in default, in accordance with the terms of your Mortgage/Deed of Trust, Fay Servicing, LLC may inspect your property to determine that it is being maintained and occupied.  As needed or required, Fay Servicing, LLC may secure the property.  Securing the property may result in locks being added or changed in an effort to protect the property and may also include winterizing and/or mowing the property as necessary.  Any fees for such an inspection and/or property services may be charged to your account.

Disputed Debts: If you are disputing the debt, or a portion of the debt, please note that this statement is for information and compliance purpose only. It is not an attempt to collect a debt against you.

Fay Servicing LLC, provides free language translation services to people whose preferred language is not English. If you need these services, call Fay Servicing, LLC, at 1-800-495-7166. Documents provided will be provided in English. A translation and description of commonly used debt collection pterms is available in multiple languages on NY Consumer Affairs Department's website, https://www.nyc.goc.dca.