MFRA v. Howe

Joint Exhibit 40

**In the Matter Of:**

Wilmington Trust v Howe

**MELANIE HOWE**

*May 24, 2023*



Gaige & Feliccitti, LLC
Litigation Services

75 York Street, Ste 2
Portland, Maine 04101
(207) 854-5296
scheduling@gandfreporting.com

Tax ID:  46-3855727



OUT-OF-TOWN DEPOSITIONS?

WWW.DEPOSPAN.COM

DEPOSPAN'S TRUSTED LOCAL CONNECTION



1                 UNITED STATES DISTRICT COURT
                       DISTRICT OF MAINE
2


3
     WILMINGTON TRUST,          )
4    NATIONAL ASSOCIATION       )
     NOT IN ITS INDIVIDUAL      )
5    CAPACITY, BUT SOLELY AS    )
     TRUSTEE FOR MFRA TRUST     )
6    2015-1,                    )
                                )
7              Plaintiff,       )
                                )   CIVIL ACTION NO:
8       vs.                     )   2:21-CV-00278-NT
                                )
9    HENRY W. HOWE IV and       )
     MELANIE B. HOWE,           )
10                              )
               Defendants.      )
11   _____    )
     MELANIE B. HOWE,           )
12                              )
        Counter Plaintiff,      )
13                              )
          Vs.                   )
14                              )
     WILMINGTON TRUST,          )
15   NATIONAL ASSOCIATION       )
     NOT IN ITS INDIVIDUAL      )
16   CAPACITY, BUT SOLELY AS    )
     TRUSTEE FOR MRFA TRUST     )
17   2015-1                     )
     And                        )
18   FAY SERVICING, LLC,        )
                                )
19      Counter Defendants.     )


20


21            VIDEOTAPE DEPOSITION OF MELANIE B. HOWE


22
             _____
23                 GAIGE & FELICCITTI, LLC
                  75 York Street, Suite 2
24                Portland, Maine 04101
                      (207)854-5296
25            scheduling@gandfreporting.com

Page 2

1
2        VIDEOTAPE DEPOSITION OF MELANIE B. HOWE,
3    taken pursuant to notice before Beth Gaige,
4    RPR, a Notary Public in and for the State of
5    Maine, at the offices of Gaige & Feliccitti,
6    LLC, 75 York Street, Portland, Maine, on
7    May 24, 2023, commencing at 2:38 p.m.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22       _____
23            GAIGE & FELICCITTI, LLC
              75 York Street, Suite 2
24            Portland, Maine 04101
                 (207)854-5296
25            scheduling@gandfreporting.com

Page 3

1        A P P E A R A N C E S
2    FOR MELANIE B. HOWE:
3        JOHN ZACHARY STEED, ESQ.
         Island Justice
4        43 School Street
         Stonington, Maine 04681
5        Phone:  207.200.7077
         E-mail:  John@islandjusticelaw.com
6
7    FOR WILMINGTON TRUST NATIONAL ASSOCIATION AS
     TRUSTEE FOR THE TRUST AND FAY SERVICING, LLC:
8
9        RENEAU J. LONGORIA, ESQ.
         Doonan, Graves & Longoria, LLC
10       100 Cummings Center, Suite 303C
         Beverly, MA 01915
11       Phone:  978.921.2670
         E-mail:  RJL@dgandl.com
12
     ALSO PRESENT,
13
     KELLY HARTIGAN (Via Zoom)
14
15   THE VIDEOGRAPHER,
16   LEIGH DORAN, Technica LLC
17
18
19
20
21
22
23
24
25

Page 4

1                    INDEX
2    WITNESS:  MELANIE B. HOWE
3      Examination by Ms. Longoria              6
       Further Examination by Mr. Steed        72
4      Further Examination by Ms. Longoria     74
5
6
7
8
9           E X H I B I T S
10   Exhibit No.    Exhibit Description    Page
11
12
13       (No exhibits were offered or admitted.)
14
15
16
17
18
19
20
21
22
23
24
25

Page 5

1            STIPULATION
2        (It is hereby agreed by and between the
3    parties that signature is not waived.)
4        - - - - - - - - - -
5        THE VIDEOGRAPHER:  Good afternoon.  We
6    are going on the record.  Today is Wednesday,
7    May 24th, 2023.  The time is approximately
8    2:38 p.m.
9        We are here to take the deposition of
10   Melanie Howe in the captioned case of
11   Wilmington Trust versus Henry and Melanie
12   Howe, State of Maine, Docket No.
13   2:21-CV-00278-NT.
14       My name is Leigh Doran, the videographer
15   on behalf of Technica, LLC.  The court
16   reporter is Beth Gaige of Gaige & Feliccitti.
17       At this time will the attorneys please
18   identify themselves and the parties that they
19   represent.
20       MS. LONGORIA:  Reneau Longoria for
21   Wilmington, as well as Fay, the servicer of
22   the mortgage loan.
23       MR. STEED:  And John Steed for Melanie
24   Howe.
25       THE VIDEOGRAPHER:  And will the court

Page 6

1    reporter please swear in the witness.
2         (The Witness was administered the oath.)
3    MELANIE B. HOWE, having been duly sworn by the
4    Notary Public, was examined and testified as
5    follows:
6                    EXAMINATION
7    BY MS. LONGORIA:
8    Q. All right. I'm going to ask you a few
9    questions and get a little bit more
10   background.
11        I'm from Montana, and sometimes I use
12   phrases that you may not recognize or might
13   need further clarification. Anything I say
14   that you don't understand, you stop me, ask,
15   and I'll be happy to either clarify it or
16   explain it further.
17        To start out, we just did the deposition
18   of one of your doctors, and I have a great
19   deal more of a big-picture understanding of
20   your medical history, and that was very
21   helpful.
22        I'd like to go back in time a little bit
23   so that I just understand a little bit more
24   about your background, et cetera.
25        Where are you from in general? Where did

Page 7

1    you grow up?
2    A. I grew up in a small town in southern
3    Illinois, Dorchester.
4    Q. Okay. And when -- when did you move to Maine?
5    A. I moved to Maine in January of 2004.
6    Q. Okay. Had you graduated from high school at
7    that point?
8    A. I graduated high school in May of 2000.
9    Q. Okay. And what did you do after high school?
10   A. I attended Anderson University in Anderson,
11   Indiana.
12   Q. Okay. And what did you study?
13   A. Nursing.
14   Q. And were you single or married when you were
15   in Illinois?
16   A. I was single when I lived in Illinois.
17   Q. Okay. And is your family still in Illinois?
18   A. My parents live in Illinois.
19   Q. Okay. And do you have siblings?
20   A. I have one sibling.
21   Q. And when you moved to Maine -- in 2004, you
22   say?
23   A. Yes, ma'am.
24   Q. Okay. What did you do once you got to Maine
25   for work?

Page 8

1    A. When I first moved to Maine, I worked through
2    a temp agency at Orono Medical Center because
3    my mother worked at the VA.
4         She got transferred to Saco, so --
5    Q. Okay.
6    A. -- I -- the first job I had received was at
7    Neurology Associates through a temp agency
8    doing their filing. And driving from York to
9    Biddeford every day was too far for my dad.
10   So I got a job at Walmart.
11   Q. Okay. And when did you switch from the
12   nursing to the Walmart position?
13   A. Well, I didn't graduate college.
14   Q. Oh, okay. You went to school for nursing.
15   Very well. Got it.
16        And then you moved with your folks and
17   you were here.
18        At what point did you meet Mr. -- is it
19   Mr. Jewell was your first husband?
20   A. I wasn't married to him. That was my
21   daughter's biological father.
22   Q. Okay. So at what point did you meet Mr.
23   Jewell?
24   A. I met him in -- at Ball State University in
25   2003.

Page 9

1    Q. Okay. And how long were the two of you
2    together?
3    A. I had my daughter in October of 2003. I met
4    him, I believe, was the latter part of 2002.
5    Q. Okay.
6    A. But I got pregnant and we stayed together, and
7    I left that relationship in January of 2004
8    when my mom became a traveling nurse.
9    Q. Okay.
10   A. I moved to Maine.
11   Q. I see. He was in Illinois.
12   A. He was in Indiana.
13   Q. Indiana. Okay. Very good.
14        And when did you meet Henry?
15   A. I met Henry while I was working at Walmart in
16   Biddeford.
17   Q. Okay. Do you recall what year that was?
18   A. 2000 -- in January of 2005.
19   Q. And how long were the two of you together
20   before you were married?
21   A. We got married May 20th, 2005.
22   Q. And then your second child Henry was born in
23   2006?
24   A. Yes, ma'am. March 1st.
25   Q. And did you rent or own a home in 2005?

Wilmington Trust v Howe
HOWE, MELANIE on 05/24/2023

Pages 10..13

Page 10

1   A.   I owned a home in 2000...
2   Q.   And which home was it?  Was it the current
3        home?
4   A.   No.
5   Q.   Tell me about the first home that you
6        purchased.
7   A.   I was in labor when I went to look at that
8        house and I loved it.  I was absolutely
9        enthralled with it, signed for it while I was
10       in labor, had my son and we moved in not very
11       much longer.
12  Q.   Okay.  In 2005?
13  A.   It was 2006.
14  Q.   Oh, so the first home was purchased in --
15  A.   March of 2006.
16  Q.   Okay.  And at some point did you sell that
17       home?
18  A.   Yes, we did.
19  Q.   And did you -- basically was it a buy/sell,
20       sell that home and buy the home that you're
21       currently in?
22  A.   My ex-mother-in-law bought the house that we
23       were owning because there were issues with it.
24  Q.   Okay.
25  A.   Should I go into that?

Page 11

1   Q.   Please.
2   A.   Okay.  So my ex-mother-in-law was very much
3        into paranormal, and she swore that our home
4        haunted.
5   Q.   Okay.
6   A.   We had a few issues with it mainly affecting
7        my daughter.
8   Q.   Okay.
9   A.   And so she decided to buy the home from us,
10       and it was on Paranormal State, the A&E TV
11       series.
12  Q.   Okay.  And so did your -- so your
13       mother-in-law -- ex-mother-in-law, sorry,
14       bought it so that --
15  A.   We could buy the home that we --
16  Q.   That you live in.
17  A.   Yes.
18  Q.   So that you would move out of there because
19       she was worried about you guys.
20  A.   Yes.
21  Q.   Okay.  So did she sell it then?
22  A.   She lived in it for, geez, I don't know how
23       long, and she had issues.  And I honestly
24       don't remember what happened with it.
25  Q.   Okay.

Page 12

1   A.   Somebody -- she -- I think she got -- her
2        boyfriend died.  Somebody went in and
3        ransacked the place, and I don't remember
4        exactly what happened.
5   Q.   Okay.
6   A.   But it wasn't hers after a while.
7   Q.   I see.  Okay.
8        And you all moved into your current home
9        in 2007?
10  A.   Yes, ma'am.
11  Q.   Okay.  And how -- what made you choose that
12       one?
13  A.   The house that I wanted I couldn't -- I
14       couldn't see the basement, so basically we had
15       already signed -- we'd already had a contract
16       with my ex-mother-in-law to buy our house, and
17       so there -- I didn't -- could not purchase the
18       house that I wanted, so this is basically
19       what -- the next best thing, I guess.
20  Q.   Okay.  There was a different house that you
21       wanted, but you -- you couldn't get that one.
22  A.   I did not feel comfortable purchasing it
23       because they would not let us see the
24       basement, and they would not let us have a
25       homeowners' inspection.

Page 13

1   Q.   Got it, okay.
2        And so this was the -- basically this was
3        your second choice?
4   A.   Yeah, pretty much.
5   Q.   Okay.  And you and Henry went to the closing
6        together?
7   A.   Yes, ma'am.
8   Q.   Okay.  When the two of you were together,
9        which one of you did the business part of
10       the --
11  A.   Me.
12  Q.   -- marriage?
13       You.  Okay.  So you would have filled
14       out, like, the loan application --
15  A.   Yes, ma'am.
16  Q.   -- and all that stuff?
17       Okay.  And when it came time to pay
18       bills, water, electricity, mortgage, all that,
19       you did that, too?
20  A.   Yes, ma'am.
21  Q.   Balance the checkbook?
22  A.   Yes, ma'am.
23  Q.   All right.  And then in -- so in 2006 Henry
24       was born.
25       So did Henry and Jewel live with you

Wilmington Trust v Howe
HOWE, MELANIE on 05/24/2023

Pages 14..17

Page 14

1   together in that house?
2   A.  Yes, ma'am.
3   Q.  Okay.  So in April of 2007 when you took the
4       mortgage that my folks have been assigned, was
5       that the first mortgage or was that the first
6       lien you took on the property?
7           In other words, that's the money you
8       borrowed to buy the property or was it a
9       refinance?
10  A.  That was our first mortgage for the property,
11      340.41.
12  Q.  Okay.  For 208,000.
13          What was the -- what was the purchase
14      price; do you remember?
15  A.  208.
16  Q.  So it was a mortgage for the whole value?
17  A.  Yes, ma'am.
18  Q.  Okay.  And what was -- did you do a first-time
19      home buyers' program or any of that?
20  A.  I don't believe so because it was our second
21      home.
22  Q.  Oh, true, true.  Okay.
23          So you paid on that mortgage for a couple
24      years, and then it looks like there was a --
25      well, actually let me -- so this is not going

Page 15

1   to be an exhibit.  We've exchanged numerous
2   copies of the note.  This is the original
3   note.
4       MR. STEED:  Okay.  Oh.
5       MS. LONGORIA:  I just wanted to give
6   her --
7   BY MS. LONGORIA:
8   Q.  So we've looked at all kinds of electronic
9       copies.  I brought with me the original copies
10      of some of these things.  I'm going to hand
11      you what is, I believe, the original copy of
12      the note and just have you have an opportunity
13      to look at that.
14  A.  (Witness complying)
15  Q.  And the signatures that appear on that
16      document dated April 20, 2007, in blue ink,
17      are those yours and Henry's?
18  A.  Yes, ma'am.
19  Q.  Okay.
20      MR. STEED:  Can we take a break?
21      MS. LONGORIA:  Oh, sure.
22      THE VIDEOGRAPHER:  The time is
23  approximately 2:52 p.m., and we're going off
24  the record.  Stand by.
25      (Brief recess taken.)

Page 16

1       THE VIDEOGRAPHER:  The time is
2   approximately 2:55 p.m., and we're going back
3   on the record.
4   BY MS. LONGORIA:
5   Q.  So, Ms. Howe, we were just talking about the
6       note, and you testified that you and Henry had
7       signed it in -- in blue ink or confirmed that,
8       but you want to talk more about that.  That's
9       fine.
10  A.  Yes.  When we were in the room to sign for the
11      mortgage, I had two little kids, and he was
12      holding our infant son, and because he was
13      right there holding the baby, I signed my
14      name, and I signed his name, as well.
15  Q.  Okay.  Thank you for clarifying that.
16          Okay.  And at the same time you signed
17      the note, there were probably a number of
18      documents that got signed, but there's one
19      more I'm going to show you.  This document is
20      captioned Mortgage.  I'm not using it as an
21      exhibit.  We've exchanged this, your attorney
22      and I, and it's recorded at the registry of
23      deeds.
24          But I just want you to look at this
25      document, and I would ask you the same

Page 17

1   question.
2       Did you sign for both and you Henry at
3   that point or did he sign on his own?
4   A.  I don't believe I signed his, only because we
5       were not in -- we didn't know these people.
6       We knew the realtor and the mortgage person.
7   Q.  Mm-hmm.  But this one was signed in front of a
8       notary, and that you believe Henry signed this
9       one himself?
10  A.  Yes.
11  Q.  Gotcha, okay.
12          And the loan was paid and things went
13      along pretty good for the first couple of
14      years; is that fair to say?
15  A.  It's -- I believe so, yes.
16  Q.  Okay.  Where --
17      (Off-the-record colloquy.)
18      THE VIDEOGRAPHER:  The time is
19  approximately 2:58 p.m., and we're going off
20  the record.
21      Stand by.
22      (Brief recess taken.)
23      THE VIDEOGRAPHER:  The time is
24  approximately 3:01 p.m., and we are back on
25  the record.

Page 18

1   BY MS. LONGORIA:
2   Q.  Okay.  So we were talking about the period
3       from 2007 through 2008.
4           Where -- where were you working then?
5   A.  I was working for a doctor in Biddeford.
6   Q.  Okay.
7   A.  And I was also working at Southern Maine
8       Medical Center at the hospital in the
9       laboratory.
10  Q.  Okay.  And where was Henry working?
11  A.  Walmart.
12  Q.  And at some point before 2009, did you fall
13      behind on your mortgage?
14  A.  Yes.
15  Q.  At that point did you enter into a trial
16      payment plan with the lender?
17  A.  Yes.
18  Q.  So I wanted to take a look at that.  I just
19      want to make sure that that was your
20      signatures on that, as well.
21          MS. LONGORIA:  John, I actually have two
22      of these, two originals.
23          MR. STEED:  Are there two -- these are
24      maybe two separate documents?
25          MS. LONGORIA:  They're the same document.

Page 19

1           MR. STEED:  They have different
2       signatures, like different -- they're
3       completely --
4           THE WITNESS:  They're not even -- their
5       not the same.
6           MR. STEED:  Yeah, the signatures look
7       different.
8           MS. LONGORIA:  It's the same date.
9           THE WITNESS:  That's my signature, and
10      that's my signature for him, as well.  He
11      didn't sign that like before.  I honestly
12      don't remember where we signed this.
13          MS. LONGORIA:  That's fine.
14  A.  We had -- our third child was born --
15  BY MS. LONGORIA:
16  Q.  About that time?
17  A.  March 31st.
18  Q.  Right, of 2009.  Okay.
19          So just take a second and look at these.
20      So this for whatever reason -- the two
21      signatures on this that you say you are
22      signing for Henry there, when -- I'm going to
23      give you the note and the mortgage back to
24      compare them to.
25          The Henry signatures on these appear

Page 20

1       differently than the Henry signatures on
2       those.
3           Did Henry sign the one that he was before
4       the notary, and did you sign the modification
5       agreement or the trial payment agreement?
6   A.  I signed these.
7           MR. STEED:  Should say what these you're
8       referring to.
9   A.  I signed these loan modification papers.
10  BY MS. LONGORIA:
11  Q.  Okay.  In 2009, yeah.
12  A.  I signed this one when we were -- this --
13      the -- the note --
14  Q.  That was the mortgage.
15  A.  For mortgage note, yes.
16          But he -- Henry signed, I'm almost
17      positive, the mortgage --
18  Q.  Itself.
19  A.  -- itself.
20  Q.  Okay.  Very good.  Keep these guys straight.
21          So in 2009 you had this trial payment
22      plan.
23          Did you make those trial payments?
24  A.  I honestly -- I don't remember.
25  Q.  Okay.  Well, in 2010, the folks who did the

Page 21

1       trial payment plan gave you a modification on
2       July 20th of 2010 that appears to have been
3       signed by you both in front of two witnesses
4       and notaries on July 24th.
5           Give you a second to look at that 2010
6       modification, and let me know if the -- those
7       signatures in front of two witnesses and a
8       notary were your signatures, yours and his
9       signatures.
10  A.  That is my signature and that is his signature
11      and those are my parents.
12  Q.  Parents.  Okay, great.  Thank you.  All right.
13  A.  They lived with us at that time.
14  Q.  At that time?  Okay.
15          All right.  So in 2010 the loan was
16      modified, and you made some mortgage payments
17      at that point, right?
18  A.  Yes.
19  Q.  And in 2010 you were -- he was still working
20      at Walmart and you were -- were you still
21      working for the doctor or that was after your
22      third child was born?
23  A.  He worked for RSU 57 as a custodian.
24  Q.  Okay.
25  A.  And I was working at NorDx Laboratories.

Page 22

1  Q.  And the troubles that you had starting in July
2      of 2010 that were described in the prior
3      deposition through the doctor's testimony,
4      when did those begin?
5          Did those begin in 2010 or was it before
6      that that you had -- that you also had
7      problems?
8  A.  **It started after I had my third child.**
9  Q.  After the third child.  Okay.
10         And in -- I understand you're not a
11     doctor, but in your understanding, is there
12     any particular cause or it was just --
13 A.  **From everything that I've been through and**
14     **learned, it's from birth control.**
15 Q.  Okay.
16 A.  **The Mirena IUD specifically.**
17 Q.  And did you ever bring a lawsuit or anything
18     about that?
19 A.  **In the -- when I was first diagnosed with**
20     **intracranial hypertension pseudotumor cerebri,**
21     **there was a class action lawsuit, but**
22     **something happened and I don't think it ever**
23     **went any further.**
24 Q.  Okay.  Then in 2011, it appears that your loan
25     is modified again with the Nationstar folks.

Page 23

1      And I'm going to hand you the July 21st, 2011,
2      document and ask you about the signatures on
3      that before the notary Tracy Smith.  Let's
4      see, Tracy Smith and oh, the second page is
5      Nationstar's document.  Just that page.
6  A.  **That's my signature, and that is Henry's.**
7  Q.  Okay.  Thank you.
8          And at that point in 2011 where were you
9      all working?
10 A.  **I wasn't working.**
11 Q.  Okay.  Because you -- after it got bad in
12     2010, you couldn't -- that's when you were --
13 A.  **I went out on long --**
14 Q.  -- disabled.  Yeah.
15 A.  **I went out on long -- short-term and then**
16     **long-term and then I --**
17 Q.  Okay.
18 A.  **-- applied for Social Security Disability.**
19 Q.  Okay.
20 A.  **And Henry was working for RSU 57.**
21 Q.  Still with RSU.
22         And does Henry still work for RSU?
23 A.  **No.**
24 Q.  Okay.  Where does he work now?
25 A.  **He's not employed, as far as I know.**

Page 24

1  Q.  Okay.
2  A.  **I try not to talk to him because of domestic**
3      **violence issues.**
4  Q.  That's actually another -- I can jump to that
5      while we're there, and I'll go back to the
6      chronology.
7          The issues with the domestic violence,
8      when did that start?
9  A.  **I -- we've had issues through -- we had issues**
10     **throughout our whole marriage.  The first time**
11     **he ever laid his hands on me was when I was**
12     **pregnant with our child, our son Henry.  He**
13     **grabbed my arm, and I called my doctor,**
14     **because I didn't know what to do about it.**
15 Q.  Mm-hmm.
16 A.  **Things got better -- things really blew out of**
17     **proportion in 2014.  I -- honestly I can't**
18     **remember if he was arrested first or if I was**
19     **arrested first for domestic violence.  It**
20     **was -- I -- one of us was arrested and then**
21     **the other was arrested.  Give a little bit of**
22     **a break.  The other one was arrested, and then**
23     **I was arrested.**
24         So then, because of that, in 2017 the
25     State of Maine became involved.  They -- we

Page 25

1      had been in foreclosure for all these years.
2      They said that I -- they put a jeopardy
3      petition in Biddeford District Court to give
4      my children to my ex-mother-in-law because of
5      our domestic violence issues, and I was
6      horrified.
7          So the -- the State of Maine made us
8      divorce because of our issues, and they made
9      him go to the Town of Hollis and to the Alfred
10     court to sign the property over to me.  They
11     would not relinquish the jeopardy petition nor
12     dismiss our case in Biddeford court.
13         They wouldn't finalize our divorce until
14     everything was to where nothing would blow
15     back with the domestic violence and bringing
16     us back together.
17 Q.  Do you think that was the right choice?
18 A.  **Absolutely.**
19 Q.  Okay.  Do you feel like it was their choice to
20     make?
21 A.  **Well, what do you do when -- if they can't**
22     **have you, nobody can.  I don't want to be**
23     **dead.**
24 Q.  Right.
25 A.  **I have three kids, and, you know, I didn't**

Wilmington Trust v Howe
HOWE, MELANIE on 05/24/2023

Pages 26..29

Page 26

1   want to be a -- I don't want to say
2   statistic --
3   Q.  Sure.
4   A.  -- but there was family issues of domestic
5       violence in his family that I didn't know
6       about.
7   Q.  Got it.
8   A.  Murder and like I don't --
9   Q.  Wow.
10  A.  I want to be the mother to my children.
11  Q.  Right.  Okay.  So if I go back, just so I can
12      keep it all in context, the -- your first
13      child is born -- or I know, your first child
14      was born 2003.
15          But your second --
16  A.  2006.
17  Q.  -- child is born in 2006.
18  A.  Six.
19  Q.  And that's when he first started with the
20      hitting.
21  A.  He never hit me.  He grabbed me.
22  Q.  Grabbed.  Okay.  2006.
23          And when -- during 2014, when the arrest
24      went back and forth, there's some discussion
25      also in the media about substance abuse.

Page 27

1           Can you talk about that in context with
2       those arrests, as well?  Or was that the 2019
3       arrest?
4   A.  Can I ask what --
5           MR. STEED:  You can -- if you don't
6       understand --
7   A.  I mean, what do you mean by media?
8           BY MS. LONGORIA:
9   Q.  Just an article in the Portland paper.
10      Melanie was arrested for operating a motor
11      vehicle under the influence with a --
12  A.  Oh, that was 2019, and I wasn't --
13  Q.  That's 2019.
14  A.  I wasn't convicted of it.
15  Q.  Okay.  That was my question.  You weren't
16      convicted of that?
17  A.  No.
18  Q.  And then Henry, at the same time, was arrested
19      with violating protection from abuse.
20  A.  Against me.
21  Q.  That was against you.
22  A.  Mm-hmm.
23  Q.  So -- but describe what was happening there.
24          Were you running from him?
25  A.  He would come to the house and stalk and

Page 28

1       taunt.  He would follow me --
2   Q.  Okay.
3   A.  -- he -- if I was dating somebody, which I
4       was.  He would taunt them, harass them, ruin
5       their life basically.
6   Q.  Wow.
7   A.  He would, you know, say if -- he -- he would
8       kill me and burn me -- my body with the
9       house -- in the house with me in the house in
10      it.
11  Q.  He threatened that -- you to do that.
12  A.  Over and over.
13  Q.  Okay.  When does that start, the -- so he's
14      grabbing you for the first time in 2006?
15  A.  That was 2006.
16  Q.  Things got bad, you were saying, basically in
17      2014.
18          Was there -- was there anything
19      particular that escalated that?  Did he have
20      substance abuse issues in 2014?
21  A.  He was an alcoholic.
22  Q.  Okay.
23  A.  He was -- I believe that he took Vyvanse
24      because he had ADHD, and it was prescribed;
25      but it would exacerbate his mental, like,

Page 29

1       psychosis.  And if he took that and he would
2       drink, it would just make him like kind of
3       like blackout and go -- just go crazy.
4   Q.  Okay.  Crazy violent.
5   A.  Mm-hmm, yes.
6   Q.  So from 2014 on, while he was in the house,
7       were -- were things pretty tense?
8   A.  Oh, very much so.  Eggshells.
9   Q.  Eggshells, yeah.
10          And when did he officially -- well, when
11      did he move out?
12  A.  He never officially moved out.  I was arrested
13      for the second time for domestic violence
14      against him, and that's when the jeopardy
15      petition went into Biddeford District Court
16      for all three of my children to go into foster
17      care, and then the State of Maine mandated
18      that we get divorced.  And the State of Maine
19      made him sign the papers of the house over to
20      me.
21  Q.  And he's not employed now.  But when this was
22      happening, is there any support or maintenance
23      when he still had the job with RSU?
24          Was he able to help pay any of the bills?
25  A.  I've not ever received a dime of child

Page 30

1   support.
2   Q.  Okay.
3        MR. STEED:  Sorry.  Plug this in.
4        Could we take a little break?
5        MS. LONGORIA:  Sure.
6        THE VIDEOGRAPHER:  Stand by.  The time is
7   approximately 3:18 p.m., and we are going off
8   the record.
9        (Brief recess taken.)
10       THE VIDEOGRAPHER:  The time is
11  approximately 3:22 p.m., and we're going back
12  on the record.
13  BY MS. LONGORIA:
14  Q.  All right.  We left off Henry has never --
15      never received a dime from him.
16           Is he in connect -- in contact with the
17      kids at all?
18  A.  Yes.
19  Q.  Does -- is there any support that he's paying
20      to them directly?
21  A.  Not that I know of.
22  Q.  Do they stay with him sometimes?
23  A.  No.
24  Q.  Has he overcome his violence issues such that,
25      you know, you feel okay with that contact?

Page 31

1   A.  I don't know.
2   Q.  Okay.  The -- okay.  So going to 2014, it was
3       about that time that the mortgage fell --
4       well, before that.
5            The mortgage was in default, the
6       foreclosure case was brought, and you guys
7       ended up in mediation with the Nationstar
8       folks and another attorney.
9            Do you remember that?
10  A.  Not really.
11  Q.  Okay.  Were -- you were in mediation four
12      separate times.
13           Do you -- do you remember that?  You went
14      to four mediations --
15  A.  Not really.
16  Q.  -- in that time.
17           Were -- during that time do you -- did
18      you have substance abuse issues?
19  A.  No.
20  Q.  Okay.
21  A.  I -- no, I did not.
22  Q.  Okay.
23  A.  Can I ask why you would ask me that?
24       MR. STEED:  No, it's just you answer
25      questions and it's --

Page 32

1   BY MS. LONGORIA:
2   Q.  In August of 2013, there was a loan
3       modification assistance form that was signed
4       by two people, and it's in the voice of Henry.
5            It says:  My wife Melanie Howe became
6       sick in 2010 with pseudotumor cerebri -- and I
7       might pronounce things incorrectly.  I mean no
8       disrespect.
9            She became disabled and unable to work.
10      She's had numerous doctors' appointments,
11      surgical procedures.  She has had brain
12      surgery in July of 2013 to correct her brain
13      tumor, but the surgery ended up in a disaster.
14      She developed MSSA, Methicillin susceptible
15      Staphyl --
16  A.  Staphylococcus aureus.
17  Q.  Thank you.  After three weeks of IV
18      antibiotics via PICC line she is better.  We
19      will -- she will soon be having another brain
20      surgery to implant a shunt, but we are not
21      sure when yet.
22           Since July's surgery my wife has been
23      working part-time $17-an-hour job so we can
24      save our house.  Our hardship is over, and we
25      can now pay our mortgage payment.  Please help

Page 33

1   us save our house.  Our children are nine,
2       seven so they -- we can get back on the right
3       foot.
4            Did you write that or did he?
5   A.  I don't remember.
6   Q.  This is in your discovery.
7   A.  That's my handwriting.  I don't remember
8       writing it.
9   Q.  But that's all written in your handwriting --
10  A.  Yes, ma'am.
11  Q.  -- the application?
12           Okay.  So at one point you were providing
13      documents to the bank in order to get a
14      modification, and at that point you were
15      represented by Attorney Cox.
16           Do you remember that?
17  A.  Vaguely.
18  Q.  Okay.  And during that time you got an order
19      against the bank for not mediating in bad
20      faith or not mediating in good faith.  And
21      Henry was awarded the cost of missing work for
22      the mediation.
23           Do you remember that?
24  A.  I don't know.
25  Q.  Okay.  At that point in 2013 Henry was working

Page 34

1  for MSAD 57?
2  A.  Mm-hmm.
3  Q.  Okay.  And your 2013 tax returns that you
4      submitted -- actually they're 2000 -- yeah,
5      2013.
6          Were those signed by you or by the both
7      of you, if you know?
8  A.  I -- that's my signature, but I don't know
9      about his.
10 Q.  Okay.  Do you remember getting any money for
11     the sanctions award?
12 A.  Excuse me?
13 Q.  Do you remember getting the money paid to you
14     from a sanctions award or do you just not
15     remember?
16 A.  I don't remember.
17 Q.  Okay.  But after the three mediations, you did
18     receive a third modification, right?
19 A.  I don't honestly remember.
20 Q.  Okay.  Handing you a certified copy of the
21     2014 modification that's recorded in York
22     County.
23         Does that refresh your recollection about
24     getting that 2014 modification?
25 A.  Yes.  That's my signature and that's his.

Page 35

1  Q.  Okay.  And after this modification, there was
2      one payment made, appears from the records,
3      and then you stopped again.
4          Was -- why did you -- why did you stop?
5          MR. STEED:  Objection, form.
6          MS. LONGORIA:  Okay.
7      BY MS. LONGORIA:
8  Q.  Why did you stop making the mortgage payments
9      in 2014?
10 A.  I believe that's when the domestic violence
11     started.
12 Q.  Escalated.  Okay.  So you indicated that you
13     were both arrested at different times.
14         Were you basically fighting back and then
15     he would call the police?
16         Like try to describe for me what was
17     happening in 2014.
18 A.  I don't remember the exact reason, but usually
19     it was Henry running his mouth and saying
20     derogatory things in front of my children that
21     I didn't want him to be saying.
22 Q.  Mm-hmm.
23 A.  And he would just egg it on.
24 Q.  And during this time, the doctor described at
25     length various struggles that you were having

Page 36

1  with the headaches and -- and whatnot.
2          Was the stress from the domestic violence
3      also making that whole situation worse?
4  A.  No, because -- no.
5  Q.  No?  Okay.
6  A.  Not --
7  Q.  Not.  Okay.  That's -- I was just asking.
8          2015 -- by the time you're in 2015,
9      describe a little bit about what that year was
10     like.
11 A.  I don't remember.
12 Q.  Why do you think that you don't remember 2014
13     and 2015?
14 A.  My brain surgeries.  The --
15 Q.  Okay.
16 A.  -- other surgeries that I've had.  The stress
17     of always being threatened to lose your house
18     and being homeless with your three children.
19 Q.  Okay.  And I understand this whole thing is
20     stressful.  I'm just trying to get some of
21     your underlying information and get the
22     chronology accurate.
23         Were there any arrests in 2015?
24 A.  I honestly can't remember.
25 Q.  Okay.  And 2016, tell me about that.

Page 37

1          What -- what was 2016 like?
2          The doctor talked about the various
3      treatments that you were having that were
4      helping.  You had lost some weight.  You were
5      responding to some of the treatments.
6          Was -- was 2016 better, worse?
7          What do you remember from that year?
8  A.  I don't -- I don't remember 2016 very well.
9  Q.  Okay.  And before you were referring to
10     proceedings in the probate court.
11         Beginning in sort of May of 2016, did
12     proceedings begin with a request to change --
13     for your daughter to change her name?  Is that
14     how it started?
15 A.  Court?
16 Q.  There was a petition for change of name filed
17     on May 3rd.
18 A.  What does that have to do with this?  I
19     mean --
20 Q.  I'm trying to understand the chronology of
21     events from the 2014 through, what was going
22     on in life.  I'm just trying to put
23     together that.  There's no judgment.  I'm just
24     trying to understand what happened when and --
25     and that's all.

Page 38

1   And so I'm just trying to understand this
2   chronology because you've mentioned it three
3   times, and I'm trying to understand what's
4   happening in that court and -- and how it was
5   impacting you.
6   It appears this case went on from 2016
7   through 2020.
8   A.  No, it did not.
9   Q.  Okay.  Then tell me.  I'm trying to
10  understand.
11  THE WITNESS:  This that she's talking
12  about is -- is not --
13  MR. STEED:  So I mean, we can --
14  THE WITNESS:  I mean, this piecemeal.
15  MR. STEED:  Sure.  You just -- just
16  answer.  If there's -- I can ask you questions
17  later.
18  THE WITNESS:  Okay.  So --
19  MR. STEED:  So we can talk about anything
20  you want to bring up, but basically you have
21  to answer any question.
22  A.  All right.  So my daughter was, like, almost
23  two years old when I --
24  THE WITNESS:  If -- if -- well, I'm going
25  to explain it.

Page 39

1   MR. STEED:  She -- the question was what
2   was going on in 2016; did it start with a
3   petition.
4   THE WITNESS:  That led --
5   MR. STEED:  Yes.
6   A.  My daughter's name change.
7   BY MS. LONGORIA:
8   Q.  Yes.  Yes, please give me the background.
9   That's all -- I'm just looking to understand
10  what's happening.  And I want to --
11  THE WITNESS:  Can I have a minute,
12  please?
13  MS. LONGORIA:  Sure.
14  THE VIDEOGRAPHER:  Stand by.  The time is
15  approximately 3:34 p.m., and we're going off
16  the record.
17  (Brief recess taken.)
18  THE VIDEOGRAPHER:  The time is
19  approximately 3:40 p.m., and we are back on
20  the record.
21  BY MS. LONGORIA:
22  Q.  Okay.  So we were talking about the situation
23  with your daughter, and you were about to give
24  me an explanation.
25  A.  We wanted to have my daughter's name

Page 40

1   reflective of her little brother's names --
2   last name.  So that's what we did.
3   Q.  That was the petition for name change --
4   A.  Yes, ma'am.
5   Q.  -- in 2016?  Okay.
6   And so you gave the certified copy of the
7   birth certificate and an affidavit, and there
8   was a hearing scheduled on that.
9   And was her name changed?
10  A.  We did not continue it there.
11  Q.  And why did it stop?
12  A.  I don't remember.  I don't remember.
13  Q.  Okay.  And there were findings and order in
14  August of 2016 that seemed to have stopped
15  the name change efforts that you don't
16  remember what the court said about all that.
17  How old was she at that point?
18  A.  Thirteen.
19  Q.  Thirteen, okay.
20  Did she want her name changed?
21  A.  Yes, she did.  We went to another court and
22  did it.
23  Q.  Okay.  So you were successful with the name
24  change?
25  A.  Not -- not in that court.

Page 41

1   Q.  But not in -- which court is this?
2   Is this York County?
3   A.  Alfred.
4   Q.  This is Alfred.  Okay.
5   It says:  Case information for York
6   County, York.
7   All right.  So chronologically we're in
8   2014.  That's the -- we've got domestic
9   violence happening.
10  There's -- there's later an affidavit
11  that your daughter files about the conditions
12  in the home.
13  Would you -- what were the -- let me just
14  ask you.
15  What were the conditions in the home like
16  in 2014?
17  A.  In 2014 I don't remember.
18  Q.  Okay.  Were there issues with keeping the home
19  clean?
20  A.  Not in 2014 that I remember.
21  Q.  When did those issues start, if not in 2014?
22  A.  Can you clarify the issues that you're talking
23  about?
24  Q.  The affidavit says:  She allows us to live and
25  sleep in a house that's filled and smells like

Page 42

1   dog poop and urine.
2        So I don't know when that was, and I was
3   just trying to get your --
4   A.  That was from her affidavit in 2020 when -- or
5       '19 when she was seeking another guardian.
6   Q.  And who did she want to be her guardian?
7   A.  Her friend's stepmother.
8   Q.  All right.  So at any point -- okay.  Let's go
9   back.
10       When she was first old enough to go to
11  school, the oldest daughter, did she go to
12  school or was she home schooled from the very
13  beginning?
14  A.  She went to school.
15  Q.  Okay.  Where did she go to school?
16  A.  Hollis Elementary.
17  Q.  And she started in kindergarten or in the
18  first grade?
19  A.  She went to preschool.
20  Q.  Okay.  And then -- was she always in public
21  school?
22  A.  Yes, ma'am.
23  Q.  Okay.  And then Henry, your middle son, did he
24  go to public school?
25  A.  Yes, ma'am.

Page 43

1   Q.  And has he been in public school consistently?
2   A.  Yes.  Yes.
3   Q.  And he was never home schooled?
4   A.  He has never been home schooled.
5   Q.  Okay.
6   A.  But --
7   Q.  But?
8   A.  -- he goes to an online school.
9   Q.  Oh, okay.  Describe the online school.
10  A.  It's a program through Edmentum.  It's a
11      nationally accredited program.
12  Q.  Okay.  And so he's never gone to public
13  school; he's always gone to online school?
14  A.  No, that is not what I said.
15  Q.  Okay.  Explain to me from the beginning.  I'm
16  just trying to understand that chronology.
17  A.  My son Henry --
18  Q.  Yeah.
19  A.  -- went to preschool.
20  Q.  Okay.
21  A.  Went through K through ninth grade in public
22      school.  He -- the rest is online.
23  Q.  Okay.  Does he have a learning disability or
24  anything that requires any special types of
25  schooling?

Page 44

1   A.  Not anymore.
2   Q.  Did he at one point?
3   A.  Yes.
4   Q.  And can you describe that?
5   A.  He had an IEP and was on Adderall twice a day.
6   Q.  And he's no longer on Adderall --
7   A.  No, ma'am.
8   Q.  -- with the online school?
9   A.  Yes, ma'am.
10  Q.  And are you -- what's your role in his
11  schooling?
12  A.  I make sure that he gets his work done.
13  Q.  Mm-hmm.  And does he have any outside
14  interests, sports?
15  A.  He has a job, and he loves history and war.
16  Q.  And what's his job?
17  A.  He works at the convenience store down the
18      road.
19  Q.  And your youngest son Hunter?
20  A.  Hayden.
21  Q.  Hayden, I'm sorry.
22       Can you describe Hayden's schooling?
23  A.  He went from kindergarten through sixth grade
24      in public school, and he does online learning
25      same as Henry.

Page 45

1   Q.  The same school?
2   A.  Yes, ma'am.
3   Q.  Okay.  So what year is it that they transfer
4       out of public school and into the online
5       learning?  Like what calendar year is that so
6       I can understand.
7   A.  '21, '22.
8   Q.  Okay.  Fairly recently?
9   A.  COVID.
10  Q.  COVID time.  When everyone was online.
11  A.  I wasn't going to vaccinate them.
12  Q.  I see, Okay.
13       And we talked about the violence, and I
14  was trying to get some specifics about 2014,
15  '15.
16       Were there any arrests -- you've talked
17  about the ones in 2014 and the ones in 2019.
18       In the middle were there any arrests?
19  A.  I don't remember exactly every time I've been
20      arrested, the date, nor Henry.  It's a lot of
21      stress.
22  Q.  Okay.  So in September of 2019, that's when
23  the petition to appoint the guardian of minor
24  was filed by Maryellen Sullivan, Esquire; is
25  that right?

Page 46

1  A.  I guess.

2  Q.  Okay.  And it was Rebecca Drake; that's --

3  A.  Mm-hmm.  Yes, ma'am.

4  Q.  -- the friend's mother?

5      Okay.  And the -- the court accepted that

6  appointment of her as a guardian?

7  A.  There was never a court hearing.

8  Q.  Okay.  Or the probate -- they appointed her as

9  the guardian, in other words.

10 A.  I don't really know because nothing happened.

11 Q.  Okay.  So if it says on 9/6 that there was a

12 hearing scheduled September 20th of 2019, your

13 testimony is the hearing did not happen.

14 A.  It -- I mean, I wasn't allowed to say anything

15 about my daughter.  I was there but was not

16 allowed to say anything --

17 Q.  Okay.

18 A.  -- in opposition of everything that was

19 transpiring.

20 Q.  Okay.  So on 9/24 -- the hearing was held on

21 September 20th.  It talked about the folks

22 that were there.  You were there.

23     And then there was an order on 9/24

24 appointing the guardian of a minor on an

25 emergency basis.

Page 47

1      All right.  So what I'm trying to

2  understand is there's a number of allegations

3  about what the life in the home was like, et

4  cetera.  I'm -- this is just someone else's

5  opinion.  I'm trying to understand from your

6  perspective what it was like and have you

7  describe it so -- so I understand your

8  perspective.  I understand this is what she's

9  saying.

10 A.  Well, when you are disabled and from the time

11 that you move into a home you really can't

12 afford it because the payment on the date of

13 sign escalates a thousand dollars, and so the

14 stress of the mortgage was great on my family.

15 You can't have all the luxuries that all the

16 other little kids have.

17 Q.  Mm-hmm.  Okay.  I can be more specific.

18 A.  When --

19 Q.  Okay.

20 A.  -- in 2019 -- I don't have a lot of luxuries

21 like they do.  Okay?  They live in a

22 two-and-a-half story house.  They have

23 brand-new cars.  They have everything.  They

24 have nice luxury furniture.

25     You know, I have five dogs.  They have

Page 48

1  dogs, too.  But, you know, going from, I

2  guess, not being able to just have what you

3  want at the second, wouldn't you go for it if

4  you were a kid.

5  Q.  Okay.  So what I'm asking is --

6  A.  I mean --

7  Q.  -- more specific.

8      So your daughter says that you threw

9  knives at her father.

10 A.  That was during the domestic violence between

11 my husband -- ex-husband and myself.

12 Q.  Right.  She says, she threw knives at him in

13 front of my brother who was ten years old at

14 the time, so is that --

15 A.  Oh, my god.

16 Q.  That is true.

17     And what you're saying though is it's in

18 self-defense?

19 A.  Yes.

20 Q.  Got it, Okay.  So she would hit him and

21 threaten him in front of myself and my

22 brothers.

23     And so you would do that, too, but you're

24 saying it's in self-defense?

25 A.  It was in self-defense --

Page 49

1  Q.  Okay.

2  A.  -- because my ex-husband wouldn't shut his

3  mouth.

4  Q.  Okay.  It wasn't because he was hitting you;

5  it's because he was verbally abusive?

6  A.  Yes.

7  Q.  Okay.

8  A.  Threatening to hurt us.

9  Q.  Okay.  And she allows him to come into the

10 house knowing it would end in fighting and

11 yelling.

12     So do you -- at that point in 2019, would

13 you allow him back in the house?

14 A.  No, I wouldn't allow him in the house --

15 Q.  Okay.

16 A.  -- because he would just break --

17 Q.  He would just break in.  Okay, okay.

18     She would -- would verbally and

19 physically abuse my stepdad.

20     So it's your perspective that that was in

21 self-defense, right?

22 A.  Yes.

23 Q.  Okay.  My mother would go out and have affairs

24 instead of being a mother to my brothers and I

25 since she got diagnosed with cancer.

Page 50

1    Q.   Do -- do you -- did you get diagnosed
2    with cancer?
3    A.   I don't have cancer.  Intra -- the pseudotumor
4    cerebri, and then I had a tumor on my vocal
5    cord.
6    Q.   Oh, I see.  Okay.  Okay.
7    A.   And it --
8    Q.   And encouraging my brothers and I to lie to
9    the police.
10        Is that accurate or not accurate?
11   A.   No, it's not accurate.
12   Q.   Okay.  Threatens to kill our six dogs who my
13   brothers love dearly.
14        That is not true either?
15   A.   I didn't say that.
16   Q.   Okay.  Yells and screams for no reason.
17        Is there anything about what's in this
18   affidavit that you would want to talk more
19   about?
20   A.   Not really.
21   Q.   Okay.  Well, in here she says that you brought
22   her along to sell Adderall to people.
23   A.   Oh, my god.
24   Q.   Is that true?  Were you --
25   A.   No, it isn't.

Page 51

1    Q.   -- selling drugs?
2    A.   No, I wasn't.
3    Q.   And -- okay.  You've never sold the pills that
4    you acquired to anyone?
5    A.   No, I haven't.
6    Q.   Okay.  And at that point the house -- by 2019
7    the house is filthy and smells of dog poop and
8    urine.
9        Were you having a difficult time in 2019
10   keeping the house up?
11   A.   No, I wasn't.
12   Q.   Okay.  When it came to the finances and the,
13   you know -- I understand that resources are
14   limited, but your -- the money that you're
15   getting in, you are providing food and paying
16   electricity and heat and whatnot to take care
17   of your family.  The money's not going for
18   anything else?
19   A.   No.
20   Q.   Okay.  How many -- like, how much time in a
21   day would you say that helping the boys with
22   their schooling takes?  Is it a small part of
23   your day or is it a pretty -- pretty
24   time-consuming part of it?
25   A.   We spend about an hour a day with their

Page 52

1    schoolwork.
2    Q.   And what do they do the other hours of the
3    day?
4    A.   Play video games.  Play with their dog.
5    Q.   Do they have other friends who are not in
6    school that they can hang out with or --
7    A.   Not that live around us.
8    Q.   And Henry's parents have been in the area for
9    a long time, but he's estranged from them; is
10   that true?
11   A.   From what I know.
12   Q.   Okay.  Can you talk more about -- when -- when
13   did he move out?
14        You started talking about that and I
15   didn't get a date or month, year.
16   A.   I don't remember the exact year.
17   Q.   Was it 2015?
18   A.   It was when -- 2017 --
19   Q.   Okay.
20   A.   Or 2018.  I'm not really sure.
21   Q.   Okay.  And when he moved out, did he move into
22   the Sanford house, or did he move someplace
23   else?
24   A.   I have no idea what you're talking about.
25   Q.   Henry.

Page 53

1    A.   What Sanford house?
2    Q.   Oh, the address that we had for him was in
3    Sanford.
4    A.   He never lived in Sanford.
5    Q.   No, okay.  Where did he move out to?
6    A.   His mother's.
7    Q.   Okay.  When he was arrested in 2019, it said
8    he was in Litchfield; is that right?
9    A.   No.
10   Q.   Where was he living in 2019?
11   A.   Limerick.
12   Q.   Limerick.  I'm sorry, yes, Limerick.  I'm
13   actually dyslexic.  I have a hard time with
14   words, the end of them.
15        Was he living in Limerick when he moved
16   out in 2017?
17   A.   Yes.
18   Q.   And when -- it was in 2017 that you began to
19   date other folks?
20   A.   No.  No, it was -- it wasn't in 2017.  It was
21   2018.
22   Q.   Okay.  And can you describe specifically the
23   individuals that he was threatening to ruin
24   their life, et cetera.
25        Who -- who was he threatening?

Page 54

1   A.   I don't --
2            THE WITNESS:  Do I have to tell this
3        person that I am disclosing their information
4        in a court case?
5            MR. STEED:  No.  I mean --
6            THE WITNESS:  I mean, this person is a --
7        I don't think -- I'm not --
8            MR. STEED:  I can't really say much while
9        there's a question in the air.  I'm just
10       trying to follow the rules here.  I don't -- I
11       mean, you're supposed to answer the questions.
12       This isn't way out of line.
13  A.   Can you repeat the question?
14       BY MS. LONGORIA:
15  Q.   Sure.
16           You -- before when you were talking about
17       the difficult times with Henry, you said that
18       he would come and stalk your boyfriends.  He
19       would taunt them.  He would threaten to ruin
20       their lives and to burn the house down with
21       them in it.
22           What I'm --
23  A.   I said burn the house down with me and my
24       children in it.
25  Q.   Okay.  Thank you for that clarification.

Page 55

1   A.   I was dating a dentist, and he stalked that
2        person and me relentlessly.
3   Q.   What's that?
4   A.   I said he stalked me and that person
5        relentlessly.
6   Q.   Okay.  And what was that person's name?
7   A.   Howard Pactovis.
8   Q.   And did there come a point when you stopped
9        seeing Mr. Pactovis?
10  A.   2020.
11  Q.   And did you see anyone after Mr. Pactovis?
12  A.   No.
13  Q.   So Mr. Pactovis is the person that he would
14       stalk and taunt.
15           Did he ever cause harm to Mr. Pactovis?
16  A.   Not that I'm aware of.
17  Q.   Okay.  350 River Road is the father's house in
18       Standish, Maine, and he does not live there.
19       Okay.
20           All right.  In April of this year a
21       letter was sent out, the demand letter, and
22       you, I believe, signed for it when it came to
23       334 Deerwander Road.
24           Is that your signature?
25  A.   Yes, ma'am.

Page 56

1   Q.   Okay.  And you signed for yourself and for
2        Henry?
3   A.   Well, the postmaster --
4   Q.   The postman asked you to.
5   A.   -- a differentiation --
6   Q.   No, no.  It's just certified mail.  I'm not
7        saying that's a wrong thing.  I'm just making
8        sure that's you.
9            And then Sylvia Howe --
10  A.   Sybil.
11  Q.   Sybil Howe?
12  A.   Mm-hmm.
13  Q.   And who is that?
14  A.   His mother.
15  Q.   Okay.  At 83 Deer Crossing in Limerick, and
16       that's why you believe he lives with Sybil --
17  A.   I don't --
18  Q.   You don't know.
19  A.   I don't know where he lives.
20  Q.   I see.  Okay.  But Sybil signed for that one.
21           And do you recall receiving the -- the
22       letter that you signed for?
23  A.   (Nod)
24  Q.   Okay.  In discovery I asked for some financial
25       information.  I just want to go over that

Page 57

1        briefly.
2            Do you still keep a bank account, a
3        checking account?
4   A.   Yes.
5   Q.   And there are statements for that bank account
6        that you receive monthly?
7   A.   Yes.
8   Q.   Okay.  And credit cards, which different
9        credit cards do you have, if any?
10  A.   I have two credit cards.
11  Q.   Okay.  And you receive monthly statements on
12       those, as well?
13  A.   Yes.
14  Q.   And tax returns.  Have you filed --
15  A.   I don't have to file.
16  Q.   Don't -- that's what I was just going -- no
17       tax returns.
18           Let's see.  Let me go back to -- just
19       about finished.  I just have a couple of
20       questions to follow up on what the doctor was
21       saying to make sure I understand what he -- he
22       basically walked through a lot of your
23       neurological medical history starting in 2010.
24           At some point in 2018 you stopped seeing
25       him.  Did you see a different neurologist

Wilmington Trust v Howe
HOWE, MELANIE on 05/24/2023
Pages 58..61

Page 58

1  after him or not?
2  A.  I didn't stop seeing him.
3  Q.  Okay.  He said the last visit was November of
4     2020.
5        Is that not accurate?  Did you see him
6     after that?
7  A.  It is accurate.
8  Q.  Okay.
9  A.  But COVID.
10 Q.  Okay.  So you didn't see him after 2020
11    because -- because --
12 A.  Of COVID.
13 Q.  -- of COVID and vaccinations.  You didn't --
14 A.  I could not have a spinal tap --
15 Q.  Okay.
16 A.  -- without being tested.
17 Q.  I see.  Okay.
18       And your other doctor -- so he --
19    periodically I would ask him because each time
20    when you saw him you -- there appears to be a
21    list of the various medication that you would
22    be subscribed to at that particular time.  So
23    he recounted those, but those subscriptions
24    [sic] came from different doctors.
25       So can you help me understand, in

Page 59

1  addition to your neurologist, the other doctor
2  that you saw was a general practitioner.
3        Was that -- is it Rebecca Drake who
4  retired?
5  A.  Rachel Burke.
6  Q.  Rachel Burke.  Okay.
7        Was she your general -- was Rachel Burke
8  your general practitioner?
9  A.  Yes, ma'am.
10 Q.  All right.  And she was your general
11    practitioner in 2010?
12 A.  Yes, ma'am.
13 Q.  When did she stop being your GP?
14 A.  In December of 2022.
15 Q.  And so all the various prescriptions, other
16    than the prescriptions that you received from
17    Dr. Knox and Dr. Cestari, were those --
18 A.  I'm sorry, who?
19 Q.  I probably am mispronouncing his name.  The
20    doctor from Mass Eye and Ear.  Cestari?
21 A.  Cestari?
22 Q.  Cestari.  Sorry.  C-e-s-t-a-r-i.
23       Did she prescribe the rest of the
24    medications that you have?
25 A.  He did not prescribe any pain medication.  I

Page 60

1  had to go to the pain clinic.
2  Q.  Okay.  So tell me about the pain clinic.
3  A.  I don't remember much about it, except for the
4     doctor.
5  Q.  Okay.  Well, so I know nothing about the pain
6     clinic.
7        So let's start with where is the pain
8     clinic?
9  A.  There was one in Kennebunk and Sanford.  Part
10    of Goodall Hospital.
11 Q.  Okay.  And you began going to the pain clinic
12    in --
13 A.  I don't remember when.
14 Q.  Okay.  By 2010 --
15 A.  I don't remember when.
16 Q.  Okay.  So you received prescriptions from your
17    GP, but the pain medication you got from the
18    pain clinic.
19 A.  Yes.
20 Q.  Okay.  And you would go there various times
21    for various types of pain medication?
22 A.  Not usually.  Just one.
23 Q.  Okay.  So what pain medication did you go
24    there for?
25 A.  For -- for my headaches, the Fentanyl and the

Page 61

1  morphine.  They only prescribed the opiates
2  for my headaches.
3  Q.  The pain clinic prescribed opiates for your
4     headaches?
5  A.  Yes, ma'am.
6  Q.  Okay.  And what types of opiates did the pain
7     clinic prescribe?
8  A.  I was on the Fentanyl patch three -- I think
9     it was a hundred micrograms.  Then I was on --
10    I changed that every three or four days.  And
11    60 milligrams of extended relief morphine
12    every two -- two times a day.
13 Q.  How much -- oh, 60 milligrams of morphine two
14    times a day, and the pain clinic described --
15    they prescribed that, as well?
16 A.  Yes.
17 Q.  Okay.  What else?
18 A.  I don't -- that's it.  I didn't --
19 Q.  Okay.  So they -- the antidepressants and the
20    allergy medications and the various other
21    medications that he listed those all came from
22    Rachel?
23 A.  Or him.
24 Q.  Or him.  Okay.
25 A.  (Nod)

Page 62

1   Q.  And you said you remember the doctor at the
2       pain clinic.
3           Who was the doctor at the pain clinic?
4   A.  Meredith Norris.  And there was another
5       doctor.  She married him.  I can't remember
6       his name.
7   Q.  Okay.  And you went to her basically for the
8       last ten years or so?
9   A.  No.
10  Q.  No.  So how long did you see Meredith Norris
11      for the pain medication?
12  A.  Oh, let's see, when did Maine legalize
13      cannabis?  2012?
14          MR. STEED:  I don't know exactly.
15  A.  Whenever Maine legalized medicinal cannabis is
16      when I quit pain clinic because I quit it cold
17      turkey.  I quit the Fentanyl and the morphine.
18      I quit all cold turkey to cannabis because
19      Meredith Norris said I could do it, so I did
20      it.
21          BY MS. LONGORIA:
22  Q.  Okay.
23  A.  Because I didn't want that stigma on me
24      because I was called a drug seeker.
25  Q.  Which stigma?

Page 63

1   A.  I was called a drug addict.
2   Q.  Who called you a drug addict?
3   A.  Well, a lot of people.
4   Q.  Like who?
5   A.  Well, when you're not feeling well and at home
6       in bed a lot, your children's Boy Scout
7       people, lacrosse teammates, whatever.
8   Q.  Is that why you took the kids out of school?
9   A.  No.  I took my children out of school because
10      of COVID.
11  Q.  Oh, that's just recently.  Okay.  So lacrosse
12      folks.  Okay.
13          So when you -- I don't know when Maine --
14      let's start with 2014.
15          So in 2014, when things were really
16      violent, were you still on the pain medication
17      or had you switched to cannabis?
18  A.  I was still on the pain medication.
19  Q.  Okay.  So what's 2015?
20  A.  I don't remember.
21  Q.  All right.  Is there any -- I'm trying to
22      think -- sometimes years are difficult, but
23      life events like your daughter's
24      graduation from high school --
25  A.  I didn't go to it.

Page 64

1   Q.  Okay.  So your middle son was through the
2       ninth grade.  So when he graduated -- when he
3       left elementary school and went to --
4   A.  I don't remember that.
5   Q.  You don't remember?
6   A.  I don't remember the year.
7   Q.  Okay.  I -- I could figure out the year, but
8       do you remember when that happened?
9   A.  Not exactly.  I mean, it's --
10  Q.  Okay.  So let me go --
11  A.  I've had so many surgeries, it's --
12  Q.  So -- so the -- so the cannabis, how do you
13      pay for the cannabis, cash or check or a card?
14  A.  I grow it.
15  Q.  Okay.  So you grow all your own cannabis?
16  A.  I try to.
17  Q.  All right.  And the water and the electricity,
18      et cetera, what --
19  A.  I don't use electricity.  I grow it out in the
20      sun.
21  Q.  Outside.  And how many plants do you grow?
22  A.  My legal amount.
23  Q.  Eighty-seven?  Because it's like 80 something
24      you can grow, right, or is it less than that?
25  A.  I mean, you can have, like, six in bloom.  You

Page 65

1       can have --
2   Q.  Yeah, six in bloom and six --
3   A.  Ready to --
4   Q.  -- ready to harvest, yeah.
5           So you try to keep it at the max amount?
6   A.  I try to.
7   Q.  All right.  And what types of cannabis do you
8       grow?
9   A.  The flower?
10  Q.  No, no.  There's all kinds --
11  A.  One's sativa.  I mean --
12  Q.  Yeah, there's sativa.  I --
13  A.  Do you want me --
14  Q.  I just want to -- I --
15  A.  Sativa.
16  Q.  I want to know the various types of plants
17      that you grow.  I have a background in this,
18      and I actually understand, and I'm curious as
19      to what --
20  A.  I'm just telling you.
21  Q.  Yeah.  Okay.  Yeah.  So tell me the other
22      types that you grow.
23  A.  I only smoke sativa.
24  Q.  Okay.  And the extra from the plants, do you
25      give it away, sell it?

Page 66

1   A.   What do you mean extras?
2   Q.   You don't -- you don't smoke all --
3   A.   I smoke.  I take it -- the flower --
4   Q.   Yeah.
5   A.   -- off the stem.
6   Q.   Yeah.
7   A.   I don't use the stem or the -- the plant
8        itself.
9   Q.   Right.
10  A.   But everything else I just smokes.
11  Q.   But that's a huge volume of cannabis.
12  A.   Okay.  And I was on a hundred micrograms of
13       Fentanyl and --
14  Q.   Okay.
15  A.   -- 60 milligrams of morphine twice a day.
16  Q.   No, I'm just trying to understand.  Very well.
17  A.   And I've had four brain surgeries.
18  Q.   If you smoke it all, you smoke it all.  I
19       understand.
20       I'm just talking --
21  A.   When you don't feel good all the time --
22  Q.   It's like quart jars of it, so I just wanted
23       to understand if -- if -- where it was all
24       going.  So if you smoke it all, that's fine.
25       Do you make edibles?

Page 67

1   A.   No.
2   Q.   Do you cook with it?
3   A.   I only smoke it.
4   Q.   You just smoke it.  Okay.  All right.
5        And I'm still trying to establish the
6        year that you switched from Fentanyl to
7        cannabis.  How could we do that?
8   A.   It's in my medical records.  Meredith Norris
9        is the one that prescribed it.  Rachel Burke
10       prescribed it, even when her husband was an
11       attorney.  He's an attorney for the State of
12       Maine, so when she started prescribing it to
13       me, I had made a comment about it.
14  Q.   Because it was medical but now it's legal for
15       recreation.
16  A.   Right.
17  Q.   When did it go from legal -- from medical to
18       legal for recreation?
19  A.   I have no idea.
20  Q.   Okay.
21  A.   I've only ever smoked it medicinally.
22  Q.   Right, but wasn't it a lot easier once --
23  A.   I have no idea.
24  Q.   Okay.  All right.
25  A.   They pay more, the people who do recreational.

Page 68

1   Q.   Okay.  So in 2016 is when it was legalized in
2        Maine.
3        Does that make sense to you?
4   A.   I guess.
5   Q.   All right.  So at that point, you didn't have
6        to go back to Meredith or Rachel --
7   A.   Yes, I did.
8   Q.   -- but did you?  Okay.
9   A.   I have always held a medical card because of
10       my children.
11  Q.   And why --
12  A.   Because I didn't want to ever run into the
13       chance of having a conviction against me with
14       marijuana and having children because my
15       ex-mother-in-law had tried to -- to take my
16       children at one point.
17  Q.   Okay.  So I understand that you hold a medical
18       card.
19       But have -- have you been growing your
20       own cannabis since 2016 or before that?
21  A.   I started growing my cannabis in 2020.
22       Previous to that I -- somebody that we know --
23       that I knew had a bunch and had given it to
24       me.
25  Q.   Okay.  So you've not purchased cannabis.  It's

Page 69

1        either been gifted or you've grown it.
2   A.   Yes, but sometimes -- there has been an
3        occasion where I can't get benefit out of what
4        I have or was given to me, so I have gone and
5        bought some.
6   Q.   Okay.
7   A.   But it's not very often.
8   Q.   And the other prescriptions that you fill,
9        would you fill those either on a credit card
10       or debit card with your bank?
11  A.   I don't have a co-pay for my prescriptions.
12  Q.   Okay.  So they -- you just walk into the
13       pharmacy and they just give them to you with
14       nothing?
15  A.   I have Medicare A and B, and I think I have
16       MaineCare, and so there's no co-pay.
17  Q.   Okay.  Got it.  And you described Henry's
18       relationship with alcohol.
19       Do you have -- do you use alcohol?
20  A.   No, I don't.
21  Q.   All right.  Okay.  So the Botox treatments for
22       the migraines and the headaches were working
23       for a considerable amount of time, but at some
24       point you stopped and you said that they --
25       they no longer worked in December of 2018; is

Page 70

1  that right?
2  A.  I don't remember.
3  Q.  Okay.  Do you -- have you stopped using that
4      as a potential treatment?
5  A.  I don't do the Botox anymore.
6  Q.  Okay.  Did -- were there any other side
7      effects to Botox?
8  A.  Not that I remember.
9  Q.  Okay.  It just wasn't effective so you
10     stopped.
11         And when Rachel retired, who is your
12     present doctor?
13 A.  She's not a doctor.  She's a nurse
14     practitioner.  Sara Dion.
15 Q.  And where's Sara Dion?
16 A.  Great Works Family Practice.  Same facility.
17 Q.  Great Works Family Practice.
18 A.  In South Berwick.
19 Q.  And what is your current list of medications?
20 A.  Loratadine 10 milligrams, Singulair 10
21     milligrams, Synthroid 137 micrograms.  I take
22     Adderall 30 milligrams XR; I take two of them.
23     And that's it.
24 Q.  Okay.
25 A.  Oh, and I have an albuterol inhaler, and I

Page 71

1      have a CPAP machine.
2  Q.  For sleeping?
3  A.  Yes, ma'am.
4  Q.  I remember the doctor's description of the
5      Adderall, the CPAP, albuterol and the
6      Singulair.
7          The first medication, can you describe
8      what is that?
9  A.  Loratadine.
10 Q.  Yeah.
11 A.  It's generic Claritin.
12 Q.  For allergies?
13 A.  Yes.
14 Q.  And the -- the one that you take 137
15     milligrams of?
16 A.  Synthroid?
17 Q.  Yeah.
18 A.  It's for my thyroid.
19         MS. LONGORIA:  All right.  I have no
20     further questions.  I appreciate your time.
21     This is a lot of personal information that's
22     helped me understand things better.  I
23     appreciate your time in going through it.
24         And if you have anything to follow up on,
25     I'm --

Page 72

1          MR. STEED:  I just need to take a break.
2          MS. LONGORIA:  Sure, sure.
3          MR. STEED:  Sort out some stuff with my
4      daughter just to check on a couple things.
5          THE VIDEOGRAPHER:  Stand by.
6          MR. STEED:  Yeah.
7          THE VIDEOGRAPHER:  The time is
8      approximately 4:25 p.m., and we're going off
9      the record.
10         (Brief recess taken.)
11         THE VIDEOGRAPHER:  The time is
12     approximately 4:37 p.m., and we are going back
13     on the record.
14         MR. STEED:  Okay.  This is -- this is
15     John Steed now.
16             FURTHER EXAMINATION
17 BY MR. STEED:
18 Q.  Hi, Melanie.  So we were just talking, right?
19 A.  Yes.
20 Q.  And you told me you have a bad headache right
21     now, right?
22 A.  Yes, I do.
23 Q.  And you're also -- do you feel stressed right
24     now?
25 A.  Yes.

Page 73

1  Q.  Do your headaches get worse when you feel
2      stressed?
3  A.  Yes.
4  Q.  And we were talking about the signatures on
5      the loan and the mortgage from 2007?
6  A.  Yes.
7  Q.  Right?
8          Earlier you testified that for one of the
9      signatures you remember signing for Henry.
10 A.  Yes.
11 Q.  Was he there?
12 A.  Yes.
13 Q.  And normally would you sign things for Henry?
14 A.  Yes.
15 Q.  And do you -- do you know if you signed both
16     of those documents or just one of them?
17 A.  I signed one of them --
18 Q.  Okay.
19 A.  -- that I know.
20 Q.  Okay.  And then do you remember clearly
21     anything else about that day?
22 A.  Just having two little kids.  My daughter was
23     running around and my infant son Henry was
24     screaming and only wanted his father to hold
25     him.

Page 74

1   Q.  Okay.  And so your -- your testimony earlier
2        now is that you distinctly remember signing
3        one of those documents for Henry?
4   A.  I do, yes.
5   Q.  And -- and then do you remember signing other
6        documents for Henry?
7   A.  I always signed documents for Henry.
8   Q.  Okay.  And with any of the loans documents,
9        would he have been with you when you signed
10       them?
11  A.  Yes, he was always right next to me.
12  Q.  Okay.  That's -- and do you think there's
13       anything to gain one way or another whether
14       you signed or Henry signed any of those
15       documents?
16  A.  No.
17            MR. STEED:  That's all I have.
18            MS. LONGORIA:  I just have one question.
19                 FURTHER EXAMINATION
20  BY MS. LONGORIA:
21  Q.  So in talking about trying to retain your
22       home, what is your monthly income now from all
23       sources or you can break it down?
24  A.  I only receive Social Security Disability.  I
25       get 1,656 for myself.  I have two minor boys

Page 75

1        that get half of that, 481, I think, apiece.
2   Q.  Mm-hmm.
3   A.  And then there is a young girlfriend of mine
4        that she has developmental delays.  She lives
5        with me, and she pays the electric bill so --
6        she gets SSI.  And that's the only money that
7        attributes to my home.
8   Q.  Okay.
9   A.  My -- and then my 17-year-old son, he has a
10       job, but I don't have -- that's his money.
11  Q.  Right.  But it helps him take care of himself?
12  A.  Right.
13  Q.  Yeah.
14            MS. LONGORIA:  I don't have anything
15       further.
16            THE VIDEOGRAPHER:  Okay.  The time is
17       approximately 4:41 p.m., and we're going off
18       the record.  Stand by.
19                 * * * * *
20
21
22
23
24
25

Page 76

1              STATE OF MAINE
2        I, Beth Gaige, RPR, a Notary Public in and
3   for the State of Maine, do hereby certify that the
4   within-named deponent was sworn to testify the
5   truth, the whole truth, and nothing but the truth
6   in the aforementioned cause of action.
7        I further certify that this deposition was
8   stenographically reported by me and later reduced
9   to print through computer-aided transcription, and
10  the foregoing is a full and true record of the
11  testimony given by the deponent.
12       I further certify that I am a disinterested
13  person in the event or outcome of the above-named
14  cause of action.
15       IN WITNESS WHEREOF, I have hereunto set my
16  hand this   25th day of  June, 2023.
17
18
19
                    _____
20                      Beth Gaige, RPR
    My Commission Expires
21  August 22, 2026
22
23
24
25

Wilmington Trust v Howe
HOWE, MELANIE on 05/24/2023

---

**$**

**$17-an-hour** 32:23

---

**1**

**1,656** 74:25
**10** 70:20
**137** 70:21 71:14
**15** 45:15
**17-year-old** 75:9
**19** 42:5
**1st** 9:24

---

**2**

**20** 15:16
**2000** 7:8 9:18 10:1 34:4
**2002** 9:4
**2003** 8:25 9:3 26:14
**2004** 7:5,21 9:7
**2005** 9:18,21,25 10:12
**2006** 9:23 10:13,15 13:23 26:16,17,22 28:14,15
**2007** 12:9 14:3 15:16 18:3 73:5
**2008** 18:3
**2009** 18:12 19:18 20:11,21
**2010** 20:25 21:2,5,15,19 22:2,5 23:12 32:6 57:23 59:11 60:14
**2011** 22:24 23:1,8
**2012** 62:13
**2013** 32:2,12 33:25 34:3,5
**2014** 24:17 26:23 28:17,20 29:6 31:2 34:21,24 35:9,17 36:12 37:21 41:8,16, 17,20,21 45:14,17 63:14,15
**2015** 36:8,13,23 52:17 63:19
**2016** 36:25 37:1,6,8,11 38:6 39:2 40:5,14 68:1,20
**2017** 24:24 52:18 53:16,18,20
**2018** 52:20 53:21 57:24 69:25

**2019** 27:2,12,13 45:17,22 46:12 47:20 49:12 51:6,9 53:7,10
**2020** 38:7 42:4 55:10 58:4,10 68:21
**2022** 59:14
**2023** 5:7
**208** 14:15
**208,000** 14:12
**20th** 9:21 21:2 46:12,21
**21** 45:7
**21st** 23:1
**22** 45:7
**24th** 5:7 21:4
**2:21-CV-00278-NT** 5:13
**2:38** 5:8
**2:52** 15:23
**2:55** 16:2
**2:58** 17:19

---

**3**

**30** 70:22
**31st** 19:17
**334** 55:23
**340.41** 14:11
**350** 55:17
**3:01** 17:24
**3:18** 30:7
**3:22** 30:11
**3:34** 39:15
**3:40** 39:19
**3rd** 37:17

---

**4**

**481** 75:1
**4:25** 72:8
**4:37** 72:12
**4:41** 75:17

---

**5**

**57** 21:23 23:20 34:1

---

**6**

**60** 61:11,13 66:15

---

**8**

**80** 64:23
**83** 56:15

---

**9**

**9/24** 46:20,23
**9/6** 46:11

---

**A**

**A&e** 11:10
**absolutely** 10:8 25:18
**abuse** 26:25 27:19 28:20 31:18 49:19
**abusive** 49:5
**accepted** 46:5
**account** 57:2,3,5
**accredited** 43:11
**accurate** 36:22 50:10,11 58:5,7
**acquired** 51:4
**action** 22:21
**Adderall** 44:5,6 50:22 70:22 71:5
**addict** 63:1,2
**addition** 59:1
**address** 53:2
**ADHD** 28:24
**administered** 6:2
**affairs** 49:23
**affecting** 11:6
**affidavit** 40:7 41:10,24 42:4 50:18
**afford** 47:12

Wilmington Trust v Howe
HOWE, MELANIE on 05/24/2023

Page 78Index: afternoon..buy/sell

**afternoon** 5:5

**agency** 8:2,7

**agreed** 5:2

**agreement** 20:5

**air** 54:9

**albuterol** 70:25 71:5

**alcohol** 69:18,19

**alcoholic** 28:21

**Alfred** 25:9 41:3,4

**allegations** 47:2

**allergies** 71:12

**allergy** 61:20

**allowed** 46:14,16

**amount** 64:22 65:5 69:23

**Anderson** 7:10

**antibiotics** 32:18

**antidepressants** 61:19

**anymore** 44:1 70:5

**apiece** 75:1

**appears** 21:2 22:24 35:2 38:6 58:20

**application** 13:14 33:11

**applied** 23:18

**appoint** 45:23

**appointed** 46:8

**appointing** 46:24

**appointment** 46:6

**appointments** 32:10

**approximately** 5:7 15:23 16:2 17:19, 24 30:7,11 39:15,19 72:8,12 75:17

**April** 14:3 15:16 55:20

**area** 52:8

**arm** 24:13

**arrest** 26:23 27:3

**arrested** 24:18,19,20,21,22,23 27:10, 18 29:12 35:13 45:20 53:7

**arrests** 27:2 36:23 45:16,18

**article** 27:9

**assigned** 14:4

**assistance** 32:3

**Associates** 8:7

**attended** 7:10

**attorney** 16:21 31:8 33:15 67:11

**attorneys** 5:17

**attributes** 75:7

**August** 32:2 40:14

**aureus** 32:16

**award** 34:11,14

**awarded** 33:21

**aware** 55:16

---

**B**

**baby** 16:13

**back** 6:22 16:2 17:24 19:23 24:5 25:15,16 26:11,24 30:11 33:2 35:14 39:19 42:9 49:13 57:18 68:6 72:12

**background** 6:10,24 39:8 65:17

**bad** 23:11 28:16 33:19 72:20

**Balance** 13:21

**Ball** 8:24

**bank** 33:13,19 57:2,5 69:10

**basement** 12:14,24

**basically** 10:19 12:14,18 13:2 28:5, 16 35:14 38:20 57:22 62:7

**basis** 46:25

**bed** 63:6

**began** 53:18 60:11

**begin** 22:4,5 37:12

**beginning** 37:11 42:13 43:15

**behalf** 5:15

**benefit** 69:3

**Berwick** 70:18

**Beth** 5:16

**Biddeford** 8:9 9:16 18:5 25:3,12 29:15

**big-picture** 6:19

**bill** 75:5

**bills** 13:18 29:24

**biological** 8:21

**birth** 22:14 40:7

**bit** 6:9,22,23 24:21 36:9

**blackout** 29:3

**blew** 24:16

**bloom** 64:25 65:2

**blow** 25:14

**blue** 15:16 16:7

**body** 28:8

**born** 9:22 13:24 19:14 21:22 26:13, 14,17

**borrowed** 14:8

**Botox** 69:21 70:5,7

**bought** 10:22 11:14 69:5

**Boy** 63:6

**boyfriend** 12:2

**boyfriends** 54:18

**boys** 51:21 74:25

**brain** 32:11,12,19 36:14 66:17

**brand-new** 47:23

**break** 15:20 24:22 30:4 49:16,17 72:1 74:23

**briefly** 57:1

**bring** 22:17 38:20

**bringing** 25:15

**brother** 48:13

**brother's** 40:1

**brothers** 48:22 49:24 50:8,13

**brought** 15:9 31:6 50:21

**bunch** 68:23

**Burke** 59:5,6,7 67:9

**burn** 28:8 54:20,23

**business** 13:9

**buy** 10:20 11:9,15 12:16 14:8

**buy/sell** 10:19

**buyers'** 14:19

---

**C**

**C-E-S-T-A-R-I** 59:22

**calendar** 45:5

**call** 35:15

**called** 24:13 62:24 63:1,2

**cancer** 49:25 50:2,3

**cannabis** 62:13,15,18 63:17 64:12, 13,15 65:7 66:11 67:7 68:20,21,25

**captioned** 5:10 16:20

**card** 64:13 68:9,18 69:9,10

**cards** 57:8,9,10

**care** 29:17 51:16 75:11

**cars** 47:23

**case** 5:10 25:12 31:6 38:6 41:5 54:4

**cash** 64:13

**Center** 8:2 18:8

**cerebri** 22:20 32:6 50:4

**certificate** 40:7

**certified** 34:20 40:6 56:6

**Cestari** 59:17,20,21,22

**cetera** 6:24 47:4 53:24 64:18

**chance** 68:13

**change** 37:12,13,16 39:6 40:3,15,24

**changed** 40:9,20 61:10

**check** 64:13 72:4

**checkbook** 13:21

**checking** 57:3

**child** 9:22 19:14 21:22 22:8,9 24:12 26:13,17 29:25

**children** 25:4 26:10 29:16 33:1 35:20 36:18 54:24 63:9 68:10,14,16

**children's** 63:6

**choice** 13:3 25:17,19

**choose** 12:11

**chronologically** 41:7

**chronology** 24:6 36:22 37:20 38:2

43:16

**clarification** 6:13 54:25

**clarify** 6:15 41:22

**clarifying** 16:15

**Claritin** 71:11

**class** 22:21

**clean** 41:19

**clinic** 60:1,2,6,8,11,18 61:3,7,14 62:2, 3,16

**closing** 13:5

**co-pay** 69:11,16

**cold** 62:16,18

**college** 8:13

**colloquy** 17:17

**comfortable** 12:22

**comment** 67:13

**compare** 19:24

**completely** 19:3

**complying** 15:14

**conditions** 41:11,15

**confirmed** 16:7

**connect** 30:16

**considerable** 69:23

**consistently** 43:1

**contact** 30:16,25

**context** 26:12 27:1

**continue** 40:10

**contract** 12:15

**control** 22:14

**convenience** 44:17

**convicted** 27:14,16

**conviction** 68:13

**cook** 67:2

**copies** 15:2,9

**copy** 15:11 34:20 40:6

**cord** 50:5

**correct** 32:12

**cost** 33:21

**County** 34:22 41:2,6

**couple** 14:23 17:13 57:19 72:4

**court** 5:15,25 25:3,10,12 29:15 37:10, 15 38:4 40:16,21,25 41:1 46:5,7 54:4

**COVID** 45:9,10 58:9,12,13 63:10

**Cox** 33:15

**CPAP** 71:1,5

**crazy** 29:3,4

**credit** 57:8,9,10 69:9

**Crossing** 56:15

**curious** 65:18

**current** 10:2 12:8 70:19

**custodian** 21:23

---

**D**

**dad** 8:9

**date** 19:8 45:20 47:12 52:15 53:19

**dated** 15:16

**dating** 28:3 55:1

**daughter** 9:3 11:7 37:13 38:22 39:23 41:11 42:11 46:15 48:8 72:4 73:22

**daughter's** 8:21 39:6,25 63:23

**day** 8:9 44:5 51:21,23,25 52:3 61:12, 14 66:15 73:21

**days** 61:10

**dead** 25:23

**deal** 6:19

**dearly** 50:13

**debit** 69:10

**December** 59:14 69:25

**decided** 11:9

**deeds** 16:23

**Deer** 56:15

**Deerwander** 55:23

**default** 31:5

**delays** 75:4

**demand** 55:21

Wilmington Trust v Howe
HOWE, MELANIE on 05/24/2023

Page 80Index: dentist..feel

**dentist** 55:1

**deposition** 5:9 6:17 22:3

**derogatory** 35:20

**describe** 27:23 35:16 36:9 43:9 44:4, 22 47:7 53:22 71:7

**description** 71:4

**developed** 32:14

**developmental** 75:4

**diagnosed** 22:19 49:25 50:1

**died** 12:2

**differentiation** 56:5

**differently** 20:1

**difficult** 51:9 54:17 63:22

**dime** 29:25 30:15

**Dion** 70:14,15

**directly** 30:20

**disability** 23:18 43:23 74:24

**disabled** 23:14 32:9 47:10

**disaster** 32:13

**disclosing** 54:3

**discovery** 33:6 56:24

**discussion** 26:24

**dismiss** 25:12

**disrespect** 32:8

**distinctly** 74:2

**District** 25:3 29:15

**divorce** 25:8,13

**divorced** 29:18

**Docket** 5:12

**doctor** 18:5 21:21 22:11 24:13 35:24 37:2 57:20 58:18 59:1,20 60:4 62:1,3, 5 70:12,13

**doctor's** 22:3 71:4

**doctors** 6:18 58:24

**doctors'** 32:10

**document** 15:16 16:19,25 18:25 23:2,5

**documents** 16:18 18:24 33:13 73:16 74:3,6,7,8,15

**dog** 42:1 51:7 52:4

**dogs** 47:25 48:1 50:12

**dollars** 47:13

**domestic** 24:2,7,19 25:5,15 26:4 29:13 35:10 36:2 41:8 48:10

**Doran** 5:14

**Dorchester** 7:3

**Drake** 46:2 59:3

**drink** 29:2

**driving** 8:8

**drug** 62:24 63:1,2

**drugs** 51:1

**duly** 6:3

**dyslexic** 53:13

---

### E

**Ear** 59:20

**earlier** 73:8 74:1

**easier** 67:22

**edibles** 66:25

**Edmentum** 43:10

**effective** 70:9

**effects** 70:7

**efforts** 40:15

**egg** 35:23

**Eggshells** 29:8,9

**Eighty-seven** 64:23

**electric** 75:5

**electricity** 13:18 51:16 64:17,19

**electronic** 15:8

**elementary** 42:16 64:3

**else's** 47:4

**emergency** 46:25

**employed** 23:25 29:21

**encouraging** 50:8

**end** 49:10 53:14

**ended** 31:7 32:13

**enter** 18:15

**enthralled** 10:9

**escalated** 28:19 35:12

**escalates** 47:13

**Esquire** 45:24

**establish** 67:5

**estranged** 52:9

**events** 37:21 63:23

**ex-husband** 48:11 49:2

**ex-mother-in-law** 10:22 11:2,13 12:16 25:4 68:15

**exacerbate** 28:25

**exact** 35:18 52:16

**EXAMINATION** 6:6 72:16 74:19

**examined** 6:4

**exchanged** 15:1 16:21

**Excuse** 34:12

**exhibit** 15:1 16:21

**explain** 6:16 38:25 43:15

**explanation** 39:24

**extended** 61:11

**extra** 65:24

**extras** 66:1

**Eye** 59:20

---

### F

**facility** 70:16

**fair** 17:14

**Fairly** 45:8

**faith** 33:20

**fall** 18:12

**family** 7:17 26:4,5 47:14 51:17 70:16, 17

**father** 8:21 48:9 73:24

**father's** 55:17

**Fay** 5:21

**feel** 12:22 25:19 30:25 66:21 72:23 73:1

Wilmington Trust v Howe
HOWE, MELANIE on 05/24/2023

**feeling** 63:5

**Feliccitti** 5:16

**fell** 31:3

**Fentanyl** 60:25 61:8 62:17 66:13 67:6

**fighting** 35:14 49:10

**figure** 64:7

**file** 57:15

**filed** 37:16 45:24 57:14

**files** 41:11

**filing** 8:8

**fill** 69:8,9

**filled** 13:13 41:25

**filthy** 51:7

**finalize** 25:13

**finances** 51:12

**financial** 56:24

**findings** 40:13

**fine** 16:9 19:13 66:24

**finished** 57:19

**first-time** 14:18

**flower** 65:9 66:3

**folks** 8:16 14:4 20:25 22:25 31:8
   46:21 53:19 63:12

**follow** 28:1 54:10 57:20 71:24

**food** 51:15

**foot** 33:3

**foreclosure** 25:1 31:6

**form** 32:3 35:5

**foster** 29:16

**friend's** 42:7 46:4

**friends** 52:5

**front** 17:7 21:3,7 35:20 48:13,21

**furniture** 47:24

---

**G**

**Gaige** 5:16

**gain** 74:13

**games** 52:4

**gave** 21:1 40:6

**geez** 11:22

**general** 6:25 59:2,7,8,10

**generic** 71:11

**gifted** 69:1

**girlfriend** 75:3

**give** 15:5 19:23 21:5 24:21 25:3 39:8,
   23 65:25 69:13

**god** 48:15 50:23

**good** 5:5 9:13 17:13 20:20 33:20
   66:21

**Goodall** 60:10

**Gotcha** 17:11

**GP** 59:13 60:17

**grabbed** 24:13 26:21,22

**grabbing** 28:14

**grade** 42:18 43:21 44:23 64:2

**graduate** 8:13

**graduated** 7:6,8 64:2

**graduation** 63:24

**great** 6:18 21:12 47:14 70:16,17

**grew** 7:2

**grow** 7:1 64:14,15,19,21,24 65:8,17,
   22

**growing** 68:19,21

**grown** 69:1

**guardian** 42:5,6 45:23 46:6,9,24

**guess** 12:19 46:1 48:2 68:4

**guys** 11:19 20:20 31:6

---

**H**

**half** 75:1

**hand** 15:10 23:1

**Handing** 34:20

**hands** 24:11

**handwriting** 33:7,9

**hang** 52:6

**happen** 46:13

**happened** 11:24 12:4 22:22 37:24
   46:10 64:8

**happening** 27:23 29:22 35:17 38:4
   39:10 41:9

**happy** 6:15

**harass** 28:4

**hard** 53:13

**hardship** 32:24

**harm** 55:15

**harvest** 65:4

**haunted** 11:4

**Hayden** 44:20,21

**Hayden's** 44:22

**headache** 72:20

**headaches** 36:1 60:25 61:2,4 69:22
   73:1

**hearing** 40:8 46:7,12,13,20

**heat** 51:16

**held** 46:20 68:9

**helped** 71:22

**helpful** 6:21

**helping** 37:4 51:21

**helps** 75:11

**Henry** 5:11 9:14,15,22 13:5,23,25
   16:6 17:2,8 18:10 19:22,25 20:1,3,16
   23:20,22 24:12 27:18 30:14 32:4
   33:21,25 35:19 42:23 43:17 44:25
   45:20 52:25 54:17 56:2 73:9,13,23
   74:3,6,7,14

**Henry's** 15:17 23:6 52:8 69:17

**high** 7:6,8,9 63:24

**history** 6:20 44:15 57:23

**hit** 26:21 48:20

**hitting** 26:20 49:4

**hold** 68:17 73:24

**holding** 16:12,13

**Hollis** 25:9 42:16

**home** 9:25 10:1,2,3,5,14,17,20 11:3,9,
   15 12:8 14:19,21 41:12,15,18 42:12

43:3,4 47:3,11 63:5 74:22 75:7

**homeless** 36:18

**homeowners'** 12:25

**honestly** 11:23 19:11 20:24 24:17 34:19 36:24

**horrified** 25:6

**hospital** 18:8 60:10

**hour** 51:25

**hours** 52:2

**house** 10:8,22 12:13,16,18,20 14:1 27:25 28:9 29:6,19 32:24 33:1 36:17 41:25 47:22 49:10,13,14 51:6,7,10 52:22 53:1 54:20,23 55:17

**Howard** 55:7

**Howe** 5:10,12,24 6:3 16:5 32:5 56:9, 11

**huge** 66:11

**hundred** 61:9 66:12

**Hunter** 44:19

**hurt** 49:8

**husband** 8:19 48:11 67:10

**hypertension** 22:20

---

### I

**idea** 52:24 67:19,23

**identify** 5:18

**IEP** 44:5

**Illinois** 7:3,15,16,17,18 9:11

**impacting** 38:5

**implant** 32:20

**income** 74:22

**incorrectly** 32:7

**Indiana** 7:11 9:12,13

**individuals** 53:23

**infant** 16:12 73:23

**influence** 27:11

**information** 36:21 41:5 54:3 56:25 71:21

**inhaler** 70:25

**ink** 15:16 16:7

**inspection** 12:25

**interests** 44:14

**Intra** 50:3

**intracranial** 22:20

**involved** 24:25

**issues** 10:23 11:6,23 24:3,7,9 25:5,8 26:4 28:20 30:24 31:18 41:18,21,22

**IUD** 22:16

**IV** 32:17

---

### J

**January** 7:5 9:7,18

**jars** 66:22

**jeopardy** 25:2,11 29:14

**Jewel** 13:25

**Jewell** 8:19,23

**job** 8:6,10 29:23 32:23 44:15,16 75:10

**John** 5:23 18:21 72:15

**judgment** 37:23

**July** 21:2,4 22:1 23:1 32:12

**July's** 32:22

**jump** 24:4

---

### K

**keeping** 41:18 51:10

**Kennebunk** 60:9

**kid** 48:4

**kids** 16:11 25:25 30:17 47:16 63:8 73:22

**kill** 28:8 50:12

**kind** 29:2

**kindergarten** 42:17 44:23

**kinds** 15:8 65:10

**knew** 17:6 68:23

**knives** 48:9,12

**knowing** 49:10

---

**Knox** 59:17

---

### L

**labor** 10:7,10

**Laboratories** 21:25

**laboratory** 18:9

**lacrosse** 63:7,11

**laid** 24:11

**lawsuit** 22:17,21

**learned** 22:14

**learning** 43:23 44:24 45:5

**led** 39:4

**left** 9:7 30:14 64:3

**legal** 64:22 67:14,17,18

**legalize** 62:12

**legalized** 62:15 68:1

**Leigh** 5:14

**lender** 18:16

**length** 35:25

**letter** 55:21 56:22

**lie** 50:8

**lien** 14:6

**life** 28:5 37:22 47:3 53:24 63:23

**Limerick** 53:11,12,15 56:15

**limited** 51:14

**list** 58:21 70:19

**listed** 61:21

**Litchfield** 53:8

**live** 7:18 11:16 13:25 41:24 47:21 52:7 55:18

**lived** 7:16 11:22 21:13 53:4

**lives** 54:20 56:16,19 75:4

**living** 53:10,15

**LLC** 5:15

**loan** 5:22 13:14 17:12 20:9 21:15 22:24 32:2 73:5

**loans** 74:8

Wilmington Trust v Howe
HOWE, MELANIE on 05/24/2023

**long** 9:1,19 11:23 23:13,15 52:9 62:10

**long-term** 23:16

**longer** 10:11 44:6 69:25

**Longoria** 5:20 6:7 15:5,7,21 16:4 18:1,21,25 19:8,13,15 20:10 27:8 30:5,13 32:1 35:6,7 39:7,13,21 54:14 62:21 71:19 72:2 74:18,20 75:14

**looked** 15:8

**Loratadine** 70:20 71:9

**lose** 36:17

**lost** 37:4

**lot** 45:20 47:20 57:22 63:3,6 67:22 71:21

**love** 50:13

**loved** 10:8

**loves** 44:15

**luxuries** 47:15,20

**luxury** 47:24

---

**M**

**machine** 71:1

**made** 12:11 21:16 25:7,8 29:19 35:2 67:13

**mail** 56:6

**Maine** 5:12 7:4,5,21,24 8:1 9:10 18:7 24:25 25:7 29:17,18 55:18 62:12,15 63:13 67:12 68:2

**Mainecare** 69:16

**maintenance** 29:22

**make** 18:19 20:23 25:20 29:2 44:12 57:21 66:25 68:3

**making** 35:8 36:3 56:7

**mandated** 29:17

**March** 9:24 10:15 19:17

**marijuana** 68:14

**marriage** 13:12 24:10

**married** 7:14 8:20 9:20,21 62:5

**Maryellen** 45:24

**Mass** 59:20

**max** 65:5

**media** 26:25 27:7

**mediating** 33:19,20

**mediation** 31:7,11 33:22

**mediations** 31:14 34:17

**medical** 6:20 8:2 18:8 57:23 67:8,14, 17 68:9,17

**Medicare** 69:15

**medication** 58:21 59:25 60:17,21,23 62:11 63:16,18 71:7

**medications** 59:24 61:20,21 70:19

**medicinal** 62:15

**medicinally** 67:21

**meet** 8:18,22 9:14

**Melanie** 5:10,11,23 6:3 27:10 32:5 72:18

**mental** 28:25

**mentioned** 38:2

**Meredith** 62:4,10,19 67:8 68:6

**met** 8:24 9:3,15

**Methicillin** 32:14

**micrograms** 61:9 66:12 70:21

**middle** 42:23 45:18 64:1

**migraines** 69:22

**milligrams** 61:11,13 66:15 70:20,21, 22 71:15

**mine** 75:3

**minor** 45:23 46:24 74:25

**minute** 39:11

**Mirena** 22:16

**mispronouncing** 59:19

**missing** 33:21

**Mm-hmm** 17:7 24:15 27:22 29:5 34:2 35:22 44:13 46:3 47:17 56:12 75:2

**modification** 20:4,9 21:1,6 32:3 33:14 34:18,21,24 35:1

**modified** 21:16 22:25

**mom** 9:8

**money** 14:7 34:10,13 51:14 75:6,10

**money's** 51:17

**Montana** 6:11

**month** 52:15

**monthly** 57:6,11 74:22

**morphine** 61:1,11,13 62:17 66:15

**mortgage** 5:22 13:18 14:4,5,10,16,23 16:11,20 17:6 18:13 19:23 20:14,15, 17 21:16 31:3,5 32:25 35:8 47:14 73:5

**mother** 8:3 26:10 46:4 49:23,24 56:14

**mother's** 53:6

**mother-in-law** 11:13

**motor** 27:10

**mouth** 35:19 49:3

**move** 7:4 11:18 29:11 47:11 52:13,21, 22 53:5

**moved** 7:5,21 8:1,16 9:10 10:10 12:8 29:12 52:21 53:15

**MSAD** 34:1

**MSSA** 32:14

**Murder** 26:8

---

**N**

**names** 40:1

**nationally** 43:11

**Nationstar** 22:25 31:7

**Nationstar's** 23:5

**neurological** 57:23

**neurologist** 57:25 59:1

**Neurology** 8:7

**nice** 47:24

**ninth** 43:21 64:2

**Nod** 56:23 61:25

**Nordx** 21:25

**Norris** 62:4,10,19 67:8

**notaries** 21:4

**notary** 6:4 17:8 20:4 21:8 23:3

**note** 15:2,3,12 16:6,17 19:23 20:13,15

**November** 58:3

number 16:17 47:2

numerous 15:1 32:10

nurse 9:8 70:13

nursing 7:13 8:12,14

---

**O**

oath 6:2

Objection 35:5

occasion 69:3

October 9:3

off-the-record 17:17

officially 29:10,12

oldest 42:11

One's 65:11

online 43:8,9,13,22 44:8,24 45:4,10

operating 27:10

opiates 61:1,3,6

opinion 47:5

opportunity 15:12

opposition 46:18

order 33:13,18 40:13 46:23

original 15:2,9,11

originals 18:22

Orono 8:2

overcome 30:24

owned 10:1

owning 10:23

---

**P**

p.m. 5:8 15:23 16:2 17:19,24 30:7,11 39:15,19 72:8,12 75:17

Pactovis 55:7,9,11,13,15

paid 14:23 17:12 34:13

pain 59:25 60:1,2,5,7,11,17,18,21,23 61:3,6,14 62:2,3,11,16 63:16,18

paper 27:9

papers 20:9 29:19

paranormal 11:3,10

parents 7:18 21:11,12 52:8

part 9:4 13:9 51:22,24 60:9

part-time 32:23

parties 5:3,18

patch 61:8

pay 13:17 29:24 32:25 64:13 67:25

paying 30:19 51:15

payment 18:16 20:5,21 21:1 32:25 35:2 47:12

payments 20:23 21:16 35:8

pays 75:5

people 17:5 32:4 50:22 64:3,7 67:25

period 18:2

periodically 58:19

person 17:6 54:3,6 55:2,4,13

person's 55:6

personal 71:21

perspective 47:6,8 49:20

petition 25:3,11 29:15 37:16 39:3 40:3 45:23

pharmacy 69:13

phrases 6:12

physically 49:19

PICC 32:18

piecemeal 38:14

pills 51:3

place 12:3

plan 18:16 20:22 21:1

plant 66:7

plants 64:21 65:16,24

Play 52:4

Plug 30:3

point 7:7 8:18,22 10:16 17:3 18:12,15 21:17 23:8 33:12,14,25 40:17 42:8 44:2 49:12 51:6 55:8 57:24 68:5,16 69:24

police 35:15 50:9

poop 42:1 51:7

Portland 27:9

position 8:12

positive 20:17

postman 56:4

postmaster 56:3

potential 70:4

Practice 70:16,17

practitioner 59:2,8,11 70:14

pregnant 9:6 24:12

preschool 42:19 43:19

prescribe 59:23,25 61:7

prescribed 28:24 61:1,3,15 67:9,10

prescribing 67:12

prescriptions 59:15,16 60:16 69:8, 11

present 70:12

pretty 13:4 17:13 29:7 51:23

Previous 68:22

price 14:14

prior 22:2

probate 37:10 46:8

problems 22:7

procedures 32:11

proceedings 37:10,12

program 14:19 43:10,11

pronounce 32:7

property 14:6,8,10 25:10

proportion 24:17

protection 27:19

providing 33:12 51:15

pseudotumor 22:20 32:6 50:3

psychosis 29:1

public 6:4 42:20,24 43:1,12,21 44:24 45:4

purchase 12:17 14:13

purchased 10:6,14 68:25

Wilmington Trust v Howe
HOWE, MELANIE on 05/24/2023

**purchasing** 12:22

**put** 25:2 37:22

---

**Q**

**quart** 66:22

**question** 17:1 27:15 38:21 39:1 54:9, 13 74:18

**questions** 6:9 31:25 38:16 54:11 57:20 71:20

**quit** 62:16,17,18

---

**R**

**Rachel** 59:5,6,7 61:22 67:9 68:6 70:11

**ransacked** 12:3

**ready** 65:3,4

**realtor** 17:6

**reason** 19:20 35:18 50:16

**Rebecca** 46:2 59:3

**recall** 9:17 56:21

**receive** 34:18 57:6,11 74:24

**received** 8:6 29:25 30:15 59:16 60:16

**receiving** 56:21

**recently** 45:8 63:11

**recess** 15:25 17:22 30:9 39:17 72:10

**recognize** 6:12

**recollection** 34:23

**record** 5:6 15:24 16:3 17:20,25 30:8, 12 39:16,20 72:9,13 75:18

**recorded** 16:22 34:21

**records** 35:2 67:8

**recounted** 58:23

**recreation** 67:15,18

**recreational** 67:25

**referring** 20:8 37:9

**refinance** 14:9

**reflective** 40:1

**refresh** 34:23

**registry** 16:22

**relationship** 9:7 69:18

**relentlessly** 55:2,5

**relief** 61:11

**relinquish** 25:11

**remember** 11:24 12:3 14:14 19:12 20:24 24:18 31:9,13 33:5,7,16,23 34:10,13,15,16,19 35:18 36:11,12,24 37:7,8 40:12,16 41:17,20 45:19 52:16 60:3,13,15 62:1,5 63:20 64:4,5,6,8 70:2,8 71:4 73:9,20 74:2,5

**Reneau** 5:20

**rent** 9:25

**repeat** 54:13

**reporter** 5:16 6:1

**represent** 5:19

**represented** 33:15

**request** 37:12

**requires** 43:24

**resources** 51:13

**responding** 37:5

**rest** 43:22 59:23

**retain** 74:21

**retired** 59:4 70:11

**returns** 34:3 57:14,17

**River** 55:17

**road** 44:18 55:17,23

**role** 44:10

**room** 16:10

**RSU** 21:23 23:20,21,22 29:23

**ruin** 28:4 53:23 54:19

**rules** 54:10

**run** 68:12

**running** 27:24 35:19 73:23

---

**S**

**Saco** 8:4

**sanctions** 34:11,14

**Sanford** 52:22 53:1,3,4 60:9

**Sara** 70:14,15

**sativa** 65:11,12,15,23

**save** 32:24 33:1

**scheduled** 40:8 46:12

**school** 7:6,8,9 8:14 42:11,12,14,15, 21,24 43:1,8,9,13,22 44:8,24 45:1,4 52:6 63:8,9,24 64:3

**schooled** 42:12 43:3,4

**schooling** 43:25 44:11,22 51:22

**schoolwork** 52:1

**Scout** 63:6

**screaming** 73:24

**screams** 50:16

**Security** 23:18 74:24

**seeker** 62:24

**seeking** 42:5

**self-defense** 48:18,24,25 49:21

**sell** 10:16,20 11:21 50:22 65:25

**selling** 51:1

**sense** 68:3

**separate** 18:24 31:12

**September** 45:22 46:12,21

**series** 11:11

**servicer** 5:21

**short-term** 23:15

**show** 16:19

**shunt** 32:20

**shut** 49:2

**sibling** 7:20

**siblings** 7:19

**sic** 58:24

**sick** 32:6

**side** 70:6

**sign** 16:10 17:2,3 19:11 20:3,4 25:10 29:19 47:13 73:13

**signature** 5:3 19:9,10 21:10 23:6 34:8,25 55:24

Wilmington Trust v Howe
HOWE, MELANIE on 05/24/2023

**signatures**  15:15 18:20 19:2,6,21,25 20:1 21:7,8,9 23:2 73:4,9

**signed**  10:9 12:15 16:7,13,14,16,18 17:4,7,8 19:12 20:6,9,12,16 21:3 32:3 34:6 55:22 56:1,20,22 73:15,17 74:7,9,14

**signing**  19:22 73:9 74:2,5

**single**  7:14,16

**Singulair**  70:20 71:6

**situation**  36:3 39:22

**sixth**  44:23

**sleep**  41:25

**sleeping**  71:2

**small**  7:2 51:22

**smells**  41:25 51:7

**Smith**  23:3,4

**smoke**  65:23 66:2,3,18,24 67:3,4

**smoked**  67:21

**smokes**  66:10

**Social**  23:18 74:24

**sold**  51:3

**someplace**  52:22

**son**  10:10 16:12 24:12 42:23 43:17 44:19 64:1 73:23 75:9

**sort**  37:11 72:3

**sources**  74:23

**South**  70:18

**southern**  7:2 18:7

**special**  43:24

**specific**  47:17 48:7

**specifically**  22:16 53:22

**specifics**  45:14

**spend**  51:25

**spinal**  58:14

**sports**  44:14

**SSI**  75:6

**stalk**  27:25 54:18 55:14

**stalked**  55:1,4

**Stand**  15:24 17:21 30:6 39:14 72:5 75:18

**Standish**  55:18

**Staphyl**  32:15

**Staphylococcus**  32:16

**start**  6:17 24:8 28:13 39:2 41:21 60:7 63:14

**started**  22:8 26:19 35:11 37:14 42:17 52:14 67:12 68:21

**starting**  22:1 57:23

**State**  5:12 8:24 11:10 24:25 25:7 29:17,18 67:11

**statements**  57:5,11

**statistic**  26:2

**stay**  30:22

**stayed**  9:6

**Steed**  5:23 15:4,20 18:23 19:1,6 20:7 27:5 30:3 31:24 35:5 38:13,15,19 39:1,5 54:5,8 62:14 72:1,3,6,14,15,17 74:17

**stem**  66:5,7

**stepdad**  49:19

**stepmother**  42:7

**stigma**  62:23,25

**STIPULATION**  5:1

**stop**  6:14 35:4,8 40:11 58:2 59:13

**stopped**  35:3 40:14 55:8 57:24 69:24 70:3,10

**store**  44:17

**story**  47:22

**straight**  20:20

**stress**  36:2,16 45:21 47:14

**stressed**  72:23 73:2

**stressful**  36:20

**struggles**  35:25

**study**  7:12

**stuff**  13:16 72:3

**submitted**  34:4

**subscribed**  58:22

**subscriptions**  58:23

**substance**  26:25 28:20 31:18

**successful**  40:23

**Sullivan**  45:24

**sun**  64:20

**support**  29:22 30:1,19

**supposed**  54:11

**surgeries**  36:14,16 64:11 66:17

**surgery**  32:12,13,20,22

**surgical**  32:11

**susceptible**  32:14

**swear**  6:1

**switch**  8:11

**switched**  63:17 67:6

**swore**  11:3

**sworn**  6:3

**Sybil**  56:10,11,16,20

**Sylvia**  56:9

**Synthroid**  70:21 71:16

---

**T**

**takes**  51:22

**talk**  16:8 24:2 27:1 38:19 50:18 52:12

**talked**  37:2 45:13,16 46:21

**talking**  16:5 18:2 38:11 39:22 41:22 52:14,24 54:16 66:20 72:18 73:4 74:21

**tap**  58:14

**taunt**  28:1,4 54:19 55:14

**tax**  34:3 57:14,17

**teammates**  63:7

**Technica**  5:15

**telling**  65:20

**temp**  8:2,7

**ten**  48:13 62:8

**tense**  29:7

**tested**  58:16

**testified** 6:4 16:6 73:8

**testimony** 22:3 46:13 74:1

**thing** 12:19 36:19 56:7

**things** 15:10 17:12 24:16 28:16 29:7 32:7 35:20 63:15 71:22 72:4 73:13

**Thirteen** 40:18,19

**thousand** 47:13

**threaten** 48:21 54:19

**threatened** 28:11 36:17

**threatening** 49:8 53:23,25

**Threatens** 50:12

**threw** 48:8,12

**thyroid** 71:18

**time** 5:7,17 6:22 13:17 15:22 16:1,16 17:18,23 19:16 21:13,14 24:10 27:18 28:14 29:13 30:6,10 31:3,16,17 33:18 35:24 36:8 39:14,18 45:10,19 47:10 48:14 51:9,20 52:9 53:13 58:19,22 66:21 69:23 71:20,23 72:7,11 75:16

**time-consuming** 51:24

**times** 31:12 35:13 38:3 54:17 60:20 61:12,14

**Today** 5:6

**told** 72:20

**town** 7:2 25:9

**Tracy** 23:3,4

**transfer** 45:3

**transferred** 8:4

**transpiring** 46:19

**traveling** 9:8

**treatment** 70:4

**treatments** 37:3,5 69:21

**trial** 18:15 20:5,21,23 21:1

**troubles** 22:1

**true** 14:22 48:16 50:14,24 52:10

**Trust** 5:11

**tumor** 32:13 50:4

**turkey** 62:17,18

**TV** 11:10

**two-and-a-half** 47:22

**types** 43:24 60:21 61:6 65:7,16,22

---

**U**

**unable** 32:9

**underlying** 36:21

**understand** 6:14,23 22:10 27:6 36:19 37:20,24 38:1,3,10 39:9 43:16 45:6 47:2,5,7,8 51:13 57:21 58:25 65:18 66:16,19,23 68:17 71:22

**understanding** 6:19 22:11

**University** 7:10 8:24

**urine** 42:1 51:8

---

**V**

**VA** 8:3

**vaccinate** 45:11

**vaccinations** 58:13

**Vaguely** 33:17

**vehicle** 27:11

**verbally** 49:5,18

**versus** 5:11

**video** 52:4

**violating** 27:19

**violence** 24:3,7,19 25:5,15 26:5 29:13 30:24 35:10 36:2 41:9 45:13 48:10

**violent** 29:4 63:16

**visit** 58:3

**vocal** 50:4

**voice** 32:4

**volume** 66:11

**Vyvanse** 28:23

---

**W**

**waived** 5:3

**walk** 69:12

**walked** 57:22

**Walmart** 8:10,12 9:15 18:11 21:20

**wanted** 12:13,18,21 15:5 18:18 39:25 66:22 73:24

**war** 44:15

**water** 13:18 64:17

**Wednesday** 5:6

**weeks** 32:17

**weight** 37:4

**whatnot** 36:1 51:16

**wife** 32:5,22

**Wilmington** 5:11,21

**witnesses** 21:3,7

**words** 14:7 46:9 53:14

**work** 7:25 23:22,24 32:9 33:21 44:12

**worked** 8:1,3 21:23 69:25

**working** 9:15 18:4,5,7,10 21:19,21,25 23:9,10,20 32:23 33:25 69:22

**works** 44:17 70:16,17

**worried** 11:19

**worse** 36:3 37:6 73:1

**Wow** 26:9 28:6

**write** 33:4

**writing** 33:8

**written** 33:9

**wrong** 56:7

---

**X**

**XR** 70:22

---

**Y**

**year** 9:17 36:9 37:7 45:3,5 52:15,16 55:20 64:6,7 67:6

**years** 14:24 17:14 25:1 38:23 48:13 62:8 63:22

**yelling** 49:11

**Yells** 50:16

**York** 8:8 34:21 41:2,5,6

**young** 75:3

Wilmington Trust v Howe
HOWE, MELANIE on 05/24/2023

**youngest** 44:19