MFRA v. Howe

Joint Exhibit 41

# In the Matter Of:

## Wilmington Trust v Howe

# ANTHONY KNOX

*May 24, 2023*



**Gaige & Feliccitti, LLC**
Litigation Services

75 York Street, Ste 2
Portland, Maine 04101
(207) 854-5296
scheduling@gandfreporting.com

Tax ID:  46-3855727



OUT-OF-TOWN DEPOSITIONS?
WWW.DEPOSPAN.COM
DEPOSPAN'S TRUSTED LOCAL CONNECTION



```
 1               UNITED STATES DISTRICT COURT
                      DISTRICT OF MAINE
 2

 3
    WILMINGTON TRUST,        )
 4  NATIONAL ASSOCIATION     )
    NOT IN ITS INDIVIDUAL    )
 5  CAPACITY, BUT SOLELY AS  )
    TRUSTEE FOR MFRA TRUST   )
 6  2015-1,                  )
                             )
 7          Plaintiff,       )
                             )   CIVIL ACTION NO:
 8     vs.                   )   2:21-CV-00278-NT
                             )
 9  HENRY W. HOWE IV and     )
    MELANIE B. HOWE,         )
10                           )
            Defendants.      )
11  _____ )
    MELANIE B. HOWE,         )
12                           )
       Counter Plaintiff,    )
13                           )
         Vs.                 )
14                           )
    WILMINGTON TRUST,        )
15  NATIONAL ASSOCIATION     )
    NOT IN ITS INDIVIDUAL    )
16  CAPACITY, BUT SOLELY AS  )
    TRUSTEE FOR MRFA TRUST   )
17  2015-1                   )
    And                      )
18  FAY SERVICING, LLC,      )
                             )
19     Counter Defendants    )

20

21      VIDEOTAPE ZOOM DEPOSITION OF DR. ANTHONY KNOX

22
            _____
23                 GAIGE & FELICCITTI, LLC
                  75 York Street, Suite 2
24                 Portland, Maine 04101
                      (207)854-5296
25             scheduling@gandfreporting.com
```

Wilmington Trust v Howe
KNOX, ANTHONY on 05/24/2023

Pages 2..5

---

**Page 2**

1
2       VIDEOTAPE ZOOM DEPOSITION OF DR. ANTHONY
3    KNOX taken pursuant to notice before Beth
4    Gaige, RPR, a Notary Public in and for the
5    State of Maine, at the offices of Gaige &
6    Feliccitti, LLC, 75 York Street, Portland,
7    Maine, on May 24, 2023, commencing at 1:03
8    p.m.
9
10
11
12
13
14
15
16
17
18
19
20
21
22    _____
23           GAIGE & FELICCITTI, LLC
              75 York Street, Suite 2
24           Portland, Maine 04101
                (207)854-5296
25         scheduling@gandfreporting.com

---

**Page 3**

1        A P P E A R A N C E S
2   FOR MELANIE B. HOWE:
3      JOHN ZACHARY STEED, ESQ.
       Island Justice
4      43 School Street
       Stonington, Maine 04681
5      Phone:  207.200.7077
       E-mail:  John@islandjusticelaw.com
6
7   FOR WILMINGTON TRUST NATIONAL ASSOCIATION AS
    TRUSTEE FOR THE TRUST AND FAY SERVICING, LLC:
8
9      RENEAU J. LONGORIA, ESQ.
       Doonan, Graves & Longoria, LLC
10     100 Cummings Center, Suite 303C
       Beverly, MA 01915
11     Phone:  978.921.2670
       E-mail:  RJL@dgandl.com
12
13  FOR DR. KNOX:
14     HEIDI A. BEAN, ESQ.
       Verrill
15     One Portland Square
       Portland, Maine 04101-4054
16     Phone:  207.253.4464
       E-mail:  Hbean@verrill-law.com
17
18  ALSO PRESENT,
19  MELANIE B. HOWE
    KELLY HARTIGAN (Via Zoom)
20
21  THE VIDEOGRAPHER,
22  LEIGH DORAN, Technica LLC
23
24
25

---

**Page 4**

1                  INDEX
2   WITNESS:  DR. ANTHONY KNOX
3     Direct Examination by Ms. Longoria        6
4
5
6
7
8            E X H I B I T S
9   Exhibit No.    Exhibit Description        Page
10
11
12     (No exhibits were offered or admitted.)
13
14
15
16
17
18
19
20
21
22
23
24
25

---

**Page 5**

1           STIPULATION
2       (It is hereby agreed by and between the
3    parties that signature is not waived.)
4       - - - - - - - - - -
5       THE VIDEOGRAPHER:  We are going on the
6    record.  Today is Wednesday, May 24th, 2023.
7    The time is approximately 1:03 p.m.
8       We are here to take the deposition of
9    Dr. Anthony Knox in the captioned case of
10   Wilmington Trust versus Henry and Melanie
11   Howe, State of Maine, Docket No.
12   2:21-CV-00278-NT.
13       My name is Leigh Doran, the videographer
14   on behalf of Technica, LLC.  The court
15   reporter is Beth Gaige of Gaige & Felicitti.
16       At this time will the attorneys please
17   identify themselves and the parties that they
18   represent.
19       MS. LONGORIA:  Good afternoon.  Reneau
20   Longoria, Doonan, Graves & Longoria, and I
21   represent the lender and the servicer in this
22   matter.
23       MR. STEED:  John Steed.  I'm off camera.
24   I represent Melanie Howe.
25       MS. BEAN:  Heidi Bean from Verrill in

---

Wilmington Trust v Howe
KNOX, ANTHONY on 05/24/2023

Pages 6..9

Page 6

1    Portland.  I'm representing Dr. Knox today.
2         THE VIDEOGRAPHER:  And Kelly Hartigan?
3         MS. LONGORIA:  Oh, and Kelly Hartigan is
4    my paralegal, and -- and she's just assisting
5    me in the depositions today.
6         THE VIDEOGRAPHER:  Okay.  Thank you.
7         Beth, will you please swear in the
8    witnesses.
9         (The Witness was administered the oath.)
10   DR. ANTHONY KNOX, having been duly sworn by
11   the Notary Public, was examined and testified
12   as follows:
13              DIRECT EXAMINATION
14   BY MS. LONGORIA:
15   Q. Good afternoon, Dr. Knox.  I'm Reneau
16   Longoria, and I thank you very much for your
17   time today.  I will attempt to be brief.
18        First, if you could just tell me a little
19   bit about yourself and your practice.
20   A. I'm a board certified neurologist with
21   additional certifications in neuroimaging,
22   hospital -- sorry -- headache medicine and
23   neuropsychiatry and behavioral neurology.
24        I've been practicing at the current site,
25   Neurology Associates of York Hospital, for

Page 7

1    over the last 15 years.  Prior to that I
2    practiced for a short time, a few years, in
3    Missouri.  Prior to that I was -- I went -- I
4    went through the Tufts neurology program in
5    Boston, and I did fellowship training at Mass
6    General in neurophysiology.
7    Q. Thank you, sir.
8         (Off the-record colloquy.)
9    BY MS. LONGORIA:
10   Q. And, Doctor, Melanie Howe is here with us
11   today.
12        Can you tell me when you first began
13   seeing Melanie?
14   A. I had to look back a ways.  I first saw her on
15   July 1st, 2010.  She had previously been seen
16   by Dr. Douglas Brown --
17   Q. Mm-hmm.
18   A. -- who practiced at Neurology Associates of
19   York Hospital but then left employment there.
20   Q. Very good.
21        And explain your -- the initial reason
22   that you were hired to assist Melanie.
23   A. So she -- she had been diagnosed by Dr. Brown
24   with a condition called -- it's got various
25   names.  It's either called pseudotumor cerebri

Page 8

1    or intracranial hypertension.  Sometimes --
2    sometimes it's referred to as benign
3    intracranial hypertension, but it's seldom
4    benign.
5         There oftentimes is consequences of the
6    increased intracranial pressure, including
7    chronic headaches, and it can also more
8    importantly affect vision, and if left
9    untreated can lead to visual impairment or
10   blindness.
11   Q. Okay.  And that initial appointment, was there
12   an incident that triggered that or it was just
13   general treatment?
14   A. She was -- she was just following up, and she
15   also was followed for other reasons.  She'd
16   been started on treatment for a sleep
17   disordered breathing, and she was also
18   being -- we set her up for a BiPap.
19        I saw her primarily for her headaches,
20   and I entertained another diagnosis, namely,
21   hemicrania continua, because most of her
22   symptoms -- oftentimes intracranial
23   hypertension is -- it involves -- the head
24   pain involves the whole head, but hers was
25   always primarily right-sided, although

Page 9

1    sometimes it was involving the whole head.
2    And I thought she deserved a trial with a
3    medication called indomethacin, and I -- I
4    discussed that at my first visit.
5    Q. Mm-hmm.  And can you describe the first year
6    or so of treatment?
7    A. Let me pull that up.
8         I saw her -- she returned in follow-up on
9    August 5th, 2010, and we talked about the
10   effect of indocin or indomethacin on her
11   suspected hemicrania continua involving the
12   right temple area of her head --
13   Q. Mm-hmm.
14   A. -- to see how she responded.
15        She was taking 15 milligrams up to three
16   times daily, and she felt she had some mild
17   improvement.
18        She also received an occipital nerve
19   block, and she said that helped, as well.
20        And -- and she did point out that since
21   her headaches began that she had gained nearly
22   30 pounds.
23   Q. And at the point that you began treating her
24   that summer of 2010, how long had this
25   issue -- how long had she been struggling with

Wilmington Trust v Howe
KNOX, ANTHONY on 05/24/2023

Page 10

1   this issue?
2   A.   I -- I don't have Dr. Brown's notes, but I
3        believe it was, at least from what I
4        understand, it was temporary related to the
5        placement of the Mirena IUD, and I'm not sure
6        when that was.
7   Q.   And the medication that -- so you put her on a
8        new medication, but before that medication,
9        what medication was she on for her condition?
10  A.   I -- I believe she had been on Acetazolamide,
11       which is also called -- the trade name is
12       Diamox.
13            And that is in a class of medication
14       called carbonic anhydrase inhibitors, and it
15       decreases the -- it's -- it's one way to
16       decrease the pressure inside the head by
17       decreasing the amount of cerebral spinal fluid
18       that's being produced, which is -- the
19       cerebral spinal fluid is being produced
20       continuously, and if it's trained properly,
21       there's no buildup in pressure; but
22       intracranial hypertension is when that
23       pressure is building up beyond what would be
24       normal.
25  Q.   Okay.  And that Ziamox [sic], what are the

Page 11

1        general side effects of that?
2   A.   You have to titrate the dose.  You start off
3        low as -- and see how well the patient will
4        tolerate it.
5            Many of the side effects include nausea,
6        anorexia, tingling of the extremities,
7        especially the so-called acral portions of
8        people's face and body.  It causes alterations
9        in taste.
10           Those are kind -- those are the main
11       ones.
12  Q.   Mm-hmm.  So when you switched to the new
13       medicine trial, did you keep her on the Ziamax
14       [sic] or did you replace the Ziamax with
15       the -- and you pronounced it better than I
16       will -- but the indomethacin?
17  A.   Indomethacin.  I -- I didn't note that she was
18       on the -- the Diamox at that time, so I'm not
19       quite sure if she had taken it at that -- or
20       was taking it at that point.
21  Q.   Okay.
22  A.   So subsequently I saw her on October 11, 2010.
23  Q.   Mm-hmm.
24  A.   And we recommended a repeat -- some repeat
25       imaging of her brain --

Page 12

1   Q.   Mm-hmm.
2   A.   -- and also what's called an MRA, which is an
3        angiographic.  It looks at primarily the blood
4        vessels, and usually included that as we look
5        at the veins because the cerebral spinal fluid
6        will eventually drain into the sinuses, which
7        are venous sinuses.  And if there's a blockage
8        in the venous sinus, then that could be one of
9        the reasons why people have or get
10       intracranial hypertension.
11  Q.   Okay.  And was she responding well to the
12       trial drug?
13  A.   Not particularly.  It didn't really -- it
14       wasn't -- usually people either respond very
15       well or not very well at all.
16  Q.   Okay.
17  A.   And so I -- I -- I believe I considered the --
18       I mean, it's a powerful aspirin.  We don't
19       like to keep people on indomethacin for a good
20       length of time unless it's absolutely
21       necessary.
22  Q.   Mm-hmm.
23  A.   So if they don't demonstrate a -- a
24       significant improvement with it, then we
25       generally advise discontinuing that.

Page 13

1   Q.   Okay.  So when -- did you after that October
2        visit take her off of that?
3   A.   I didn't note it that we were continuing it or
4        discontinuing it.
5   Q.   Okay.  Were there any other medicines that she
6        was on during the second half of 2010?
7   A.   The medications I had listed include a drug
8        called Savella; loratadine, which is Claritin;
9        Singulair, which is for asthma; Tylenol;
10       Xopenex; Lexapro, which is an antidepressant;
11       and she's also listed here on Diamox
12       500 milligrams twice daily.
13  Q.   And what is Diamox?
14  A.   That's the Acetazolamide.  That reduces the
15       production of cerebral spinal fluid.
16  Q.   I see.  And the -- I understand what Tylenol
17       is, and the asthma drug I recognized.
18            The Zoe -- Z-o -- Xopenex, what is that?
19  A.   I believe it's a -- it's for asthma.
20  Q.   Also for asthma.
21            The Singulair is for asthma, as well?
22  A.   Correct.
23  Q.   Okay.  And Claritin.
24            Okay.  And when is the next time that you
25       saw her?

Wilmington Trust v Howe
KNOX, ANTHONY on 05/24/2023

Pages 14..17

Page 14

1  A.  It was January 10th, 2011.  She was seen --
2      I'm sorry.  She was just seen on November 9th,
3      2010, which is -- we switched -- we switched
4      EMRs a few times so the records are not easily
5      available.  Sorry about that.
6  Q.  That's okay.  You had her go for imaging in
7      October of 2010.
8          Was your November 9th, 2010, to discuss
9      that imaging?
10 A.  Right.  Okay, so at November 9th we saw her --
11     2010 -- and she'd recently seen the
12     neuro-ophthalmologist at Mass Eye and Ear, Dr.
13     Cestari, and he increased her Diamox to a
14     thousand milligrams twice a day.
15         He was -- in my note it states that he
16     was intending on bringing that up to
17     4000 milligrams daily, which is -- I've never
18     seen anybody tolerate that; but I mean, it's a
19     goal.  Some people can tolerate it.  They also
20     wanted to add a drug called Topiramate or
21     Topamax, which also has similar activities,
22     although much weaker.
23         I also note that Melanie had lost a few
24     pounds.  The Diamox is making her nauseated
25     and ill, but she was still able to function at

Page 15

1      a reasonable level.
2          I also note that she had a consultation
3      regarding a so-called lap band procedure in
4      order to help her lose weight.  At this time I
5      had not received Dr. Cestari's note, so I
6      couldn't comment on that.
7          But fortunately, he had noted that there
8      was no evidence of swelling of the optic
9      nerves -- optic nerve heads, which is a -- one
10     of the negative consequences of having
11     intracranial hypertension.
12 Q.  Okay.  Did she continue being treated by
13     Dr. Cestari, or did she return to you?
14         I know there's two different practices
15     but...
16 A.  I think Dr. Cestari sort of established the
17     plan, and we were to continue and monitor her
18     locally was my impression.
19 Q.  And how did she do on the cocktail of
20     4000 milligrams of the Diamox, et cetera?  By
21     the time you saw her in January, how was that
22     going?
23 A.  It did not go so well.
24 Q.  Can you describe that?
25 A.  She -- well, she discontinued a number -- she

Page 16

1      discontinued the Savella, which is an
2      antidepressant, and I think this is a typo.  I
3      think she was taking Diamox maybe 2500, but --
4      but I'm not sure.  It could have been 250
5      daily, but that doesn't seem right.  There's
6      an error in the -- and then she was also
7      placed on a fentanyl patch, which is a strong
8      painkiller as we -- most of us know.
9          She was given Depakote and Nuvigil.
10     Depakote is a seizure medicine that's
11     sometimes used for mood modulation and also
12     can be used as a migraine preventive.  Nuvigil
13     is a -- given for fatigue associated with
14     multiple sclerosis and other conditions.
15         And then she's also been on Ambien,
16     Ativan, which is lorazepam, which is --
17 Q.  So go back to -- Ambien is a sleep medication?
18 A.  Correct.
19 Q.  All right.
20 A.  And then Tylenol with codeine.
21         I believe she had tried Lunesta, which is
22     also a sleep aid, but it left a bad taste in
23     her mouth, and --
24 Q.  Going back, she was prescribed Tylenol with
25     codeine?

Page 17

1  A.  I believe so.
2  Q.  Okay.
3  A.  Not by me -- not by me though.
4  Q.  Okay.
5  A.  I generally stay away from prescribing opiates
6      and have done throughout my practice.
7  Q.  I see.
8          Is the Fentanyl patch considered an
9      opiate, as well?
10 A.  Yes.
11 Q.  Thought so.  So you didn't place her on the
12     Fentanyl patch.
13         When she came back in January she was on
14     that, right?
15 A.  Yes.
16 Q.  And do you know which doctor gave her the
17     Fentanyl patch?
18 A.  I'm not sure.  I -- I think she -- it might
19     have been -- I'm not sure.
20 Q.  Okay.  Was that to address pain or was it to
21     wean her off of something?
22 A.  Oh, no, I think the patch is -- it's used to
23     manage chronic pain.
24 Q.  Okay.  Got it.  So what was your plan then in
25     January?

Page 18

1  A.  I think it was to follow Dr. Cestari's
2      recommendations and see if Melanie could
3      tolerate that and then see if we can both
4      increase her -- or decrease her headaches and
5      also help her to try to lose weight.
6          Oftentimes weight is a significant factor
7      with intracranial hypertension.  There are
8      some people at Mass Eye and Ear and other
9      places that talk about everybody has a certain
10     weight, and it can believed to be contributing
11     to the -- the cause of intracranial
12     hypertension, and once they reach that weight,
13     then they start exhibiting signs of that.  But
14     if they were to lose between 5 and 10 percent
15     of their body weight, they can significantly
16     increase -- or decrease their pressures inside
17     their head.
18 Q.  Got it.
19         And do your charts indicate at that point
20     in 2011 what was her weight?
21 A.  It doesn't indicate that.
22 Q.  Okay.  And do you have a recollection?
23 A.  I don't.
24 Q.  Okay.
25 A.  At that time I don't even -- I don't have

Page 19

1      access to her other records, but primary care
2      probably would have recorded that.
3  Q.  Right.  All right.  So you're at the beginning
4      of 2011.
5          When do you next see her?
6  A.  March 3rd.
7  Q.  And what happened there?
8  A.  She'd lost weight.  She was down to
9      199 pounds.  She was adhering to a Celiac
10     diet.
11         She'd also been placed on Social Security
12     Disability, stopped working on January 28th.
13         She was continuing to have daily
14     headaches with worsening at different times
15     and then described significant pain in her
16     right eye, and she was maintained on Diamox
17     1500 milligrams twice daily.
18 Q.  Each -- 1500 each dose?
19 A.  1500 milligrams twice daily.
20 Q.  Twice.  Okay.
21         Okay.  And when was she next seen?
22         How -- let me ask first.
23         How was she tolerating all of that?
24 A.  I -- I didn't really note that specifically,
25     but I think in general people don't like

Page 20

1      Diamox.
2  Q.  Mm-hmm.
3  A.  And they don't -- I've yet to hear -- I mean,
4      people can stay on it, but I've yet to hear
5      anybody exclaim the virtues of being on
6      Diamox.
7  Q.  A necessary evil.
8          What -- what was your next time that you
9      saw her?
10 A.  May 4th, 2011.
11 Q.  All right.  And what happened on that visit?
12 A.  She'd followed up with Dr. Cestari at Mass Eye
13     and Ear, and then she had visual field
14     testing, and apparently it revealed an
15     increase -- and it's a typo here.  It says an
16     enlargement per the -- an increase in the --
17     we all have -- where the optic nerve enters
18     the orbit, the eyeball --
19 Q.  Mm-hmm.
20 A.  -- they -- there's what is referred to as our
21     physiologic blind spot; and when you see
22     swelling of the optic nerve, you can see --
23     and it's also found in people with migraines
24     as an aura -- you see an enlargement of their
25     physiologic blind spot suggestive of something

Page 21

1      either interfering with the function or
2      impinging upon the optic nerve.
3  Q.  Okay.  And did you change her medication or
4      did you note any additional medications at
5      that visit?
6  A.  Dr. Cestari had increased her Diamox to 4000,
7      usually probably 2000 twice a day of the
8      Diamox.
9  Q.  Okay.
10 A.  He had recommended that if -- if that did not
11     improve her visual function, that is decrease
12     her -- the enlarged physiologic blind spot,
13     that she should consider having a
14     ventriculoperitoneal shunt placed.
15 Q.  Okay.  Very good.  And what was the next
16     visit?
17 A.  The next visit --
18         MR. STEED:  We need about four hours to
19     get to present day.
20         MS. LONGORIA:  What's that?
21         MR. STEED:  I said we'll need about four
22     hours to get to the present day.
23         MS. LONGORIA:  Well, I'm sure he'll move
24     along.  Just trying to understand everything.
25 A.  The next visit was August 24th, 2011, I

Page 22

1  believe.
2  BY MS. LONGORIA:
3  Q.  Okay.  So during the summer of 2011 or at the
4      end of the summer of 2011.
5          What changes were made at that point?
6  A.  I think she was -- well, she was primarily
7      being followed by Dr. Cestari, and she was, as
8      noted in my note, she was anticipating a visit
9      with Dr. Cestari for which she would have a
10     spinal tap or a lumbar punction -- puncture
11     performed there.
12         Actually she did have it, and her opening
13     pressure was elevated to 33, and she had had
14     this persistent blind spot in the inferior
15     portion of her right visual field.  She also
16     noted that functionally she was having
17     difficult with driving, especially at night.
18     And that's when Dr. Cestari, according to my
19     note, recommended that she receive this shunt
20     from her brain to relieve the pressure.
21 Q.  Very good.  Was there any nausea associated
22     with all of that?
23 A.  No doubt.  The Diamox itself and the
24     persistent headaches --
25 Q.  Very good.

Page 23

1  A.  -- cause usually significant nausea, although
2      I didn't note that specifically in my note.
3  Q.  Okay.  And what was the next visit?
4  A.  Let's see.  She was next seen on
5      December 19th, and with -- additional
6      headaches had continued.  She still was having
7      some visual issues despite maximal medical
8      therapy.  She was, as I noted, doing
9      reasonably well under the circumstances, but
10     she had worsening of her headaches and vision
11     issues.
12         She was trying to lose weight in order to
13     perhaps relieve some of the pressure, and she
14     was requesting a neurosurgery referral to have
15     the VP shunt placed.
16 Q.  All right.  And was that granted?  Was that
17     the next step?
18 A.  Yes.  Well, we -- we also, I believe,
19     scheduled her for a -- a lumbar puncture, a
20     spinal tap, and then we -- I think we made --
21     we made the referral to neurosurgery.
22 Q.  And the spinal tap is to remove that fluid
23     that you were trying to decrease with the
24     Diamox, right?
25 A.  Correct.  Sometimes the removal of a -- what

Page 24

1  we call -- it's what's called a high-volume
2  spinal tap, and it takes off the pressure, but
3  probably more to the point in -- in younger
4  people anyways, sometimes the hole where you
5  make the puncture remains open and -- and
6  people can get additional benefit.
7  Unfortunately -- some people develop
8  intracranial hypertension and then get a
9  spinal tap and for unknown reasons the
10 hypertension resolves.
11         So spinal taps are not the best way to
12 manage this, but it does provide the patient
13 with relief when nothing else is helpful.
14 Q.  Got it.  And what happened next?
15 A.  Next time I note was -- she had a lumbar
16 puncture done on January 5th, or it was -- it
17 was done on -- in December 21st by our
18 interventional radiologist, and she had the
19 opening pressure of 33.  He drained off a
20 large amount.
21         And according to the patient, she had
22 almost immediate relief of her headache and
23 eye pain.
24         And she had a more long-lasting response
25 than I had expected, but by the time I saw her

Page 25

1  on the -- on the 5th of January her headache
2  was returning.
3  Q.  Okay.  And what did you do next?
4  A.  I believe we continued the -- the care.  We
5  wanted her to be seen by a -- and followed by
6  an ophthalmologist to closely monitor the
7  pressure on her optic nerve.  And she was
8  also -- she was reluctant to consider having a
9  shunt placed, and she was trying a number of
10 different diets in order to lose the weight
11 and perhaps help resolve some of her
12 intracranial hypertension symptoms.
13 Q.  I see.  And what happened next?
14 A.  The next time I saw her was apparently
15 July 30th, 2012.
16         She'd lost 13 pounds.  She was down to
17 200 pounds from a high of 220.
18         She had been in a car accident on
19 July 16th and had some neck pain following
20 that.
21         She had been complaining of increased
22 right eye pain, especially when she bends
23 over.  Anybody that bends over we increase --
24 you can feel the pressure, especially if you
25 had elevated pressures.  By the very act of

Page 26

1  bending, bending over can increase the
2  pressures inside your head.
3  Q. Okay.  Did you continue her on the same
4     medication at that --
5  A. She was being -- I noted that she was
6     continued on -- she was taking only
7     2000 milligrams of Diamox daily.  She was
8     taking Topiramate, Tylenol with codeine as
9     needed.  Looks like she was placed on Zoloft,
10    and she'd recently started on Trileptal, which
11    is oxcarbazepine.
12 Q. Pardon?  What's Trileptal?
13 A. Trileptal.
14 Q. What is it?
15 A. Trileptal is -- the -- the chemical name is
16    oxcarbazepine and it's -- it's used to treat
17    seizures and also trigeminal neuralgia, but it
18    was popular for a time.  I don't know why it
19    was prescribed, but it was popular for a time
20    to be prescribed as a mood modulator.
21       And -- and I note that she also was
22    placed on Mirapex by her psychiatrist in
23    addition to Vyvanse.
24 Q. And are -- what are Mirapex and Vyvanse?
25 A. Mirapex is the trade name for Pramipexole,

Page 27

1     which is a dopamine agonist, that for a time
2     was thought to be one of the better treatments
3     to treat restless leg syndrome.
4        And Vyvanse is an amphetamine-like drug
5     that's used for primarily ADHD or ADD.
6  Q. And she had those things?
7  A. I don't --
8  Q. That wasn't part of your treatment, okay.
9        What -- what happened at your next visit?
10 A. Let's see.  We don't have -- I don't have
11    those records.
12 Q. Okay.  Did you -- do you have a memory of
13    seeing her again in 2012?
14 A. I'm afraid I don't.
15 Q. Okay.  Did you see her in 2013?
16       Was the shunt put in in 2012?
17 A. Eventually there was a shunt placed.  Let me
18    see if I have --
19 Q. Well, I will go chronologically then.
20       So no more records -- no records at all
21    for 2012.
22       Do you have records for 2013?
23       (Pause)
24       Did she have brain surgery in 2013?
25       MS. LONGORIA:  Oh, now you're on mute,

Page 28

1  Doctor.
2        (Off-the-record colloquy.)
3  BY MS. LONGORIA:
4  Q. So we were saying there's no records for 2012.
5     I was asking about 2013, and I had prompted
6     you that perhaps there was brain surgery in
7     2013?
8  A. Yeah, I'm trying -- I'm trying to locate --
9     yeah, the records -- in between all of these
10    things, they -- they switched our electronic
11    medical record so that initially we -- we had
12    dictated our notes and kept them in a -- just
13    in a file with the various appointments, and
14    then we had a different EMR called Practice
15    Partners.  And since that time we've switched
16    several years ago to what we use now, which is
17    eClinical, and they only saved a certain
18    number of documents.
19       And the next document I have is from, oh,
20    let's see, March 5th, 2013.
21       It says we'd last seen Melanie on
22    July 30th, 2012.  Her headaches were getting
23    worse.
24       She had a spinal tap at the Goodall Pain
25    Care Center by Dr. Temkin.  It did not go

Page 29

1     well.
2        She had a difficult experience at
3     Goodall.  Subsequently thought that she was --
4     the emergency room physician had thought she
5     was drug seeking.  She was sent home.
6        She returned on the 28th with vomiting
7     and had a terrible headache.
8        And then she went to Southern Maine
9     Medical Center, had a syncopal episode.  She
10    was treated and released.
11       She received a blood patch at Southern
12    Maine Medical Center, which is when the spinal
13    tap hole remains open and people develop a
14    headache upon standing that's worse than a lot
15    of headaches, spinal headache.
16       I make a note here that there are times
17    that she is, quote, unquote, okay, but other
18    times when her symptoms are so severe that she
19    is, quote, unquote, useless for days at a time
20    until her symptoms can significantly abate.
21       My recommendations after a discussion at
22    that time was to refer her to Dr. Wilson from
23    Maine Neurosurgical Partners for a
24    consultation regarding the placement of a
25    ventriculoperitoneal shunt.

Page 30

1    Her most recent spinal tap by Dr. Temkin
2    recorded an opening pressure of 36 and then
3    a -- oftentimes when they take off large
4    volumes of fluid, they record a closing
5    pressure to see how successful they were, and
6    her closing pressure was significantly lowered
7    at 12.
8  Q.  Okay.
9  A.  And again the taking off a large amount of
10   fluid like that gave her a period of relief,
11   and then her symptoms were slowly returning
12   but not to an extreme degree yet.  And then we
13   said we would try to facilitate the
14   appointment with Dr. Wilson.
15      And then as far as I know, I didn't see
16   her again until 2014.
17 Q.  So was there -- Doctor, if I might interrupt.
18      Was there a tumor that was removed in --
19   in 2013 or just a shunt installed?
20 A.  Just a shunt.  So that's a -- so the -- the
21   term pseudotumor and back before we had
22   imaging one of the first ways we could image
23   the brain is to use a light to shine in and
24   see the retina, so-called fundoscopic exam.
25   And oftentimes you could see the so-called

Page 31

1    optic nerve head, and if it is swollen, that
2    can be suggestive of somebody with raised
3    intracranial pressure.  People with brain
4    tumors have raised intracranial pressure, but
5    then in a condition like intracranial
6    hypertension they don't -- they don't have --
7    they don't have a tumor as a cause of elevated
8    pressure, so it's called pseudotumor.  And
9    that's why it oftentimes was referred to as
10   benign intracranial hypertension because at
11   least they didn't have a tumor causing this
12   but still the -- the elevated pressures
13   were -- can still be damaging, especially to a
14   person's vision.
15 Q.  Sure.  And thank you.
16 A.  So pseudotumor -- pseudotumor kind of, you
17   know, everybody thinks tumor and it's not --
18   you know, it's the opposite.  It's not a
19   tumor, and that's what -- but there is
20   elevated pressure in the head but without a
21   tumor being present.
22 Q.  Okay.
23 A.  So pseudotumor.
24 Q.  That makes sense.
25      And in 2014, what was your course of

Page 32

1    treatment?
2  A.  So it appeared -- so from what I -- so on
3    11/10/2014, she had a shunt put in her head,
4    and then it had to be removed secondary to
5    an -- an infection after two weeks.  So she
6    didn't -- and then -- and then she had a
7    second shunt, and -- and that was not
8    successful because they felt that she had an
9    allergy to some of the components.
10      So given the lack of success of these two
11   shunts, in order to protect her vision, she
12   was returning to Mass Eye and Ear for a
13   discussion on a procedure called optic nerve
14   fenestration where they -- the coverings
15   around the optic nerve are -- are kind of
16   windowed, if you -- if you would, by delicate
17   surgery there, and that will relieve the
18   pressure on the -- at least on the optic nerve
19   to abate or stop any damage from prolonged
20   elevations of pressure on the nerve.
21 Q.  Okay.  And was that surgery completed?
22 A.  I don't -- I don't -- I didn't --
23 Q.  Okay.
24 A.  I don't recall.
25 Q.  Okay.  When did you see her next?

Page 33

1  A.  I saw her a year later on, let's see,
2    10/22/2015.
3  Q.  And what was your diagnoses and course of
4    treatment on that date?
5  A.  I noted that she continued to have headaches
6    and that five months previous she had a spinal
7    tap and experienced some relief.  She still
8    had elevated pressures noted in her eye,
9    especially in the right nasal optic disc.
10   That's the optic nerve head.
11      But she unfortunately was gaining a
12   considerable amount of weight and trying to
13   lose that.  She was up to an all-time high of
14   240 -- 245 pounds.  And she was trying to lose
15   that.
16      She had brought up using octreotide as a
17   treatment for intracranial hypertension.  That
18   was something I wasn't particularly familiar
19   with.  And I believe I referred her to a -- an
20   endocrinologist for that.
21      And that was the extent of the visit, and
22   I...
23 Q.  Can you list the medications that she was
24   taking at that point?
25 A.  The list I have there is Claritin,

Page 34

1   levothyroxine, Singulair, Cymbalta, and
2   Nuvigil.
3   Q.   What is that?
4   A.   That's the trade name for a drug called
5        Armodafinil, which is an anti-fatigue agent.
6   Q.   Is it a narcotic?
7   A.   No.  It is controlled though.
8   Q.   Controlled.
9        And when did you see her next?
10  A.   In January of 2016, and there wasn't a whole
11       lot of narrative recorded there.  Let's see,
12       again.
13       Okay.  So on January 22nd, 2016, she had
14       a repeat MRI.  It was still consistent with
15       elevated pressures in her head, and there was
16       evidence of the -- the attempt at placing a
17       shunt.  There was no evidence of any masses or
18       any other things happening.  No hemorrhages or
19       swellings.
20       Unfortunately her weight had gone up to
21       260 pounds.  And then apparently she didn't
22       follow through, and there wasn't -- she wasn't
23       able to get an appointment with endocrinology.
24       And then she was also looking into lap band
25       surgery or gastric bypass surgery to help her

Page 35

1        get some of the weight off.
2   Q.   Okay.  And what happened -- when did you see
3        her next?
4   A.   On June 14th, 2016.
5   Q.   And what happened then?
6   A.   Doesn't really say a whole lot about
7        treatment, but my overall impression at that
8        time was she continued to have intracranial
9        hypertension.  Her visual complaints were
10       improved.
11       She was referred to endocrinology, and
12       according to the patient, endocrinologist said
13       that she was not comfortable treating her with
14       octreotide.
15       We discussed her posterior headaches at
16       that time.  She said they were -- she was in
17       excruciating pain at that time.  And we did a
18       nerve block there, which gave her some
19       temporary relief.
20  Q.   All right.  And the next visit?
21  A.   12/14/2016.  At that time I noted that her
22       mood was elevated and she was very
23       enthusiastic after having a significant weight
24       loss.  Her spirits had improved somewhat
25       and --

Page 36

1   Q.   And what led to the weight loss?
2        Was there surgery or just --
3   A.   I don't -- I don't noted that -- I didn't note
4        that.
5   Q.   Okay.  And what medications at that point?
6   A.   Medications included Claritin, Levothyroxine,
7        Singulair, Nuvigil, Chlorthalidone, and
8        Prozac.
9   Q.   And the next visit?
10  A.   The next visit was on January 9th, 2017, and
11       she was following up after a therapeutic
12       spinal tap, which improved her headaches, and
13       then she was there to receive -- she was there
14       to receive -- she was there to receive Botox
15       for her -- for her headaches.
16  Q.   You administered Botox for the headaches?
17  A.   I did Botox for the headaches, yes.
18  Q.   Got it, okay.
19       And did that give relief?
20  A.   Let's see.  It said that she did have -- when
21       she returned for her visit for follow-up
22       treatment on April 3rd, a nursing note said
23       there was a reduction in headache frequency
24       and severity after her last treatment and that
25       she was returning for further treatment.

Page 37

1   Q.   Okay.
2   A.   Typically people don't return for 31 needles
3        in their head and face if it -- if it didn't
4        improve --
5   Q.   Doesn't work?
6   A.   -- their headaches somewhat.  It's sort of --
7   Q.   And that's -- that's what the Botox -- it's
8        not acupuncture, but that's what the Botox
9        requires is the 31?
10  A.   Steroid injections, it's -- it's our form of
11       acupuncture --
12  Q.   Right.
13  A.   -- so to speak.
14  Q.   And what was the next visit?
15  A.   The next visit was, let's see, 6/26.
16  Q.   '17?
17  A.   She said that -- it was noted that she'd had a
18       decrease but she had an overall increase in
19       her headaches as we approached the
20       re-treatment date with Botox.  She says that
21       it has helped her headache considerably with
22       greater than ten days of additional relief and
23       greater than a hundred hours of additional
24       improvement in her migraine symptoms.
25  Q.   Okay.

Wilmington Trust v Howe
KNOX, ANTHONY on 05/24/2023

Pages 38..41

Page 38

1  A.  So I believe that she had this ongoing chronic
2      intracranial hypertension, but in addition to
3      that she was having chronic headaches.
4           Again it's -- the distinctions become
5      somewhat blurred but she was having pain on
6      one side of her head and with light
7      sensitivity and nausea associated with it and
8      a decreased ability to function.  All symptoms
9      consistent with headache, and that's why we
10     were using the -- the Botox to try to
11     ameliorate those symptoms.
12 Q.  Good.  And there was another treatment then in
13     June of that?
14 A.  Yeah.
15 Q.  Okay.
16 A.  Yeah, she was -- she was re-treated, yes.
17 Q.  Good.  And then when -- when did you see her
18     next?
19 A.  9/20/2017.
20 Q.  And what happened at that visit?
21 A.  She reports a continuation of a reduction in
22     headache frequency and severity, and she
23     presented for further treatment.
24 Q.  Another Botox?
25 A.  Yes.

Page 39

1  Q.  Okay.
2  A.  In addition, we -- we prescribed a medication
3      called Sprix, which is a nasal spray
4      containing the aspirin-like medicine called
5      Ketorolac or Toradol, and we prescribed that
6      for her.
7  Q.  Okay.  What other medications in September of
8      2017 was she on?
9  A.  The ones I have listed here was Claritin,
10     Levothyroxine, Singulair, Chlorthalidone,
11     Prozac, Adderall, and the Neupro patch.
12 Q.  And was the Neupro patch throughout this time
13     or is it just --
14 A.  I -- I don't think I noted it in the last one.
15 Q.  Right.
16 A.  The Neupro patch is something that's also
17     given -- it was a -- it's a medication used
18     for Parkinson's disease, but also for restless
19     leg symptoms.  It is like the Mirapex that had
20     been used in the past, which is a dopamine
21     agonist.  Neupro is also a dopamine agonist,
22     but it was in this patch form that was
23     released over 24 hours, and it was actually a
24     very popular medicine until it was taken off
25     the market.

Page 40

1  Q.  Okay.  And what -- and what was the next
2      visit?
3  A.  The next visit -- let's see.  I don't have any
4      more visits listed in that other EMR, but
5      let's see if I have visits.
6           (Off-the-record colloquy.)
7           THE WITNESS:  Yeah.  I'll be -- I'll
8      right with you.
9           (Off-the-record colloquy.)
10          THE WITNESS:  Okay.  Thanks.
11 A.  What was the last visit?
12 Q.  September 20th of 2017.
13 A.  So the next visit was on 12/13/2017.  Again
14     she was returning for a treatment with Botox.
15          She -- we discussed her loss of 30 pounds
16     and then also her need to have a CPAP
17     titration because of problems with the mask.
18          And was also going to Boston to -- to see
19     a specialist for polyps on her larynx.
20          That's pretty much...
21 Q.  Other than -- other than the chronic
22     headaches, was there anything else that she
23     reported as far as symptoms?
24 A.  No, not that I -- I didn't note it.
25 Q.  Okay.  Anything else -- or what was the next

Page 41

1      visit?
2  A.  The next visit would have been March 8th,
3      2018.  And returned for Botox and also was
4      requesting another spinal tap to help with her
5      headaches.
6  Q.  And what medications at that point?
7  A.  She was on Adderall XR; Cyanocobalamin,
8      Vitamin B12.
9  Q.  What's the -- okay.  B12?
10 A.  Yeah.
11 Q.  What was before that?
12 A.  Pardon me?
13 Q.  Adderall XR and then?
14 A.  Cyanocobalamin, which is Vitamin B12.
15 Q.  Oh, okay.
16 A.  And then Diclofenac, which is like an NSAID,
17     aspirin-like things.  She was on Flovent.  She
18     was --
19 Q.  What's Flovent?
20 A.  Flovent is -- is a nasal steroid, I believe.
21     It also has, I think, something to open up a
22     person's airways.
23 Q.  Okay.
24 A.  It's a combo drug.
25          She had the Mirena device still -- it's

Wilmington Trust v Howe
KNOX, ANTHONY on 05/24/2023

Pages 42..45

Page 42

1  listed here.  The Neupro patch, the Synthroid,
2  which is the levothyroxine.  She also had
3  Valtrex prescribed, Advair Diskus.
4  Q.  What's Advair Diskus?
5  A.  Advair Diskus is an inhaled steroid.
6      And then also Fioricet, Fluconazole, and
7  that seems to be all.
8  Q.  And what's Fioricet?
9  A.  Say it again?
10 Q.  What is the Fioricet?
11 A.  Fioricet is a combination butalbital,
12 acetaminophen and caffeine.  It's sort of a --
13 it's an older migraine med that we -- we now
14 discourage the use of because it's -- it's a
15 barbiturate and people can become dependent
16 upon it.
17 Q.  All right.  And the next visit?
18 A.  That was -- which date did we just do?
19 Q.  You did March of 2018.
20 A.  Okay.  Then I didn't see her until December of
21 2018.
22 Q.  Okay.  And describe that visit.
23 A.  She's back for headache and migraine care, and
24 she was resuming her Botox treatments for her
25 migraines.

Page 43

1  Q.  Okay.  And the next visit after that?
2      Oh, well, let me ask, other than the
3  migraines, were there any other symptoms that
4  she was reporting?
5  A.  Not that I noted.  I mean, I think she had
6  this ongoing pressure issue.
7  Q.  Mm-hmm.
8      THE WITNESS:  But I also -- I'm going to
9  have to break with the deposition.  I have
10 patients.  I -- we only scheduled an hour --
11     MS. LONGORIA:  Yes.
12     THE WITNESS:  -- to do this, so --
13     MS. LONGORIA:  I apologize, Doctor.  I
14 had no idea that your treatment was this long
15 or thorough.  I apologize.  I thought it would
16 take an hour.
17 BY MS. LONGORIA:
18 Q.  Does your treatment -- let me just ask you so
19 that we can continue it another and I can
20 schedule the right amount of time.
21     Does it continue up to the present?
22 A.  No.  I -- I think -- I don't think I've seen
23 Melanie for a couple years now.  I might --
24 she -- you know, many people oftentimes
25 continue with the Botox because it does

Page 44

1  have -- I mean, if it succeeds in helping
2  people with their headaches, it usually
3  maintains that effectiveness.
4  Q.  Mm-hmm.
5  A.  Again the -- this chronic pseudo -- or chronic
6  raised intracranial pressure was always in the
7  background, so to speak --
8  Q.  Sure.
9  A.  -- when considering teaching.  You know,
10 people have different kinds of headaches.  I'm
11 a headache specialist, and so it's like there
12 are -- there are so many -- the people just
13 don't unfortunately have just one headache and
14 then --
15 Q.  Sure.
16 A.  And Melanie's a classic case of that where she
17 had this chronic elevated pressures in her
18 head but then also had symptoms consistent
19 with migraine that would manage so-so with --
20 with things like Botox and -- and other agents
21 and so we were --
22 Q.  No -- no problem.  Just one last question.
23     Do you know the last visit that you had
24 with her?  If you could just tell me the date
25 of that.

Page 45

1  A.  Let's see, I believe 11/30/2020.
2      And then she had scheduled a visit in
3  2021, but it was cancelled.
4      And there was some phone -- yeah, back
5  in -- on 10/29/2021 she cancelled her Botox
6  appointment.  She said that it was making her
7  migraines worse.  And then she also -- at that
8  time she requested a COVID test and asked if I
9  would consider ordering a spinal tap for her.
10     MS. LONGORIA:  Very good.  Thank you for
11 your time, Doctor.
12     THE WITNESS:  You're very welcome.  Take
13 care.  Bye-bye.
14     THE VIDEOGRAPHER:  This concludes today's
15 deposition of Dr. Anthony Knox.  The time is
16 approximately 2:19 p.m., and we are going off
17 the record.
18     (Off-the-record colloquy.)
19     THE VIDEOGRAPHER:  Okay.  The time is
20 approximately 2:22 p.m., and we are going back
21 on the record.
22     MS. LONGORIA:  Going back on the record.
23     For the deposition of Dr. Knox we will
24 have this deposition remain open.  Dr. Knox
25 has agreed to provide the medical records.  We

Page 46

1  will review those records, and, if necessary,
2  resume the deposition.  If not necessary, we
3  will close it at that point and provide it for
4  his review and signature.
5       MR. STEED:  And -- and I may have some
6  questions.
7       MS. LONGARIA:  Of course.
8       MR. STEED:  So --
9       MS. LONGARIA:  So we might need him back
10 for that reason, as well.
11      THE VIDEOGRAPHER:  The time is
12 approximately 2:22 p.m., and we are going off
13 the record.
14              * * * * *

Page 48

Errata Sheet
2  NAME OF CASE:       Wilmington Trust v Howe
3  DATE OF DEPOSITION: 05/24/2023
4  NAME OF WITNESS:    Anthony Knox
5  Reason Codes:  1. To clarify the record.
6                 2. To conform to the facts.
7                 3. To correct transcription errors.
8  Page _____ Line _____ Reason _____
9  From _____ to _____
10 Page _____ Line _____ Reason _____
11 From _____ to _____
12 Page _____ Line _____ Reason _____
13 From _____ to _____
14 Page _____ Line _____ Reason _____
15 From _____ to _____
16 Page _____ Line _____ Reason _____
17 From _____ to _____
18 Page _____ Line _____ Reason _____
19 From _____ to _____
20 Page _____ Line _____ Reason _____
21 From _____ to _____
22 Page _____ Line _____ Reason _____
23 From _____ to _____
25              ANTHONY KNOX

2

Page 47

STATE OF MAINE
2       I, Beth Gaige, RPR, a Notary Public in and
3  for the State of Maine, do hereby certify that the
4  within-named deponent was sworn to testify the
5  truth, the whole truth, and nothing but the truth
6  in the aforementioned cause of action.
7       I further certify that this deposition was
8  stenographically reported by me and later reduced
9  to print through computer-aided transcription, and
10 the foregoing is a full and true record of the
11 testimony given by the deponent.
12      I further certify that I am a disinterested
13 person in the event or outcome of the above-named
14 cause of action.
15   IN WITNESS WHEREOF, I have hereunto set my
16 hand this  25th   day of  June, 2023.
20              _____
              Beth Gaige, RPR
   My Commission Expires
21 August 22, 2026

Page 49

1       I, ANTHONY KNOX, do hereby certify that the
2  foregoing testimony taken on 05/24/2023, is true
3  and accurate to the best of my knowledge and
4  belief.
7  _____      _____
   DATE              ANTHONY KNOX
10      At_____in said County
11 of_____ this day of _____ 2020
12 personally appeared ANTHONY KNOX, and
13 made oath to the truth of the foregoing answers by
14 their subscribed.
15      Before me,_____, a
16 Notary Public, in and for the State of Maine.
19 My Commission Expires:_____

```
                                                    Page 50
1               GAIGE & FELICCITTI, LLC
                   75 York Street, Ste. 2
2                   Portland, Maine 04101
       scheduling@gandfreporting.com ~ (207) 854-5296
3                   www.gandfreporting.com
4
5
        06-27-2023
6
7       Anthony Knox
8       Re:  Wilmington Trust v Howe
             Deposition taken on 05/24/2023
9
        Enclosed please find your copy of the
10      deposition of Anthony Knox taken in the
        above-mentioned action on 05/24/2023.  Also
11      enclosed is the original signature page and a
        sheet for corrections.
12
        Please read your copy of the deposition and
13      sign the original signature page before a
        Notary Public.  If there are any corrections
14      Anthony Knox wishes to make, they should
        be made on the enclosed errata correction
15      sheet.  Do not mark on the deposition.
16      Please send a copy of the signed original
        signature page and correction sheet to other
17      counsel within 30 days.
18      Very Truly Yours,
19      Michelle R. Feliccitti
        Production Department
20
        Gaige & Feliccitti, LLC
21      production@gandfreporting.com |  phone:
        207.854.5296.  |
22
        Ref: 6078
23
24
25
```

Wilmington Trust v Howe
KNOX, ANTHONY on 05/24/2023

Page 51 Index: 10..agonist

**1**

**10** 18:14
**10/22/2015** 33:2
**10/29/2021** 45:5
**10th** 14:1
**11** 11:22
**11/10/2014** 32:3
**11/30/2020** 45:1
**12** 30:7
**12/13/2017** 40:13
**12/14/2016** 35:21
**13** 25:16
**14th** 35:4
**15** 7:1 9:15
**1500** 19:17,18,19
**16th** 25:19
**17** 37:16
**199** 19:9
**19th** 23:5
**1:03** 5:7
**1st** 7:15

**2**

**200** 25:17
**2000** 21:7 26:7
**2010** 7:15 9:9,24 11:22 13:6 14:3,7,8, 11
**2011** 14:1 18:20 19:4 20:10 21:25 22:3,4
**2012** 25:15 27:13,16,21 28:4,22
**2013** 27:15,22,24 28:5,7,20 30:19
**2014** 30:16 31:25
**2016** 34:10,13 35:4
**2017** 36:10 39:8 40:12
**2018** 41:3 42:19,21
**2021** 45:3

**2023** 5:6
**20th** 40:12
**21st** 24:17
**220** 25:17
**22nd** 34:13
**24** 39:23
**240** 33:14
**245** 33:14
**24th** 5:6 21:25
**250** 16:4
**2500** 16:3
**260** 34:21
**28th** 19:12 29:6
**2:19** 45:16
**2:21-CV-00278-NT** 5:12
**2:22** 45:20 46:12

**3**

**30** 9:22 40:15
**30th** 25:15 28:22
**31** 37:2,9
**33** 22:13 24:19
**36** 30:2
**3rd** 19:6 36:22

**4**

**4000** 14:17 15:20 21:6
**4th** 20:10

**5**

**5** 18:14
**500** 13:12
**5th** 9:9 24:16 25:1 28:20

**6**

**6/26** 37:15

**8**

**8th** 41:2

**9**

**9/20/2017** 38:19
**9th** 14:2,8,10 36:10

**A**

**abate** 29:20 32:19
**ability** 38:8
**absolutely** 12:20
**access** 19:1
**accident** 25:18
**acetaminophen** 42:12
**Acetazolamide** 10:10 13:14
**acral** 11:7
**act** 25:25
**activities** 14:21
**acupuncture** 37:8,11
**add** 14:20 27:5
**Adderall** 39:11 41:7,13
**addition** 26:23 38:2 39:2
**additional** 6:21 21:4 23:5 24:6 37:22, 23
**address** 17:20
**ADHD** 27:5
**adhering** 19:9
**administered** 6:9 36:16
**Advair** 42:3,4,5
**advise** 12:25
**affect** 8:8
**afraid** 27:14
**afternoon** 5:19 6:15
**agent** 34:5
**agents** 44:20
**agonist** 27:1 39:21

**agreed** 5:2 45:25

**aid** 16:22

**airways** 41:22

**all-time** 33:13

**allergy** 32:9

**alterations** 11:8

**Ambien** 16:15,17

**ameliorate** 38:11

**amount** 10:17 24:20 30:9 33:12 43:20

**amphetamine-like** 27:4

**angiographic** 12:3

**anhydrase** 10:14

**anorexia** 11:6

**Anthony** 5:9 6:10 45:15

**anti-fatigue** 34:5

**anticipating** 22:8

**antidepressant** 13:10 16:2

**apologize** 43:13,15

**apparently** 20:14 25:14 34:21

**appeared** 32:2

**appointment** 8:11 30:14 34:23 45:6

**appointments** 28:13

**approached** 37:19

**approximately** 5:7 45:16,20 46:12

**April** 36:22

**area** 9:12

**Armodafinil** 34:5

**aspirin** 12:18

**aspirin-like** 39:4 41:17

**assist** 7:22

**assisting** 6:4

**Associates** 6:25 7:18

**asthma** 13:9,17,19,20,21

**Ativan** 16:16

**attempt** 6:17 34:16

**attorneys** 5:16

**August** 9:9 21:25

**aura** 20:24

**B**

**B12** 41:8,9,14

**back** 7:14 16:17,24 17:13 30:21 42:23 45:4,20,22 46:9

**background** 44:7

**bad** 16:22

**band** 15:3 34:24

**barbiturate** 42:15

**Bean** 5:25

**began** 7:12 9:21,23

**beginning** 19:3

**behalf** 5:14

**behavioral** 6:23

**believed** 18:10

**bending** 26:1

**bends** 25:22,23

**benefit** 24:6

**benign** 8:2,4 31:10

**Beth** 5:15 6:7

**Bipap** 8:18

**bit** 6:19

**blind** 20:21,25 21:12 22:14

**blindness** 8:10

**block** 9:19 35:18

**blockage** 12:7

**blood** 12:3 29:11

**blurred** 38:5

**board** 6:20

**body** 11:8 18:15

**Boston** 7:5 40:18

**Botox** 36:14,16,17 37:7,8,20 38:10,24 40:14 41:3 42:24 43:25 44:20 45:5

**brain** 11:25 22:20 27:24 28:6 30:23 31:3

**break** 43:9

**breathing** 8:17

**bringing** 14:16

**brought** 33:16

**Brown** 7:16,23

**Brown's** 10:2

**building** 10:23

**buildup** 10:21

**butalbital** 42:11

**Bye-bye** 45:13

**bypass** 34:25

**C**

**caffeine** 42:12

**call** 24:1

**called** 7:24,25 9:3 10:11,14 12:2 13:8 14:20 24:1 28:14 31:8 32:13 34:4 39:3,4

**camera** 5:23

**cancelled** 45:3,5

**captioned** 5:9

**car** 25:18

**carbonic** 10:14

**care** 19:1 25:4 28:25 42:23 45:13

**case** 5:9 44:16

**causing** 31:11

**Celiac** 19:9

**Center** 28:25 29:9,12

**cerebral** 10:17,19 12:5 13:15

**cerebri** 7:25

**certifications** 6:21

**certified** 6:20

**Cestari** 14:13 15:13,16 20:12 21:6 22:7,9,18

**Cestari's** 15:5 18:1

**cetera** 15:20

**change** 21:3

**charts** 18:19

**chemical** 26:15

**Chlorthalidone** 36:7 39:10

Wilmington Trust v Howe
KNOX, ANTHONY on 05/24/2023

Page 53Index: chronic..drug

**chronic** 8:7 17:23 38:1,3 40:21 44:5, 17

**chronologically** 27:19

**circumstances** 23:9

**Claritin** 13:8,23 33:25 36:6 39:9

**class** 10:13

**classic** 44:16

**close** 46:3

**closely** 25:6

**closing** 30:4,6

**cocktail** 15:19

**codeine** 16:20,25 26:8

**colloquy** 7:8 28:2 40:6,9 45:18

**combination** 42:11

**combo** 41:24

**comfortable** 35:13

**comment** 15:6

**complaining** 25:21

**complaints** 35:9

**completed** 32:21

**components** 32:9

**concludes** 45:14

**condition** 7:24 10:9 31:5

**conditions** 16:14

**consequences** 8:5 15:10

**considerable** 33:12

**considerably** 37:21

**considered** 12:17 17:8

**consistent** 34:14 38:9 44:18

**consultation** 15:2 29:24

**continua** 8:21 9:11

**continuation** 38:21

**continue** 15:12,17 26:3 43:19,21,25

**continued** 23:6 25:4 26:6 33:5 35:8

**continuing** 13:3 19:13

**continuously** 10:20

**contributing** 18:10

**controlled** 34:7,8

**Correct** 13:22 16:18 23:25

**couple** 43:23

**court** 5:14

**coverings** 32:14

**COVID** 45:8

**CPAP** 40:16

**current** 6:24

**Cyanocobalamin** 41:7,14

**Cymbalta** 34:1

**D**

**daily** 9:16 13:12 14:17 16:5 19:13,17, 19 26:7

**damage** 32:19

**damaging** 31:13

**date** 33:4 37:20 42:18 44:24

**day** 14:14 21:7,19,22

**days** 29:19 37:22

**December** 23:5 24:17 42:20

**decrease** 10:16 18:4,16 21:11 23:23 37:18

**decreased** 38:8

**decreases** 10:15

**decreasing** 10:17

**degree** 30:12

**delicate** 32:16

**demonstrate** 12:23

**Depakote** 16:9,10

**dependent** 42:15

**deposition** 5:8 43:9 45:15,23,24 46:2

**depositions** 6:5

**describe** 9:5 15:24 42:22

**deserved** 9:2

**develop** 24:7 29:13

**device** 41:25

**diagnosed** 7:23

**diagnoses** 33:3

**diagnosis** 8:20

**Diamox** 10:12 11:18 13:11,13 14:13, 24 15:20 16:3 19:16 20:1,6 21:6,8 22:23 23:24 26:7

**Diclofenac** 41:16

**dictated** 28:12

**diet** 19:10

**diets** 25:10

**difficult** 22:17 29:2

**DIRECT** 6:13

**Disability** 19:12

**disc** 33:9

**discontinued** 15:25 16:1

**discontinuing** 12:25 13:4

**discourage** 42:14

**discuss** 14:8

**discussed** 9:4 35:15 40:15

**discussion** 29:21 32:13

**disease** 39:18

**Diskus** 42:3,4,5

**disordered** 8:17

**distinctions** 38:4

**Docket** 5:11

**doctor** 7:10 17:16 28:1 30:17 43:13 45:11

**document** 28:19

**documents** 28:18

**Doonan** 5:20

**dopamine** 27:1 39:20,21

**Doran** 5:13

**dose** 11:2 19:18

**doubt** 22:23

**Douglas** 7:16

**drain** 12:6

**drained** 24:19

**driving** 22:17

**drug** 12:12 13:7,17 14:20 27:4 29:5

Wilmington Trust v Howe
KNOX, ANTHONY on 05/24/2023

Page 54Index: duly..hear

34:4 41:24

**duly** 6:10

---

**E**

**Ear** 14:12 18:8 20:13 32:12

**easily** 14:4

**eclinical** 28:17

**effect** 9:10

**effectiveness** 44:3

**effects** 11:1,5

**electronic** 28:10

**elevated** 22:13 25:25 31:7,12,20 33:8 34:15 35:22 44:17

**elevations** 32:20

**emergency** 29:4

**employment** 7:19

**EMR** 28:14 40:4

**EMRS** 14:4

**end** 22:4

**endocrinologist** 33:20 35:12

**endocrinology** 34:23 35:11

**enlarged** 21:12

**enlargement** 20:16,24

**enters** 20:17

**entertained** 8:20

**enthusiastic** 35:23

**episode** 29:9

**error** 16:6

**established** 15:16

**eventually** 12:6 27:17

**evidence** 15:8 34:16,17

**evil** 20:7

**exam** 30:24

**EXAMINATION** 6:13

**examined** 6:11

**exclaim** 20:5

**excruciating** 35:17

**exhibiting** 18:13

**expected** 24:25

**experience** 29:2

**experienced** 33:7

**explain** 7:21

**extent** 33:21

**extreme** 30:12

**extremities** 11:6

**eye** 14:12 18:8 19:16 20:12 24:23 25:22 32:12 33:8

**eyeball** 20:18

---

**F**

**face** 11:8 37:3

**facilitate** 30:13

**factor** 18:6

**familiar** 33:18

**fatigue** 16:13

**feel** 25:24

**Felicitti** 5:15

**fellowship** 7:5

**felt** 9:16 32:8

**fenestration** 32:14

**fentanyl** 16:7 17:8,12,17

**field** 20:13 22:15

**file** 28:13

**Fioricet** 42:6,8,10,11

**Flovent** 41:17,19,20

**Fluconazole** 42:6

**fluid** 10:17,19 12:5 13:15 23:22 30:4, 10

**follow** 18:1 34:22

**follow-up** 9:8 36:21

**form** 37:10 39:22

**fortunately** 15:7

**found** 20:23

**frequency** 36:23 38:22

**function** 14:25 21:1,11 38:8

**functionally** 22:16

**fundoscopic** 30:24

---

**G**

**Gaige** 5:15

**gained** 9:21

**gaining** 33:11

**gastric** 34:25

**gave** 17:16 30:10 35:18

**general** 7:6 8:13 11:1 19:25

**generally** 12:25 17:5

**give** 36:19

**goal** 14:19

**good** 5:19 6:15 7:20 12:19 21:15 22:21,25 38:12,17 45:10

**Goodall** 28:24 29:3

**granted** 23:16

**Graves** 5:20

**greater** 37:22,23

---

**H**

**half** 13:6

**happened** 19:7 20:11 24:14 25:13 27:9 35:2,5 38:20

**happening** 34:18

**Hartigan** 6:2,3

**he'll** 21:23

**head** 8:23,24 9:1,12 10:16 18:17 26:2 31:1,20 32:3 33:10 34:15 37:3 38:6 44:18

**headache** 6:22 24:22 25:1 29:7,14,15 36:23 37:21 38:9,22 42:23 44:11,13

**headaches** 8:7,19 9:21 18:4 19:14 22:24 23:6,10 28:22 29:15 33:5 35:15 36:12,15,16,17 37:6,19 38:3 40:22 41:5 44:2,10

**heads** 15:9

**hear** 20:3,4

Wilmington Trust v Howe
KNOX, ANTHONY on 05/24/2023

Page 55Index: Heidi..low

**Heidi** 5:25

**helped** 9:19 37:21

**helpful** 24:13

**helping** 44:1

**hemicrania** 8:21 9:11

**hemorrhages** 34:18

**Henry** 5:10

**high** 25:17 33:13

**high-volume** 24:1

**hired** 7:22

**hole** 24:4 29:13

**home** 29:5

**hospital** 6:22,25 7:19

**hour** 43:10,16

**hours** 21:18,22 37:23 39:23

**Howe** 5:11,24 7:10

**hundred** 37:23

**hypertension** 8:1,3,23 10:22 12:10 15:11 18:7,12 24:8,10 25:12 31:6,10 33:17 35:9 38:2

I

**idea** 43:14

**identify** 5:17

**ill** 14:25

**image** 30:22

**imaging** 11:25 14:6,9 30:22

**impairment** 8:9

**impinging** 21:2

**importantly** 8:8

**impression** 15:18 35:7

**improve** 21:11 37:4

**improved** 35:10,24 36:12

**improvement** 9:17 12:24 37:24

**incident** 8:12

**include** 11:5 13:7

**included** 12:4 36:6

**including** 8:6

**increase** 18:4,16 20:15,16 25:23 26:1 37:18

**increased** 8:6 14:13 21:6 25:21

**indocin** 9:10

**indomethacin** 9:3,10 11:16,17 12:19

**infection** 32:5

**inferior** 22:14

**inhaled** 42:5

**inhibitors** 10:14

**initial** 7:21 8:11

**initially** 28:11

**injections** 37:10

**inside** 10:16 18:16 26:2

**installed** 30:19

**intending** 14:16

**interfering** 21:1

**interrupt** 30:17

**interventional** 24:18

**intracranial** 8:1,3,6,22 10:22 12:10 15:11 18:7,11 24:8 25:12 31:3,4,5,10 33:17 35:8 38:2 44:6

**involves** 8:23,24

**involving** 9:1,11

**issue** 9:25 10:1 43:6

**issues** 23:7,11

**IUD** 10:5

J

**January** 14:1 15:21 17:13,25 19:12 24:16 25:1 34:10,13 36:10

**John** 5:23

**July** 7:15 25:15,19 28:22

**June** 35:4 38:13

K

**Kelly** 6:2,3

**Ketorolac** 39:5

**kind** 11:10 31:16 32:15

**kinds** 44:10

**Knox** 5:9 6:1,10,15 45:15,23,24

L

**lack** 32:10

**lap** 15:3 34:24

**large** 24:20 30:3,9

**larynx** 40:19

**lead** 8:9

**led** 36:1

**left** 7:19 8:8 16:22

**leg** 27:3 39:19

**Leigh** 5:13

**lender** 5:21

**length** 12:20

**level** 15:1

**levothyroxine** 34:1 36:6 39:10 42:2

**Lexapro** 13:10

**light** 30:23 38:6

**list** 33:23,25

**listed** 13:7,11 39:9 40:4 42:1

**LLC** 5:14

**locally** 15:18

**locate** 28:8

**long** 9:24,25 43:14

**long-lasting** 24:24

**Longoria** 5:19,20 6:3,14,16 7:9 21:20,23 22:2 27:25 28:3 43:11,13,17 45:10,22 46:7,9

**loratadine** 13:8

**lorazepam** 16:16

**lose** 15:4 18:5,14 23:12 25:10 33:13, 14

**loss** 35:24 36:1 40:15

**lost** 14:23 19:8 25:16

**lot** 29:14 34:11 35:6

**low** 11:3

Wilmington Trust v Howe
KNOX, ANTHONY on 05/24/2023

**lowered** 30:6

**lumbar** 22:10 23:19 24:15

**Lunesta** 16:21

**M**

**made** 22:5 23:20,21

**main** 11:10

**Maine** 5:11 29:8,12,23

**maintained** 19:16

**maintains** 44:3

**make** 24:5 29:16

**makes** 31:24

**making** 14:24 45:6

**manage** 17:23 24:12 44:19

**March** 19:6 28:20 41:2 42:19

**market** 39:25

**mask** 40:17

**Mass** 7:5 14:12 18:8 20:12 32:12

**masses** 34:17

**matter** 5:22

**maximal** 23:7

**med** 42:13

**medical** 23:7 28:11 29:9,12 45:25

**medication** 9:3 10:7,8,9,13 16:17
21:3 26:4 39:2,17

**medications** 13:7 21:4 33:23 36:5,6
39:7 41:6

**medicine** 6:22 11:13 16:10 39:4,24

**medicines** 13:5

**Melanie** 5:10,24 7:10,13,22 14:23
18:2 28:21 43:23

**Melanie's** 44:16

**memory** 27:12

**migraine** 16:12 37:24 42:13,23 44:19

**migraines** 20:23 42:25 43:3 45:7

**mild** 9:16

**milligrams** 9:15 13:12 14:14,17
15:20 19:17,19 26:7

**Mirapex** 26:22,24,25 39:19

**Mirena** 10:5 41:25

**Missouri** 7:3

**Mm-hmm** 7:17 9:5,13 11:12,23 12:1,
22 20:2,19 43:7 44:4

**modulation** 16:11

**modulator** 26:20

**monitor** 15:17 25:6

**months** 33:6

**mood** 16:11 26:20 35:22

**mouth** 16:23

**move** 21:23

**MRA** 12:2

**MRI** 34:14

**multiple** 16:14

**mute** 27:25

**N**

**names** 7:25

**narcotic** 34:6

**narrative** 34:11

**nasal** 33:9 39:3 41:20

**nausea** 11:5 22:21 23:1 38:7

**nauseated** 14:24

**neck** 25:19

**needed** 26:9

**needles** 37:2

**negative** 15:10

**nerve** 9:18 15:9 20:17,22 21:2 25:7
31:1 32:13,15,18,20 33:10 35:18

**nerves** 15:9

**Neupro** 39:11,12,16,21 42:1

**neuralgia** 26:17

**neuro-ophthalmologist** 14:12

**neuroimaging** 6:21

**neurologist** 6:20

**neurology** 6:23,25 7:4,18

**neurophysiology** 7:6

**neuropsychiatry** 6:23

**neurosurgery** 23:14,21

**Neurosurgical** 29:23

**night** 22:17

**normal** 10:24

**Notary** 6:11

**note** 11:17 13:3 14:15,23 15:2,5 19:24
21:4 22:8,19 23:2 24:15 26:21 29:16
36:3,22 40:24

**noted** 15:7 22:8,16 23:8 26:5 33:5,8
35:21 36:3 37:17 39:14 43:5

**notes** 10:2 28:12

**November** 14:2,8,10

**NSAID** 41:16

**number** 15:25 25:9 28:18

**nursing** 36:22

**Nuvigil** 16:9,12 34:2 36:7

**O**

**oath** 6:9

**occipital** 9:18

**October** 11:22 13:1 14:7

**octreotide** 33:16 35:14

**off-the-record** 28:2 40:6,9 45:18

**oftentimes** 8:5,22 18:6 30:3,25 31:9
43:24

**older** 42:13

**ongoing** 38:1 43:6

**open** 24:5 29:13 41:21 45:24

**opening** 22:12 24:19 30:2

**ophthalmologist** 25:6

**opiate** 17:9

**opiates** 17:5

**opposite** 31:18

**optic** 15:8,9 20:17,22 21:2 25:7 31:1
32:13,15,18 33:9,10

**orbit** 20:18

Wilmington Trust v Howe
KNOX, ANTHONY on 05/24/2023

**order**  15:4 23:12 25:10 32:11

**ordering**  45:9

**oxcarbazepine**  26:11,16

**P**

**p.m.**  5:7 45:16,20 46:12

**pain**  8:24 17:20,23 19:15 24:23 25:19, 22 28:24 35:17 38:5

**painkiller**  16:8

**paralegal**  6:4

**Pardon**  26:12 41:12

**Parkinson's**  39:18

**part**  27:8

**parties**  5:3,17

**Partners**  28:15 29:23

**past**  39:20

**patch**  16:7 17:8,12,17,22 29:11 39:11, 12,16,22 42:1

**patient**  11:3 24:12,21 35:12

**patients**  43:10

**Pause**  27:23

**people**  12:9,14,19 14:19 18:8 19:25 20:4,23 24:4,6,7 29:13 31:3 37:2 42:15 43:24 44:2,10,12

**people's**  11:8

**percent**  18:14

**performed**  22:11

**period**  30:10

**persistent**  22:14,24

**person's**  31:14 41:22

**phone**  45:4

**physician**  29:4

**physiologic**  20:21,25 21:12

**place**  17:11

**placement**  10:5 29:24

**places**  18:9

**placing**  34:16

**plan**  15:17 17:24

**point**  9:20,23 11:20 18:19 22:5 24:3 33:24 36:5 41:6 46:3

**polyps**  40:19

**popular**  26:18,19 39:24

**portion**  22:15

**portions**  11:7

**Portland**  6:1

**posterior**  35:15

**pounds**  9:22 14:24 19:9 25:16,17 33:14 34:21 40:15

**powerful**  12:18

**practice**  6:19 17:6 28:14

**practiced**  7:2,18

**practices**  15:14

**practicing**  6:24

**Pramipexole**  26:25

**prescribed**  16:24 26:19,20 39:2,5 42:3

**prescribing**  17:5

**present**  21:19,22 31:21 43:21

**presented**  38:23

**pressure**  8:6 10:16,21,23 22:13,20 23:13 24:2,19 25:7,24 30:2,5,6 31:3,4, 8,20 32:18,20 43:6 44:6

**pressures**  18:16 25:25 26:2 31:12 33:8 34:15 44:17

**pretty**  40:20

**preventive**  16:12

**previous**  33:6

**previously**  7:15

**primarily**  8:19,25 12:3 22:6 27:5

**primary**  19:1

**Prior**  7:1,3

**problem**  44:22

**problems**  40:17

**procedure**  15:3 32:13

**produced**  10:18,19

**production**  13:15

**program**  7:4

**prolonged**  32:19

**prompted**  28:5

**pronounced**  11:15

**properly**  10:20

**protect**  32:11

**provide**  24:12 45:25 46:3

**Prozac**  36:8 39:11

**pseudo**  44:5

**pseudotumor**  7:25 30:21 31:8,16,23

**psychiatrist**  26:22

**Public**  6:11

**pull**  9:7

**punction**  22:10

**puncture**  22:10 23:19 24:5,16

**put**  10:7 27:16 32:3

**Q**

**question**  44:22

**questions**  46:6

**quote**  29:17,19

**R**

**radiologist**  24:18

**raised**  31:2,4 44:6

**re-treated**  38:16

**re-treatment**  37:20

**reach**  18:12

**reason**  7:21 46:10

**reasonable**  15:1

**reasons**  8:15 12:9 24:9

**recall**  32:24

**receive**  22:19 36:13,14

**received**  9:18 15:5 29:11

**recent**  30:1

**recently**  14:11 26:10

**recognized**  13:17

Wilmington Trust v Howe
KNOX, ANTHONY on 05/24/2023

recollection 18:22

recommendations 18:2 29:21

recommended 11:24 21:10 22:19

record 5:6 28:11 30:4 45:17,21,22 46:13

recorded 19:2 30:2 34:11

records 14:4 19:1 27:11,20,22 28:4,9 45:25 46:1

reduces 13:14

reduction 36:23 38:21

refer 29:22

referral 23:14,21

referred 8:2 20:20 31:9 33:19 35:11

related 10:4

released 29:10 39:23

relief 24:13,22 30:10 33:7 35:19 36:19 37:22

relieve 22:20 23:13 32:17

reluctant 25:8

remain 45:24

remains 24:5 29:13

removal 23:25

remove 23:22

removed 30:18 32:4

Reneau 5:19 6:15

repeat 11:24 34:14

replace 11:14

reported 40:23

reporter 5:15

reporting 43:4

reports 38:21

represent 5:18,21,24

representing 6:1

requested 45:8

requesting 23:14 41:4

requires 37:9

resolve 25:11

resolves 24:10

respond 12:14

responded 9:14

responding 12:11

response 24:24

restless 27:3 39:18

resume 46:2

resuming 42:24

retina 30:24

return 15:13 37:2

returned 9:8 29:6 36:21 41:3

returning 25:2 30:11 32:12 36:25 40:14

revealed 20:14

review 46:1,4

right-sided 8:25

room 29:4

**S**

saved 28:17

Savella 13:8 16:1

schedule 43:20

scheduled 23:19 43:10 45:2

sclerosis 16:14

secondary 32:4

Security 19:11

seeking 29:5

seizure 16:10

seizures 26:17

seldom 8:3

sense 31:24

sensitivity 38:7

September 39:7 40:12

servicer 5:21

set 8:18

severe 29:18

severity 36:24 38:22

she'd 8:15 14:11 19:8,11 20:12 25:16

26:10 37:17

shine 30:23

short 7:2

shunt 21:14 22:19 23:15 25:9 27:16, 17 29:25 30:19,20 32:3,7 34:17

shunts 32:11

sic 10:25 11:14

side 11:1,5 38:6

signature 5:3 46:4

significant 12:24 18:6 19:15 23:1 35:23

significantly 18:15 29:20 30:6

signs 18:13

similar 14:21

Singulair 13:9,21 34:1 36:7 39:10

sinus 12:8

sinuses 12:6,7

sir 7:7

site 6:24

sleep 8:16 16:17,22

slowly 30:11

so-called 11:7 15:3 30:24,25

so-so 44:19

Social 19:11

sort 15:16 37:6 42:12

Southern 29:8,11

speak 37:13 44:7

specialist 40:19 44:11

specifically 19:24 23:2

spinal 10:17,19 12:5 13:15 22:10 23:20,22 24:2,9,11 28:24 29:12,15 30:1 33:6 36:12 41:4 45:9

spirits 35:24

spot 20:21,25 21:12 22:14

spray 39:3

Sprix 39:3

standing 29:14

start 11:2 18:13

started 8:16 26:10

State 5:11

states 14:15

stay 17:5 20:4

Steed 5:23 21:18,21 46:5,8

step 23:17

steroid 37:10 41:20 42:5

STIPULATION 5:1

stop 32:19

stopped 19:12

strong 16:7

struggling 9:25

subsequently 11:22 29:3

succeeds 44:1

success 32:10

successful 30:5 32:8

suggestive 20:25 31:2

summer 9:24 22:3,4

surgery 27:24 28:6 32:17,21 34:25
36:2

suspected 9:11

swear 6:7

swelling 15:8 20:22

swellings 34:19

switched 11:12 14:3 28:10,15

swollen 31:1

sworn 6:10

symptoms 8:22 25:12 29:18,20
30:11 37:24 38:8,11 39:19 40:23 43:3
44:18

syncopal 29:9

syndrome 27:3

Synthroid 42:1

---

T

---

takes 24:2

taking 9:15 11:20 16:3 26:6,8 30:9
33:24

talk 18:9

talked 9:9

tap 22:10 23:20,22 24:2,9 28:24 29:13
30:1 33:7 36:12 41:4 45:9

taps 24:11

taste 11:9 16:22

teaching 44:9

Technica 5:14

Temkin 28:25 30:1

temple 9:12

temporary 10:4 35:19

ten 37:22

term 30:21

terrible 29:7

test 45:8

testified 6:11

testing 20:14

the-record 7:8

therapeutic 36:11

therapy 23:8

things 27:6 28:10 34:18 41:17 44:20

thinks 31:17

thought 9:2 17:11 27:2 29:3,4 43:15

thousand 14:14

time 5:7,16 6:17 7:2 11:18 12:20
13:24 15:4,21 18:25 20:8 24:15,25
25:14 26:18,19 27:1 28:15 29:19,22
35:8,16,17,21 39:12 43:20 45:8,11,15,
19 46:11

times 9:16 14:4 19:14 29:16,18

tingling 11:6

titrate 11:2

titration 40:17

today 5:6 6:1,5,17 7:11

today's 45:14

tolerate 11:4 14:18,19 18:3

tolerating 19:23

Topamax 14:21

Topiramate 14:20 26:8

Toradol 39:5

trade 10:11 26:25 34:4

trained 10:20

training 7:5

treat 26:16 27:3

treated 15:12 29:10

treating 9:23 35:13

treatment 8:13,16 9:6 27:8 32:1 33:4,
17 35:7 36:22,24,25 38:12,23 40:14
43:14,18

treatments 27:2 42:24

trial 9:2 11:13 12:12

trigeminal 26:17

triggered 8:12

Trileptal 26:10,12,13,15

Trust 5:10

Tufts 7:4

tumor 30:18 31:7,11,17,19,21

tumors 31:4

Tylenol 13:9,16 16:20,24 26:8

Typically 37:2

typo 16:2 20:15

---

U

---

understand 10:4 13:16 21:24

unknown 24:9

unquote 29:17,19

untreated 8:9

useless 29:19

---

V

---

Valtrex 42:3

veins 12:5

venous 12:7,8

ventriculoperitoneal 21:14 29:25

Verrill 5:25

**versus** 5:10

**vessels** 12:4

**virtues** 20:5

**vision** 8:8 23:10 31:14 32:11

**visit** 9:4 13:2 20:11 21:5,16,17,25 22:8 23:3 27:9 33:21 35:20 36:9,10,21 37:14,15 38:20 40:2,3,11,13 41:1,2 42:17,22 43:1 44:23 45:2

**visits** 40:4,5

**visual** 8:9 20:13 21:11 22:15 23:7 35:9

**Vitamin** 41:8,14

**volumes** 30:4

**vomiting** 29:6

**VP** 23:15

**Vyvanse** 26:23,24 27:4

---

### W

**waived** 5:3

**wanted** 14:20 25:5

**ways** 7:14 30:22

**weaker** 14:22

**wean** 17:21

**Wednesday** 5:6

**weeks** 32:5

**weight** 15:4 18:5,6,10,12,15,20 19:8 23:12 25:10 33:12 34:20 35:1,23 36:1

**Wilmington** 5:10

**Wilson** 29:22 30:14

**windowed** 32:16

**witnesses** 6:8

**work** 37:5

**working** 19:12

**worse** 28:23 29:14 45:7

**worsening** 19:14 23:10

---

### X

**Xopenex** 13:10,18

---

**XR** 41:7,13

---

### Y

**year** 9:5 33:1

**years** 7:1,2 28:16 43:23

**York** 6:25 7:19

**younger** 24:3

---

### Z

**Z-O** 13:18

**Ziamax** 11:13,14

**Ziamox** 10:25

**Zoe** 13:18

**Zoloft** 26:9