# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 | CIVIL ACTION NO: 2:21-cv-00278-NT |
| **Plaintiff** | JOINT NOTICE OF SUPPLEMENTAL AUTHORITY AND MOTION TO FILE SUPPLEMENTAL MEMORANDUM OF LAW |
| vs. | RE: 334 Deerwander Road, Hollis Center, ME 04042 |
| Henry W. Howe IV and Melanie B. Howe | Mortgage: April 20, 2007 Book 15139, Page 0540 |
| **Defendants** | |
| Melanie B. Howe | |
| **Counter Plaintiff** | |
| Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 and Fay Servicing, LLC | |
| **Counter Defendants** | |

NOW COMES the Plaintiff/Counter Defendant in this matter, Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1, AND Defendant/Counter Plaintiff Melanie B. Howe, ("Parties"), by and through undersigned counsel, and file this their Notice of Supplemental authority of the Law Court's recent decision in *Finch v. U.S. Bank,* 2024 ME 2, 2024 WL 118478. The Parties hereby move for the opportunity to file supplemental memorandum of Law not to exceed ten (10) pages per side. The Plaintiff is prepared

to file said briefing within 14 days with 14 days for the Defendant's responsive briefing and an additional 14 days for the Plaintiff's Reply Briefing.

As grounds for the Motion, the Parties acknowledge that the recent decision significantly impacts the law underpinning the pending Motion and additional briefing may assist the Court in applying the *Finch* decision.

WHEREFORE, the Parties respectfully request that the Court take Notice of the Law Court's decision in *Finch* and grant the Parties additional time to brief these issues as the relate to the pending Motion for Summary Judgment.

DATED: January 18, 2024

/s/ Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com


/s/John Z. Steed, Esq.
John Z Steed, Esq.
PO Box 386
Blue Hill, ME 04614

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq., hereby certify that on this 18th[th] day of January 2023, I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/ Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

Henry W. Howe IV
350 River Road
Standish, ME 04084

Henry W. Howe IV
334 Deerwander Road
Hollis Center, ME 04042

John Z Steed, Esq.
PO Box 386
Blue Hill, ME 04614