UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1**<br>    Plaintiff,<br><br>v.<br><br>**Henry W. Howe and Melanie B. Howe,**<br>    Defendants,<br><br>and<br><br>**Asset Acceptance, LLC, Credit Acceptance Corporation,**<br>    Parties-in-Interest<br><br>and<br><br>**Melanie B. Howe,**<br>    Plaintiff-in-Counterclaim<br><br>v.<br><br>**Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1, and Fay Servicing, LLC,**<br>    Defendants-in-Counterclaim. | Civil Action No.:<br>2:21-CV-00278-NT<br><br>Re:<br>334 Deerwander Road,<br>Hollis Center, ME 04042<br><br>Mortgage:<br>April 20, 2007<br>Book 15139, Page 0540 |

**PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE PORTION OF THIS COURT'S ORDER, [ECF 88], GRANTING SUMMARY JUDGMENT AGAINST FAY SERVICING LLC ON THE COUNTERCLAIM ALLEGING VIOLATION OF THE FDCPA**

NOW COMES the Plaintiff in this matter, Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 (hereinafter "Plaintiff"), and the Defendant-in-Counterclaim, Fay Servicing, LLC ("Fay"), pursuant to Fed. R. Civ. P 59(e) and 60(b) and Local Rule 7(f) and hereby requests reconsideration of the portion of this Court's Order, ECF 88, granting the Defendant, Melanie B. Howe's Motion for Summary Judgment on her counterclaim alleging a violation of the Fair Debt Collection Practices Act. In support of this Motion the Plaintiff submits the Memorandum of Law filed herewith.

DATED: January 2, 2025

/s/ Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
John A. Doonan, Esq. Bar No. 003250
Haley H. Carter, Esq. Bar No. 011253
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq., hereby certify that on this 2nd January, 2025 I served a copy of the above document by electronic notification using the CM/ECF system and/or First-Class Mail to the following:

/s/ Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746

Henry W. Howe IV
350 River Road
Standish, ME 04084

Henry W. Howe IV
83 Deer Crossing Road
Limerick, ME 04048

John Z. Steed, Esq
Island Justice
P.O. Box 771
Stonington, ME 04681

Asset Acceptance LLC
c/o Corporation Service Company,
45 Memorial Circle
Augusta, ME 04330

Credit Acceptance Corporation
c/o Kimmel Beach & Fitzpatrick, P.A.,
Attorney
62 Portland Road, Suite 1
Kennebunk, ME 04043