## OUNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

WILMINGTON TRUST, N.A., NOT                )
IN ITS INDIVIDUAL CAPACITY,                )
BUT SOLELY AS TRUSTEE FOR                   )
MFRA TRUST 2015-1,                          )
                                            )   Docket No. 2:21-cv-00278-SDN
      Plaintiff,                            )
                                            )
v.                                          )
                                            )
HENRY W. HOWE, IV and                       )
MELANIE B. HOWE,                            )
                                            )
      Defendants,                           )
                                            )
ASSET ACCEPTANCE LLC,                       )
                                            )
CREDIT ACCEPTANCE                           )
CORPORTATION,                               )
                                            )
      Parties-in-Interest.                  )
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯     )
                                            )
MELANIE B. HOWE,                            )
                                            )
      Counter-Plaintiff,                    )
                                            )
v.                                          )
                                            )
WILMINGTON TRUST, N.A., NOT                 )
IN ITS INDIVIDUAL CAPACITY,                )
BUT SOLELY AS TRUSTEE FOR                   )
MFRA TRUST 2015-1 and FAY                   )
SERVICING, LLC.                            )
                                            )
      Counter-Defendants.                   )

## REPORT OF FINAL PRETRIAL CONFERENCE AND ORDER

On October 6, 2025, I held a telephonic final pretrial conference in this matter. Attorney Reneau Longoria appeared for Wilmington Trust, N.A., Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 ("MFRA") and Fay Servicing, LLC; attorneys John Steed and Phillip Robinson appeared for Melanie B. Howe. The following matters were addressed and will govern the trial of this case.

## I.    Case Description

This is a foreclosure and contractual dispute from the consolidation of two cases concerning the same mortgage loan and associated property. MFRA has a pending motion for default judgment against two Parties-In-Interest, Asset Acceptance LLC and Credit Acceptance Corporation. ECF 106.

## II.    Trial Preparation

A. <u>Discovery.</u> Acceding to the scheduling order, discovery was to be completed by August 7, 2025. To the extent the parties continue to dispute witness referenced in the parties' Final Pretrial Conference Memorandum, Counsel are instructed to themselves work through any outstanding discovery disputes related to witnesses before requesting the Court's involvement.

B. <u>Brief on Florida Receivership.</u> Melanie B. Howe shall file by October 20, 2025, a brief on the Florida Receivership setting forth the pertinent factual and legal issues. MFRA shall respond by November 3, 2025. Any reply is due by November 10, 2025.

C. <u>Trial Brief.</u> Each party shall file 7 days before trial a brief setting forth its position on the significant factual and legal issues to be presented at trial and the party's position on each identified issue. The trial brief shall not exceed ten pages in length.

D. <u>Motions *in Limine.*</u> This will be a bench trial. Nevertheless, any motions *in limine* shall be filed 7 business days before trial and any objections shall be filed 3 business day before trial. No reply briefs will be allowed unless requested by the Court.

E. <u>Maximum Number of Trial Days.</u> The case will require no more than 2 full trial days. It is expected that the parties will have sufficient witnesses present to be

able to fill each trial day until the trial concludes. Early adjournments due to witness unavailability will not be tolerated.

## III.  Trial Schedule

A.  <u>Trial Period.</u> The case will be scheduled for December 2025.

B.  <u>Trial Protection Periods.</u> The case will not be subject to trial on the following dates during the trial period: December 8, 2025, through December 12, 2025.

C.  <u>Tentative Trial Start Date.</u> The trial is tentatively scheduled to begin on December 16, 2025, but is subject to beginning on another date during the trial period as the Court's schedule may require. Trial days will commence at 8:30 am and will end at 2:30 pm., unless otherwise adjusted by the Court.

D.  <u>Settlement Notice.</u>  The parties shall inform the Clerk's Office whether the case is settled or firm for trial by December 2, 2025.

## IV.  Trial Process

A.  <u>Stipulations.</u> The parties shall file any agreed-to stipulations 3 business days before trial.

B.  <u>Depositions.</u> The parties shall exchange designated deposition transcripts or videos that they intend to use at trial by 14 days. Any objections to the admissibility of a deposition transcript or video and any counter-designations shall be filed by written motion by 7 days before trial. No reply briefs will be allowed unless requested by the Court.

C.  <u>Exhibits.</u> The parties shall exchange exhibits by 14 days before trial. The parties shall jointly prepare a consolidated list of all exhibits to be offered at trial, employing the form available on the Court's website— http://www.med.uscourts.gov/—by 3 business days before trial. Two extra set of exhibits shall be filed for me to review in advance of the trial by 2 business days before trial, in addition to the original set of exhibits used at trial.

D.  <u>Witnesses.</u> Each party shall file its witness list file by 7 business days before trial. For each witness, the list shall indicate (i) the witness's name and address; (ii) whether the witness is a fact witness or an expert witness; (iii) a concise statement of the general subject matter of the witness's testimony; and (iv) an estimate of the time required for the direct examination of the witness.

E. <u>Trial Management Conference.</u>  The parties may request an additional trial management conference by contacting the clerk's office.


SO ORDERED.

<u>/s/ Stacey D. Neumann</u>
United States District Judge

Dated this 8th day of October, 2025.