## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1** | **CIVIL ACTION NO: 2:21-cv-00278-SDN** |
| **Plaintiff** | |
| v. | RE:<br>334 Deerwander Road, Hollis Center, ME 04042 |
| **Melanie B. Howe and Henry W. Howe IV,** | Mortgage:<br>April 20, 2007<br>Book 15139, Page 0540 |
| **Defendants** | |
| **Asset Acceptance LLC**<br>**Credit Acceptance Corporation** | |
| **Parties-In-Interest** | |
| **Melanie B. Howe,** | |
| **Counter-Plaintiff** | |
| v. | |
| **Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1**<br>and<br>**Fay Servicing, LLC,** | |
| **Counter-Defendants** | |

## PLAINTIFF'S WITNESS LIST

The Plaintiff/Counter Defendants, Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 and Fay Servicing, LLC, hereby designates the following witnesses for trial:

1. Michael Paterno, for Fay Servicing, LLC, servicer and holder of the note for Plaintiff and counsel of record, and for Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1, Plaintiff.
   - Fay Financial, LLC, 5426 Bay Center Drive, Suite 300, Tampa, FL 33609
   - Fact witness
   - Representative of Fay Servicing and MFRA Trust.
   - He is expected to testify as someone familiar with the business records of Fay Servicing and MFRA Trust, the loan history, etc., and other matters relevant to the case.
   - ½ day estimate.

2. Defendant, Melanie B. Howe
   334 Deerwander Road, Hollis Center, ME 04042
   - Fact witness
   - She is expected to testify about her role as a borrower and mortgagor, her health condition and history.
   - ½ day estimate.

3. Defendant, Henry W. Howe, IV
   - 83 Deer Crossing Road, Limerick, ME 04048
   - He is expected to testify about his role as a borrower and mortgagor, Melanie Howe's health condition and history, his family life, Melanie Howe's past and current medication / drug use, and other matters relevant to the case.
   - 1 hour estimate.

4. Adam Diaz, Diaz Anselmo & Associates P.A., Attorney who brought the case in Florida to Appoint the Receiver who executed the Quitclaim Assignment to address the Greenleaf issue
   - 499 N.W. 70th Ave, Ste. 309, Plantation, FL 33317
   - Fact witness about aspects of the Florida action to appoint a receiver.
   - He is expected to testify about the Florida action to appoint a receiver and possibly other matters relevant to the case.
   - 1 hour estimate.

Dated:  December 5, 2025

/s/Reneau J. Longoria, Esq.

Reneau J. Longoria, Esq. Bar No. 005746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

**CERTIFICATE OF SERVICE**

      I, Reneau J. Longoria, Esq., hereby certify that on December 5, 2025, I served a copy of the above and attached documents by electronic notification using the CM/ECF system to the following:

/s/Reneau J. Longoria, Esq.

**SERVICE LIST**

Henry W. Howe IV
350 River Road
Standish, ME 04084

Henry W. Howe IV
83 Deer Crossing Road
Limerick, ME 04048

John Z. Steed, Esq.
Island Justice Law
40 School St.
P.O. Box 771
Stonington, ME 04681

Asset Acceptance LLC
c/o Corporation Service Company, 45 Memorial Circle
Augusta, ME 04330

Credit Acceptance Corporation
c/o Kimmel Beach & Fitzpatrick, P.A., Attorney
62 Portland Road, Suite 1
Kennebunk, ME 04043