UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME: Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1 vs. Melanie B. Howe

DOCKET NO: 2:21-cv-00278-SDN

# Joint Exhibit List

| Joint Exh No. | Agree to Admit | Objected to, Party Objecting | Description | Obj | Date Mentioned | Date Offered | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1. | x | | **Warranty Deed conveying subject property to Henry Howe and Melanie Howe dated April 20, 2007** | | | | |
| 2. | x | | **Note to Challenge Financial Investors, Corp. by Melanie B. Howe and Henry W. Howe, IV, dated April 20, 2007, with endorsements** | | | | |
| 3. | x | | **Mortgage to Mortgage Electronic Registration Systems, Inc. as nominee for Challenge Financial Investors Corp. by Melanie B. Howe and Henry W. Howe, IV, dated April 20, 2007** | | | | |
| 4. | x | | **Loan Modification Agreement dated July 20, 2010, between Melanie B. Howe and Henry W. Howe, IV, and Mortgage Electronic Registration Systems, Inc. (MERS)** | | | | |
| 5. | x | | **Nationstar Welcome Letter to Henry W. Howe and Melanie B. Howe dated November 11, 2010** | | | | |
| 6. | x | | **Loan Modification Agreement dated July 21, 2011, between Melanie Howe and Henry Howe and Nationstar Mortgage LLC** | | | | |
| 7. | x | | **Compliance Agreement by Henry W. Howe and Melanie B. Howe, executed July 30, 2011** | | | | |
| 8. | x | | **Assignment of Mortgage by MERS to Nationstar Mortgage LLC, dated March 1, 2013** | | | | |
| 9. | x | | **Loan Modification Agreement dated August 12, 2014, between Henry Howe and Melanie Howe and Nationstar Mortgage LLC** | | | | |
| 10. | | X Howe | **Flow Servicing Agreement Dated November 17, 2014, Between Fay Servicing, LLC And Mfresidential Assets I, LLC** | | | | |
| 11. | | X Howe | **Certificate of Trust of MFRA TRUST 2015-1, dated May 19, 2023** | | | | |
| 12. | x | | **Assignment of Mortgage by Nationstar Mortgage LLC to MTGLQ Investors, L.P., dated January 17, 2017** | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 13. | x | | **Inadvertent Second Assignment of Mortgage by Nationstar Mortgage, LLC to MTGLQ Investors, L.P. dated January 19, 2017** | | | | |
| 14. | x | | **Notice of Assignment, Sale, or Transfer of Ownership of Mortgage Loan to MTGLQ Investors, L.P. dated January 20, 2017** | | | | |
| 15. | x | | **Welcome Letter from Selene Finance to Henry Howe, IV, and Melanie Howe, dated March 1, 2017 and Modification Offer from Selene Finance dated June 29, 2017** | | | | |
| 16. | x | | **Loan Modification Offer by Selene Finance to Henry Howe, IV, and Melanie Howe, dated June 29, 2017** | | | | |
| 17. | | x | **Declaration of Fannie Mae** | | | | |
| 18. | x | | **Letter by Selene Finance to Henry Howe, IV, and Melanie Howe, about the servicing of their loan transferring from Selene Finance to Fay Servicing, LLC dated August 15, 2017** | | | | |
| 19. | x | | **Welcome Letter from Fay Servicing, LLC to Henry W. Howe, IV, and Melanie B. Howe, dated September 11, 2017** | | | | |
| 20. | x | | **Assignment of Mortgage by MTGLQ Investors, L.P., to Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1, dated September 12, 2017** | | | | |
| 21. | x | | **Rescission of Inadvertent Second Assignment of Mortgage to MTGLQ Investors, L.P., dated December 5, 2017** | | | | |
| 22. | x | | **The 2024 Florida Statutes (including 2025 Special Session C), Title XXXVI, Chapter 607, Section 607.1432 Receivership or custodianship Florida Action Complaint** | | | | |
| 23. | x | | **Florida Complaint for Declaratory Relief and Appointing Receiver for Challenge Financial Investors Corporation, by Wilmington Trust, National Association, not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1, dated August 26, 2022** | | | | |
| 24. | x | | **Florida Court Docket Report in Wilmington Trust, N.A. v. Challenge Financial Investors Corp.** | | | | |
| 25. | x | | **Quitclaim Deed by Henry W. Howe, IV, to Melanie B. Howe, dated February 3, 2022** | | | | |
| 26. | | x | **York County Probate Case Docs for Guardianship case 2016-0369** | | | | |
| 27. | x | | **Motion to Appoint Receiver in Florida Action by Wilmington Trust, National Association, not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1, dated January 18, 2023** | | | | |
| 28. | x | | **Florida Court Order Granting Motion to Appoint Receiver, dated February 3, 2023** | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 29. | | x | **Quitclaim Assignment of Mortgage by Paul Wersant as Receiver for Challenge Financial Investors Corp. to Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1, dated February 21, 2023** | | | | |
| 30. | x | | **Affidavit of Commencement of Foreclosure, by Matthew Kelly, dated October 22, 2024** | | | | |
| 31. | | x | **Melanie Howe's Responses to Request for Production of Documents by Wilmington Trust, National Association, Not in Its Individual Capacity, but Solely as Trustee for MFRA Trust 2015-1** | | | | |
| 32. | | x | **Transcript of May 24, 2023 Deposition of Melanie B. Howe** | | | | |
| 33. | | x | **Transcript of May 31, 2023 Deposition of Michael Paterno (Rule 30(B)(6) Fay Servicing via Michael Paterno)** | | | | |
| 34. | | x | **Transcript of May 31, 2023 Deposition of Michael Paterno (Rule 30(B)(6) Wilmington Trust via Michael Paterno)** | | | | |
| 35. | x | Object to content | **Notice of Mortgagor's Right to Cure to Henry W. Howe, IV, and Melanie B. Howe, in pursuant to 14 M.R.S. § 6111, dated August 5, 2024, with proof of mailing** | | | | |
| 36. | | x | **Transcript of August 6, 2025 Deposition of Melanie B. Howe** | | | | |
| 37. | | x | **Transcript of August 6, 2025 Deposition of Michael Paterno** | | | | |
| 38. | | x | **Judgment Figures/Payment History** | | | | |
| 39. | x | | **Property Inspection Reports dated January 2011 to November 2025** | | | | |
| 40. | x | | **Trial Subpoenas to Plaintiff and Fay Servicing from Defendant** | | | | |
| 41. | x | | **The 2017 Docket in MTGLQ v. Challenge Financial** | | | | |
| 42. | x | | **March 11, 2020, Motion to Amend Judgment Pursuant to M.R.Civ.P. 59(e)** | | | | |
| 43. | x | | **April 7, 2021, Order Denying Motion to Amend Judgment Pursuant to M.R.Civ. P. 59(e)** | | | | |
| 44. | | x | **Affidavit of Nationstar Mortgage dated August 9, 2023 and Attachments** | | | | |
| 45. | x | | **Mortgage Statements from September 2014 to July 2025 [Disc. 366-562]** | | | | |
| 46. | | x | **CFPB-Fay Servicing, LLC Consent Order Dated August 21, 2024** | | | | |
| 47. | | x | **Plaintiff's Response to Howe's Interrogatories in 2:24-cv-00354-NT** | | | | |
| 48. | | x | **ECF 63-34 Selected Communications between Fay and Howe, from December 5, 2017 to January 25, 2023** | | | | |
| 49. | | x | **Misc. loss mitigation applications and supporting documents pulled from Disc. 1492-2247** | | | | |
| 50. | x | | **Loan Application dated March 259, 2007 [Disc. 10-18]** | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 51. | x | | **Customer identification and signature affidavits dated April 20, 2007 [Disc 44-49]** | | | | | |
| 52. | x | | **Title Policy [Disc 82-92]** | | | | | |
| 53. | x | | **Occupancy and Financial Status Affidavit dated April 20, 2007 [Disc 187-188]** | | | | | |
| 54. | x | | **Military Affidavit as to Defendants** | | | | | |
| 55. | x | | **Trial Subpoenas to Defendants from Plaintiff** | | | | | |
| 56. | | x | **Transcript of December 4, 2025 Deposition of Henry Howe** | | | | | |