UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| WILMINGTON TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR MFRA TRUST 2015-1, | Before: Stacey D. Neumann |
|---|---|
| Plaintiff(s) | U.S. District Judge |
| | Case No.: 2:21-cv-00278-SDN |
| v. | Court Reporter: Michelle Feliccitti |
| | Courtroom Deputy: Michelle Thibodeau |
| ASSET ACCEPTANCE LLC, et al, | Interpreter/Language: |
| Defendant(s) | **Date**: 12/16/25 |

**COURTROOM MINUTES: TRIAL PROCEEDINGS**

Appearances:

Plaintiff(s)/Government:   Reneau J. Longoria, Esq.
Defendant(s):   John Z. Steed, Esq.
Type of Counsel:

## Bench Trials:

☒ **Bench Trial Began on:** 12/16/2025
☒ **Bench Trial Continued/Held on:** 12/17/25
☒ **Bench Trial Concluded on:** 12/17/25
☐ **Court Verdict**:

## For Bench Trials

☐ Conference of Counsel held on:

☐ Parties provided with opportunity to object on the record and out of the jury's hearing before the instructions and closing arguments are delivered, pursuant to Fed. R. Crim. P. 30(d)

☐ **Motions taken under advisement**:
X **Other/Notes**: Proposed Findings of Fact and Argument Related to the Proposed Findings of Fact due February 13, 2026.
Post Trial Briefs due February 13, 2026
Responsive Briefs due February 27, 2026